UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____x

UNITED STATES OF AMERICA,
ex rel. THE SAINT REGIS MOHAWK TRIBE,

                    Plaintiff,

          -against-                                    Case No. 02-CV-0845-DNH-DEP

PRESIDENT R.C. – ST. REGIS
MANAGEMENT COMPANY and
ANDERSON-BLAKE CONSTRUCTION
CORPORATION,

                    Defendants.
_____x

## NOTICE OF PLAINTIFF'S MOTION
## FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Affidavit of Daniel A. Seff, Esq., Memorandum of Law, and Statement of Material Facts, and upon all the pleadings and proceedings heretofore had herein, the undersigned will move this Court, located at the James T. Foley Courthouse, 445 Broadway, Albany, New York 12207-2924, on the 27th day of August, 2004, at 10:00 AM or as soon as counsel can be heard, for an Order granting Plaintiff's Motion for Summary Judgment and for such other and further relief as to this Court may seem just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to a Court-ordered stipulation filed on May 27, 2004, all opposition papers, if any, must be filed with the Court and served upon the other parties on or before July 21, 2004, and all reply papers, if any, must be filed with the Court and served upon the other parties on or before August 16, 2004.

June 15, 2004
Stowe, Vermont

Respectfully submitted,

BARR & ASSOCIATES, P.C.

*s/Daniel A. Seff*

By:_____

Daniel A. Seff (Bar No. 511600)

Attorneys for Plaintiff, United States of America
ex rel. The Saint Regis Mohawk Tribe

125 Mountain Road
Stowe, Vermont 05672
Phone: (802) 253-6272
Fax: (802) 253-6055
Email: dan@barrlaw.com