1
2          UNITED STATES DISTRICT COURT
3          NORTHERN DISTRICT OF NEW YORK
4    UNITED STATES OF AMERICA,
     ex rel. THE SAINT REGIS
5    MOHAWK TRIBE,
6                      Plaintiff,
7          vs.                   Case No.
                                 02-CV0845
8    PRESIDENT R.C.-ST. REGIS     (TJM)(DEP)
     MANAGEMENT COMPANY and
9    ANDERSON-BLAKE CONSTRUCTION
     CORPORATION,
10
                     Defendants.
11   _____X
12
13
14
15
             DEPOSITION OF GARY MELIUS
16
             Mineola, New York
17
          Wednesday, March 24, 2004
18
19
20
21
22
23   Reported by:
     DONNA PALMIERI
24   JOB NO. 1097
25
26

Page 2

```
1
2
3
4
5
6
7                March 24, 2004
8                10:00 a.m.
9
10
11
12        Deposition of GARY MELIUS, held
13   at the offices of Meltzer, Lippe &
14   Goldstein, LLP, 190 Willis Avenue,
15   Mineola, New York, before Donna Palmieri,
16   a Notary Public of the State of New York.
17
18
19
20
21
22
23
24
25
```

Page 3

```
1
2    A P P E A R A N C E S :
3    BARR and ASSOCIATES, P.C.
4    Attorneys for Plaintiff
5        125 Mountain Road
6        Stowe, Vermont  95672
7    BY:  RUSSELL D. BARR, ESQ.
8        DANIEL A. SEFF, ESQ.
9
10
11   MELTZER, LIPPE & GOLDSTEIN, LLP
12   Attorneys for Defendant
13   President R.C. - Saint Regis
14   Management Company
15        190 Willis Avenue
16        Mineola, New York  11501
17   BY:  LORETTA M. GASTWIRTH, ESQ.
18
19
20
21
22
23
24
25
```

Page 4

```
1
2    A P P E A R A N C E S :
3    SWIDLER, BERLIN, SHEREFF & FRIEDMAN, LLP
4    Attorneys for Defendant
5    President R.C. - Saint Regis
6    Management Company
7        405 Lexington Avenue
8        New York, New York  10174
9    BY:  LOUIS M. SOLOMON, ESQ.
10
11
12   LAW OFFICES OF MARLENE L. BUDD, ESQ.
13   Attorney for Defendant
14   Anderson-Blake Construction Company
15        2 Brush Place
16        Huntington, New York  11743
17   BY:  MARLENE L. BUDD, ESQ.
18
19
20
21
22
23
24
25
```

Page 5

```
1
2            - oOo -
3        IT IS HEREBY STIPULATED AND AGREED
4    by and between the attorneys for the
5    respective parties herein, that filing and
6    sealing be and the same are hereby waived.
7        IT IS FURTHER STIPULATED AND AGREED
8    that all objections, except as to the form of
9    the question, shall be reserved to the time of
10   the trial.
11       IT IS FURTHER STIPULATED AND AGREED
12   that the within deposition may be sworn to and
13   signed before any officer authorized to
14   administer an oath, with the same force and
15   effect as if signed and sworn to before the
16   Court.
17
18            - oOo -
19
20
21
22
23
24
25
```

Melius

1                Melius
2   G A R Y   M E L I U S, called as a witness,
3     having been duly sworn by a Notary Public,
4     was examined and testified as follows:
5   EXAMINATION
6   BY MR. BARR:
7     Q.   State your name for the record,
8   please
9     A.   Gary Melius.
10     Q.   What is your address?
11     A.   54 Sandy Hill Road, Oyster Bay
12   Cove, New York 11771.
13     Q.   Good morning, Gary.
14     A.   Good morning.
15     Q.   My name is Russell Barr. I
16   represent Saint Regis Mohwak Tribe here with
17   Daniel Seff. I'm going to ask you a bunch of
18   questions today. I would imagine you've taken
19   a deposition before.
20     Have you ever taken a deposition
21   before?
22     A.   Yes.
23     Q.   Are you familiar with sort of the
24   ground rules?
25     A.   Sort of.

Melius

1                Melius
2     Q.   We're supposed to communicate
3   verbally as opposed to a nod of the head. I'm
4   just trying to ask you questions. If you
5   don't understand anything, just ask me to
6   rephrase it or if your attorney objects, you
7   can answer the question if you understand it
8   unless your attorney directs you not to answer
9   the question.
10     If at any time you want to take a
11   break, for whatever reason, you need to go to
12   the bathroom, get a drink of water, just feel
13   free. If there's a pending question, you
14   should probably answer the question before.
15     I'm going to start off by asking
16   some general background questions, and I'm
17   going to go into general corporate structure.
18   The background really is to sort of really get
19   us warmed up.
20     What is your age?
21     A.   Fifty-nine.
22     Q.   Your current employment?
23     A.   Oheka Catering.
24     Q.   Any medication that will affect
25   your ability to answer questions today?

Melius

1                Melius
2     A.   No.
3     Q.   What did you do to prepare for
4   today's deposition?
5     A.   I met for some time with my
6   counsel.
7     Q.   I don't want to know what the
8   substance was, obviously, but how long did you
9   meet with your counsel?
10     A.   I think less than an hour.
11     Q.   That was this morning?
12     A.   No, yesterday.
13     Q.   Did you review any documents?
14     A.   No.
15     Q.   Anybody else other than your
16   counsel?
17     A.   Loretta.
18     Q.   Loretta doesn't represent you, does
19   she?
20     MS. GASTWIRTH: That's incorrect.
21     We have a joint defense privilege.
22   Any communications I have with Mr. Melius
23   is protected by the privilege.
24     MR. BARR: Were we ever supplied
25   with that?

Melius

1                Melius
2     I never heard you discuss that.
3     MS. GASTWIRTH: I actually
4   mentioned it more than once.
5     We have a joint defense privilege.
6     Q.   How long did you meet with Loretta?
7     A.   During that same time.
8     Q.   So an hour total with Loretta and
9   Marlene?
10     A.   I guess, yeah.
11     Q.   Anybody else?
12     A.   No.
13     Q.   So your attorney, Marlene Budd, is
14   here on behalf of Anderson-Blake?
15     A.   Whoever is in the lawsuit.
16     You're better off asking her.
17     Q.   I'm going to talk a little bit
18   about corporate structure and the time period
19   I'm going to ask about, to narrow this so we
20   can get through this as quickly as possible,
21   is January of 1996 to April of 2000.
22     The first company I'm going to ask
23   you about is Anderson-Blake Construction
24   Corporation.
25     Is that the right name of the

Page 10

Melius

1
2  company?
3      A.  Yes.
4      Q.  Does it go by any other name?
5      A.  Not that I know of.
6      Q.  Anderson-Blake Limited?
7      A.  I don't believe so.
8      Q.  Anderson-Blake Construction
9  Corporation?
10     A.  Now you got me questioning it.
11  I'm not sure.  I'd have to check.
12     Q.  Anderson-Blake Saint Regis?
13     A.  I don't believe so.
14     Q.  Who is Anderson and who is Blake?
15     A.  Who is Anderson and Blake?
16          It's like who is Abbot and
17  Costello.  I have no idea.
18     Q.  No idea?
19     A.  No.
20     Q.  Anderson-Blake Construction Company
21  Corporation is owned by you?
22     A.  Yes.
23     Q.  It was owned by you from January
24  1996 through April of 2000?
25          MS. GASTWIRTH:  Objection.

Page 11

Melius

1
2      A.  I believe so.
3          MS. GASTWIRTH:  Objection.
4          Are you asking was it owned by him
5  during that time or before that time
6  period, or you're just curious about
7  whether during that time period it was
8  owned by him?
9          I don't know if you're asking for a
10  date of incorporation.
11     Q.  Was it owned by you during January
12  1996 through April of 2000?
13     A.  I'd have to check records.
14     Q.  It's owned by you now?
15     A.  Yes.
16     Q.  It was owned by you last year?
17     A.  Yes.
18     Q.  The year before?
19     A.  I'd have to check.  Bad memory.
20     Q.  You own 100 percent stock of the
21  company?
22     A.  Yes, I believe so.  I believe so.
23  I'm not quite sure.
24     Q.  Anybody else who would have owned
25  Anderson-Blake?

Page 12

Melius

1
2      A.  I'm not sure.  I don't like to make
3  statements without knowing.
4          I know you don't want an incorrect
5  answer, so I'd have to check.
6      Q.  To your best recollection, when did
7  you acquire Anderson-Blake?
8      A.  Don't recall.
9      Q.  Is it five years, ten years?
10     A   Don't recall.  I don't want to give
11  you a bad answer.  I know it's important.
12     Q.  Who is the accountant for
13  Anderson-Blake Construction Corporation?
14     A.  Jay Shulman & Company.
15     Q.  Do you know where he's located?
16     A.  One Old Country Road, Carle Place,
17  New York.  Don't know the zip.
18     Q.  What's the business purpose of
19  Anderson-Blake?
20     A.  Construction.
21     Q.  Who are the officers?
22     A.  I don't know.
23     Q.  Who are the directors?
24     A.  Don't know.
25     Q.  The shareholder being you?

Page 13

Melius

1
2      A.  I believe so.
3      Q.  100 percent shareholder?
4      A.  Today, yes.
5      Q.  Where are their offices?
6          MS. GASTWIRTH:  Currently?
7          MR. BARR:  Currently.
8      A.  Well, currently they're really not
9  doing anything.
10          I would say 135 West Gate Drive,
11  Huntington, New York 11743.
12     Q.  That 135 West Gate drive, did that
13  change at any time to be One West Gate Drive?
14     A.  No.
15     Q.  Is One West Gate Drive a different
16  property than 135 West Gate drive, if you
17  know?
18     A.  It's not mine.  I don't know.
19     Q.  Do you know who the officers of
20  Anderson-Blake Construction Corporation were
21  back in January of 1996?
22     A.  No.
23     Q.  Or the directors?
24     A.  No.
25     Q.  I believe you don't know who the

4 (Pages 10 to 13)

**Melius**

1 **Melius**
2 **shareholders were in January 1996 of**
3 **Anderson-Blake.**
4     A.   It's very difficult for me to be
5 specific in time frames like that.  I would
6 want to look at something to try to give you a
7 proper answer.
8     Q.   **How about Archon Design Limited,**
9 **does it go by any other names?**
10     A.   Not that I know of.
11     Q.   **It's spelled A-r-c-h-o-n?**
12     A.   I'm not sure.
13     Q.   **What is Archon Design Limited?**
14     A.   An architectural construction
15 company.
16     Q.   **A company owned by you?**
17     A.   Yes.
18     Q.   **For many years?**
19     A.   Yes.  I don't know what's "many"
20 years.
21         What's "many?"
22     Q.   **Five.**
23     A.   I think so.  I'm not sure.
24     Q.   **Do you know who the officers are**
25 **now?**

**Melius**

1 **Melius**
2     A.   I believe it's just me.
3     Q.   **Directors?**
4     A.   I don't know.
5     Q.   **I believe you said you're the 100**
6 **percent shareholder?**
7     A.   I believe I am, yes.  It's my
8 belief.
9     Q.   **What's the relationship between**
10 **Archon and Anderson-Blake?**
11     A.   They're married.
12         What do you mean "relationship?"
13         I don't know.  I don't know what
14 that means.
15     Q.   **They're both owned by you?**
16     A.   That's correct.
17     Q.   **Oheka Management Corporation.**
18     A.   Okay.
19     Q.   **Is that a company that you own?**
20     A.   I'm not sure.
21     Q.   **Is it a company that you know about**
22 **that you work for?**
23     A.   I don't work for, no.
24     Q.   **Does it go by any other name?**
25     A.   I don't even understand that

Melius

1 Melius
2 question, but no, not that I know of.
3     Q.   **So you just don't know Oheka**
4 **Management Corporation; that's not one of your**
5 **companies?**
6     A.   I didn't say that.
7         MS. BUDD:  Objection.
8         Oheka Management is not a party to
9 this.
10         I think you're going beyond the
11 scope of this deposition.  We're here to
12 take a seven-hour deposition.
13         Stick to your Complaint.  Proceed.
14         MR. BARR:  I'm going to keep going
15 on this because there are many entities,
16 as you well know.
17         MS. GASTWIRTH:  None of which are
18 mentioned in the Complaint.
19         You're going to have to make your
20 case.  We're here to take this man's
21 deposition.  You're going into forays.
22         MR. BARR:  I'm not going to
23 let you clutter my record.  I want to get
24 this gentleman in and out.
25         Let's move on.

Melius

1 Melius
2         MS. GASTWIRTH:  That is not the
3 issue of what's in the complaint.
4         MR. BARR:  I'm going to make this
5 quick and easy so we don't have to argue
6 over this, whether or not Mr. Melius has
7 a management or a financial interest in
8 the management contract.
9         MS. GASTWIRTH:  We'll shut you
10 down.  I'll go ahead and direct him not
11 to answer.  We'll move it forward.
12         MR. BARR:  You're directing him not
13 to answer?
14         MS. GASTWIRTH:  You go into other
15 businesses, I'll direct him not to
16 answer.  I'm not sitting here for a
17 deposition of other entities.  I don't
18 want to clutter your record.
19         MR. BARR:  If you close the
20 deposition down, there's going to be
21 sanctions on this.
22         I'm not going to argue with you.
23         MS. GASTWIRTH:  Go right ahead.
24 You have plenty of areas to cover.
25         MR. BARR:  I do.

Page 18

Melius

1       Melius
2           MS. GASTWIRTH: Let's move forward.
3       **Q.   Native American Management**
4   **Corporation?**
5           MS. GASTWIRTH: You can answer
6   that.
7           Native American Management
8   Corporation was involved in --
9           MR. SEFF: Don't coach your
10  witness here. Do it in your office.
11          MS. GASTWIRTH: I put a statement
12  on the record he's not going into other
13  corporations.
14          He's free to answer on Native
15  American Management Corporation.
16      **Q.   Is that one of your companies?**
17      A.   Yes.
18      **Q.   Does it go by any other names?**
19      A.   I have to tell you because you keep
20  asking me that.
21          How do you go by other names?
22          Just explain to that to me.
23      **Q.   Yes, that's a fair question.**
24          **For example, if Native Management**
25  **Corporation had a d/b/a called Native**

Page 19

Melius

1       **Melius**
2   **Management Co. or Native American Management.**
3       A.   Let me save you some time.
4           None of my entities go by other
5   names.
6       **Q.   So Native American Management**
7   **Corporation is your company?**
8       A.   I answered that before, yes, but
9   I'm just trying to save you a question on
10  whatever you ask me, none of my mine do.
11      **Q.   Are there officers in Native**
12  **American Management Corporation?**
13      A.   I believe it's me.
14      **Q.   A director?**
15      A.   I believe it's me.
16      **Q.   You were the shareholder of this**
17  **company from 1996 to 2000?**
18      A.   I can't tell you anything back in
19  '96 without looking at a document.
20      **Q.   Sorry.**
21      A.   Without looking at a document, I
22  couldn't tell you.
23      **Q.   Nassau County Native Americans, is**
24  **that one of your companies?**
25      A.   Yes.

Page 20

Melius

1       Melius
2       **Q.   Are you the officer?**
3       A.   I don't believe it's around
4   anymore.
5       **Q.   When it was around, you were the**
6   **sole shareholder?**
7       A.   I don't know.
8       **Q.   Castle Ventures Limited.**
9           MS. GASTWIRTH: Objection.
10      **Q.   Your company.**
11          MS. BUDD: Objection.
12          MS. GASTWIRTH: You want to direct
13  him not to answer?
14          MS. BUDD: No.
15          MS. GASTWIRTH: We're not going
16  there.
17  RL.      Save those for rulings. Mark it.
18          MR. BARR: You're directing him to
19  not to answer based on what theory?
20          MS. GASTWIRTH: It has nothing to
21  do with the Complaint.
22          It's not relevant.
23          MR. SEFF: It's not relevant?
24          MR. BARR: Let's go off the record.
25          (Discussion off the record.)

Page 21

Melius

1       Melius
2           MR. BARR: Loretta Gastwirth,
3   you're directing Mr. Melius to not answer
4   concerning Castle Ventures Limited?
5   DI.     MS. BUDD: I'm also directing my
6   client not to answer.
7           MR. BARR: The grounds are?
8           MS. GASTWIRTH: We just stated.
9           MS. BUDD: We just stated what the
10  grounds are.
11          It's not relevant.
12          MR. SEFF: Relevance?
13          MS. BUDD: You know what, I believe
14  that you're harassing my client. You're
15  going too far.
16          MR. SEFF: It's five minutes in.
17          MS. GASTWIRTH: We've marked it for
18  a ruling.
19          MR. SEFF: It's going to be a long
20  day.
21          THE WITNESS: I have to tell you,
22  it'S very upsetting to me you guys
23      fighting like this.
24          MR. BARR: I apologize. We don't
25  want to spend more time arguing than we

Melius

1  would answering these questions.
2  **Q.   Do you own Oheka Castle?**
3  MS. GASTWIRTH:  Objection.
4  MS. BUDD:  Same thing.
5  MR. BARR:  Same thing.  We're going
6  to put it on the side.
7  When we get into this, you'll
8  realize how relevant it is.
9  MS. GASTWIRTH:  Okay.  That's the
10  way to do it.
11  **Q.   Did there come a time when you,**
12  **Anderson-Blake, Archon Design Limited**
13  **presented documents in the course of a**
14  **litigation between you and Park Place?**
15  MS. BUDD:  Objection.
16  A.   I don't understand.  I'm lost with
17  that.
18  MS. BUDD:  Objection to form on
19  that.
20  **Q.   Did you and your companies**
21  **Anderson-Blake Construction Corporation,**
22  **Archon Design Limited produce documents**
23  **related to your litigation with Park Place?**
24  A.   I don't know.

(Numbering on left starts at 1 for Melius header)

1  Melius
2  would answering these questions.
3  Q.   Do you own Oheka Castle?
4  MS. GASTWIRTH:  Objection.
5  MS. BUDD:  Same thing.
6  MR. BARR:  Same thing.  We're going
7  to put it on the side.
8  When we get into this, you'll
9  realize how relevant it is.
10  MS. GASTWIRTH:  Okay.  That's the
11  way to do it.
12  Q.   Did there come a time when you,
13  Anderson-Blake, Archon Design Limited
14  presented documents in the course of a
15  litigation between you and Park Place?
16  MS. BUDD:  Objection.
17  A.   I don't understand.  I'm lost with
18  that.
19  MS. BUDD:  Objection to form on
20  that.
21  Q.   Did you and your companies
22  Anderson-Blake Construction Corporation,
23  Archon Design Limited produce documents
24  related to your litigation with Park Place?
25  A.   I don't know.

---

1  Melius
2  MS. BUDD:  Objection.
3  A.   I don't know.
4  MS. BUDD:  You're going to have to
5  rephrase the question or break it down.
6  MR. SEFF:  What part of it don't
7  you understand?
8  MR. BARR:  What part of it don't
9  you understand?
10  There are documents produced in the
11  Park Place litigation you represented to
12  us that we can utilize.
13  MS. GASTWIRTH:  You stuck the word
14  "you" in there.
15  MR. BARR:  There were documents
16  produced by Mr. Melius.
17  MS. GASTWIRTH:  There were
18  documents produced by Archon and I
19  also believe by Anderson-Blake.
20  When you say "you" unless you want
21  to say "you" in your corporation's
22  capacity -- you also served him with an
23  individual subpoena here.
24  You need to stick to what your
25  questions are.

---

1  Melius
2  MR. BARR:  You're cluttering my
3  record.
4  Either he has a recollection or
5  not.
6  MS. GASTWIRTH:  Your question is
7  improper.
8  I object.
9  MR. SEFF:  You object to the form
10  of the question?
11  MR. BARR:  You object to the form?
12  You can answer.
13  MS. GASTWIRTH:  You know what's
14  wrong with your question.
15  A.   I don't know.
16  **Q.   Do you recall if you produced any**
17  **documents in your litigation with Park Place,**
18  **you or Anderson Black or Archon Design**
19  **Limited?**
20  MS. GASTWIRTH:  Objection.
21  A.   I don't know.
22  **Q.   You don't know?**
23  A.   Don't know.
24  **Q.   Are you aware that those documents**
25  **were supplied to my office by Park Place in**

---

1  **Melius**
2  **connection with this litigation as well as the**
3  **tribe State Court litigation with President,**
4  **R.C.; are you aware of that?**
5  MS. BUDD:  Objection.
6  A.   No.
7  **Q.   Are you aware that your attorney in**
8  **this case Marlene Budd has instructed us to**
9  **obtain documents from Park Place rather than**
10  **from you and your companies?**
11  MS. BUDD:  Objection.
12  A.   No.
13  **Q.   I'm going to show -- well, before I**
14  **show you anything, I'm going to ask you a**
15  **couple of questions about your filing system**
16  **because there were documents that were given**
17  **to us by Park Place that were produced by you**
18  **and/or your companies to Park Place.  So I'm**
19  **going to ask you some questions about your**
20  **filing system.**
21  **How does your filing system work?**
22  MS. BUDD:  Objection.
23  What do you mean by "your?"
24  Are you talking about Anderson
25  Blake?

Page 26

Melius

1    Melius
2        Are you talking about Archon?
3        Q.   I'm talking about you or
4    Anderson-Blake or Archon Design Limited?
5        A.   What do you mean "how does it
6    work?"
7        Q.   What do you do to set up documents
8    in the file?
9        A.   I put in a note and "file" and put
10   it in the bin.
11       Q.   So as you stamp "file," you write
12   something along the lines Saint Regis license
13   and you put it in a file?
14       A.   Yes.
15       Q.   And someone else files it for you?
16       A.   Yes.
17       Q.   Who is that that files it for you?
18       A.   Don't know.
19       Q.   Your secretary?
20       A.   Could be numerous, I don't know.  I
21   Don't know who does it.
22       Q.   What casino-related files did you
23   maintain in the period 1996 to 2000?
24       A.   No idea.
25       Q.   Where were the files maintained at

Page 27

1        Melius
2    the time that you produced the documents to
3    Park Place?
4        A.   I don't recall the documents.
5             I don't know.
6             MS. BUDD:  Objection.
7             MS. GASTWIRTH:  So we don't have to
8        object to each question, when you say
9        "you" what do you mean?
10       Q.   You individually and/or
11   Anderson-Blake Construction Corporation and/or
12   Archon Design Limited.
13            MS. GASTWIRTH:  Do you mean "you"
14       individually in his capacity as an
15       officer of Anderson-Blake or Archon?
16            MR. BARR:  Again, we don't want to
17       clutter the record.
18            MS. GASTWIRTH:  I want a standard
19       definition.
20            MR. BARR:  If I recall correctly,
21       you'll correct me, Mr. Melius brought an
22       action against Park Place individually
23       and both on behalf of I think a few of
24       his companies.  You would be in that
25       litigation.  He produced documents,

Page 28

1        Melius
2    either by agreement or subpoena.  All I
3    know is that you two have directed us to
4    accept those documents for your discovery
5    because you have not given us any
6    documents.
7             MS. GASTWIRTH:  I don't think there
8        were documents produced in that
9        litigation.  The documents were produced
10       in President versus Park Place.  I think
11       you're misinformed.
12            MR. BARR:  Whatever the case is,
13       Mr. Melius has supplied documents, his
14       personal documents, Anderson-Blake
15       Construction documents.  They're his
16       files.
17            MS. GASTWIRTH:  The files belong to
18       the corporation.  I want to be clear on
19       this.
20            MR. BARR:  That may or may not be.
21       I don't know.
22            MS. GASTWIRTH:  Ask him if he's got
23       personal files.
24            Does he keep personal filings
25       separate and apart from  his

Page 29

1        Melius
2    corporation?
3             MR. BARR:  Let me handle it unless
4        you want to come over here.
5             MS. GASTWIRTH:  I want a
6        standard definition so he's not
7        confused.
8             Are you asking about documents at
9        home, personal documents?
10            What are you asking about?
11            MR. BARR:  You got to stop what
12       you're doing.
13            MR. SEFF:  Let's call the judge.
14            MS. GASTWIRTH:  You can do whatever
15       you want to do.
16            MR. SEFF:  Off the record.
17            (Discussion off the record.)
18       Q.   Mr. Melius, do you maintain
19   personal files related to the Casino?
20       A.   No.
21       Q.   What I'm going to refer you to is
22   the Akwesasne Mohawk Casino; you and I
23   understand each other?
24       A.   I got that.
25            I'm listening to conversations

Page 30

Melius

1
2   between you two about what these questions
3   mean.  I'm unclear when you say me and my
4   files.  I don't know what that means.
5       Do I have some things that are my
6   own personal stuff, sometimes.  I don't
7   understand.
8       Q.   With all fairness, between you and
9   I, it's your files.  I'm trying to find out
10  about your filing system.  Whether or not you
11  file it for Anderson-Blake or Archon Design
12  Limited or any other number of companies, you
13  maintain files for these company.
14      In other words, I think you just
15  testified, and correct me if I'm wrong, you
16  stamp "file" on it and then you handwrite
17  "Saint Regis," for example, and that's how you
18  do your filing?
19      A.   Yes.
20      Q.   You personally do that even though
21  it may be for a particular company; is that
22  fair?
23      A.   Yes.
24      Q.   Okay, there is our "you."
25      I'm going to show you an example of

Page 31

Melius

1
2   some files and I want you to tell me if that
3   is how you mark them.
4       We'll mark it in a minute.
5       MS. GASTWIRTH:  Are those multiple
6   copies?
7       MR. BARR:  No.
8       A.   Yes.
9       MR. BARR:  Can you mark that.
10      (Plaintiff's Exhibit 1, four-page
11  document, Watertown Daily Times article,
12  Tribal Council resolution, handwritten
13  notes and NYS Police letter for
14  identification, as of this date, by the
15  reporter.)
16      Q.   What the court reporter has just
17  done, Gary, is mark Plaintiff's Exhibit 1.
18  When your attorneys are done looking at it,
19  I'm just going to ask you to take a look at it
20  again.
21      You've already testified that those
22  documents do come from your files?
23      A.   No, I didn't say that.
24      I said that's how I marked them.
25      MR. BARR:  Fair enough.

Page 32

Melius

1
2       MS. BUDD:  These documents have
3   never been produced.  They don't have a
4   Bates stamp.  I just want to inquire as
5   to why.
6       MR. SEFF:  Well, we got 13 boxes of
7   documents from Park Place that you
8   produced from Park Place and they didn't
9   have any Bates numbers on them.  This is
10  what's been colloquially referred to as
11  "the Melius production."
12      MS. GASTWIRTH:  Okay.  So we'll
13  define it that way.
14      Do you know what the date of this
15  Watertown Times article is; do you happen
16  to know?
17      MR. BARR:  These are just examples
18  of his filing so we can have an idea of
19  his filing.  That's all.  There's nothing
20  in there, certainly of our opinion,
21  that's of real substance, just that
22  they're examples.
23      MS. GASTWIRTH:  Okay.
24      Q.   So Plaintiff's 1, first page, is
25  that your file stamp on it?

Page 33

Melius

1
2       A.   It appears to be.
3       Q.   Is that your handwriting "Saint
4   Regis Park Place?"
5       A.   It appears to be.
6       Q.   And the next page if you could just
7   turn the page there the upper righthand
8   corner, is that your file stamp?
9       A.   It appears to be.
10      Q.   Is that your handwriting "Saint
11  Regis contract?"
12      A.   It appears to be.
13      Q.   The next page, is that an example
14  of your handwriting?
15      A.   It looks like it.
16      Q.   And the next page same question, is
17  that your file stamp?
18      A.   It appears to be.
19      Q.   It says "Saint Regis contract."
20      Is that your handwriting?
21      A.   Yes.
22      Q.   You got handwriting like me.
23      A.   I got terrible handwriting.
24      Q.   Next topic.  Your role in the
25  Akwesasne Mohawk Casino.

Melius

1
2    What roles did you or your entities
3  play in connection with the Akwesasne Mohawk
4  Casino prior to September 1996?
5      A.  I can't tell you anything back on
6  dates like that.  I have no idea.
7      Q.   How about your role in connection
8  with the Akwesasne Mohawk Casino during the
9  period September of 1996 to September of 1997?
10     A.  No.
11         MS. BUDD:  Objection as to the
12  form.
13         What do you mean by "role?"
14         MR. BARR:  I believe he answered
15  the question.
16         I think he understood it.
17     Q.   Your attorney can object to form,
18  but if you understand the question you can
19  answer it.  She's now interposing an objection
20  as to form.
21     A.  I understand it.
22     Q.   You understand it.  Thank you.
23         How about after September of 1997,
24  did you have any role in the Casino's
25  management?

Melius

1
2      A.  Never had.
3      Q.   Never had?
4      A.  Never had.
5      Q.   After 1997, did any of your
6  entities or employees have any role in the
7  Casino's management?
8      A.  No.
9      Q.   After January of 1998, did you have
10  any role in the Casino's management?
11     A.  No.
12     Q.   After January 1998, did any of your
13  entities or employees have any role in the
14  Casino's management?
15     A.  No.
16     Q.   Just so the record is clear.
17         When I refer to "the Casino," it's
18  the Akwesasne Mohawk Casino.
19     A.  Correct.
20     Q.   On or about April of 1999, I
21  believe, the Casino opened?
22     A.  I don't know.
23     Q.   After April of 1999, did you have
24  any role in the Casino's management?
25     A.  No.

Melius

1
2      Q.   After April 1999, did any of your
3  entities or employees have any role in the
4  Casino's management?
5      A.  No.
6      Q.   In November of 1997, were you
7  involved in the effort to hire a general
8  manager for the Casino?
9      A.  No.
10     Q.   In January 1998, were you involved
11  in selecting a consulting firm to perform a
12  gaming assessment for the Akwesasne Mohawk
13  Casino?
14         MS. BUDD:  Objection.
15     A.  I don't recall anything like that.
16     Q.   In the summer of 1998, were you
17  involved in the process of selecting the
18  gaming machines, i.e. video lottery terminals?
19     A.  No.
20     Q.   During the period of October to
21  December 1998, were you involved in the
22  effort to obtain financing for the Casino?
23         MS. BUDD:  I'm going to object to
24  the term "involved."
25         What do you mean by "involved?"

Melius

1
2      Q.   If you understand the question, you
3  can answer it.
4      A.  I mean, I assume involve means that
5  I do something.
6      Q.   Very good.
7      A.  Okay.
8      Q.   During the period of October to
9  December 1998, were you involved in the effort
10  to obtain financing for the Casino?
11     A.  Not that I recall.
12     Q.   In or around October 1998, were you
13  involved in the hiring of a security
14  consultant for the Casino manager?
15     A.  No.
16     Q.   In or around September of 1998,
17  were you involved in the drafting of the
18  pledge agreement for the Miller & Schroeder
19  loans?
20     A.  I don't believe so.
21     Q.   In or around February 1999, were
22  you or any of your employees involved in
23  arranging builder's risk insurance coverage
24  for the Casino?
25     A.  I don't know.

Page 38

Melius

1
2    Q.   In or around February 1999, were
3  you involved in the effort to get the NIGC to
4  increase the development expense cap from
5  $20 million to approximately $28 million?
6    A.   No.
7    Q.   In or around March 1999, were you
8  involved in the effort to obtain liquor
9  licenses for the Casino?
10   A.   No.
11   Q.   In March and April of 1999, did you
12  receive reports from Casino manager security
13  consultant Mr. Al Crary, C-r-a-r-y regarding
14  various management related issues including
15  security and gaming?
16       MS. BUDD: Objection.
17       MS. GASTWIRTH: Objection as to
18  form.
19       Go ahead and answer it, if you can.
20   A.   I don't know.
21       Again, I got something from Al
22  Crary. What it meant, what it is, I can't
23  answer you here.
24   Q    In April and May of 1999, were you
25  involved in the Casino marketing?

Page 39

Melius

1
2    A.   No.
3    Q.   In May of 1999, were you involved
4  in the effort to set up a plane proposal for
5  the Casino?
6    A.   No.
7        MS. GASTWIRTH: Sorry. I didn't
8  understand the question, plane,
9  p-l-a-n-e?
10       MR. BARR: Airplane. I think the
11  witness understood it.
12   Q.   In May of 1999, were you involved
13  in the effort to receive approval from the
14  Department of Transportation for road signs
15  and billboards for the Casino?
16   A.   No.
17   Q.   In May of 1999, did you receive
18  Casino financial information from John
19  Natalone, N-a-t-a-l-o-n-e?
20   A.   Don't know.
21   Q.   In or around May 1999, were you
22  involved in the effort to obtain an amendment
23  to the Casino liquor licenses to allow
24  waitress service of beer and wine at the
25  gaming tables?

Page 40

Melius

1
2    A.   I don't believe so.
3    Q.   In or around June 1999, were you
4  involved in marketing the Casino and, in
5  particular, Canadian media buying?
6    A.   No.
7    Q.   In June of 1999, did you attend a
8  meeting with Mr. Kaufman, Mr. Horn and
9  Mr. Natalone at which State Police, State
10  Racing and Wagering Board and tribal gaming
11  issues were discussed?
12   A.   I don't believe so.
13   Q.   In June of 1999, did you attend a
14  meeting with Mr. Kaufman, Mr. Horn and
15  Mr. Natalone at which Casino security issues
16  were discussed?
17   A.   Not that I know of.
18   Q.   In June of 1999, did you attend a
19  meeting with Mr. Kaufman, Mr. Horn and
20  Mr. Natalone at which Canadian Casino
21  attendance issues were discussed?
22   A.   No.
23   Q.   In June of 1999, did you attend a
24  meeting with Mr. Kaufman, Mr. Horn and
25  Mr. Natalone at which state approval of video

Page 41

Melius

1
2  poker was discussed?
3    A.   Not that I know.
4    Q.   In June of 1999, did you attend a
5  meeting with Mr. Kaufman, Mr. Horn and
6  Mr. Natalone in which the addition of Keno and
7  Lightning Bingo was discussed?
8        MS. BUDD: Objection.
9        All these questions are in
10  connection with the casino?
11       You're not phrasing the question
12  properly.
13   Q.   I think we've got a standing
14  understanding.
15       Tell me for some reason you
16  misunderstand it.
17       MS. BUDD: I want the record to be
18  clear.
19   Q.   We're talking about the Akwesasne
20  Mohawk Casino?
21   A.   Yes.
22   Q.   And you understand that?
23   A.   Yes.
24   Q.   So the last question was, and I'll
25  repeat it, in June of 1999, did you attend a

Page 42

Melius

1
2  meeting with Mr. Kaufman, Mr. Horn and
3  Mr. Natalone in which the addition of Keno and
4  Lightning Bingo was discussed?
5      A.   Not that I recall.
6      Q.   In June of 1999, did you attend a
7  meeting with Mr. Kaufman, Mr. Horn and
8  Mr. Natalone in which Casino attendance and
9  bussing goals were discussed?
10     A.   Not that I recall.
11         MS. GASTWIRTH:  Do you have some
12     documents maybe you want to refresh the
13     witness's recollection, if there's such a
14     thing, or is this a memory quiz?
15         MR. BARR:  We're going to get to
16     it.
17         MS. GASTWIRTH:  Is this a memory
18     quiz?
19         I object on the basis of it being a
20     memory quiz.
21         Go right ahead.
22         MR. SEFF:  Did you object to the
23     seven-hour memory quiz that you gave the
24     chiefs?
25         MR. BARR:  Off the record.

Page 43

Melius

1
2      (Discussion off the record.)
3      Q.   In June of 1999, did you attend a
4  meeting with Mr. Kaufman, Mr. Horn and
5  Mr. Natalone in which the acquisition of a
6  card shuffler was discussed?
7      A.   No.
8      Q.   In June of 1999, did you attend a
9  meeting with Mr. Kaufman, Mr. Horn and
10 Mr. Natalone in which automatic teller
11 machines were discussed?
12     A.   No.
13     Q.   In June of 1999, did you attend a
14 meeting with Mr. Kaufman, Mr. Horn and
15 Mr. Natalone in which a reforecast Casino
16 budget was discussed?
17     A.   No.
18     Q.   In June of 1999, did you attend a
19 meeting with Mr. Kaufman, Mr. Horn and
20 Mr. Natalone in which the issue of repayment
21 by the Tribe of working capital advances were
22 discussed?
23     A.   Not that I recall.
24     Q.   In June of 1999, did you attend a
25 meeting with Mr. Kaufman, Mr. Horn and

Page 44

Melius

1
2  Mr. Natalone in which the payment of the
3  Miller & Schroeder debt was discussed?
4      A.   Not that I recall.
5      Q.   In June of 1999, were you involved
6  in the effort to obtain an amendment to the
7  Casino liquor licenses to allow waitress
8  service of beer and wine at the gaming tables?
9      A.   Not that I recall.
10     Q.   Last one on this one.
11         In or around June of 1999, were you
12 involved in the marketing of the Casino's
13 Fourth of July weekend activities?
14     A.   No.
15     Q    In or around the end of June 1999,
16 were you involved in the hiring of a Casino
17 consultant to advise in the Casino's
18 operational accounting and marketing structure
19 and strategy?
20     A.   No.
21     Q.   In July of 1999, were you involved
22 in evaluating what the revenues were of the
23 Casino's food and beverage sales?
24     A.   No.
25     Q.   In July of 1999, were you involved

Page 45

Melius

1
2  in the design of a planned nightclub in the
3  Casino?
4      A.   I don't recall.
5      Q.   In August 1999, were you involved
6  in the evaluation and distribution of the
7  Casino's financial results?
8      A.   No.
9      Q.   In September of 1999, were you
10 involved in the evaluation of the Casino's
11 July and August financial results?
12     A.   No.
13     Q.   In September of 1999, were you
14 involved in the Casino manager's decision of
15 whether to contribute funds to the tribal
16 police budget?
17     A.   No.
18     Q.   In the spring and summer of 1999,
19 was William Thornton of Anderson-Blake
20 involved in Casino personnel and staffing
21 decisions as to housekeepers, security
22 officers and Casino attendants?
23         MS. BUDD:  Objection.
24     A.   Not that I recall.
25     Q.   During the period October 1999 to

Page 46

Melius

1
2   March of 2000, were you involved in the
3   attempted sale of President's interest in the
4   Casino Management Agreement to outside
5   entities?
6       A.   I have a problem with anything with
7   dates.
8       Q.   Your answer is with those dates you
9   can't recall?
10      A.   I can't recall with dates.
11      Q.   How about generally speaking, were
12  you involved in the attempted sale of
13  President's interest in the Casino Management
14  Agreement to outside entities?
15      A.   Yes.
16      Q    In June of 2000, and I know I'm
17  giving you a date, were you involved in an
18  effort to sell President's interest in the
19  Casino to Park Place?
20      A.   Yes.  I don't know about the date.
21  I don't know "involved."
22      MS. BUDD:  Objection.
23      MS. GASTWIRTH:  He answered the
24  question.  It has nothing to do with the
25  allegations whether the construction

Page 47

Melius

1
2   contract is void.  So we may have to see
3   where you're going with this.
4       Was that your last one on that?
5       MR. BARR:  I got a few more.  We're
6   moving.
7       MS. GASTWIRTH:  I'm going to have a
8   standing objection on this.  There's
9   nothing relevant to this complaint or
10  action relating to Park Place since it
11  occurred two and half years, two years
12  after.
13      The sole count in this complaint
14  deals with the voiding of a construction
15  contract that was allegedly not approved
16  by federal authorities.  I can't image
17  what the subsequent interest to Park
18  Place in April of 2000 has anything to do
19  with this Complaint.
20      I've made my point.  Let's see
21  where it goes and we may shut that down
22  too.
23      Okay.  Go ahead.
24      MR. BARR:  Now that you wasted all
25  that time, we're done with the questions

Page 48

Melius

1
2   concerning Park Place.
3       MS. GASTWIRTH:  Right.  That's why
4   I asked you if you had any more.
5       MR. BARR:  I had 25 pages, but you
6   just shut me down.
7       Q.   Prior to September of 1996, what
8   financial interests or interest did you and/or
9   any of your entities have in the Casino?
10      A.   Don't know.
11      MS. GASTWIRTH:  The casino wasn't
12  built then, Russ.
13      Was there something in that
14  question I didn't understand?
15      MR. SEFF:  Could you not interject
16  after every single question.  It's
17  cluttering up the questions.  It's not
18  appropriate.
19      MS. GASTWIRTH:  You're wrong and
20  the record will show that.
21      I don't know what you're talking
22  about when you're talking about a casino
23  that wasn't built until April 1999.
24      Q.   Did you have any financial interest
25  prior to September of 1996 in the development

Page 49

Melius

1
2   or construction of a casino in the territory
3   of Akwesasne?
4       A.   Don't recall.
5       Q.   After September of 1997, what
6   financial interest or interests did you or any
7   of your entities have in the development or
8   construction of the Casino?
9       A.   Don't recall.
10      Q.   After January of 1998, what
11  financial interest or interests did you or any
12  of your entities have in the development or
13  construction of the Casino?
14      A.   I don't recall.
15      Q.   After April of 1999, what financial
16  interest or interests did you or any of your
17  entities have in the Casino?
18      A.   Never had any.
19      Q.   Did there come a time when you
20  learned that the National Indian Gaming
21  Commission Authority, NIGC, would not approve
22  you as a manager of a casino on the Saint
23  Regis Mohawk tribe's reservation?
24      A.   Yes.
25      Q.   When did you first learn that the

Page 50

**Melius**

1 **NIGC would not approve you?**
2    A.  Don't know.
3    **Q.  Do you know how you first learned**
4 **the NIGC would not approve you?**
5    A.  Don't recall.
6    MR. BARR: Mark that.
7    (Plaintiff's Exhibit 2, two-page
8    letter to Edward Smoke from NIGC dated
9    9/19/96, marked for identification, as of
10    this date, by the reporter.)
11    MS. GASTWIRTH: A description of it
12    for the inside of the transcript,
13    it's a September 1996 letter.
14    MR. BARR: From the NIGC to Ed
15    Smoke.
16    **Q.  Have you ever seen that letter**
17 **before?**
18    A.  I believe so.
19    **Q.  Do you know when you first saw it?**
20    A.  No.
21    **Q.  Do you understand after seeing that**
22 **letter that the NIGC would not allow you to**
23 **have a financial interest in the management**
24 **contract for the Akwesasne Mohawk Casino?**

Page 51

**Melius**

1    A.  Seems pretty apparent.
2    **Q.  Did you understand after seeing**
3 **this letter that the NIGC would not allow you**
4 **to have any management responsibility for the**
5 **management contract for the Casino?**
6    A.  Yes.
7    MR. BARR: Mark this.
8    (Plaintiff's Exhibit 3, two-page
9    memorandum dated 12/6/96, draft for
10    review, marked for identification, as of
11    this date, by the reporter.)
12    **Q.  I'm showing you what's been marked**
13 **as Plaintiff's 3.**
14    **Is that your handwriting in the**
15 **upper righthand corner where it says "Saint**
16 **Regis contract?"**
17    A.  Looks like it.
18    MS. GASTWIRTH: For the record, we
19    put in what it is.
20    **Q.  Do you recall seeing this?**
21    A.  No.
22    **Q.  I direct you to the second page,**
23 **second to the last paragraph where it says**
24 **"construction issues." It refers to "Gary**

Page 52

**Melius**

1 **Melius will waive his interest in selection of**
2 **a contractor for the project, but neither he**
3 **nor his affiliates can waive the claims of**
4 **third party vendors who supplied improvements**
5 **for the project site, including the**
6 **fabrication of steel therefor."**
7    **Does that refresh your recollection**
8 **of seeing this memo concerning you and the**
9 **construction?**
10    A.  No.
11    MR. BARR: Mark this.
12    (Plaintiff's Exhibit 4, Agreement
13    for Purchase of Partnership Interest
14    dated 9/24/97, marked for identification
15    as of this date, by the reporter.)
16    **Q.  You've seen what Exhibit 4 is?**
17    A.  I see a document.
18    **Q.  Does it look familiar to you?**
19    A.  No.
20    **Q.  This is an Agreement for Purchase**
21 **of the Partnership Interest dated September**
22 **24, 1997. I think if you look at the last**
23 **page you executed it on behalf of yourself on**
24 **behalf of Native American Management**

Page 53

**Melius**

1 **Corporation?**
2    A.  It appears that way.
3    **Q.  Any recollection that you signed**
4 **this document?**
5    A.  I know I signed a document. I
6 can't tell by the document you're giving me,
7 that's the document. In other words, I don't
8 remember the context or all the wording. I
9 can only assume that's the document, but I
10 have no way of knowing. I mean, to read this
11 it would take me hours. I have a learning
12 disability, so paper is very hard for me. I
13 only went to the eighth grade. So paper is
14 going to be very tough for me, remember.
15    **Q.  If you go to paragraph 4 where it**
16 **says "purchase price," paragraph 4 which is on**
17 **page 3 --**
18    A.  Yes.
19    **Q.  -- you were to be paid $4,990,000**
20 **for your interest in the Management Agreement?**
21    MS. BUDD: Objection.
22    MS. GASTWIRTH: Objection.
23    **Q.  You were supposed to be paid**
24 **$4,990,000. Out of that amount, do you know**

Page 54

Melius

1
2 how much has been paid?
3     A.   I believe $750,000.
4     Q.   Gary, have you attempted to collect
5 the rest of the money owed?
6     A.   Yes.
7     Q.   What have you done to collect that?
8     A.   Commence a litigation.
9     Q.   When did you do that?
10     A.   Don't know.
11     Q.   Recently?
12     A.   I don't know what "recent" means.
13     Q.   Last year, within the last year?
14     A.   I'm not sure.  Not too long.
15     Q.   What courthouse?
16     A.   I believe it's Nassau, but you
17 would have to talk to my counsel.
18     Q.   What's the status of that
19 litigation?
20     A.   Don't know.
21     Q.   Do you know the defendants in that
22 lawsuit?
23     A.   Whoever owed the money I believe it
24 would be.
25     Q.   Sorry?

Page 55

Melius

1
2     A.   Whoever owed the money.
3     Q.   Whoever owed the money?
4     A.   Yes.
5     Q.   You don't know the status of the
6 litigation?
7     A.   No.
8     Q.   Did you actually sue Mr. Kaufman
9 for that money?
10     A.   I don't know who we sued.  Whoever
11 were the parties that my counsel believed was
12 a case against we sued.
13     MR. BARR:  I don't believe
14 we've ever received copies of that
15 lawsuit.  I'll call for the production.
16     MS. BUDD:  I'm not the attorney, so
17 I don't have them either.
18     MS. GASTWIRTH:  I don't have them,
19 but I don't think you ever asked for them
20     If you want to make a request, why
21 don't you send me a letter.  I'm sure
22 they'll be other documents you want
23 throughout the litigation.
24     MR. BARR:  You're counsel for that
25 litigation.

Page 56

Melius

1
2     MS. GASTWIRTH:  I'm not.  I don't
3 even know it's against my client, but I
4 assume it is.  If you make a request in
5 writing, we'll get them to you.
6     MR. BARR:  Okay.
7     Mark this.
8     (Plaintiff's Exhibit 5 memorandum
9 to Ivan Kaufman and Gary Melius from
10 Walter Horn dated 10/21/97, marked for
11 identification, as of this date, by the
12 reporter.)
13     Q.   I'm showing you what's been marked
14 as Plaintiff's 5, Gary.
15     Is that your handwriting and file
16 stamp?
17     A.   Looks like it.
18     MR. BARR:  Mark this.
19     (Plaintiff's Exhibit 6, fax cover
20 sheet and three-page letter to Gary
21 Melius from Edward R. Germano dated
22 11/11/97, marked for identification, as
23 of this date, by the reporter.)
24     Q.   Is that your file stamp and
25 signature?

Page 57

Melius

1
2     A.   It appears to be.
3     Q.   Any reason to believe that it would
4 not be?
5     A.   No.
6     Q.   Is that how you file documents on
7 behalf of your various companies?
8     A.   Yes.
9     Q.   What company would you be filing
10 that for, as a matter of fact?
11     A.   Don't know.
12     Q.   Would it be filed for you
13 individually, perhaps?
14     A.   No.
15     Q.   None of these are personal files,
16 these would be company files?
17     A.   Yes.
18     Q.   So you have the Saint Regis manager
19 file; that goes into what file and what
20 company?
21     MS. BUDD:  Objection.
22     You haven't established that there
23 is a Saint Regis Management file.
24     MR. SEFF:  That's what it says on
25 there.

Page 58

Melius

1  Melius
2  Q.   It says "file Saint Regis Manager."
3      You tell me.
4      MS. BUDD:  Establish a foundation
5  as to where this would be filed.
6  Q.   You have a file stamp that says
7  "file."
8      That looks like your file stamp?
9  A.   Correct.
10 Q.   As a matter of fact, it most likely
11 is your file stamp, a copy of it?
12 A.   I don't know.  That's what you're
13 saying, but I said looks like it.
14 Q.   And you wrote "Saint Regis;" is
15 that correct?
16 A.   Yes.
17 Q.   Below that you wrote?
18 A.   I can't read it -- monograms.
19     I don't know what it says.  I'm not
20 sure.
21 Q.   Fair to say it says "manager" on
22 it?
23 A.   I don't know it's fair to say
24 anything.
25 Q.   It's your handwriting though?

Page 59

1  Melius
2  A.   I have a problem with my own
3  handwriting.
4  Q.   You have a problem with reading
5  your own handwriting?
6  A.   Yes.
7  Q.   Take a look at the document and
8  tell me if you recall ever seeing this
9  document?
10 A.   Don't recall.
11 Q.   It's a fax.  The first page is a
12 fax cover sheet and it says "To: Name: Gary
13 Melius."
14     The very first page is a fax cover
15 sheet?
16 A.   That's what this says, yes.
17 Q.   What was your fax number?
18     Is that the correct fax number, 516
19 741-8040?
20 A.   I don't recall.
21 Q.   Is that your fax number now?
22 A.   I don't believe so.
23 Q.   You just don't know if that's your
24 fax number?
25 A.   It's not now.  I know that.  I

Page 60

1  Melius
2  don't believe it's mine.
3  Q.   You don't believe that's your fax
4  number?
5  A.   No.
6  Q.   This document was faxed to that
7  number.
8  A.   Okay.
9  Q.   And it looks like you stamped it
10 "file Saint Regis manager," but you don't have
11 any recollection as to whether or not that was
12 your fax number in 1997?
13     MS. GASTWIRTH:  Objection.
14 A.   No, I have no recollection of '97.
15 Q.   Any reason to believe that that
16 would not be your fax number in 1997?
17 A.   I have no reason to believe it
18 would or wouldn't be.
19 Q.   It says "Dear Gary, this letter is
20 in response to our meeting at Arbor in
21 Uniondale, New York last Friday to discuss the
22 proposed management agreement for a casino on
23 the Saint Regis Mohawk reservation."
24     Does that refresh your recollection
25 that you had a meeting on or about November

Page 61

1  Melius
2  11, 1997 to discuss that exact issue?
3  A.   No.
4  Q.   Does this document refresh your
5  recollection that in November of 1997 you were
6  involved in efforts to hire a general manager
7  for the Casino?
8  A.   No.
9      THE WITNESS:  Can I talk to you?
10     (Witness confers with counsel.)
11     MR. BARR:  Mark this.
12     (Plaintiff's Exhibit 7, fax cover
13 sheet and two-page memorandum to Gary
14 melius from Richard E. Starr, dated
15 1/9/98, marked for identification, as of
16 this date, by the recorder.).
17 Q.   Mr. Melius, Exhibit No. 7, is that
18 your file stamp and handwriting?
19 A.   Appears to be.
20 Q.   The January 9, 1998 letter is
21 addressed to you from Richard Starr; is that
22 correct?
23 A.   Yes.
24 Q.   Do you know who Richard Starr is?
25 A.   Yes.

Page 62

Melius

1 Melius
2    Q.   Who is he?
3    A.   I don't know.  He works for this
4 company or he owns it or something.
5    Q.   Do you know why he was writing to
6 you in January of 1998 concerning a gaming
7 assessment project for the Casino?
8    A.   I don't recall.
9    Q.   This file just went into the Saint
10 Regis file; am I correct in stating that?
11   A.   That's what it says on here.
12   Q.   It doesn't say Saint Regis anything
13 else.  It just says Saint Regis file, fax
14 number 516 741-8040.
15       Does that help you refresh your
16 recollection that that was your fax number?
17   A.   I don't recall.
18   Q.   Could would you turn the page,
19 Mr. Melius, first paragraph:
20       "This is to confirm our recent
21 conversation regarding the subject project.
22 As discussed, the current assignment would
23 include."
24       Do you recall your conversation
25 regarding this gaming assessment project?

Page 63

Melius

1 Melius
2    A.   No.
3    Q.   Is that your handwriting on that
4 page?
5    A.   I don't know.
6    Q.   It says "video slots-" and it says
7 "or slots."
8       Does that look like your
9 handwriting?
10   A.   Could be.
11   Q.   Is it most likely your comments?
12   A.   Don't know.
13   Q.   You have no recollection of having
14 a conversation with Mr. Starr in 1998
15 concerning the casino gaming assessment?
16   A.   I don't recall the conversation.
17       Did I have a conversation ever with
18 him, yes.
19   Q.   Do you recall if you contacted
20 Mr. Starr in response to this fax?
21   A.   No, I don't recall.
22   Q.   Do you recall what the substance of
23 your conversations with Mr. Starr would have
24 been in 1998 concerning the gaming assessment?
25   A.   No.

Page 64

Melius

1 Melius
2    MR. BARR:  Mark this.
3       (Plaintiff's Exhibit 8, fax cover
4 sheet and three-page memo to Ivan Kaufman
5 from Richard E. Starr dated 1/12/98,
6 marked for identification, as of this
7 date, by the reporter.)
8    Q.   Is that your file stamp and
9 handwriting on that document?
10   A.   Appears to be.
11   Q.   It appears to be that you circled
12 ERA.
13       Does that mean that you had a Saint
14 Regis ERA file?
15   A.   It would be appropriate.
16   Q.   Fax is to Ivan Kaufman from
17 Mr. Starr and it's dated January 12, 1998; is
18 that correct?
19   A.   I'm sorry.
20       What was that again?
21   Q.   The fax is to Ivan Kaufman?
22   A.   Oh, okay.  Yes.
23   Q.   From Mr. Starr dated January 12,
24 1998?
25   A.   Yes.

Page 65

Melius

1 Melius
2    Q.   Fax number 516 741-8040?
3    A.   Yes.
4    Q.   Again, I'm trying to help refresh
5 your memory.
6       This is a document you stamped
7 file, put in your file.
8       That must have been your fax number
9 at that time?
10   A.   It looks pretty convincing.
11   Q.   Appears to be.
12       Did you share a fax number with
13 Mr. Kaufman around that time?
14   A.   No.
15   Q.   So it's your fax?
16   A.   It appears to be.  It appears to
17 be.  If I was a betting man, I guess it is.
18   Q.   Do you know why Mr. Starr was
19 writing to you about a gaming assessment
20 project in January of 1998?
21   A.   I don't recall.
22   Q.   It looks as though if you compare
23 that Exhibit 8 with Exhibit 7, that Mr. Starr
24 incorporated some of the handwriting notes.
25       Could you take a look at that and

Page 66

Melius

1  **Melius**
2  tell me if you could agree with that?
3      MS. GASTWIRTH:  The question is
4      whether he knows?
5      I'm sorry.
6      **Q.   Does it appear that Mr. Starr**
7  **incorporated some of your comments from the**
8  **January 9 draft, which is marked as Exhibit 7,**
9  **to the exhibit marked as Exhibit 8?**
10     MS. GASTWIRTH:  Objection.
11     Go ahead and answer it.
12     A.   I have no idea.  I don't know if
13  they're my comments and, you know, I'm not
14  quite sure what that means, the legal stuff.
15  I told you, I'm very bad on paper.
16     **Q.   You just don't know whether or not**
17  **that's your handwriting?**
18     **It appears to be your handwriting**
19  **though?**
20     A.   It could be.  I mean, it's sloppy.
21  I write sloppy.  It could be.  It could be
22  somebody else's sloppy handwriting.
23     **Q.   So on Plaintiff's 7 under "video**
24  **slots" it says I believe above that "or slots"**
25  **where it says "an assessment."  So it reads**

Page 67

1  **Melius**
2  like this:  "An assessment of the implications
3  of the addition of video slots to the gaming
4  program;" is that correct?
5      A.   Correct.
6         MS. GASTWIRTH:  That's on
7      Plaintiff's Exhibit 7.
8         MR. BARR:  That's on Exhibit 7.
9      **Q.   On Exhibit 8 it says "An assessment**
10  **of the implications of the addition of video**
11  **or regular slots to the gaming program."**
12     **Would that have been your comment**
13  **"video or regular slots?"**
14     A.   I didn't say they were my comments.
15  It appears to be a change, but I don't know
16  that they're mine.
17     **Q.   Do have any idea why Mr. Starr**
18  **would be faxing Mr. Kaufman at your fax**
19  **number?**
20     A.   No.
21        MR. BARR:  Mark this.
22        (Plaintiff's Exhibit 9, fax to
23     Gary Melius from Zach Van Buren dated
24     1/15/98, marked for identification, as of
25     this date, by the reporter.)

Page 68

1      Melius
2         MS. GASTWIRTH:  Just so we won't
3      take up much of the record, we have a
4      standing objection.
5         Go ahead and take your deposition.
6         We have a standing objection to
7      issues that don't relate to the
8      construction contract.
9         We believe they're outside the
10     scope of the Complaint and they're also
11     barred by various doctrines, but go right
12     ahead.
13     **Q.   Is that your file stamp and**
14  **handwriting?**
15     A.   It appears to be.
16     **Q.   That's Exhibit 9?**
17     A.   Number 9.
18        MR. SEFF:  Off the record.
19        (Discussion off the record.)
20     **Q.   It's a fax to you, Mr. Melius?**
21     A.   Yes.
22     **Q.   At your fax number?**
23     A.   Yes, apparent fax number.
24     **Q.   Again, it went to your Saint Regis**
25  **ERA file it appears to be?**

Page 69

1                  **Melius**
2      A.   Yes.
3      **Q.   Is that your handwriting in the**
4  **circle?**
5      A.   Could be.
6      **Q.   "25 percent to State for slots;"**
7  **does that make sense?**
8      A.   It could make sense.  I don't know
9  if that's what it says.
10     **Q.   Do you recall seeing this before?**
11     A.   No.
12     **Q.   Having that stamp and your**
13  **handwriting on it doesn't refresh your**
14  **recollection of seeing that before?**
15     A.   No.
16     **Q.   Did you provide anything to ERA in**
17  **response to this fax?**
18     A.   No, I have no idea.
19     **Q.   Did you contact Mr. Van Buren with**
20  **any questions?**
21     A.   I don't remember that name.
22     **Q.   Did you ever deal with ERA before?**
23     A.   Before what?
24     **Q.   Before January 15, 1998.**
25     A.   I have no idea.

Page 70

Melius

1
2    Q.   Do you know who ERA is or what kind
3  of company it is?
4    A.   An economic research company.
5    Q.   Other than reading it from the
6  exhibit, do you know anything independent
7  about that company?
8    A.   I don't recall.  It's so long ago.
9    Q.   Why don't you take a look a minute
10  at the content of this letter.  Take a minute.
11  Read it quick and tell me if it refreshes your
12  recollection as to why you were involved with
13  analyzing the future market for the project
14  around the time of the fax, January 15, 1998.
15    A.   Don't recall.
16        MR. BARR:  Mark this.
17        (Plaintiff's Exhibit 10, fax cover
18        sheet with two newspaper articles, marked
19        for identification, as of this date, by
20        the reporter.)
21    Q.   Mr. Melius, have you seen that
22  before?
23    A.   Don't recall.
24    Q   Is that your file stamp and
25  handwriting?

Page 71

Melius

1
2    A.   Looks, could be.
3    Q.   It appears to be?
4    A.   Could be.  Could be is better.
5    Q.   Could be is better?
6    A.   I think I'll use "could be" from
7  now on.
8    Q.   That is your file stamp?
9    A.   I don't know.  There may be more
10  than one of them, I believe.
11    Q.   There's a fax cover sheet from
12  Walter Horn to Gary Melius dated 7/21/98 in
13  the center of that Plaintiff's 10; is that
14  correct?
15    A.   Okay, yes.
16    Q.   The document appears to be faxed to
17  your number at 741-8040.
18    A.   It appears this is a document.  I
19  don't know if it was put together.  I don't
20  know what it is.
21    Q.   What do you mean?
22    A.   I don't know.  Maybe you guys glued
23  a piece to this and put it on.  I don't know
24  where it came from.  I don't know.  I have no
25  idea who does what.  I can't remember six

Page 72

Melius

1
2  years ago, seven years ago.  It was a piece of
3  paper I saw.
4    Q.   It says down at the bottom "Saint
5  Regis slots," would that be something that you
6  would add to a document that you receive,
7  Mr. Melius?
8    A.   Could be.
9    Q.   Did you have a Saint Regis slots
10  file?
11    A.   Don't know.
12    Q.   Does it look like you had one after
13  looking at this?
14    A.   It looks like what it says.
15    Q.   Any reason why Mr. Horn in July of
16  1998 would be faxing this article to you?
17    A.   Ask Mr. Horn.
18    Q.   Who is Mr. Horn?
19    A.   I'm saying you would have to ask
20  Mr. Horn I'm assuming, not me.
21    Q.   It's fair to say you probably did
22  maintain a Saint Regis slots file, correct?
23    A.   Not necessarily.
24    Q.   Well, you maintained a Saint Regis
25  file?

Page 73

Melius

1
2    A.   I had files on Saint Regis.
3    Q.   You probably had a subfile that
4  says "slots?"
5    A.   If you say so.
6        I don't know.  If you say so.
7    Q.   I'm just asking you a question
8  about your filing system.
9    A.   I don't know.
10        MR. BARR:  Mark this.
11        (Plaintiff's Exhibit 11, two-page
12        memorandum to File from Walter Horn dated
13        7/21/98, marked for identification, as of
14        this date, by the reporter.)
15    Q.   Mr. Melius, I'm showing you what's
16  been marked as Exhibit 11.
17        Is that your file stamp and
18  handwriting on the top?
19    A.   Could be.
20    Q.   There's also a fax.
21        MS. GASTWIRTH:  Hang on one second.
22  I'm sorry.  Okay.
23    Q.   Have you ever seen this before?
24    A.   Don't recall.
25    Q.   You want to take a look at it, take

Page 74

Melius

1
2  a quick look and tell me if that helps refresh
3  your recollection.
4       A.   No.
5       Q.   Do you know why Mr. Walter Horn
6  from Arbor Mortgage, LLC would be faxing you
7  information concerning a meeting about the
8  Casino in July of 1998?
9       A.   No.
10      Q.   Did you ever correspond or talk to
11  Mr. Horn about this topic on or around that
12  time?
13      A.   I have no idea.
14      Q.   It looks like here, Mr. Melius,
15  that you maintain a Saint Regis contract file;
16  does that make sense?
17      A.   Could be.
18      Q.   You don't have any reason to
19  believe that that file stamp with your
20  handwriting would be a forgery, do you?
21      A.   No.
22      Q.   Most likely your handwriting?
23      A.   I can't say that.  Could be.
24      Q.   Barring the fact that someone else
25  created this document, that would be your

Page 75

Melius

1
2  handwriting?
3       A.   I don't know.  I don't even know if
4  this document is what it is.  I don't have no
5  idea.  I don't recall it.  I don't recall the
6  document.  I don't recall stamping it.  I
7  don't recall seeing it.
8       Q.   I understand that.
9            What I'm asking is, you have no
10  reason to believe that that would not be your
11  file stamp and your handwriting on that
12  document?
13      A.   At this time, no.
14           MR. BARR:  Mark this.
15           (Plaintiff's Exhibit 12, fax cover
16  sheet to Gary Melius from David A.
17  Freedman and two-page letter to Ivan
18  Kaufman from Jack Deremer, marked for
19  identification, as of this date, by the
20  reporter.)
21      Q.   Have you ever seen that before,
22  Plaintiff's 12?
23      A.   No idea.
24      Q.   There's a fax cover sheet to you
25  Gary Melius?

Page 76

Melius

1
2       A.   That's what it says.
3       Q.   From David Freedman?
4       A.   Yes.
5       Q.   Dated October 7, 1998?
6       A.   Yes.
7            MS. GASTWIRTH:  Can I take a moment
8  to look at it.
9       Q.   The "re" is Saint Regis Casino/VLC;
10  is that correct?
11      A.   Yes, Saint Regis Casino something.
12  I don't know what that last one says, Vic.  I
13  don't know.
14      Q.   Turn to the next page.  You can see
15  it says VLC on the top.
16      A.   Oh, VLC, okay.
17      Q.   Have you ever seen this document
18  before?
19      A.   Don't recall.
20      Q.   Do you have any idea why this
21  document would have been faxed to you?
22      A.   No.
23      Q.   Do you know what this document is
24  about?
25      A.   No.

Page 77

Melius

1
2       Q.   On the "re" line second page of
3  this exhibit it says "preliminary letter of
4  interest - project financing for the
5  development of the Akwesasne Mohawk Casino by
6  the Saint Regis Mohawk Tribe and President
7  R.C. - Saint Regis Management Company."
8       A.   Okay.
9       Q.   Does that help refresh your
10  recollection what this was?
11      A.   No, I don't remember the letter.
12      Q.   Is it fair to say it's concerning
13  the financing of the Casino?
14           MS. GASTWIRTH:  Objection.
15      A.   Fair to say.
16           MS. GASTWIRTH:  I think he just
17  answered.
18           I just want to make sure I
19  understand.  When you ask him what the
20  document says, it's the document.  He's
21  not testifying of his own independent
22  knowledge.  I think he prefaced that he
23  has no independent recollection of the
24  document.
25      Q.   Do you know who Jack Deremer is?

Page 78

Melius

1
2     A.   No, I don't remember.  I don't
3  remember that name ever.
4     Q.   You don't have a recollection of
5  having conversations with him --
6     A.   No.
7     Q.   -- concerning the Casino's
8  financing?
9     A.   Don't remember that name.
10    Q.   How about David Freedman?
11    A.   I remember that name.
12    Q.   What do you remember about
13 Mr. Freedman?
14    A.   I remember I never met him.  I
15 think I had a conversation with him.  I don't
16 remember the conversation.
17    Q.   Was it concerning the financing of
18 the Casino?
19    A.   Don't recall.
20    Q.   Mr. Freedman works for PFI Capital
21 Partners?
22    A.   I don't know.
23    Q.   Any idea why the letter is
24 addressed to Mr. Ivan Kaufman, principal
25 officer, President R.C. addressed to One Old

Page 79

Melius

1
2  Country Road?
3     A.   No.
4     Q.   Is that where your office was at
5  that time or was that Mr. Kaufman's office?
6     A.   I had an office there.
7     Q.   You had an office there?
8     A.   Yes.
9     Q.   With Ivan sharing an office?
10    A.   Never.
11    Q.   Same building?
12    A.   I think there was a time they
13 rented space downstairs, 20,000 feet or so, I
14 think.
15    Q.   Do you know when?
16    A.   No.
17    Q.   It's addressed to Mr. Kaufman at
18 One Old Country Road, but it's faxed to you;
19 is that fair to say?
20    A.   Anything is fair to say.  I don't
21 know.
22         THE WITNESS:  I got to eat.
23         MS. GASTWIRTH:  It's coming at
24    12:30.
25         MR. BARR:  Mark this.

Page 80

Melius

1
2         (Plaintiff's Exhibit 13, fax cover
3     sheet to Gary Melius from David Freedman
4     followed by a two-page letter dated
5     10/8/98, marked for identification, as of
6     this date, by the reporter.)
7     Q.   Do you recall seeing this letter
8  before?
9     A.   No.
10    Q.   That's Plaintiff's 13; is that
11 what's in front you?
12    A.   Yes.
13    Q.   Is that your file stamp and
14 handwriting?
15    A.   Could be.
16    Q.   It says "Saint Regis
17 Miller & Schroeder;" is that fair?
18    A.   It appears to, yes.
19    Q.   Did you maintain a Saint Regis and
20 Miller & Schroeder file?
21    A.   Don't know.
22    Q.   What did you have to do with the
23 Miller & Schroeder loan on or about October 8,
24 1998?
25    A.   I don't remember anything on the

Page 81

Melius

1
2  date.
3     Q.   What was your involvement in the
4  Miller & Schroeder financing for the Casino?
5     A.   I'm trying to figure out how I
6  found out about it.
7         I don't know.  I think I was
8  involved in introducing him to Ivan or his
9  entity.
10    Q.   Introducing who?
11    A.   To Ivan or his entity.
12    Q.   Miller & Schroeder to Ivan or his
13 entity?
14    A.   I don't know if it was Miller &
15 Schroeder or this company.  Somebody came to
16 me.  I don't recall the circumstances.
17    Q.   Do you recall seeing this fax from
18 Mr. Freedman dated October 8, 1998?
19    A.   No.
20    Q.   It certainly looks like,
21 Mr. Melius, from these documents that you were
22 involved in the negotiations of the Miller &
23 Schroeder loan; is that correct?
24    A.   I don't recall.  Could have been.
25    Q.   Could have been?

Page 82

**Melius**

1
2    A.   (Witness nods.)
3    **Q.   If you were involved, what would**
4  **you have been doing?**
5    A.   I don't recall.
6    **Q.   Negotiating the terms?**
7    A.   Don't recall.
8    **Q.   Who is Al Crary?**
9    A.   A former New York State trooper
10  captain, captain of New York State Police.
11  Former captain of New York State Police.
12   **Q.   Ever employed by you?**
13   A.   I don't believe so.
14   **Q.   Ever employed by any of your**
15  **entities?**
16   A.   I don't believe so.
17   **Q.   Did you ever pay him?**
18   A.   I don't believe so.
19   **Q.   Did you ever hire him as a Casino**
20  **security consultant?**
21   A.   No.
22   **Q.   How do you know him?**
23   A.   I'm very involved with the police.
24   **Q.   Very involved in the police?**
25   A.   The police.  I was Al D'Amato's

Page 83

Melius

1
2  liaison for police and fire.  I know a lot of
3  police departments.
4    **Q.   Where did Al Crary, what precinct**
5  **did he work in in New York City?**
6    A.   No, he was upstate.
7    **Q.   Where upstate?**
8    A.   Around the casino.
9    **Q.   You were involved in the police**
10  **affairs with the New York State police up and**
11  **around the Casino?**
12   A.   No.
13   **Q.   So how did you come to know**
14  **Mr. Crary?**
15   A.   Don't recall.
16    MR. BARR:  Mark this.
17    (Plaintiff's Exhibit 14, memo to Al
18    Crary from Gary Melius dated 10/2/98,
19    marked for identification, as of this
20    date, by the reporter.)
21   **Q.   I'm showing you what's been marked**
22  **as Exhibit 14.**
23    **Is that your file stamp "Saint**
24  **Regis contract?"**
25   A.   Could be.

Page 84

Melius

1
2    MS. GASTWIRTH:  Hang on a second.
3    **Q.   Is that a letter from you?**
4    A.   It doesn't look like a letter from
5  anybody.  There's nothing signed.  I don't
6  know what it is.
7    **Q.   Is that your letterhead?**
8    A.   It appears to be.
9    **Q.   It says Gary Melius on the top?**
10   A.   Yes, it does.
11   **Q.   One Old Country Road, Suite 420?**
12   A.   Yes.
13   **Q.   Fax number 516 741-8040?**
14   A.   That really clarifies the fax
15  number.
16   **Q.   That was your fax number?**
17   A.   Yes, good thing for this.
18   **Q.   Good thing for documents.**
19    **The letter is dated October 21,**
20  **1998?**
21   A.   Yes.
22   **Q.   It says "best regards, Gary**
23  **Melius?"**
24   A.   Yes.
25   **Q.   Do you recall hiring Al Crary as a**

Page 85

**Melius**

1
2  **security consultant for the casino?**
3    A.   No.
4    **Q.   It says "I have been informed by**
5  **Massena Management that upon opening of the**
6  **Saint Regis Casino by either Ivan Kaufman or**
7  **an affiliate of his, you will be hired as**
8  **their security consultant at a salary of**
9  **$50,000 per year;" do you remember that?**
10   A.   No.
11   **Q.   It says "congratulations?"**
12   A.   It says that.
13   **Q   Did he ever get hired by the**
14  **casino?**
15   A.   I don't know.
16   **Q.   Did you ever have any**
17  **communications with Mr. Crary concerning the**
18  **Casino?**
19   A.   Yes.
20   **Q.   What were those communications?**
21   A.   Don't recall.
22   **Q.   Did he ever produce any documents**
23  **for you to review concerning the Casino?**
24   A.   Not that I know of.
25   **Q.   You have no recollection of**

Page 86

Melius

1
2    **actually sending this letter and hiring**
3    **Mr. Crary; is that correct?**
4         MS. GASTWIRTH: Objection.
5         I don't think that's what the
6    letter says. It says somebody else would
7    hire him.
8         A.    Right. I never would hire and
9    apparently this letter is an unsigned letter.
10   I don't know what it is.
11        **Q.    But it went into your Saint Regis**
12   **file?**
13        A.    I don't know.
14        **Q.    It's stamped "file," your file**
15   **stamp, and it says "Saint Regis contract,"**
16   **right?**
17        A.    That's what it says. I don't know
18   if it went in there. I don't know if it came
19   out of there. I don't know anything.
20        **Q.    Do you know who Mr. Crary reported**
21   **to?**
22        A.    I guess the major.
23            I don't know who he reported to.
24            He was a captain. He reported to a
25   major.

Page 87

Melius

1
2    **Q.    Did he ever report to you?**
3    A.    No, why would he report to me?
4    **Q.    Don't know, just asking.**
5    **Why would you be writing to him?**
6    A.    I don't know that I wrote to him.
7    **Q.    You, at least, created a draft?**
8    A.    I don't know. I don't know who did
9    this.
10   **Q.    Do you have any reason to believe**
11   **that this would be a forged document?**
12   A.    I have no reason to believe either
13   way. I just -- it's an unsigned thing.
14   **Q.    The initials down at the bottom**
15   **"GM" refer to Gary Melius, fair?**
16   A.    Yes.
17   **Q.    How about "EMO?"**
18   A.    How about it?
19   **Q.    Who does that refer to?**
20   A.    I don't know.
21   **Q.    Did you have a secretary with the**
22   **first initial beginning with an E?**
23   A.    Yes.
24   **Q.    And who was that?**
25   A.    Elise.

Page 88

Melius

1
2    **Q.    Is she still working for you?**
3    A.    Yes.
4    **Q.    What's her last name?**
5    A.    I think it's Olsen.
6    **Q.    Olsen?**
7    A.    Yes, with an O.
8    **Q.    Do you know her middle name?**
9    A.    No.
10   **Q.    You don't think somebody forged**
11   **this document, just created this document to**
12   **make you look bad, do you?**
13   A.    I have no idea.
14        I mean, the whole case is bad. I
15   don't know what anybody is doing here.
16   **Q.    Do you have any suspicion this**
17   **document in particular would have been created**
18   **by somebody else other than you or your**
19   **secretary?**
20   A.    I have a suspicion of the whole
21   case that I think you're trying to make a
22   false case, so that's my suspicion.
23   **Q.    Other than your general litigation**
24   **strategy --**
25   A.    I don't have a strategy.

Page 89

Melius

1
2    **Q.    -- do you have any particular**
3    **reason to believe that this document would**
4    **have been created by anybody else other than**
5    **you and or your secretary Elise Olsen?**
6         MS. GASTWIRTH: Objection.
7    A.    I have no way of knowing. I have
8    no way of knowing if somebody makes a bad
9    document.
10       MR. BARR: Mark this.
11       (Plaintiff's Exhibit 15, fax dated
12       10/23/98, eight-page Loan Placement
13       Agreement, marked for identification, as
14       of this date, by the reporter.)
15   **Q.    You're looking at Exhibit 15,**
16   **Mr. Melius?**
17   A.    Yes.
18       MS. GASTWIRTH: Let me just take
19   a quick look.
20   **Q.    Have you ever seen this letter**
21   **before?**
22   A.    I don't recall.
23   **Q.    It's got your file stamp "file**
24   **Saint Regis" on it?**
25   A.    It could be.

Page 90

Melius

1
2    Q.    With a circle for Miller &
3   Schroeder?
4    A.   Yes.
5    Q.    It looks like it's Saint Regis
6   Miller & Schroeder file; fair to say?
7    A.   Could be.
8    Q.    The date is October 23, 1998?
9    A.   Yes.
10    Q.    It's got your fax number on it, now
11   that we've determined that that's your fax
12   number, correct?
13    A.   Where is the fax number?
14   I don't see it.
15    Q.    Via facsimile 516 741-8040?
16    A.   Yes, yes.
17    Q.    Is that your handwriting on this
18   document?
19    A.   Don't know.
20    Q.    Are those your markups, if you just
21   peruse through?
22    A.   I don't recall.  I don't recall the
23   document.
24    Q.    Does it look like your handwriting?
25    A.   It looks like sloppy handwriting.

Page 91

Melius

1
2   Could be my handwriting.
3    Q.    We know that it's your fax number.
4   It was sent to your fax number, and it looks
5   like it was also sent by Federal Express.
6    MS. GASTWIRTH:  Just for the
7   record.
8    These documents that you've been
9   showing him, although you haven't
10   denominated them on the record, the court
11   reporter is taking down what the document
12   is, is addressed to Mr. Ivan Kaufman.  It
13   may be faxed to Mr. Melius.  I don't know
14   what connection that is.
15    So the record is clear, some of
16   these documents that have been marked as
17   exhibits are addressed to Ivan Kaufman at
18   his address.
19    MR. SEFF:  At whose address?
20    MS. GASTWIRTH:  At Ivan Kaufman's
21   address.
22    MR. BARR:  It says One Old Country
23   Road.
24    Are you  testifying?
25    MS. GASTWIRTH:  I believe President

Page 92

Melius

1
2   was located there or Arbor at one point,
3   but we'll check that out for you.
4    MR. SEFF:  We already checked that
5   out.  Thank you.
6    Q.    We've established that this
7   document was faxed to you at 516 741-8040,
8   correct?
9    A.   I don't say that.  You're saying
10   that.  I don't know.  I said I don't recall
11   the document, but I can't tell you it was sent
12   there.
13    Q.    You have no reason to believe that
14   this would not have been sent to your office
15   on October 23, 1998 to your fax number,
16   correct?
17    A.   Just my general belief that I don't
18   know if any of the documents are real or
19   fakes.  I don't know.  I don't know what it
20   is.
21    Q.    You have no recollection of being
22   involved with the loan placement concerning
23   the casino?
24    A.   I didn't say that.
25    Q.    If you were involved in the loan

Page 93

Melius

1
2   placement, then it wouldn't be so difficult to
3   understand why you would be faxed a document
4   concerning that loan placement by Miller &
5   Schroeder, correct?
6    A.   That's correct.
7    Q.    So it's not unreasonable to
8   conclude that if you were involved in a loan
9   placement of the financing for the Casino that
10   you would have received faxes such as this one
11   dated October 23, 1998, correct?
12    A.   Conceivable.
13    Q.    What was your role in this loan
14   placement?
15    A.   I don't recall.
16    I mean, I know I made an
17   introduction.  I don't know if I -- I don't
18   recall how involved I was as to negotiate, if
19   I did or not.
20    MS. GASTWIRTH:  Why don't we take a
21   two-minute break.
22    Q.    Mr. Melius, if you could just take
23   a look at this document a little more closely
24   now that we've established that you had some
25   involvement in the placement of the loan on

24 (Pages 90 to 93)

Page 94

Melius

1
2  the Casino; would it be fair to say?
3      MS. BUDD:  I'm going to object to
4  your rephrasing his testimony
5  inaccurately.
6      Q.  Is it fair to say that these would
7  be your comments in line with your involvement
8  on this financing?
9      MS. GASTWIRTH:  Objection.
10     MR. BARR:  He can answer?
11     MS. GASTWIRTH:  He can answer, if
12 he can answer.
13     A.  Don't know.
14     Q.  For example, it says here
15 "borrower:  The Saint Regis Mohawk Tribe, a
16 federally recognized Indian tribe pursuant to
17 the Treaty."
18     A.  Where does it say that?
19     Q.  Second page.  It would be Bates
20 stamped ARC --
21     THE WITNESS:  Excuse mean one
22 second.  I just need two minutes.  I got
23 a personal issue.
24     MS. GASTWIRTH:  I don't know when
25 lunch is coming.  If you want to take

Page 95

Melius

1
2  a lunch break now, it's supposed to be
3  here at 12:30.
4      Do you want to start now and let
5  him make his phone call and break for
6  lunch and resume at 1:00?
7      MR. BARR:  Off the record.
8      (Luncheon recess taken at
9  12:21 p.m.)
10 A F T E R N O O N   S E S S I O N
11 (Time noted:  1:01 p.m.)
12 G A R Y  M E L I U S, resumed and testified as
13 follows:
14 CONTINUED EXAMINATION
15 BY BARR:
16     Q.  Mr. Melius, we were trying to get
17 ourselves back into this.  We're on the second
18 page of Plaintiff's 15 and it's marked
19 ARC 08058 at the bottom lower righthand
20 corner; do you see that?
21     A.  Yes.
22     Q.  I was reading to you under the line
23 "borrower" and there's some handwriting on the
24 side "Arbor and or Massena?
25     A.  Yes.

Page 96

Melius

1
2      Q.  Were those your comments for that
3  paragraph "borrower?"
4      A.  I don't recall.
5      Q.  How about the next paragraph it
6  says "manager, okay;" is that your
7  handwriting, your comment?
8      A.  Don't know.
9      Q.  Could it be?
10     A.  Could be.
11     Q.  More probable than not that that's
12 your handwriting?
13     A.  I don't know that.
14     Q.  All the way down the line here you
15 got "okay, Massena, okay, okay" when we get
16 down to estimated project cost; do you see
17 that?
18     A.  Yes.
19     Q.  You have an okay next to it?
20     A.  Yes.
21     Q.  None of this refreshes your
22 recollection that this is your handwriting?
23     A.  No.
24     Q.  You don't have reason to believe
25 that it's anybody else's handwriting, do you?

Page 97

Melius

1
2      A.  I have no idea.
3      Q.  We're talking about a fax that was
4  faxed to you on October 23, 1998, correct?
5      A.  I don't know that.
6      Q.  Would you just peruse the next few
7  pages and tell me whether or not that helps
8  refresh your recollection as to whether or not
9  that is your handwriting?
10     A.  Could be.  I don't recall the
11 document, so I can't recall if it's my
12 handwriting.
13     Q.  Same answer for all of the rest of
14 the pages?
15     A.  Yes, could be.
16     Q.  Could be?
17     A.  I'm not saying definitely not,
18 could be.
19     Q.  If we go to the 063 Bates stamp --
20 by the way, just so you know for the record,
21 these are Bates stamps made by Park Place from
22 documents supplied from your offices to Park
23 Place; did you know that?
24     A.  No.
25     Q.  So if you go to Bates stamp 063 in

Page 98

Melius

1  the middle of the page it says this is where
2  notices go "if to Manager: President R.C. -
3  St. Regis Management Company care of Massena
4  Management, LLC;" what's the address there?
5      A.   333 Earle Ovington Boulevard, room
6  900.
7      Q.   It looks like that's the address of
8  President R.C. on October 23, 1998; is it fair
9  to say?
10     A.   Looks like it.
11     Q.   But that's not the same address
12 that's listed on the front page of this fax
13 Bates stamped 057, is it?
14     A.   No.
15     Q.   Is it fair to say that they did not
16 have their offices at one Old Country Road on
17 or about that date, October 23 1998?
18     MS. GASTWIRTH:  Objection.
19     MS. BUDD:  Objection.
20     A.   No, don't know that.
21     MR. BARR:  Mark this.
22     (Plaintiff's Exhibit 16, fax cover
23 sheet to Gary Melius from Dave Larson
24 dated 11/5/98 followed by nine-page

Page 99

Melius

1  Loan Placement Agreement, marked for
2  identification, as of this date, by the
3  reporter.)
4      Q.   Take a look at Plaintiff's Exhibit
5  16.
6          Have you seen that document before?
7      A.   Don't recall.
8      Q.   Is that your file stamp?
9      A.   Could be.
10     Q.   At the bottom it says ARC O7976?
11     A.   Yes.
12     Q.   It says "Saint Regis Miller &
13 Schroeder" upper righthand corner next to your
14 file?
15     A.   Yes.
16     Q.   And this fax is to you?
17     A.   The sheet says so.
18     Q.   From Miller & Schroeder and the fax
19 line up at the top says November 5, 1998?
20     A.   That says Miller and Schroeder,
21 yes.
22     Q.   One of ten?
23     A.   Yes.
24     MS. GASTWIRTH:  For the record, the

Page 100

Melius

1  facsimile cover sheet says it's from
2  B&L Financial.
3      Q.   And that's your fax number
4  516 741-8040?
5      A.   Absolutely.
6      Q.   And it says "President R.C.-Saint
7  Regis Management Company."
8          You worked for President R.C.-Saint
9  Regis Management Company in November 1998?
10     A.   I don't see where it says that.
11     MS. BUDD:  (Indicating).
12     A.   Oh, no.  Never worked for them.
13     Q.   It says "attached is a revised loan
14 placement agreement provided for your review."
15     A.   Okay.
16     Q.   Did you or did you not review this
17 revised loan placement agreement?
18     A.   I don't recall.
19     Q.   Why don't you take a closer look at
20 the document and tell me if there's anything
21 in there that would help refresh your
22 recollection that you would have reviewed a
23 revised loan placement agreement?
24     MS. GASTWIRTH:  For the record, the

Page 101

Melius

1  document that's attached is a letter
2  dated November 5, 1998 from Miller &
3  Schroeder to Ivan Kaufman.  The fax cover
4  sheet, however, comes from B&L Financial
5  and it goes to Gary Melius.
6      Q.   Mr. Melius, do you want to take a
7  look at it?
8      A.   I looked.  No.
9      Q.   It's your handwriting on this
10 document?
11     A.   Could be.
12     Q.   Well, assuming that this fax went
13 to you on November 5, 1998 to your fax number,
14 would it be fair to conclude that you were
15 involved in the review and negotiation of this
16 loan document?
17     MS. GASTWIRTH:  Objection.
18     MS. BUDD:  Objection.
19     A.   No.
20     Q.   No?
21     A.   No, I don't know if that's fair.
22 Maybe for you.  I don't know.  You have to
23 tell me how you want to decide.  I don't
24 decide it from that.

Page 102

Melius

1
2    Q.    Let's break this down, Mr. Melius.
3          This fax cover sheet is to you,
4    Gary Melius, correct?
5    A.    That paper says it to me.
6    Q.    It's got your file stamp saying
7    "Saint Regis Miller Schroeder?"
8    A.    Could be.
9    Q.    Could be?
10   A.    Could be a bad document.  I don't
11   know.
12   Q.    Barring the fact that it's a bad
13   document, is it reasonable to conclude that
14   you were sent this document for your review?
15   A.    You could conclude it.  I'm not
16   agreeing to it.
17   Q.    You got no reason to disagree with
18   that, do you?
19   A.    I would never disagree with you.
20   Q.    I'd like you to disagree with me if
21   you have reason for it.  If you have no
22   reason --
23   A.    I don't know.  I'm not disagreeing
24   with you.
25   Q.    Having determined that this fax

Page 103

Melius

1
2    sheet was sent to you and looking at this
3    handwriting, is it fair to conclude that this
4    would be your handwriting, these comments
5    along the margin of the pages of this
6    document?
7          MS. GASTWIRTH:  Asked and answered.
8    A.    I think you confused me again
9    because you say "concluded."  I don't know that
10   we concluded that.
11   Q.    Let's break it down.
12         The fax cover sheet is addressed to
13   you, correct?
14   A.    Yes.
15         MS. BUDD:  Asked and answered three
16   times.
17         MR. BARR:  We know we've got some
18   difficulties here, so let's be fair.
19   Let's be fair guys.
20   Q.    Now, you've stated that it could be
21   your signature and your file stamp and having
22   stated these two basic concepts, is it fair --
23   just fair -- to conclude that the handwriting
24   on the margin is your handwriting on this
25   document?

Page 104

Melius

1
2    A.    I don't know.
3    Q.    Do you or do you not have a
4    recollection as to reviewing this loan
5    document?
6    A.    No recollection.
7          MS. GASTWIRTH:  Objection.
8    Q.    Or being involved in any type of
9    negotiation concerning this finance package
10   for the Casino?
11   A.    I have a recollection.
12         MS. BUDD:  Objection.
13         MS. GASTWIRTH:  Objection.
14   Q.    What's that recollection?
15   A.    I was involved.
16   Q.    You were involved?
17   A.    I don't know what "involves" means,
18   but I was involved.
19   Q.    Let's talk about to what extent
20   were you involved in the review and
21   negotiations of this loan placement agreement.
22         MS. BUDD:  Objection.
23         MS. GASTWIRTH:  Objection.
24         That's not his testimony.
25         MR. SEFF:  He just said he was

Page 105

Melius

1
2    involved.
3          MS. GASTWIRTH:  He just said
4    in negotiating.
5    Q.    Were you involved in the review of
6    this loan placement?
7    A.    I don't recall.
8    Q.    Do you know what you did do with
9    regard to this loan placement agreement?
10   A.    No.  I mean, I know I made an
11   introduction.  That's the main thing.  That's
12   what I would call "involve," you know.  I
13   don't recall the rest.  It's too long ago.
14         MR. BARR:  Mark this.
15         (Plaintiff's Exhibit 17 fax cover
16   sheet to Gary Melius from David Larson,
17   dated 11/8/98, marked for identification,
18   as of this date, by the reporter.)
19   Q.    I'm showing you what's been marked
20   as Plaintiff's 17.
21         Have you ever seen that document?
22   A.    I don't recall.
23   Q.    I want you to take a little bit
24   more time before you say you don't recall just
25   so you've given yourself a fair review of it.

Page 106

**Melius**

2  A.  I would have to say blanketly that
3  any document you put in front of me, there's
4  no way for me to recall that specific document
5  from six years ago.  I only can go on good
6  faith that you say this is a legitimate
7  document.  Myself, I don't know.  I don't know
8  what it is, who it is or where it came from.
9  **Q.  Well, in 1998, Mr. Melius, how many**
10 **Native American casino projects were you**
11 **involved in?**
12 A.  Don't recall.
13 **Q.  Is it fair to say one?**
14 A.  No.
15 **Q.  More than one?**
16 A.  Yes.
17 **Q.  So you recall that you were**
18 **involved in more than one negotiation with**
19 **Native American casino projects in 1998?**
20 A.  No, I didn't say that.  I don't
21 know about the time frame, but there were
22 times when I was involved with more than one
23 Native American casino deal.
24 **Q.  Well, take a look at this document,**
25 **the document in front of you.  You'll note**

Page 107

**Melius**

2  **that it's got a Bates stamp ARC O7986, which**
3  **came from your files, and it's a fax cover**
4  **sheet to you; am I correct in stating that?**
5  A.  That's what this says.
6  MS. GASTWIRTH:  Objection as coming
7  from his files.  That's your testimony;
8  isn't it?
9  Do you want to ask him if it did?
10 **Q.  Do you have any recollection that**
11 **this came from your files?**
12 A.  No.
13 **Q.  But it's got your file stamp on it?**
14 A.  Could be.
15 **Q.  And the file stamp is Saint Regis**
16 **Miller & Schroeder?**
17 A.  The file stamp?
18 **Q.  The stamp is "file" and then the**
19 **handwriting is "Saint Regis Miller &**
20 **Schroeder?"**
21 A.  Yes.
22 **Q.  We've determined that you've used**
23 **that similar type of file stamp that says**
24 **"file," right?**
25 A.  Yes.

Page 108

Melius

2  **Q.  And you have a Saint Regis file?**
3  A.  Yes.
4  **Q.  And you have a Saint Regis Miller &**
5  **Schroeder subfile?**
6  A.  Don't know.
7  **Q.  It would appear to be here that you**
8  **have a Saint Regis Miller & Schroeder subfile?**
9  A.  If this is what I did, it would
10 appear that way.
11 **Q.  And you've got a fax cover sheet to**
12 **you, Gary Melius, President R.C.-Saint Regis**
13 **Management Company with your fax number on it;**
14 **is that correct?**
15 MS. GASTWIRTH:  That's
16 what you're saying the document says.
17 **Q.  That's what the document says?**
18 A.  That's what this says.
19 MR. BARR:  You have to understand
20 we have a little trouble with
21 recollection.
22 MS. GASTWIRTH:  I understand.
23 **Q.  This is from David Larson?**
24 A.  Yes.
25 **Q.  Dated November 8, 1998?**

Page 109

**Melius**

2  A.  Yes.
3  **Q.  Who is David Larson?**
4  A.  I don't know.
5  **Q.  It says here "related to our**
6  **conversation this morning."**
7  Any reason to disagree with that
8  statement that you would have had a
9  conversation with Mr. Larson in the morning of
10 **November 8, 1998?**
11 A.  Yes.  One, I wouldn't remember what
12 I did on November 8, 1998.
13 Two, I don't recall that name at
14 all.  So I don't know what this is.
15 **Q.  But you have no reason to disagree**
16 **with this fax?**
17 Let me take a step back.
18 I'm not asking you to tell me what
19 you did on that day.
20 What I'm asking you is, do you have
21 any reason to disagree with the truth or
22 veracity of this fax cover sheet that says
23 "related to our conversation this morning,"
24 and the truth or veracity would be you have no
25 reason to disagree having a conversation with

Page 110

Melius

1      **Melius**
2  **Mr. Larson on that day, the morning of**
3  **November 8, 1998?**
4      A.   I don't recall any conversation.
5      **Q.   Is this your handwriting on this**
6  **document?**
7      A.   Could be.
8      **Q.   So it says "please indicate the**
9  **anticipated configuration of the Akwesasne**
10  **Casino opening by completing the following."**
11      **It could be that you completed the**
12  **following?**
13      A.   I don't know if I saw this
14  document, so I can't answer.  I would only be
15  able to do that if we were in my office and I
16  pulled the original out of my office and I
17  could say to you I know.  You don't want me to
18  say something I don't know.
19      **Q.   Maybe we should talk about doing**
20  **that.**
21      A.   That's fine.
22      MS. GASTWIRTH:  I don't think so.
23      You have these documents.  Let's
24  move forward.
25      A.   I can't say.  Maybe they altered

Page 111

Melius

1  them to protect their client.
2      **Q.   Your attorney?**
3      A.   She's not my attorney.
4      **Q.   Whose not your attorney?**
5      A.   I'm saying there are other people
6  involved.
7      MS. GASTWIRTH:  We got these from
8  Park Place.  They say what they say.  I
9  don't know what more you can ask the
10  witness about.
11      MR. BARR:  They got his
12  handwriting.
13      MS. GASTWIRTH:  I could appreciate
14  you trying to establish that.  I don't
15  know what more you're going to gain out
16  of it.
17      **Q.   Did you write down at the bottom of**
18  **the page "Caribbean stud;" is that your**
19  **handwriting, could be your handwriting?**
20      A.   Could be, yes.
21      **Q.   You don't recall?**
22      A.   You don't want me to say if I don't
23  know, right?
24      You don't want me to do that?

Page 112

Melius

1      **Q.   What I expect you to do is tell the**
2  **truth.  That's all I expect.**
3      A.   I'm telling you the truth, no lies.
4      **Q.   When you're confronted with a fax**
5  **that's addressed to you, your fax that has a**
6  **stamp on it that we believe is your stamp that**
7  **we developed during the course of the morning**
8  **that says "file" that relates to a**
9  **conversation you had with the gentleman on**
10  **that fax the day before, I don't think it's**
11  **unreasonable to ask you the next question and**
12  **that is if it's got your handwriting on it.**
13      **Maybe from all that that I just**
14  **explained, would it refresh your recollection**
15  **that this would be your handwriting?**
16      **It's not unreasonable to conclude**
17  **that would be your handwriting or hand marks**
18  **on this document?**
19      A.   Not unreasonable, but I don't
20  recall.
21      MS. GASTWIRTH:  I think that's
22  pretty much been the testimony of
23  the witnesses throughout this case, that
24  this stuff is so long ago.

Page 113

Melius

1      He can only testify to what he
2  recalls.
3      **Q.   Who is B&L Financial?**
4      A.   I don't know.
5      **Q.   You didn't introduce B&L Financial**
6  **to Mr. Kaufman?**
7      A.   I don't know who they are.  I mean,
8  I don't recall who they are, so I couldn't
9  answer you.
10      MR. BARR:  Mark this.
11      (Plaintiff's Exhibit 18, fax cover
12  sheet to Gary Melius from David Larson
13  dated 11/10/98 followed by a ten-page
14  Revised Loan Placement Agreement Draft
15  Copy, marked for identification, as of
16  this date, by the reporter.)
17      **Q.   Mr. Melius, what do you have in**
18  **front of you?**
19      **Do you have Plaintiff's Exhibit 18**
20  **in front of you?**
21      A.   Yes, sir.
22      **Q.   Have you ever seen that document**
23  **before?**
24      A.   Don't know.

Page 114

1          Melius
2     Q    Is that your file stamp on the
3  upper righthand corner?
4     A.   Could be.
5     Q.   Is your fax number on that?
6     A.   I don't know.  I don't see.  Where?
7     Oh, yes.
8     Q.   It says "attached is the latest
9  revised draft copy of the loan placement
10 agreement through Miller & Schroeder
11 Financial" and the next paragraph "I received
12 responses to your most recent comments from
13 Steve Erickson at Miller & Schroeder this
14 morning."
15          Do you recall giving any comments
16 to anybody at Miller & Schroeder or B&L
17 concerning this revised loan placement
18 agreement?
19    A.   No.
20    Q.   Look through the margin on the
21 right side and go through the document and see
22 if that's your handwriting.
23          MS. BUDD:  Just for the record, the
24     fax cover sheet was also addressed to
25     Mr. Walter Horn.  The draft copy on the

Page 115

1          Melius
2  second page dated November 10, 1998 is
3  addressed to Ivan Kaufman.
4          MR. BARR:  Right.
5     Q.   Are those your handwriting on the
6  right side?
7     A.   Could be.
8     Q.   Were you working with Mr. Horn or
9  Mr. Kaufman on the terms of the loan placement
10 agreement?
11    A.   I don't recall.
12         MR. BARR:  Mark this.
13         (Plaintiff's Exhibit 19, fax cover
14     sheet to Gary Melius from David Larson
15     followed by ten-page Loan Placement
16     Agreement, marked for identification, as
17     of this date, by the reporter.)
18    Q.   Are you looking at Plaintiff's 19?
19    A.   Yes.
20    Q.   Do you recall that document?
21    A.   No.
22    Q.   It's to you, Gary Melius; is that
23 correct?
24         MS. GASTWIRTH:  Are you talking
25     about the first page, the cover sheet?

Page 116

1          Melius
2          MR. BARR:  The cover sheet.
3          MR. BARR:  Let's use the Bates
4     stamp, ARC O7998.
5          MS. GASTWIRTH:  You're not talking
6     about the rest of the document, just the
7     cover sheet?
8          MR. BARR:  The cover sheet and it
9     has ten pages included.
10         MS. GASTWIRTH:  Well, the next page
11    has something else on it.  Let him look
12    through the whole thing.
13         The question is, is it addressed to
14    you and I thought you were referring to
15    the cover sheet.
16         THE WITNESS:  What's the question?
17    Q.   Was it addressed to you?
18    A.   The cover sheet?
19    Q.   Well, the document.  It says "to
20 Gary Melius from Mr. Larson."
21    A.   No, the document is not to me.
22    Q.   But the cover sheet is?
23    A.   The cover sheet is.
24    Q.   It's got your fax number?
25    A.   Yes.

Page 117

1          Melius
2     Q.   And it's got your file stamp "Saint
3  Regis Miller & Schroeder, correct?
4     A    Could be.
5     Q.   Comments are, and I'll read them
6  for you, "Gary, attached is the latest draft
7  of the loan placement agreement provided for
8  your review.  Also, I faxed a copy of same to
9  Walter Horn's office.  Please call with any
10 comments or questions."
11         Does that refresh your recollection
12 that you were giving comments on this loan
13 placement agreement?
14    A.   No.
15         MS. BUDD:  Objection.
16    Q.   No?
17    A.   No.
18    Q.   So none of this these documents
19 help refresh your recollection that you were
20 involved in the negotiation of this loan
21 placement agreement?
22         MS. GASTWIRTH:  Objection.
23         MS. BUDD:  Objection.
24    A.   No.  I have bad memory problems.
25    Q.   And if you don't have a specific

Page 118

Melius

1
2 recollection of this document or the other
3 documents I've shown you, is it fair to
4 conclude that after looking at these documents
5 and assuming that they are not forged
6 documents that you were involved in the review
7 of the loan placement agreement?
8     MS. GASTWIRTH:  Objection.
9     A.  I don't know.  I don't know if I'm
10 qualified to make that opinion.
11     MR. BARR:  Mark this.
12     (Plaintiff's Exhibit 20, memo to
13 Gary Melius from Walter Horn dated
14 12/29/98 followed by three-page Notice
15 and Acknowledgement of Pledge, marked for
16 identification, as of this date, by the
17 reporter.)
18     Q.  Do you recall receiving this
19 document from Mr. Horn?
20     A.  No.
21     Q.  This document is marked as
22 Plaintiff's 20 for identification purposes,
23 right?
24     A.  Yes.
25     Q.  Same question.  That's your file

Page 119

Melius

1
2 stamp?
3     A.  Same answer.  Could be.
4     Q.  Could be?
5     A.  Could be.
6     Q.  Saint Regis Miller & Schroeder
7 file, correct?
8     A.  Yes.
9     Q.  Does it help refresh your
10 recollection at all concerning the Pledge
11 Agreement, Notice and Acknowledgement of
12 Pledge Agreement?
13     A.  No.
14     Q.  Do you know anything about the
15 Notice and Acknowledgement of Pledge Agreement
16 concerning the tribe?
17     A.  I don't know what that means even.
18 That's a technical term for me.
19     Q.  It says here at the end of his
20 paragraph "any comments?"
21         It's fair to conclude that if this
22 is not a forged document that he was asking
23 for your comments?
24     A.  It would appear that way.
25     Q.  Any reason why he'd be asking for

Page 120

Melius

1
2 your comments?
3     A.  I don't know why.  He's a lawyer.
4 I don't know.
5     Q.  Assuming this is an authentic copy
6 of a fax from Walter to you, if he's a lawyer,
7 why would he be asking for comments on the
8 Notice and Acknowledgement of Pledge?
9     MS. BUDD:  Objection.
10     A.  I think you have to ask him that.
11     Q.  Do you have any recollection of
12 discussing this document with Mr. Horn, the
13 Notice and Acknowledgement of Pledge
14 Agreement?
15     A.  No.
16     Q.  If he was to testify that he did
17 discuss this document with you, would you have
18 any reason to disagree with his testimony?
19     A.  No.
20     Q.  You wouldn't call him a liar if he
21 said he had discussed this document with you?
22     A.  No.
23     MR. BARR:  Mark this.
24     (Plaintiff's Exhibit 21, four-page
25 letter to NIGC dated 2/18/98, marked for

Page 121

Melius

1
2 identification, as of this date, by the
3 reporter.)
4     Q.  You're being shown what's marked as
5 Plaintiff's 21.
6     MS. GASTWIRTH:  Could I just take a
7 look at it?
8     MR. BARR:  Sure.
9     MS. GASTWIRTH:  Okay.
10     Q.  Did you ever see this document?
11     MS. GASTWIRTH:  Hand on one second.
12 Take a look at the document.
13     Q.  Is that your file stamp?
14     A.  Could be.
15     Q.  "Saint Regis" what's that
16 "license?"
17     A.  L-i-c-l -- I don't know.  I'm not
18 sure.
19     Q.  Is one of your files a Saint Regis
20 license file?
21     A.  I don't recall.
22     Q.  The handwriting on the right side
23 says "why no quotation on soft cost;" is that
24 your handwriting?
25     A.  Could be.

Page 122

Melius

2  MS. BUDD:  Could I just take this
3  call?
4  MR. BARR:  You want us to stop?
5  MS. BUDD:  Yes, just for a minute.
6  (Recess taken.)
7  Q.  We're looking at Plaintiff's 21
8  down at the lower righthand corner on the
9  first page, is that your handwriting?
10  A.  Could be.
11  Q.  Do you recall giving comments to
12  this document?
13  A.  I don't remember the document.
14  Q.  How about on page 3, is that your
15  handwriting?
16  A.  Certainly could be.
17  MR. BARR:  Mark this.
18  (Plaintiff's Exhibit 22, Memo
19  to Ivan Kaufman, John Ferrucci and
20  Gary Melius from Walter Horn dated
21  3/15/99, marked for identification, as of
22  this date, by the reporter.)
23  Q.  Mr. Melius, showing you what's
24  been, marked as Plaintiff's 22, do you recall
25  receiving this memo?

Page 123

Melius

2  A.  No.
3  MS. GASTWIRTH:  One second.  Let me
4  just take a look.
5  Q.  Do you know what the subject of
6  this memo is?
7  A.  Something to do with liquor.
8  Q.  Concerning a meeting with the State
9  Liquor Authority re the license and you were
10  CC'd on this letter; is that correct?
11  The letter was to you, Mr. Kaufman
12  and Mr. Ferrucci?
13  A.  That's what it says.
14  Q.  From Mr. Horn?
15  A.  Yes.
16  Q.  That's Mr. Horn's initials on the
17  side?
18  A.  Don't know.
19  Q.  Your testimony is you don't recall
20  receiving this memo?
21  A.  Correct.
22  Q.  Did you have any role in obtaining
23  a liquor license for the casino?
24  A.  No.
25  Q.  Any reason why you would be sent

Page 124

Melius

2  this memo then?
3  A.  Ask Walter Horn.
4  Q.  So if he was to testify that you
5  were involved in obtaining a liquor license
6  for the casino, you wouldn't disagree with
7  that testimony?
8  MS. BUDD:  Objection.
9  MS. GASTWIRTH:  Objection.
10  I don't think that's what the
11  document says.
12  A.  I wouldn't.
13  Q.  You wouldn't?
14  A.  Yes.
15  Q.  And you wouldn't because?
16  A.  I don't recall it.
17  MR. BARR:  Mark this.
18  (Plaintiff's Exhibit 23, fax cover
19  sheet to Senator Alphonse D'Amato from
20  Walter Horn dated 4/5/99 followed by note
21  and Notice to On-Premises Licensees,
22  marked for identification, as of this
23  date, by the reporter.)
24  Q.  You're being shown what's marked as
25  Plaintiff's 23, Mr. Melius.

Page 125

Melius

2  Is that your file stamp on the
3  righthand side in the middle?
4  A.  Could be.
5  Q.  Do you recall getting a copy of
6  that fax from Mr. Horn to Mr. D'Amato?
7  A.  No.
8  MR. BARR:  Mark this.
9  (Plaintiff's Exhibit 24, five-page
10  document titled "For Gary Eyes Only,"
11  marked for identification, as of this
12  date, by the reporter.)
13  Q.  Showing you what's been marked
14  Plaintiff's 24, do you recall seeing that
15  memo?
16  A  No.
17  Q.  The file staple on it, what does it
18  say?
19  A.  File stamp says "file."
20  Q.  What does it say next to it?
21  A.  "Saint Regis Al Crary."
22  Q.  Is that your handwriting?
23  A.  Could be.
24  Q.  Do you maintain a file for Al
25  Crary?

Page 126

Melius

1
2      A.   Don't know.
3      Q.   It says "for Gary Eyes Only," is
4   that referring to you?
5      A.   I don't know.
6      Q.   Did Mr. Crary work for you?
7      A.   No.
8      Q.   It says here on "3/23 up to
9   reservation to casino site looking at security
10   and murals - matter previously reported upon,"
11   any recollection?
12      A.   No.
13      Q.   I want to give you some quotes and
14   tell me if you have any recollection of this,
15   if it helps you refresh your recollection.
16      "I tried to speak up for John
17   Ferrucci as you asked, but I don't find a very
18   receptive audience - rumor around he won't be
19   around long, but no rumors came to my ears
20   about the other guy so that's still under
21   wraps.  Lots talk of getting rid of E. King.
22   Boy, that was a bad choice."
23      Do you recall ever reading a memo
24   that had that in there?
25      A.   No.

Page 127

Melius

1
2      Q.   "As of Sunday everyone was still
3   walking through the pits as there were no
4   security ropes or chains.  They also don't
5   seem to have an emergency book with phone
6   numbers, etc."
7      Do you recall receiving that
8   comment from Mr. Crary?
9      A.   No.
10      Q.   "You won't make a lot of money with
11   a cap on your ATM machines of $200."
12      Do you recall reading that?
13      A.   No.
14      Q.   Are those your ATM machines at the
15   casino?
16      A.   No.
17      Q.   Were they in 1999?
18      A.   No.
19      Q.   Never?
20      A.   Never.
21      Q.   Do you know why he would be saying
22   you won't make a lot of money with a cap on
23   your ATM machines of $200?
24      A.   No.
25      Q.   What about "your friends are

Page 128

Melius

1
2   protecting your interests;" do you know what
3   he's referring to there?
4      A.   No.
5      Q.   How about "checked out security
6   from a distance.  With all the activity of
7   people coming and going 24 hours a day I think
8   you're out of the woods, so to speak, until
9   after the opening."
10      Do you know what he's referring to
11   there?
12      A.   No.
13      Q.   No idea?
14      A.   No.
15      Q.   "As of Sunday those Canadians who
16   wished to continue their play by trading U.S.
17   for Canadian money left because you have no
18   place to trade.  These things will cost you
19   revenue.  I spoke to Terrance at check cashing
20   booth.  He's going to make sure he has enough
21   cash on hand."
22      Does that refresh your recollection
23   that Mr. Crary was reporting to you on these
24   issues?
25      A.   No.

Page 129

Melius

1
2      Q.   At casino met Ferrucci and Matteo
3   and both were more cordial, so I guess you
4   must have said something."
5      Does that refresh your
6   recollection?
7      A.   No.
8      Q   Did you ever say anything to
9   Ferrucci or Matteo concerning the Casino?
10      MS. GASTWIRTH:  At any time or in
11   relation to this?
12      Q.   At any time in relation to the
13   Casino.
14      MS. GASTWIRTH:  Objection.
15      MS. BUDD:  Objection.
16      MS. GASTWIRTH:  Answer it, if you
17   can.
18      A.   Matteo, I don't know who he I don't
19   think.
20      Q.   This would be in 1999?
21      A.   I have no idea.  It doesn't matter
22   the time frame.  I don't know who he is.
23      Q.   How about Ferrucci?
24      A.   Yeah.
25      Q.   Would you have discussed Casino

Page 130

1      **Melius**
2      matters with Ferrucci in the springtime of
3      1999?
4           MS. GASTWIRTH:  Objection.
5           A.   Don't know.
6           Q.   Take a look at the second page of
7      this, "file Saint Regis Al Crary;" does that
8      look like your handwriting?
9           A.   Yes.
10          Q.   Third page "Saint Regis Al Crary;"
11     does that look like your handwriting?
12          A.   Yes.
13          Q.   Fourth page, I don't know whose
14     handwriting that is.
15          Fifth page "Saint Regis Al Crary;"
16     is that your handwriting?
17          A.   Looks like it.
18          MR. BARR:  Mark this.
19          (Plaintiff's Exhibit 25, fax cover
20     sheet to Gary Melius and William
21     Helmreich from Walter Horn dated 5/3/99,
22     followed by five-page memo to John
23     Ferrucci and Walter Horn from Rich Duda
24     dated 4/30/99, marked for identification,
25     as of this date, by the reporter.)

Page 131

1      Melius
2           Q.   Showing you what's been marked as
3      Plaintiff's 25, do you have any recollection
4      of seeing that document?
5           A.   No.
6           Q.   Do you want to take a look at it?
7           A.   I did.
8           Q.   Do you know what it concerns?
9           A.   Marketing activity.
10          Q.   The fax cover sheet is faxed to you
11     and Mr. Helmreich?
12          A.   Yes.
13          Q.   Do you know who that is?
14          A.   A friend of Ivan's, I believe.
15          Q.   Do you know why he was being faxed
16     a copy of this marketing activities update?
17          A.   No.
18          Q.   Do you know why you were being
19     faxed a copy of that?
20          A.   No.
21          Q.   Did you have any input in the
22     marketing of the casino in May of 1999?
23          MS. GASTWIRTH:  Objection.
24          A.   No.
25          MR. BARR:  Mark this.

Page 132

1      Melius
2           (Plaintiff's Exhibit 26, two-page
3      memo to Gary Melius from Joan Cergol
4      dated 5/12/99, marked for identification,
5      as of this date, by the reporter.)
6           Q.   I'm showing you what's been marked
7      as Plaintiff's 26.
8           Have you ever seen that memo
9      addressed to you?
10          A.   I don't recall.
11          Q    Do you know who Joan Cergol is?
12          A.   Yes.
13          Q.   Who is she?
14          A.   A woman.
15          Q.   What does she do?
16          A.   She works for the Town of
17     Huntington.
18          Q.   Any reason why she'd be sending you
19     a fax concerning marketing support for the
20     Akwesasne Mohawk Casino?
21          A.   Don't recall.
22          Q.   Could you please read that first
23     paragraph?
24          A.   "As you have asked me to" --
25          Q.   Sorry.  You could read it to

Page 133

1      **Melius**
2      yourself.  I just want you to get familiar
3      with the document in hopes that this refreshes
4      your recollection.
5           A.   No.  I said to you before, I could
6      not in all candor say any document you show me
7      that I could say I remember it because I don't
8      know where it came from.  I certainly don't
9      remember an individual document.
10          Q.   But after seeing a document such as
11     this, is it fair to say that you were seeking
12     information concerning the marketing efforts
13     of the Akwesasne Mohawk Casino from Joan
14     Cergol?
15          A.   No.
16          Q.   Any reason why she would be sending
17     you this memo then?
18          A.   Don't know.  I don't recall.
19          Q.   Did you ever get back to her on
20     these questions?
21          A.   No idea.
22          Q    You don't deny receiving this
23     document, you just don't have a specific
24     recollection receiving this document; is that
25     correct?

Page 134

**Melius**

1
2    A.   Correct, I don't know the document.
3  I can neither deny nor confirm it.
4         MR. BARR:  Mark this.
5         (Plaintiff's Exhibit 27, fax cover
6    sheet to Gary Melius from John Ferrucci,
7    dated 5/14/99 followed by two-page letter
8    to Frank Vinchiarello from John Ferrucci
9    date 5/14/99, marked for identification,
10   as of this date, by the reporter.)
11   **Q.   I'm showing you what's been marked**
12 **as Plaintiff's 27.**
13        MS. GASTWIRTH:  Can I take a look
14   at it?
15   **Q.   Mr. Melius, have you ever seen this**
16 **document before?**
17   A.   Don't recall.
18   **Q.   Is that your file stamp Saint Regis**
19 **marking on it?**
20   A.   Could be.
21   **Q.   The fax is to you, is it not?**
22   A.   This says to me.
23   **Q.   From John Ferrucci?**
24   A.   That's what it says.
25   **Q.   And it's regarding the plane**

Page 135

**Melius**

1
2  program proposal?
3    A.   Correct.
4    **Q.   Would you take a look at this?**
5         **Do you recall being involved in**
6  **this program?**
7    A.   No.
8    **Q.   Any reason why Mr. Ferrucci would**
9  **be sending this to you --**
10   A.   Don't know.
11   **Q.   -- and not to Mr. Horn?**
12   A.   Don't know.
13   **Q.   Not to Mr. Kaufman?**
14   A.   Don't know that he didn't.  I don't
15 know that this was even sent to me.
16        MS. GASTWIRTH:  I think I need a
17   two-minute break.
18   **Q.   Plaintiff's 27 you have in front of**
19 **you, Mr. Melius?**
20   A.   Yes, sir.
21   **Q.   Do you have any input regarding**
22 **this plane program?**
23   A.   Not that I recall.
24   **Q.   On the first page, does that look**
25 **like your handwriting?**

Page 136

**Melius**

1
2    A.   Could be.
3         MR. BARR:  Mark this.
4         (Plaintiff's Exhibit 28, fax cover
5    sheet to Gary Melius from John Ferrucci
6    dated 5/18/99 followed by letter to Nancy
7    Mullin from Richard Duda dated 5/18/99,
8    marked for identification, as of this
9    date, by the reporter.)
10   **Q   I'm showing you what's been marked**
11 **as Plaintiff's 28.**
12        **Did you receive that fax?**
13   A.   Don't recall.
14   **Q.   The fax is to you, correct?**
15   A.   This paper you gave plea says it's
16 to me.
17   **Q.   It looks like it's got your file**
18 **stamp on it?**
19   A.   Looks like it.
20   **Q.   Does that look like your**
21 **handwriting as well?**
22   A.   Looks like it.
23   **Q.   Do you know why Mr. Ferrucci would**
24 **be sending you a memo regarding road signage?**
25   A.   Don't recall.

Page 137

Melius

1
2    **Q.   Is that Mr. Ferrucci's signature?**
3    A.   I don't know.
4    **Q.   Did you respond to this memo in any**
5  **way?**
6    A.   It doesn't even say Ferrucci on
7  this, how could it be his signature?
8    **Q.   On the front page.**
9    A.   There's no signature on the front
10 page.
11   **Q.   Looks like his initials next to his**
12 **name John Ferrucci?**
13   A.   Oh, I don't know that.  I don't
14 know.
15   **Q.   Do you recall whether or not you**
16 **responded to this memo in any way?**
17   A.   I don't recall the memo.
18   **Q.   Is there any reason why in May of**
19 **1999 Mr. Ferrucci would be sending you**
20 **information concerning road signage?**
21   A.   I don't recall.
22   **Q.   Do you know who Mr. Ferrucci was in**
23 **May of 1999?**
24   A.   No.
25   **Q.   What his position was at the**

Page 138

1      **Melius**
2    **Casino?**
3      A.   When?
4      **Q.   May of 1999?**
5      A.   Don't know.
6           MR. BARR:  Mark this.
7           (Plaintiff's Exhibit 29, fax cover
8    sheet to Gary Melius from John Natalone
9    dated 5/19/99, followed by three-page
10   statement of operations, marked for
11   identification, as of this date, by the
12   reporter.)
13     **Q.   I'm showing you what's been marked**
14   **as Plaintiff's 29 for identification purposes.**
15        **Did you ever see this document**
16   **before?**
17     A.   Don't recall.
18     **Q.   It's a fax to you that's four pages**
19   **and on the lower righthand corner it's**
20   **ARC 04460 and 61, 62 and 63.  It's a four-page**
21   **fax.**
22     A    This is only three pages.
23          MS. GASTWIRTH:  Let me see it for a
24   second.
25          MR. SEFF:  Off the record.

Page 139

1           Melius
2           (Discussion off the record.)
3           MR. SEFF:  We've added page 04461
4    to make it the complete four pages.
5           MS. GASTWIRTH:  It's Bates stamp
6    range 04460, 61, 62 and 63.  So Exhibit
7    29 is now four pages.
8      **Q.   Does that look like your file stamp**
9    **on the first page of that fax cover sheet?**
10     A.   Could be.
11     **Q.   Does it look like your handwriting?**
12     A.   Could be.
13     **Q.   Have you ever seen this before?**
14     A.   Don't recall.
15     **Q.   Do you know who John Natalone is?**
16     A.   Yes.
17     **Q.   Who is he?**
18          When I say "do you know who he is"
19   **meaning what does he do for a living?**
20          **Who does he work for?**
21     A.   Okay.  I don't know who he works
22   for.  He worked for some entity probably
23   involved with Ivan Kaufman.
24     **Q.   Arbor?**
25     A.   I don't know which one.

Page 140

1           Melius
2      **Q.   Well, it's fair to say that in May**
3    **of 1999 he was faxing you financials**
4    **concerning the Casino; is that correct?**
5      A.   I don't know.  I can't answer that
6    if I don't know if I saw this before.
7      **Q.   Well, it's a fax to you.**
8      A.   I know, but I don't know if it ever
9    went to me.
10          Again, not to be suspicious, but
11   you said it was three sheets.  It's four
12   sheets.  I don't know how things happen.  It
13   could be all bad.  I don't know.  I'm
14   concerned.
15     **Q.   You don't believe there's any**
16   **reason why Mr. Natalone in May of 1999 would**
17   **have been faxing to you information concerning**
18   **the Casino?**
19     A.   No, no.  I don't recall that.
20     **Q.   I didn't ask you whether or not you**
21   **recall it.**
22          **You testified you don't recall.**
23          **I'm asking you, there would be no**
24   **reason for him sending you a fax concerning**
25   **Casino finances in May of 1999?**

Page 141

1           **Melius**
2           MS. GASTWIRTH:  Objection.
3      A.   My belief, yes.
4      **Q.   So you're suggesting that this fax**
5    **from Mr. Natalone to you is a fabricated**
6    **document?**
7      A.   No MS. GASTWIRTH:  Objection.
8           MS. BUDD:  Objection.
9      A.   No, I'm not saying that.  I'm
10   saying it could be.  I don't know what it is.
11     **Q.   The fact that you may not have a**
12   **recollection of this document, that was**
13   **established.  Let's put that aside for a**
14   **moment.**
15          **After seeing this, it wouldn't**
16   **surprise you that you were actually given**
17   **financials in May of 1999 about the Casino?**
18     A.   You're telling me that.
19     **Q.   I'm asking you.**
20     A.   Yes, it would surprise me.
21     **Q.   It would surprise you?**
22     A.   Yes.
23     **Q.   You were never sent financials in**
24   **May of 1999?**
25          **There's no way that you were sent**

36 (Pages 138 to 141)

Page 142

**Melius**

1
2  financial information concerning the Casino by
3  Mr. Natalone?
4      A.   I don't recall.
5      Q.   Because it would surprise you if
6  you had gotten it?
7      A.   It would have surprised me.
8      Q.   Even though we're looking at a fax
9  that apparently has your stamp on it, your
10  file stamp, your handwriting and it's faxed to
11  you with your fax number with a fax line on
12  the top, you still would say it would surprise
13  you that you would have received Casino
14  financials in May of 1999?
15      A.   Yes.
16      Q.   Why would that be surprising to
17  you?
18      A.   I don't know why I would get them.
19      Q.   The comment says "please see
20  attached."
21          You don't have any recollection of
22  discussing the Casino financials, never mind
23  in May of 1999, but at any time with
24  Mr. Natalone?
25      A.   I don't recall that.

Page 143

**Melius**

1
2      Q.   How about the file, it says "Saint
3  Regis accounting."
4          Did you have a separate file for
5  Saint Regis accounting?
6      A.   Don't know.
7      Q.   Looks like it though?
8      A.   It looks like it says that.
9      Q.   It looks like it though?
10      A.   It looks like it.
11      Q.   We know that you had a Saint Regis
12  file?
13      A.   That's correct.
14      Q.   And it looks like you've had
15  subfiles?
16      A.   I don't know that.  We've had some
17  subfiles.
18      Q.   One of them being accounting?
19      A.   I don't know.  You told me if I
20  don't know, not to answer.  So I don't want to
21  give you --
22      Q.   But even if you don't have a
23  recollection, it's not unreasonable to
24  conclude that you would have a subfile for
25  Saint Regis accounting after looking at this

Page 144

**Melius**

1
2  document that says, in what we believe is your
3  handwriting, "Saint Regis accounting file?"
4      A.   I guess that could be an
5  assumption.
6          MR. BARR:  Mark this.
7          (Plaintiff's Exhibit 30, fax cover
8      sheet from Gary Melius from Walter Horn
9      dated 5/26/99 followed by letter to
10      Walter Horn by Thomas McKeon dated
11      5/19/99, followed by letter to Thomas
12      McKeon from Walter Horn dated 5/19/99,
13      marked for identification, as of this
14      date, by the reporter.)
15      Q.   I'm showing you what's been marked
16  as Plaintiff's Exhibit 30.
17          MS. GASTWIRTH:  I just want to take
18      a look at it.
19          MR. BARR:  Sure.
20          MS. GASTWIRTH:  Okay.
21      Q.   Do you recall seeing this document?
22      A.   No.
23      Q.   It's addressed to you, correct?
24      A    This paper, yes.
25      Q.   Dated May 26, 1999?

Page 145

**Melius**

1
2      A.   Yes.
3      Q.   Is that your file stamp?
4      A.   Could be.
5      Q.   Does that look like your
6  handwriting "Saint Regis liquor license?"
7      A.   Could be.
8      Q.   Fair to say that you also had a
9  Saint Regis liquor license subfile?
10      A.   Don't know.
11      Q.   Take a look at those comments and
12  tell me whether or not that refreshes your
13  recollection?
14          That would be the first page.
15      A.   Comments?
16      Q.   Comments, yes.
17          It says "SLA issued;" do you know
18  what that is?
19      A.   No.
20      Q.   How about the very last line "we
21  need this ASAP."
22          Any reason why he would have needed
23  this ASAP from you?
24      A.   I don't know why he would need
25  anything from me.

Page 146

Melius

1
2      MS. GASTWIRTH:  Is that what it
3  says?
4      He's asking for something.
5      I'm sorry.  I don't have the
6  document in front of me.
7      Doesn't the document speak for
8  itself?
9      Q.   Do you know, Mr. Melius, what he
10  was referring to when he's saying "we need
11  this ASAP?"
12      A.   No.
13      Q.   You have no reason or no
14  understanding as to why he would be faxing
15  this document to you?
16      A.   No.
17      Q.   Do you recall any input you had in
18  a response, any response?
19      A.   No.
20      Q.   Would the Saint Regis Casino liquor
21  license be an issue that would be important to
22  you?
23      A.   No.
24      Q.   As a matter of fact, you'd have no
25  reason to be involved with the State Liquor

Page 147

Melius

1
2  Authority at this point of time, would you?
3      A.   I'm not involved with the State
4  Liquor Authority.
5      Q.   for the Casino?
6      A.   I have no contact with them.
7      Q.   So we understand the record here,
8  you would have no reason in May of 1999 to be
9  involved in the Casino's liquor license; is
10  that correct?
11      A.   As far as I know, yes.
12      Q.   So you can't understand why you'd
13  be sent a fax concerning the Saint Regis
14  Casino's liquor license?
15      A.   No.
16      MR. BARR:  Mark this.
17      (Plaintiff's Exhibit 31, 28-page
18  Akwesasne Mohawk Casino marketing
19  document, marked for identification, as
20  of this date, by the reporter.)
21      Q.   Is that your file stamp on the
22  upper righthand corner?
23      A.   Could be.
24      Q.   Does that look like your
25  handwriting?

Page 148

Melius

1
2      A.   Could be.
3      Q.   It says "file Saint Regis
4  marketing?"
5      A.   It appears to say that.
6      Q.   Do you believe you had a Saint
7  Regis marketing file?
8      A.   No.
9      Q.   You don't think you did?
10      A.   I don't know.
11      Q.   You don't know.
12      Next page your file stamp on the
13  upper righthand corner, is that your file
14  stamp on the next page?
15      A.   Could be.
16      Q.   It's a memo to Mr. Horn and
17  Mr. Melius from Mr. Ferrucci?
18      A.   That's what this says.
19      Q.   How about that "Saint Regis
20  marketing," could that be your handwriting?
21      A.   Could be.
22      Q.   It looks like your handwriting?
23      A.   Could be.  It's lousy enough.
24      Q.   Do you recall seeing this document?
25      A.   No.

Page 149

Melius

1
2      Q.   Do you know what it's about?
3      A.   No.
4      Q.   The "re" is Canadian media
5  schedule.
6      You don't recall being involved in
7  the Canadian media schedule?
8      A.   No.
9      Q.   This is June 4, 1999?
10      A.   No.
11      Q.   No?
12      A.   No.
13      Q.   Let me see if I could help refresh
14  your recollection.
15      It says "Hi, guys.  Thanks for your
16  input last Tuesday and Wednesday.  Everyone
17  here appreciates your support.  We're working
18  diligently to improve the results."
19      The "hi, guys" is referring to
20  Walter and to you, I would imagine?
21      A.   I don't know.
22      Q.   It doesn't refresh any memory at
23  all --
24      A.   No.
25      Q.   -- that in the early summertime of

Page 150

Melius

1   1999 you were being forwarded memos concerning
2   marketing matters?
3   A.  No.
4   Q.  Did you give any input?
5   A.  Not that I know of.
6   MR. BARR:  Mark this.
7   (Plaintiff's Exhibit 32, two-page
8   memo to file from John Natalone, dated
9   6/7/99, marked for identification, as of
10  this date, by the reporter.)
11  Q.  I'm showing you what's been marked
12  as Plaintiff's 32.
13  MS. GASTWIRTH:  Can you hang on a
14  second.  Okay.
15  Q.  Did you ever see that memo?
16  A.  I don't recall.
17  Q  Do you recall attending a meeting
18  held on June 1999 with Mr. Natalone,
19  Mr. Kaufman, Mr. Horn and yourself?
20  A.  No.
21  Q.  Do you know if that's
22  Mr. Natalone's initials?
23  A.  No, I don't.
24  Q.  Why don't you take a quick look,

*(lines renumbered above — see below)*

Page 151

Melius

1   Mr. Melius, at this memo and tell me whether
2   or not you were involved in any of these
3   issues?
4   MS. GASTWIRTH:  Objection as to
5   form.
6   MS. BUDD:  Note my objection.
7   A.  I don't know what you mean by
8   "involved."
9   Q.  Well, this is a memorandum to file
10  that copies you that refers to a meeting held
11  on June 2, 1999; is that correct?
12  A.  That's what this says.
13  Q.  At that meeting, in accordance with
14  this memo that you were copied, there were
15  several issues that were discussed concerning
16  the Casino.  I would just like you to go down
17  the line and see whether or not you recall
18  whether or not you were involved in any one of
19  these issues, and I think they're listed and
20  there are seventeen of them.
21  A.  The only one I could think of would
22  be three.
23  Q.  The sewage issues?
24  A.  Yes.

Page 152

Melius

1   Q.  So you recall discussing the sewage
2   issues?
3   A.  No.
4   Q.  Do you believe that you would have
5   been at this meeting?
6   A.  I don't recall.
7   Q.  Any reason why you would be
8   addressed on this memo if you were not present
9   at this meeting, the June 2 meeting?
10  A.  Don't know.  I don't know.  People
11  send me something, I can't tell you why they
12  sent it.
13  Q.  Any input on the delivery and
14  installation of the 300 VLTs?
15  A.  No.
16  Q.  Item No. 2, any input concerning
17  State Police or Racing and Wagering?
18  A.  No.
19  Q.  No. 3, sewage issues?
20  A.  Yes.
21  Q.  You think so?
22  A.  I mean, it's something I could be
23  involved in.
24  Q.  But you have no specific

Page 153

Melius

1   recollection?
2   A  No.
3   Q.  No. 4, security?
4   A.  No.
5   Q.  No. 5, Canadian head count?
6   A.  No.
7   Q.  No. 6?
8   A.  No.
9   Q.  No. 7?
10  A.  No.
11  Q.  No. 8?
12  A.  No.
13  Q.  No. 9?
14  A.  No.
15  Q.  No. 10?
16  A.  No.
17  Q.  No. 11?
18  A.  No.
19  Q.  No. 12?
20  A.  No.
21  Q.  No. 13?
22  A.  No.
23  Q.  No. 14?
24  A.  No.

Page 154

Melius

1      Melius
2    Q.   No. 15?
3    A.   No.
4    Q.   No. 16?
5    A.   No.
6    Q.   And No. 17?
7    A.   No.
8         MR. BARR: Mark this.
9         (Plaintiff's Exhibit 33, two-page
10   letter to Thomas McKeon from Walter Horn
11   dated 6/7/99, marked for identification,
12   as of this date, by the reporter.)
13   Q.   Mr. Melius, I'm showing you what's
14   been marked has Plaintiff's 33.
15        MS. GASTWIRTH: Hold on a second.
16        Okay.
17   Q.   Mr. Melius, do you have any reason
18   why Mr. Horn would be faxing these documents
19   to you?
20   A.   You know, again, I only can make an
21   assumption of what it is in that I was doing
22   the construction so I was always in contact
23   somewhat with the project and that, I guess, I
24   originally put this deal together.  I guess
25   they felt maybe they should send me stuff, I

Page 155

Melius

1    guess.  You're better off asking them.  That's
2    the only guess I could make.
3    Q.   That applies to all the documents I
4    showed you?
5    A.   Just for whatever reason, they
6    thought they should send them to me.
7    Q.   That would be your file stamp on
8    this document?
9    A.   I don't say that because I don't
10   know if this document is real.
11   Q.   It looks like your file stamp?
12   A.   It does.
13   Q.   And does that look like your
14   handwriting?
15   A.   Sure does.
16   Q.   So you probably had a Saint Regis
17   liquor license file then?
18   A.   Don't know that.
19   Q.   Did you have any input on this
20   letter?
21   A.   I don't know the letter.  I don't
22   recall the letter.
23   Q.   Do you recall having a role in
24   developing the Casino's liquor policy?
25

Page 156

Melius

1    MS. GASTWIRTH: Objection.
2    A.   No.
3         MR. BARR: Mark this.
4         (Plaintiff's Exhibit 34, letter to
5    Thomas McKeon dated 6/11/99, marked for
6    identification, as of this date, by the
7    reporter.)
8    Q.   I'm showing you what's been marked
9    as Plaintiff's 34.
10        Do you recall receiving that
11   document?
12   A.   No.
13   Q.   Looks like your file stamp on the
14   upper righthand corner?
15   A.   Yes.
16   Q.   Does it look like your handwriting?
17   A.   Yes.
18   Q.   If says "Saint Regis liquor
19   license?"
20   A.   Yes.
21        MR. BARR: Mark this.
22        (Plaintiff's Exhibit 35, fax cover
23   sheet to Gary Melius from Ivan Kaufman
24   dated 6/16/99, followed by advertisement

Page 157

Melius

1    and memo to Walter Horn from Rich Duda
2    dated 6/15/99, marked for identification,
3    as of this date, by the reporter.)
4    Q.   Have you ever seen this document?
5    A.   No, I don't recall.
6    Q.   Don't recall?
7    A.   Don't recall.
8    Q.   Is that your file stamp on the top?
9    A.   Could be.
10   Q.   Your handwriting?
11   A.   Could be.
12   Q.   Any reason why you were being sent
13   information concerning the 4th of July
14   marketing plans by Mr. Kaufman in June of
15   1999?
16   A.   Again, I have no idea.  Maybe he
17   wanted to invite me up.
18        Yes, I believe in this case he did
19   want me to come up to see a party.
20        MR. BARR: Mark this.
21        (Plaintiff's Exhibit 36, fax cover
22   sheet to Gary Melius from David Larson
23   dated 6/29/99 followed by three-page
24   letter to Ivan Kaufman from David Larson

Page 158

Melius

1
2 and Engagement Fee Schedule, marked for
3 identification, as of this date, by the
4 reporter.)
5 **Q.   Mr. Melius, I'm showing you what's**
6 **been marked as Plaintiff's 36.**
7 **Did you ever see this fax addressed**
8 **to you?**
9 A.   Yes.
10 **Q.   Yes?**
11 A.   Did I see what?
12 **Q.   Have you ever seen this fax?**
13 A.   No, I don't recall.
14 **Q.   Your file stamp is on the right?**
15 A.   Could be.
16 **Q.   Your handwriting?**
17 A.   Yes, it could be.
18 MS. GASTWIRTH:  Can I just take a
19 look at it?
20 **Q.   Do you know what this is concerning**
21 **this fax?**
22 A.   No.
23 **Q.   "Attached is a proposal that was**
24 **forwarded to Ivan Kaufman yesterday;" is that**
25 **a fair reading of the first sentence?**

Page 159

Melius

1
2 MS. BUDD:  Objection.
3 MS. GASTWIRTH:  The document speaks
4 for itself.
5 A.   Yes.
6 **Q.   It says "please review this**
7 **agreement and let me know if Ivan and you have**
8 **any interest in furthering discussions with**
9 **our group."**
10 **Do you recall giving any of your**
11 **input on this consulting proposal?**
12 MS. BUDD:  Objection.
13 A.   No.
14 **Q.   Who is David Larson?**
15 A.   I don't remember David Larson.
16 **Q.   But in June of 1999 he was faxing**
17 **you from his company B&L Financial asking you**
18 **for input on his consulting proposal; is that**
19 **correct?**
20 A.   I don't know that.
21 **Q.   Just looking at the document.**
22 A.   If the document is right, I don't
23 know.  I don't know.  I don't know, I don't
24 know.
25 **Q.   So you had a Saint Regis manager**

Page 160

Melius

1
2 file?
3 A.   Not that I know of.
4 **Q.   What do you think that is on the**
5 **righthand corner of that fax?**
6 A.   Looks like it could say manager.
7 MR. BARR:  Mark this.
8 (Plaintiff's Exhibits 37, memo to
9 Gary Melius from John Natalone dated
10 6/1/99, marked for identification, as of
11 this date, by the reporter.)
12 **Q.   I'm showing you what's been marked**
13 **as Plaintiff's 37.**
14 **Have you seen that memo from to you**
15 **from Mr. Natalone?**
16 A.   Don't recall.
17 **Q.   Is that your file stamp?**
18 A.   Could be.
19 **Q.   Is that your handwriting?**
20 A.   Looks like it.
21 **Q.   And the subject of this memorandum**
22 **is "revenue?"**
23 A.   Yes, that's what it says.
24 **Q.   Any reason why Mr. Natalone in July**
25 **of 1999 would be sending you information**

Page 161

Melius

1
2 concerning the revenues?
3 MS. GASTWIRTH:  Objection.
4 A.   Same answer and I don't see
5 anything here except a blank paper.
6 MS. BUDD:  Right.
7 **Q.   It says "see food and beverage**
8 **covers."**
9 **Any recollection that he would have**
10 **sent you the food and beverage covers?**
11 A.   I don't know.
12 **Q.   Did you maintain a Saint Regis**
13 **accounting file?**
14 A.   Not that I know.
15 **Q.   It looks like it though,**
16 **"accounting?"**
17 A.   It looks like it says that.
18 **Q.   So if it says that, you probably**
19 **did maintain a Saint Regis accounting file?**
20 A   I don't know.  I don't make files.
21 **Q.   But you make notations what file it**
22 **goes into?**
23 A.   Correct.
24 **Q.   It's fair when you're notating**
25 **"file Saint Regis accounting" there's a Saint**

Page 162

**Melius**

1
2 **Regis accounting file?**
3    A.   If I did that.
4    **Q.   Are you suggesting that you didn't**
5 **write that, "Saint Regis accounting?"**
6    A.   I'm suggesting I don't know.
7    **Q.   Do you know what the food and**
8 **beverage covers refer to?**
9    A.   No.  There's nothing here.
10    **Q.   Did you ever ask Mr. Natalone to**
11 **send you this type of information that this**
12 **cover sheet is referring to "food and beverage**
13 **covers" or "revenues?"**
14    A.   No.
15    **Q.   Did you ever instruct anybody at**
16 **the Casino to send you any kind of financial**
17 **information?**
18    A.   No.
19    **Q.   You have no understanding as to why**
20 **this was sent to you then?**
21    A.   I don't see anything here, so I
22 don't know why somebody would send me a blank
23 paper.
24    **Q.   Well, it says "see food and**
25 **beverage covers."**

Page 163

**Melius**

1
2    A.   I don't see anything with it.
3    **Q.   If we were to show you 10 or 20 or**
4 **30 pages of covers, do you think that would**
5 **help you refresh your recollection?**
6    A.   No.
7    **Q.   This is trying to save paper.**
8    A.   Okay.
9    **Q.   What input was Mr. Natalone seeking**
10 **from you, any idea?**
11    A.   No idea.
12       MS. GASTWIRTH:  Was there something
13    attached to that?
14       We have an incomplete document.
15       MR. BARR:  We have other documents
16    here.  You got the Bates stamps.
17       MS. GASTWIRTH:  Doesn't matter.
18       Note my objection for the record.
19    A.   I know I'm not supposed to
20 volunteer.  I'll get yelled at.  I'm getting
21 dirty faces already.
22       The only reason I could think of,
23 again, is --
24       MS. GASTWIRTH:  Is there a
25    question?

Page 164

Melius

1
2       THE WITNESS:  No.
3    A.   -- is that I was always, you know,
4 worried about getting my money they owed me.
5 Maybe they wanted to show me they weren't
6 making money.  That's the only thing I could
7 think of.  Otherwise, I don't recall anything.
8    **Q.   What money were you referring to?**
9    A.   My buyout.
10       MR. BARR:  Mark this.
11       (Plaintiff's Exhibit 38, two-page
12    letter to Gary Melius from Earle J.
13    Goodman dated 7/19/99, marked for
14    identification, as of this date, by the
15    reporter.)
16    **Q.   Mr. Melius, you've been shown**
17 **what's been marked as Plaintiff's 38.**
18       **Do you recall seeing this document?**
19    A.   No.
20    **Q.   It's a letter addressed to you from**
21 **Goodman Design Incorporated dated July 19,**
22 **1999.**
23       **Do you recall ever seeing that?**
24    A.   No.
25    **Q.   Do you recall ever receiving it?**

Page 165

**Melius**

1
2    A.   No.
3    **Q.   Any reason why you'd be involved in**
4 **the interior design and space planning for a**
5 **nightclub?**
6    A.   For a nightclub?
7    **Q.   For the nightclub at the casino in**
8 **July of 1999.**
9    A.   Only if we were doing the
10 construction.
11    **Q.   Were you the president of**
12 **Anderson-Blake?**
13       **Take a look at the second page**
14 **Bates stamped ARC 13635.**
15       **In 1999, were you the president of**
16 **Anderson-Blake Construction Corporation?**
17    A.   Don't know.
18       MS. GASTWIRTH:  Is there a question
19    pending?
20       THE WITNESS:  No.
21       MR. SEFF:  No, there's not.
22       MS. GASTWIRTH:  Off the record.
23       (Discussion off the record.)
24    **Q.   Do you recall when, if at any time,**
25 **you were the president of Anderson-Blake**

Page 166

Melius

1
2   **Construction Corporation?**
3       A.   Yes.
4       **Q.   Do you know when?**
5       A.   No.
6       **Q.   Five years ago, ten years ago?**
7           MS. BUDD:  I think it's been asked
8   and answered actually.
9       A.   Don't know.
10      **Q.   Don't know?**
11      A.   Don't know.
12          MR. BARR:  Mark this.
13          (Plaintiff's Exhibit 39, 18-page
14   memo to Gary Melius from John Natalone,
15   marked for identification as of this
16   date, by the reporter.)
17          MS. GASTWIRTH:  At some point can
18   we take a break?
19      **Q.   Showing you, Mr. Melius, what's**
20   **been marked as Exhibit 39, did you ever see**
21   **this memorandum before?**
22      A.   Don't recall.
23      **Q.   Is that your file stamp?**
24      A.   Looks like it.
25          MS. GASTWIRTH:  Can I take a look?

Page 167

Melius

1
2       **Q.   Is that your handwriting?**
3       A.   Looks like it.
4           MS. GASTWIRTH:  Hang on a second.
5   I just want to take a look at the
6   document.
7       **Q.   For identification purposes,**
8   **Mr. Melius, it's Bates stamped ARC 04753**
9   **through 04770.**
10          **Do you know why the Casino**
11  **financial information was sent to you and**
12  **copied to Mr. Horn?**
13      A.   Again, the only reason I could
14   think of is I was owed money.  I think at this
15   point too I was owed money for the
16   construction.  So maybe they were trying to
17   say we can't pay you because we're doing bad.
18   I don't know.  That's the best I could
19   recollect something like that.
20      **Q.   Did you instruct Mr. Natalone to**
21  **send you this information?**
22      A.   No.
23      **Q.   Do you recall seeing this memo?**
24      A.   No.
25          MS. GASTWIRTH:  Is that part of the

Page 168

Melius

1
2   series?
3           MR. BARR:  No.  You want to
4   break?
5           MS. GASTWIRTH:  Yes.
6   How about ten after three.
7           (Recess taken.)
8           MR. BARR:  Mark this, please.
9           (Plaintiff's Exhibit 40, six-page
10   financial document re: Okeka Arbor loan,
11   marked for identification, as of this
12   date, by the reporter.)
13          (Plaintiff's Exhibit 41, nine-page
14   financial document re: Massena
15   investment, marked for identification, as
16   of this date, by the reporter.)
17          (Plaintiff's Exhibit 42, eight-page
18   financial document to Gary from John,
19   marked for identification, as of this
20   date, by the reporter.)
21      **Q.   I'm going to show you, Mr. Melius,**
22   **what's been marked as Plaintiff's Exhibits 40,**
23   **41 and 42.  I'll ask you to take a look at**
24   **them.  In particular, I'll ask you questions**
25   **on Exhibit 40 first.  These are documents that**

Page 169

Melius

1
2   came from your files.  They're Bates stamped
3   ARC.  I guess it's Archon's production to Park
4   Place.  The first one, Exhibit 40, has a Bates
5   stamp ARC 044465 through 044470.  Let's start
6   with the first page, Mr. Melius.
7           MS. GASTWIRTH:  Hang on.  I'm not
8   ready yet.
9       **Q.   On the lefthand side you've got a**
10  **file stamp.**
11          **It looks like your file stamp,**
12  **correct?**
13      A.   Could be.
14      **Q.   "Saint Regis accounting," looks**
15  **like your handwriting?**
16      A.   Looks like it.
17      **Q.   The top of it says "Oheka Arbor**
18  **Loan?"**
19          MS. GASTWIRTH:  Objection.
20      A.   Okay.
21      **Q.   "Amounts borrowed, principal**
22  **payments?"**
23      A.   Okay.
24      **Q.   Why was this document in your file,**
25  **any idea?**

Page 170

Melius

1     Melius
2     A.   No.
3     Q.   Can you explain the Oheka Arbor
4  loan?
5     A.   No, I've had loans that's all.  I
6  can't tell you specifics, but I've borrowed
7  tens of millions from Arbor.
8     Q.   Do you recall seeing this document?
9     A.   No.
10     Q.   Do you know who created this
11  document?
12     A.   No.
13     Q.   Do you know what type of analysis
14  this document is going through?
15     A.   I'm not sure.  I'm not good at
16  accounting.
17     Q.   Do you know what the paydown is?
18     A.   Paydown?
19     Q.   Lower lefthand corner says
20  "paydown."
21     A.   Lower lefthand corner.
22     Q.   On 2/9/99, there's a paydown for
23  $2,000,000.  On 2/11/99, there's a paydown for
24  $3 million.
25     A.   Where?

Page 171

1     Melius
2     I don't see that.
3     Where does it say that?
4     Q.   If you don't mind me standing up,
5  I'll show you.
6     A.   No, I don't mind.
7     Q.   Right there (indicating).
8     A.   Okay, paydown.  Sorry about that.
9  Okay.
10     Q.   I'm going to try to understand this
11  with you.  It looks as if it's a spreadsheet
12  that is tracking your Oheka Arbor loan at the
13  same time as it tracks the balance and it's
14  pointing out loan increases and paydowns and
15  it's also tracking the Anderson-Blake fund.
16     Why don't we start with the lower
17  righthand corner.  The funds recede.
18     MS. GASTWIRTH:  Hang on a second,
19  okay.
20     Q.   $14,338,157.16; do you see that?
21     A.   Yes.
22     Q.   Is that what Anderson-Blake,
23  roughly speaking, was paid?
24     A.   I would think so.
25     Q.   Then on the lefthand side there's a

Page 172

1     Melius
2  balance of "Oheka Arbor loan."
3     Do you know what that would mean
4  "Oheka Arbor loan?"
5     A.   Probably a loan I borrowed against
6  Oheka.
7     Q.   Against Oheka Castle?
8     A.   Yes.
9     Q.   Was that your residence at the
10  time?
11     A.   I don't know.
12     Q.   This covers a period of 1996
13  through 1999?
14     A.   I don't know.  I mean, there was a
15  time I've lived there.  I don't know what time
16  that was.
17     Q.   Who is Arbor?
18     What's Arbor?
19     A.   Arbor is a lending company.
20     Q.   And they lent you money using the
21  Oheka Castle as security?
22     A.   Yes.
23     Q.   Would it be fair to say that this
24  would, in principle, be the spreadsheet for
25  the loan against Oheka, the Oheka Arbor loan?

Page 173

1     Melius
2     MS. BUDD:  Objection.
3     MS. GASTWIRTH:  Objection.
4     A.   Something to do with Oheka Arbor
5  loan.
6     Q.   I guess I want to know whether or
7  not it's accurate?
8     A.   I have no idea.
9     Q.   It's a document produced in your
10  file concerning the Oheka Arbor loan.
11     I'm asking whether or not it's
12  accurate.
13     A.   I don't recall.  I can't remember
14  a number specifically that's owed on a
15  specific date in 1999 or '98.
16     Q.   That paydown, do you know what that
17  paydown was?
18     A.   Payments I made, I would assume, if
19  that's what this is.
20     Q.   Could that have been a paydown for
21  the Miller & Schroeder financing?
22     A.   I don't understand what you're
23  saying to me.
24     Q.   Could that $6 million of paydown
25  shown on this schedule be from the proceeds of

Page 174

Melius

1
2    the Miller & Schroeder financing?
3        A.   No.
4        Q.   No?
5        A.   No.
6        Q.   Let me show you what's been marked
7    as Plaintiff's Exhibit 41.  I ask you to take
8    a look at that.
9            Just for the record, you're looking
10   at -- the Bates stamps go from ARC 04520
11   through to ARC 04528.
12           Have you ever seen those documents
13   before?
14       A.   Don't recall.
15       Q.   Is that your file stamp?
16       A.   Could be.
17       Q.   Is that your handwriting?
18       A.   Could be.
19           Could I stipulate to all of them to
20   save time?
21       Q.   I appreciate that, but let's --
22       A.   All right.  Whatever you want to
23   do.  You got to make a buck.
24           MS. GASTWIRTH:  They may not be
25   file stamped.  Have patience.

Page 175

Melius

1
2        Q.   I want you to go back now for a
3    moment, if you could just bear with me, to
4    Plaintiff's Exhibit 40.
5            You can look at ARC 04468.
6        A.   Got it.
7        Q.   You got it?
8        A.   Got it.
9        Q.   It says "loans Oheka
10   distributions?"
11       A.   Right.
12       Q.   Did you ever see this document
13   before?
14       A.   Don't recall.
15       Q.   Is that your handwriting on the
16   right side?
17       A.   Could be.
18       Q.   It says "amount specific to the
19   casino."
20           Any reason why there would be loans
21   to Oheka, distribution amount specific to the
22   casino?
23       A.   No.
24       Q.   Around this time you had a line of
25   credit, some sort of a line of credit against

Page 176

Melius

1
2    Oheka that you must have been making
3    distributions against; is that fair?
4        A.   I don't know.
5            MS. GASTWIRTH:  Objection.
6        A.   I don't know.
7        Q.   Again, it shows paydowns of
8    $2 million, $3 million and $1 million?
9        A.   Okay.
10       Q.   You don't know what those paydowns
11   are?
12       A.   I don't recall it.  Again, I'm only
13   making an assumption it's a true document and
14   it's showing payments.  Again, I would assume
15   it's payments I made.  I didn't prepare this
16   document, so I certainly would not have any
17   way of really knowing.
18       Q.   Okay.  Let's go back to Plaintiff's
19   Exhibit 41.
20           MS. GASTWIRTH:  You have 41 in
21   front of you.
22       Q.   Go to Bates stamp ARC 04522 about
23   three pages in.
24           Did you ever see that document?
25       A.   I don't recall.

Page 177

Melius

1
2        Q.   Do you know whose initials is that
3    on the upper righthand corner?
4        A.   Not a clue.
5        Q.   If I was to tell you, represent to
6    you that that was John Natalone's initials,
7    would you have any reason to disagree with
8    that?
9        A.   I couldn't disagree or agree.  I
10   have no idea what his initials look like.
11       Q.   Take a look at that these
12   spreadsheets and tell me what do you think
13   Mr. Natalone, if it was Mr. Natalone, was
14   creating here?
15           MS. GASTWIRTH:  Objection.
16           MS. BUDD:  Objection.
17           MS. GASTWIRTH:  Why are you asking
18   him to speculate about somebody else's
19   stuff?
20       Q.   Can you answer the question?
21       A.   Don't know.
22       Q.   It says "Massena investment as of
23   12/31/98" upper lefthand corner.
24       A.   Okay.
25       Q.   It has Mr. Kaufman's actual

Page 178

Melius

1
2  investment as of 12/31/98.  It's got a number
3  and it's got Mr. Melius with an investment.
4      A.   Okay.
5          MS. GASTWIRTH:  It doesn't say
6  investment.
7          It says "payments to Melius."
8          Is that where you're looking?
9          MS. BUDD:  Right, payments.
10      Q.   That number B or below it says
11  "$10,386,749;" do you see that number?
12      A.   Yes.
13      Q.   That's a compilation of that entire
14  column, okay.  I'll represent that to you, the
15  mathematical computation of that column.
16          You go down below that and it says
17  "equity contribution through 10/31;" do you
18  see that, $10,386,750?
19      A.   Right.
20      Q.   That's the same number; is that
21  correct?
22      A.   Yes.
23      Q.   It says "equity contribution?"
24      A    It is not exactly the same.
25      Q.   Off by a dollar?

Page 179

Melius

1
2      A.   Yes.
3      Q.   That's correct.  Good spot.
4      A.   A dollar is a dollar.
5      Q.   Any reason why this spreadsheet
6  would be showing equity contributions of
7  $10,386,750 between you and Mr. Kaufman?
8          MS. GASTWIRTH:  Objection.
9          That's not what it says.  It just
10  says "equity contribution through 10,31."
11  It doesn't ascribe anything.
12      Q.   Let's go through the document here.
13          MS. GASTWIRTH:  He says he doesn't
14  know anything about the document.  If you
15  want to go through the document, go ahead
16  and ask him.
17      Q.   You've had no input on this
18  document?
19      A.   No.
20      Q.   Never seen this document?
21      A.   Don't recall.
22      Q.   No reason why this document would
23  ever be created?
24      A.   Not that I know of.
25      Q.   It's got an estimate from 1/1 to

Page 180

Melius

1
2  3/31/99 of additional construction costs.
3          Do you see where it says Z down at
4  the bottom and that construction cost is
5  $9,490,000?
6          MS. GASTWIRTH:  Do you see where
7  that is?
8          MR. BARR:  Upper righthand corner.
9  Go up further (indicating).  I'm just
10  pointing.
11          Let the record reflect I'm reaching
12  across (indicating).
13          THE WITNESS:  Okay.
14          MR. BARR:  If you don't mind, maybe
15  this is a better way if I could reach
16  across.
17          MS. GASTWIRTH:  Go ahead.
18      Q.   You got one column.  It says
19  "actual as of 12/31/98" and this is the
20  Massena investment as of 12/31/98.  You got
21  one column for Mr. Kaufman and one for
22  Mr. Melius that adds up to $10,386,749, if I'm
23  doing that upside down correctly.
24          MS. GASTWIRTH:  It's not quite
25  columns.  These are entries.

Page 181

Melius

1
2          MR. BARR:  That's the summary of
3  those columns.
4          MS. GASTWIRTH:  That's your
5  interpretation.  It has Melius and
6  Mr. Kaufman.
7          MR. BARR:  We'll ask him.
8          MS. GASTWIRTH:  I think it's more
9  productive.
10      Q.   Let's go through it as of 1/1, the
11  estimate for what I believe is additional
12  construction for the casino.  Let's call it
13  $9,500,000.
14          MS. GASTWIRTH:  Objection.  It
15  doesn't say additional.  It says
16  "construction cost."
17          MR. BARR:  Estimate.
18          MS. GASTWIRTH:  Estimate.
19          MR. BARR:  There's "actual" and
20  there's "estimate."
21          MS. GASTWIRTH:  Correct.
22      Q.   So you've got $10 million.  You've
23  got that number (indicating).  You got that
24  number (indicating).  That equals $19,876,749.
25  Now that number carries over to there

Page 182

1           **Melius**
2    (indicating).  Those two numbers below that
3    follow from there; is that correct?
4        A.  I don't know.
5        **Q.  Same numbers?**
6        A.  Okay.  Go ahead.
7        **Q.  So you've got that number down**
8    **there which is the same summary of over here**
9    **(indicating).**
10           MS. BUDD:  Objection.
11           I mean, that's your interpretation.
12           MS GASTWIRTH:  Did you want him to
13   confirm the numbers on the document.  He
14   can do that.
15           MR. BARR:  I want him to look at
16   it and see if he understands.
17           MS. GASTWIRTH:  Ask him if he
18   understands.  That may shortcut it.
19       **Q.  "Note 1 - Ivan to lend 50 percent**
20   **of the cost (Y+Z) @10 percent."  Additional**
21   **costs, $9,490,000.**
22           **The additional costs, estimated**
23   **additional costs, one half of that, according**
24   **to this document, it was going to be lent to**
25   **you by Ivan at 10 percent; is that correct?**

Page 183

1              **Melius**
2           MS. GASTWIRTH:  Objection.
3           MS. BUDD:  Objection.
4        **Q.  Was that ever done, did Ivan or one**
5    **of his entities ever lend you --**
6           MS. GASTWIRTH:  Objection.
7           You're asking him a question that
8    you're putting in your own evidence and
9    asking him to assume that's correct
10   and then having him testify.
11          Why don't you ask him what his
12   understanding is of that?
13       **Q.  Did Mr. Kaufman, through his**
14   **entities, ever lend you any money for the**
15   **investment in this Casino?**
16       A.  For investment in a casino?
17          I don't know.  I don't recall.
18       **Q.  So going further down below that**
19   **number that says $19,876,750, below that in**
20   **the same column, Mr. Melius, it has "with loan**
21   **and lease of FFE;" do you know what that is?**
22       A.  No.
23       **Q.  It says below that "capital**
24   **required to open $9,490,000.  That happens to**
25   **be the same number of Z in the column up**

Page 184

1              **Melius**
2    **above, okay?**
3        A.  Okay.
4        **Q.  I'm just trying to understand the**
5    **chart with you.**
6            **If you see the number, you can say**
7    **okay.**
8        A.  I see the numbers, the same
9    numbers.
10       **Q.  Miller/Schroeder loan of $8 million**
11   **and lease of FFE, that adds up to be**
12   **$12 million; is that correct?**
13       A.  I don't know.  It doesn't give a
14   total.
15       **Q.  Below that it says "due from Ivan**
16   **and Melius;" do you know what that column**
17   **refers to?**
18       A.  No.
19       **Q.  "Ivan 50 percent share" and "Gary**
20   **50 percent share;" do you know what those**
21   **columns refer to?**
22       A.  No.
23       **Q.  How about ASF loan to Oheka as of**
24   **12/31 $5,620,000, does that make sense?**
25          MS. GASTWIRTH:  I think it says

Page 185

1              Melius
2    $4,365,000.  No, I'm looking at the wrong
3    thing.
4            THE WITNESS:  No, the one above.
5        A.  I have no idea.  I suggest you ask
6    Natalone.
7        **Q.  I'm going to bring you now back for**
8    **a moment.  Keep your finger on that and go**
9    **back to Exhibit 40.**
10           **The first page of Exhibit 40,**
11   **there's a number.  I'm going to point to you,**
12   **Mr. Melius, where that number is.  The**
13   **$5,620,000 ties to a number on the first page**
14   **of Plaintiff's Exhibit 40 and it's the**
15   **$5,628,000 number.  That number is the same**
16   **number that's found on Plaintiff's Exhibit 41**
17   **on 04522.**
18           **Does that help refresh your**
19   **recollection that as of 12/31 there was a loan**
20   **against Oheka that's related to the Casino of**
21   **over $5 million?**
22           MS. BUDD:  Objection.
23       A.  No.
24       **Q.  Do you know why this sheet, which**
25   **would be Plaintiff's Exhibit 41, would be**

Page 186

Melius

1
2  referring to ASF loan to Oheka as of 12/31 for
3  $5,620,000?
4      A.  No.
5      Q.  Is it just a fabrication?
6          MS. GASTWIRTH:  Objection.
7      A.  How could I say that?
8          I don't know what anything is.  I
9  don't know what it is.
10     Q.  Mr. Melius, do you currently owe
11  any money to Arbor?
12     A.  Yes.
13     Q.  Do you know how much?
14     A.  No.
15     Q.  I'm going to ask you to go to
16  Plaintiff's 41.  Go to ARC 04527.
17         Did you ever see this document
18  before?
19     A.  No, not that I recall.
20     Q.  The notation on the upper lefthand
21  corner is Massena Management capital
22  contributions as of 12/31/98.
23         Did I say that correctly?
24     A.  Yes.
25     Q.  Any reason why there would be a

Page 187

Melius

1
2  spreadsheet showing capital contributions of
3  you and Mr. Kaufman as of 12/31/98?
4      A.  I have no idea, not coming from me.
5      Q.  On the righthand side it says
6  "Melius $2,875,000 loan to Melius at 10
7  percent against Oheka, backup to be provided;"
8  any idea what that is?
9      A.  No.
10     Q.  It purports to say there's going to
11  be a loan to you that's going to utilize Oheka
12  Castle; is that correct?
13     A.  I don't know.  You're saying that.
14  I don't know what it means.
15     Q.  Do you know who produced this
16  document?
17     A.  Not me.
18     Q.  Do you know why it would have been
19  in your files?
20     A.  No.
21         MS. GASTWIRTH:  I don't know if it
22  was in his files.  I have no idea.  It's
23  one produced by Park Place.  This one is
24  not stamped.
25         THE WITNESS:  Yes, it is.

Page 188

Melius

1
2          MS. BUDD:  The front.  We don't
3  know if it's together.
4          MS. GASTWIRTH:  No idea.
5      Q.  So we understand, Mr. Melius, stay
6  on 04527 and take a look at 04522?
7      A.  Okay.
8      Q.  Tell me just whether or not you
9  agree with the total of contributions, the
10  bottom line of $5,499,750 and the next line
11  where it says Melius $4,887,000 is equal to
12  where it says B, $10,386,750; did I state that
13  correctly?
14     A.  I don't know.  I don't see the A,B
15  and Cs there.  Where is that?
16         Do you see A, B and C?
17         MS. GASTWIRTH:  No, I missed it
18  totally.
19     Q.  That number B is the same number as
20  B?
21     A.  Where is B?
22         MS. GASTWIRTH:  There are two Bs on
23  here?
24     A.  To be or not to be.
25     Q.  Is that not the same B?

Page 189

Melius

1
2          MS. GASTWIRTH:  That $10 million?
3      A.  Yes, is that the same B as B over
4  here (indicating)?
5          MS. GASTWIRTH:  Do you know?
6      A.  I can only say that -- no, it's
7  different.
8      Q.  By one dollar?
9      A.  It's different.
10     Q.  By one dollar?
11     A.  Yes.
12     Q.  Do you recall getting any
13  spreadsheets from anyone at Arbor that covered
14  this topic concerning investments in Massena
15  Management?
16     A.  No, I had no investments in Massena
17  Management.
18     Q.  It looks like from these documents
19  you do.
20         MS. GASTWIRTH:  Objection.
21         MS. BUDD:  Objection.
22         MS. GASTWIRTH:  Asked and answered.
23     Q.  Fair?
24     A.  No, I don't know.
25         It's like Republicans and

Page 190

Melius

1    Democrats.  You look and see different things,
2    right?  It's the same thing.
3          MR. BARR:  Mark this.
4          (Plaintiff's Exhibit 43, invoices
5    Bates stamped ARC 02934 through ARC
6    02958, marked for identification, as of
7    this date, by the reporter.)
8    **Q.   Just for identification purposes,**
9    **Mr. Melius, Plaintiff's Exhibit 43 is Bates**
10   **stamped from ARC 02934 through to ARC 02958.**
11         MS. GASTWIRTH:  Hang on a second.
12   **Q.   You've been shown what's been**
13   **marked as Plaintiff's 43.**
14         **The very first page; do you know**
15   **what that is?**
16        A.   What is it?
17   **Q.   Yes.**
18        A.   It looks like an invoice.
19   **Q.   An invoice from?**
20        A.   From Anderson-Blake.
21   **Q.   Is that your company?**
22        A.   Yes.
23   **Q.   What's Anderson-Blake Saint Regis?**
24        A.   I don't think there's an

Page 191

Melius

1    Anderson-Blake Saint Regis company.
2    **Q.   It says "bill to Massena**
3    **Management?"**
4         A.   Yes.
5    **Q.   "Construction management service**
6    **for Saint Regis Casino, half a million**
7    **dollars?"**
8         A.   Yes.
9    **Q.   Does it look familiar to you?**
10        A.   No.
11   **Q.   Let's turn the page to ARC 02935;**
12   **do you know what that is?**
13        A.   It looks like a part of a check
14   stub and an invoice.
15   **Q.   Do you know what Oheka Castle**
16   **Catering, Inc. is?**
17        A.   Yes.
18   **Q.   Did they borrow any money from**
19   **Arbor?**
20        A.   Yes.
21   **Q.   Related to the Casino?**
22        A.   No.
23   **Q.   It says "Oheka Castle Catering,**
24   **Inc. Arbor secured funding account."**

Page 192

**Melius**

1          MS. GASTWIRTH:  I object to this
2    one.  It looks like you got pages over
3    pages and this looks like there's writing
4    over the top.  It looks like a check on
5    top, a second check.  There's two No.
6    1078s and it looks like Oheka Castle and
7    catering is written over something I
8    can't make out.
9          MR. BARR:  It's either Mr. Melius
10   knows what it is or doesn't know what it
11   is.
12         MS. GASTWIRTH:  It looks like it
13   might have been written over Anderson
14   Blake.  Who knows.
15         MR. BARR:  This is the way it was
16   produced.
17         MS. GASTWIRTH:  I can't help that.
18         THE WITNESS:  I don't know what it
19   is.
20         MR. BARR:  I'm not asking if you
21   can help that.
22         I'm asking if he knows what it is.
23        A.   I don't know what it is.
24   **Q.   Go to 02945.**

Page 193

**Melius**

1         A.   Okay.
2    **Q.   Do you see that handwriting there?**
3         A.   Yes.
4    **Q.   Do you know who Helen is?**
5         A.   I know a Helen.
6    **Q.   That worked for Anderson-Blake?**
7         A.   I don't know.
8    **Q.   It says "this is what I've been**
9    **doing each time I receive a Saint Regis check.**
10   **Only if there is a problem, please let me**
11   **know, Helen."**
12        **Do you have any idea what this**
13   **invoice is or what this notation is?**
14        A.   No.
15   **Q.   Do you know what this construction**
16   **management services for the Saint Regis Casino**
17   **would be?**
18        A.   No, I didn't prepare this.
19   **Q.   Let me show you, Mr. Melius, what's**
20   **been marked as Plaintiff's 42.**
21         MS. GASTWIRTH:  Are you done with
22   the other one?
23         MR. BARR:  Yes.
24   **Q.   It says to "Gary from John."**

Melius

1
2      MS. GASTWIRTH: That's on 4737?
3      MR. BARR: It's on 4737, that's
4  right.
5      Q.   ARC 4737 through ARC 4744, did you
6  get this from John Natalone?
7      A.   I have no idea what it is.
8      Q.   If you turn the page over, look at
9  the fax line. I'm sorry. Turn it around
10 upside down. Somehow it came through on the
11 fax upside down. If you turn it around.
12     A.   You mean this page (indicating)?
13     Q.   I'm sorry. Here (indicating).
14         Look at that.
15     A.   Oh, okay.
16     Q.   It looks like it came from Arbor
17 National. I think the next page is a little
18 clearer, Arbor National on October 25, 1999 at
19 2:38 p.m.
20     A.   Where did it go to?
21     Q.   It looks like it went to you.
22         It says "to Gary."
23     A.   Oh, but the fax doesn't do that. I
24 mean, all the other ones have my number on it.
25 That's why I'm confused.

Melius

1
2      Q.   This one says "from."
3         Some of them say "to."
4      A.   This is from?
5      Q.   Arbor National.
6      A.   I'm saying they're all to me with
7  the fax number on it. I'm trying to
8  understand if this is to me, it doesn't have
9  the 0804 number.
10     Q.   There are a lot of different
11 documents.
12     A.   I think my machine prints a number
13 on it. I'm trying to help. I don't know if
14 that's correct or not.
15     Q.   This one looks like it came from
16 Arbor National on October 25.
17     A.   It could have went to Arbor.
18     Q.   It says "to Gary from John."
19     A.   That's the front page.
20         What does that have to do with
21 anything else?
22         You can say whatever you want.
23     Q.   I'm going to ask you about that
24 document.
25     A.   Okay. Go ahead. I don't know

Melius

1
2  nothing.
3      Q.   The next page upper lefthand corner
4  there's initials, John Natalone's initials,
5  correct?
6      A.   No, I don't know.
7      Q.   Dated 10/25/99?
8      A.   That's correct.
9      Q.   Have you ever seen this document
10 before?
11     A.   Not that I recall.
12     Q.   Do you know halfway down what the
13 "Melius credit" means?
14     A.   No.
15     Q.   How about the "half share;" do you
16 know what that means?
17     A.   No.
18     Q.   Does that mean you have a half
19 share in the Casino?
20     A.   Never had a half share in a casino.
21 I don't know. It doesn't mean that.
22     Q.   This purports to be some analysis
23 giving somebody a half share in a Casino?
24         MS. GASTWIRTH: Objection.
25         The word "casino doesn't appear on

Melius

1
2  the page at all.
3         MR. BARR: You want to testify?
4         We all want to testify for our
5  clients. We do a better job.
6      Q.   "As of June 30 the basis in the
7  casino can be summarized as follows," the top
8  line ARC 04738. Then further on, as of 9/30
9  there's an investment. It looks like the
10 basis of the Casino further down Mr. Natalone,
11 we believe, had a notation of 9/30 investment
12 Massena/Pres. capital contribution
13 $16,230,750, out of escrow $500,000.
14         Do you know what that number is
15 "out of escrow?"
16     A.   No.
17     Q.   Could that have been the number
18 that was paid to you at closing?
19     A.   I have no idea what it is.
20     Q.   If I remember correctly, the deal
21 that you had with Mr. Kaufman is that you were
22 to get paid $250,000 on signing of that
23 partnership purchase buyout and then when the
24 NIGC were to approve the Management Agreement
25 you were to get another half million; does

Page 198

Melius

1
2    that refresh your recollection?
3        A.    Sounds like that could be.
4        Q.    That purports with your earlier
5    testimony you received $750,000, you believed,
6    from Mr. Kaufman; is that correct?
7        A.    I can only tell you I received 750.
8    I can't tell you how.
9        Q.    The next line "Melius credit
10    $2,012,000" and you testified you have no idea
11    what that is?
12        A.    It's not my document. I have no
13    idea.
14        Q.    It's got a total of "$18,742,750"
15    and "half share $9,371,375" and you just don't
16    know what that half share, what that number
17    means?
18        A.    No, I don't know. These things are
19    confusing.
20            Are you assuming that these are
21    investments in the casino; is that what you're
22    trying to say?
23        Q.    I don't know. These documents were
24    produced from your files and when they make
25    reference to Mr. Melius for investments in the

Page 199

Melius

1
2    Casino, we have an interest in wanting to know
3    what these documents are?
4        A.    To clear it up, are you saying that
5    these are numbers for investments that were
6    put into the casino?
7        Q.    I'm not saying anything. I'm
8    asking you the question, if you know.
9        A.    I'm trying to interpret what you're
10    saying to me, that's all.
11        Q.    Maybe you can help me and tell me
12    what you think these numbers are?
13        A.    I'm asking you. I'm trying to
14    understand. I'm confused here.
15            You're saying this is money that
16    you were trying to get from me. So I could
17    answer you properly that this was money that
18    was put into the casino and that I may have
19    put some of that money into the casino and
20    this is the money that was put there. I don't
21    know if it's not. What does it have any
22    bearing on it? It's nothing to do with money.
23        Q.    It may be if that was part of your
24    investment in the Casino maybe these documents
25    are showing that.

Page 200

Melius

1
2        A.    I don't know what that means and if
3    it's not the money put into the casino --
4        Q.    Fair enough. Did Mr. Natalone ever
5    have any conversations with you concerning
6    investments in the casino or Massena
7    Management?
8            MS. GASTWIRTH: Objection.
9        A.    I don't understand that.
10        Q.    Let me try again.
11            Did you ever have any conversations
12    with Mr. Natalone about your investment in the
13    Casino?
14            MS. GASTWIRTH: Objection.
15            MS. BUDD: Objection.
16        A.    I had no investment in a casino.
17        Q.    Any idea why these documents would
18    be created if you had no investment in a
19    casino?
20        A.    That's why I was asking if you
21    could help me, if you could tell me if that's
22    investments in a casino.
23        Q.    Let's keep going. How about the
24    next page, 04739, upper lefthand corner says
25    "Massena Management capital contributions as

Page 201

Melius

1
2    of 4/30/99" and it's got you listed. It says
3    a total of $2,012,000 with a little 1 next to
4    it is carried back over to the previous page;
5    is that correct?
6            Go to the previous page.
7        A.    That number the same number, same
8    number as what?
9        Q.    Where it says "Melius credit
10    $2,012,000."
11        A.    Like I told you, I can't tell you.
12    If you could tell me what this is "casino
13    contributions."
14        Q.    I don't know?
15        A.    Sorry. I don't know. I guess we
16    both don't know.
17        Q.    You just have no idea what this
18    capital contribution as of April 30, 1999
19    would be on this spreadsheet?
20        A.    Well, I don't know. I'm saying to
21    you I don't know what this is.
22            Is this money that was invested in
23    a casino, I don't know. I don't know what
24    you're trying to say. If it isn't, you
25    certainly couldn't be asking me if I had an

Page 202

Melius

1
2  investment in a casino.
3      Q.   Do you think if it was the person
4  that created this documents, if it's
5  Mr. Natalone we should ask him?
6      A.   That's up to you.
7      Q.   That would help us understand these
8  better?
9      A.   I don't know.  I'm asking you for
10 help because I don't understand them.
11     Q.   Why don't we take a step back here
12 and go to Exhibit 40 for a moment.
13     A.   Oh, we're going the wrong way here.
14     Q.   Maybe you could just help us
15 understand the Oheka Arbor loans and what you
16 remember about your Oheka Arbor loans, what
17 you borrowed from Mr. Kaufman utilizing the
18 Oheka Castle as security.
19     A.   I don't recall.  I told you I
20 borrowed probably $50 million over the time
21 with Ivan.  I don't know.
22     Q.   You don't think any of that money
23 that you borrowed from Arbor or one of Ivan
24 Kaufman's finance companies was used to make
25 an investment in the casino?

Page 203

Melius

1
2      A.   I made no investment.  I sold the
3  Casino.  I didn't invest in it.
4      Q.   So not withstanding any of these
5  spreadsheets or documents, you absolutely have
6  no investment in the Casino?
7          MS. GASTWIRTH:  Asked and answered.
8          MS. BUDD:  Objection.
9      A.   Absolutely.
10     Q    So if your buyout was roughly
11 $5 million --
12     A.   Ten dollars short.
13     Q.   -- and you were paid $750,000,
14 you're owed $4,250,000 roughly?
15     A.   $240,000.
16     Q.   $4,240,000?
17     A.   I think.
18     Q.   Is that what's owed to you?
19     A.   I guess.
20          By whom?
21     Q.   By Mr. Kaufman or his entities.
22          MS. BUDD:  Objection.
23          MS. GASTWIRTH:  Objection.
24     A.   Some entities.  I'm not sure.
25     Q.   Do you know what entity, Massena

Page 204

Melius

1
2  Management?
3      A.   I think it's Massena Management.
4      Q.   Massena Management Corporation or
5  LLC.
6          MS. BUDD:  Objection.
7      A.   I don't know whatever the agreement
8  was.
9      Q.   And you testified that you brought
10 a lawsuit against that entity to collect that
11 money?
12     A.   Yes.
13         MR. BARR:  Mark this.
14         (Plaintiff's Exhibit 44, fax cover
15      sheet to Gary from Arbor Management, LLC
16      followed by Summary of Investment, two
17      pages of balance sheets, and summary,
18      marked for identification, as of this
19      date, by the reporter.)
20     Q.   So you would think that Massena
21 Management, whether or not it's a corporation
22 or LLC, would show the debt to you as a
23 liability; would it not?
24         MS. GASTWIRTH:  Objection.
25     A.   What do I know.

Page 205

Melius

1
2      Q.   It should be a liability of the
3  company, correct?
4      A.   I don't know.  They owe me money.
5  That's all I know.  I don't know how they do
6  their accounting.
7      Q.   Let me show you what's been marked
8  as Exhibit 44; have you ever seen that?
9      A.   No, I don't recall it.
10     Q.   It's got your file stamp on it?
11     A.   Looks like it.
12     Q.   Your handwriting?
13     A.   Could be.
14     Q.   Fax cover sheet to Gary re, the
15 subject looks like casino with your fax line?
16     A.   Right.
17     Q.   Fax number 741-8040, correct?
18     A.   Yes.
19     Q.   From Anna Maria?
20     A.   Yes.
21     Q.   Do you know who she is?
22     A.   Yes.
23     Q.   What does she do, she works at
24 Arbor Management, LLC?
25     A.   Bookkeeper, accounting something.

Page 206

Melius

1                    Melius

2     **Q.   Anywhere in those documents show**
3  **the liability to you, if you could take a**
4  **minute?**
5     A.   I don't see any, but I also don't
6  see anything showing supposedly my investment
7  which I would think if that was the case, they
8  would put it in.  It doesn't show me putting
9  any money in.
10       MR. BARR:  Mark this.
11       (Plaintiff's Exhibit 45, fax cover
12       sheet to Gary from Arbor Management,
13       followed by 24 pages of financial
14       records, marked for identification, as of
15       this date, by the reporter.)
16     **Q.   You've just been shown what's been**
17  **marked as Plaintiffs Exhibit 45.**
18       **Have you ever seen that document,**
19  **that fax?**
20     A.   I don't recall.
21     **Q.   It's addressed to you; is that**
22  **correct?**
23     A.   This sheet says "to Gary."
24       MR. BARR:  Actually, the fax line
25       notes September 3, 1999.  Apparently

Page 207

Melius

1                    Melius

2  whoever wrote this had the wrong year
3       MS. GASTWIRTH:  I don't know.
4     **Q.   The context makes no sense for it**
5  **to be '99 for the Casino.**
6     A.   It also doesn't have me receiving
7  this on my fax.
8     **Q.   But that's your stamp.**
9     A.   Looks like it.  That's what makes
10  me concerned now about all these documents
11  because some have my fax number on them and
12  some don't.  I don't think there's any way to
13  turn that off, so I'm concerned.  I may be
14  wrong, but I'm concerned that these may not be
15  true documents that I received.  You see that
16  there's no fax there.  All the other things
17  have my fax number on it.  So why do these
18  don't.
19     **Q.   Is that your handwriting next to**
20  **the stamp?**
21     A.   I don't know that.
22     **Q.   It looks like it?**
23     A.   It looks like it, but I'm very
24  suspicious of the document.
25     **Q.   You know Anna Maria?**

Page 208

Melius

1                    **Melius**

2     A.   I know Anna Maria.  Maybe she knows
3  another Gary.  It doesn't say me.
4     **Q.   Another Gary with a fax number**
5  **741-8040?**
6     A.   No, I don't think so.  I don't know
7  about that.
8     **Q.   She wrote here "Casino July 31**
9  **numbers and August unaudited revenue report."**
10     **You don't recall ever seeing this?**
11     A.   I don't know nothing.  You're
12  telling me this.  I don't know.  You're saying
13  she wrote it.  I don't know if she wrote it.
14  I don't know if I got it.  It doesn't appear
15  it went through my fax machine.
16     **Q.   Did you ever instruct Anna to send**
17  **you any financial information concerning the**
18  **Casino in the fall of 1999?**
19     A.   No.
20     **Q.   No?**
21     A.   I wouldn't have that power.
22     **Q.   Any reason for her to be sending**
23  **you that financial information in the fall of**
24  **1999?**
25     A.   I told you, I don't think that I

Page 209

Melius

1                    Melius

2  received this.
3     **Q.   But it's got your file stamp on it?**
4     A.   But it doesn't have my fax on it.
5  All the other ones you showed me had my faxes
6  on it.  It's suspicious to me.
7     **Q.   Can you show me in that pile what**
8  **you're referring to Mr. Melius, please?**
9     A.   Sure.
10     **Q.   All the others ones have your fax.**
11     A.   Remember, we couldn't remember my
12  fax number and then you showed me because it
13  was on all these documents, you know.
14     **Q.   Why don't you just make a pile of**
15  **the ones that have your fax that have what**
16  **you're referring to?**
17     A.   I don't want a job here.  If you
18  want, you could do that.
19     **Q.   I'm not sure what you're referring**
20  **to.**
21     A.   On the top.  Before you would
22  always questioned me isn't that your fax
23  number 8040 that's stamped when it came
24  through the machine.
25     **Q.   Not on the fax line.  I think we**

Melius

1  may be miscommunicating, which may be very
2  possible. I don't believe that the fax line
3  would show your fax number on the top. This
4  would be handwritten or typed in on the fax
5  sheet, not on the fax line.
6      A.  No, no. Mine is on some of those.
7      Q.  Some will say "to Gary" because
8  they got it programmed into their computer,
9  but that doesn't mean that the fax line has to
10 show you on the top. It shows where it's
11 coming from. I think that's where the
12 confusion is.
13     A.  I'm not confused. I remember
14 saying to you I don't know if the fax came to
15 me or went to me because it had the 8040 on
16 it.
17         Listen, it doesn't matter. I'm
18 just telling you at this point I'm confused.
19 I don't know. I don't know what these
20 documents are and I have concern it may be
21 wrong, that they're not the same and I don't
22 know who, maybe Park Place, did it. Maybe
23 they're mad at me after we settled. I don't
24 know.

Melius

1      Did they send you all of my
2  documents?
3      Did they send you documents where
4  they lied to the feds?
5      I don't know if they sent that too
6  along with it.
7      Q.  After receiving this, did you ever
8  have any conversations with Anna Maria
9  concerning these financials?
10     A.  I said I don't know if I ever
11 received this. You're giving me these and I
12 didn't realize the documents were all from
13 Park Place which has a grudge against me. I
14 don't know if they gave you true documents.
15 Maybe they hoodwinked you.
16     Q.  You're saying maybe they just
17 created these documents, put your name on
18 them?
19     A.  I don't know. I'm saying --
20     Q.  Maybe?
21     A.  Could be maybe they're mad at me,
22 you know.
23     MR. BARR:  I think, Loretta,
24 Marlene, that we need to have

Melius

1  further discussions about actually going
2  to your offices -- your office
3  (indicating). Excuse me for pointing,
4  Mr. Melius.
5      THE WITNESS:  That's okay. As long
6  as it's not a gun.
7      MR. BARR:  -- to review what's
8  actually in his file based on these
9  allegations.
10     MS. GASTWIRTH:  I don't know that
11 you have to go to the office.
12     MR. BARR:  There are allegations
13 being made that somebody is fabricating
14 a whole host of documents?
15     THE WITNESS:  I said it could be.
16     MR. BARR:  And I'm summing it up
17 within the world of proof. If you're
18 suggesting it, then our job is to
19 determine that that suggestion is not
20 true. So I'm just keeping this open.
21     MS. GASTWIRTH:  We can talk about
22 it.
23     THE WITNESS:  Again, there's a
24 motive in my mind because they felt I

Melius

1  didn't treat me right. Again, the
2  tribe and them had made a double payment
3  in my hotel once and they wanted me to
4  withdraw the letter. They said it
5  would ruin the chances for a license, the
6  deal would go away. I think they were
7  mad at me for implementing that letter in
8  the first place about covering up a
9  payment.
10     MR. SEFF:  Just so you understand,
11 Mr. Melius, what we're up against here.
12 We attempted to get documents directly
13 from your lawyer and we were told no,
14 you got them from Park Place. Use the
15 ones you got from Park Place.
16     THE WITNESS:  I understand. I'm
17 not blaming you. I'm saying it could be.
18     MR. SEFF:  We didn't come to your
19 office. We didn't rifle through your
20 files. We took what Park Place had
21 gotten.
22     THE WITNESS:  I agree. I'm saying
23 to you there could be, in all fairness to
24 you gentleman which are trying to do a

Melius
1  fine job here, that you didn't get maybe
2  the right documents.  I don't know.
3  Again, I believe that there was some
4  inproprieties done maybe before by Park
5  Place.  You know, it was an allegation
6  that was made by Ivan.  Maybe they did
7  the same here.  I don't know if they're
8  in cahoots with the tribe on it.  I don't
9  know what's going on.  They're a partner
10  with the tribe now.
11       MS. GASTWIRTH:  We'll discuss the
12  production issue later.  Maybe we can
13  reach some resolution with respect to
14  that.  I don't know if it has to be at
15  Gary's offices.  I don't know if the
16  files are boxed up.  We'll discuss it
17  later.
18       MR. BARR:  Creative minds can
19  figure something out to confirm that
20  these documents came from Mr. Melius.
21       MS. GASTWIRTH:  I'm sure we can
22  figure a way.
23       THE WITNESS:  I'm concerned that
24  Park Place and the tribe are partners now

Melius
1  and they're supplying the papers to
2  their partner to try and get, you know,
3  me or Ivan -- I mean, you're getting the
4  papers and it's a double adversary
5       position.  I'm not saying you did
6  wrong.
7       MR. BARR:  Let's go off the record
8  for a minute.
9       (Discussion off the record.)
10  Q.  So on Plaintiff's Exhibit 45 you
11  have no recollection as to whether or not you
12  received this document from Anna Maria Porco?
13       A.  I not only have no recollection, I
14  have concern.
15       Q.  So you don't believe that you've
16  received this?
17       A.  I just said I have concern over it.
18  I have concern, as I said, because your
19  documents came from my other litigant.
20       MR. BARR:  Did you find an example
21  on the tag line?
22       MS. GASTWIRTH:  I really wasn't
23  looking for it too closely.
24       MR. BARR:  Mark this.

Melius
1       (Plaintiff's Exhibit 46, fax cover
2  sheet to Gary Melius From Walter Horn,
3  memo to Walter Horn from John Ferrucci,
4  memo to John Ferrucci from Wesley
5  Benedict and proposed budget, marked for
6  identification, as of this date, by the
7  reporter.)
8  Q.  You've just been shown what has
9  been marked Plaintiff's 46, Mr. Melius.
10       Did you ever see that document
11  before?
12       A.  Don't recall.
13       Q.  First sheet is a fax to you from
14  Mr. Horn; is that correct?
15       A.  That's what it says.
16       Q.  September 8, 1999?
17       A.  That's what this says.
18       Q.  It says "Gary, what's the politics
19  of this?
20       A.  Yes.
21       Q.  Does it help you to refresh your
22  recollection?
23       A.  No.
24       Q.  Is that your stamp on the top of

Melius
1  that page?
2       A.  Could be.
3       Q.  Your handwriting "Saint Regis?"
4       A.  Could be.
5       Q.  And the contents of this is "TRIBAL
6  POLICE BUDGET," second page?
7       A.  Yes.
8       Q.  No recollection of being involved
9  with the Tribal Police budget?
10       MS. GASTWIRTH:  Objection.
11       MS. BUDD:  Objection.
12       A.  No.
13       Q.  Did you get back to Mr. Horn about
14  the question concerning the politics on this
15  issue?
16       A.  I told you, I don't recall it.
17       MR. BARR:  Mark this.
18       (Plaintiff's Exhibit 47, fax
19  cover sheet to Ivan Kaufman from John
20  Ferrucci followed by five-page letter to
21  Ivan from John dated 9/10/99, marked for
22  identification, as of this date, by the
23  reporter.)
24       Q.  Let me ask you this, Mr. Melius, do

Page 218

Melius

1
2    you know who Bill Thornton is?
3       A.   Sure.
4       Q.   Who is he?
5       A.   He's a man.
6       Q.   He works for you, one of your
7    companies?
8       A.   No.
9       Q.   Did he work for one of your
10   companies in 1999?
11      A.   I believe so.
12      Q.   Anderson-Blake?
13      A.   Don't know.
14      Q.   But he answered to you in 1999?
15      A.   I believe so.
16      Q.   Do you know what his duties were,
17   what his responsibilities were?
18      A.   When?
19      Q.   1999.
20      A.   I don't recall what goes on in
21   1999.
22      Q.   Any recollection that Bill Thornton
23   was the project manager for the construction
24   of the Casino?
25      A.   Yes.

Page 219

Melius

1
2       Q.   So having heard that, recalling
3    that then, do you know what his duties and
4    responsibilities were in 1999?
5       A.   No, I don't know what years the
6    casino was built, finished, opened, closed.
7    I'm very bad on dates.  So if you told me that
8    it was this, then maybe I could say.
9       Q.   It was between 1998 and '99?
10      A.   What?
11      Q.   Construction of the Casino.
12      A.   Between 1998 and '99.
13           So what's the question?
14      Q.   Bill Thornton was the construction
15   supervisor and manager for the Casino.
16           What were his duties as a
17   construction manager?
18      A.   What does he do as a construction
19   manager?
20      Q.   Yes.
21      A.   He would run the project, see that
22   it was bought out, you know, subcontracted bid
23   with whoever his assistants were.  He would
24   make change orders.  He would more or less run
25   the whole construction job.

Page 220

Melius

1
2       Q.   Take a look at Plaintiff's 47.
3            Have you seen that before, that
4    memo?
5       A.   Don't recall this at all.
6       Q.   Take a look at it.
7       A.   I don't remember.
8       Q.   Do you know who John Ferrucci is?
9       A.   Yes.
10      Q.   In 1999, do you know what he was
11   doing?
12      A.   I don't know when he left the
13   casino.  I mean, at some period of time he was
14   the manager of the casino.
15      Q.   Were you aware in September 1999 of
16   Mr. Ferrucci's concerns about Mr. Thornton?
17      A.   No.
18      Q.   Do you recall instructing
19   Mr. Thornton to take on certain management
20   responsibilities at the Casino in 1999?
21      A.   No.
22      Q.   Did you instruct him concerning the
23   number of housekeepers the Casino should
24   employ?
25      A.   No.

Page 221

Melius

1
2       Q.   Number of Casino security officers
3    the Casino could employ?
4       A.   No.
5       Q.   Number of valet attendants the
6    Casino could employ?
7       A.   No.
8       Q.   Looking at Plaintiff's 47, that
9    doesn't help refresh any of your recollection?
10      A.   I never gave any orders that had
11   anything to do with management, so I don't
12   recollect that.  I don't recollect the
13   agreement.  I don't recollect that.
14           MR. BARR:  Mark this.
15           (Plaintiff's Exhibit 48,
16      fax cover sheet to Walter Horn from Gary
17      Melius followed by memo to Gary Melius
18      from Robert Carroll dated 10/12/99,
19      marked for identification, as of this
20      date, by the reporter.)
21      Q.   Have you had a chance to take a
22   look at Plaintiff's 48?
23      A.   Yes, this has my 8040 number on it,
24   so could be good.
25      Q.   Could be good?

Page 222

Melius

1
2    A.   Could be good.
3         MS. GASTWIRTH:  Unlike the other
4    ones that didn't have the number on it.
5         MR. SEFF:  The difference is this
6    is a fax from you instead of to you.
7    That could explain it.
8         MS. GASTWIRTH:  It has a multiple
9    of fax lines.
10        THE WITNESS:  I'm lucky if I could
11   push a button.  I'm not good at this
12   stuff.
13   **Q.  It's a fax from you to Mr. Horn.**
14        **Do you recall sending Mr. Horn a**
15   **fax on October 12, 1999?**
16   A.   I don't remember nothing on
17   November 20 of '99.
18   **Q.   Do you know what this is about?**
19        A.   Let me see.  Yes, this was Park
20   Place's original proposal to buy out Ivan.  I
21   met with them, negotiated that.
22        MS. GASTWIRTH:  Note my objection
23   to this line of questioning.
24        Do you have a bunch of stuff
25   on this?

Page 223

Melius

1
2         MR. BARR:  No.
3         MS. GASTWIRTH:  Okay.  Then let's
4    get it done.
5    **Q.   Tell me what was going on here.**
6    **Looking at this memo on October 12, 1999 Bob**
7    **Carroll wrote you a fax on that day.**
8         **You faxed that document over to**
9    **Mr. Horn?**
10   A.   That's correct, if that's when I
11   did it.
12   **Q.   Forget about the timing.**
13        **What were you doing here?**
14   A.   I was negotiating this buyout for
15   Ivan's entity against Park Place's entity.
16   **Q.   Why were you doing that?**
17        **Were you doing that because you**
18   **were a partner with Mr. Kaufman or were you**
19   **doing that because you were anticipating a**
20   **commission?**
21        MS. GASTWIRTH:  Objection as to
22   form.
23        MS. BUDD:  Objection.
24        MS. GASTWIRTH:  Can you read back
25   the question, please?

Page 224

Melius

1
2         (Record read.)
3    A.   I was anticipating a commission.
4    That was my lawsuit against Park Place.
5         MS. BUDD:  Don't go any further.
6         There's a confidentiality
7    agreement, I guess a participation
8    agreement, so to speak, with Park Place.
9    I don't want to get into those areas
10   because I don't want my client to be in
11   violation of any agreement that exists
12   between him or his entities and Park
13   Place.
14        MR. SEFF:  He's opened the door to
15   the subject of the commission.  We may
16   not need to get into the minutia.
17        MR. BARR:  I'm not interested in
18   that.
19        I'm just interested in what's in
20   front of us.
21   **Q.   You have a document that grants you**
22   **that compensation?**
23        MS. GASTWIRTH:  Objection.
24        I don't know where this is going.
25   A.   I don't know if that violates any

Page 225

Melius

1
2    of my agreements.
3    **Q.   Well, is it a handshake deal with**
4    **Mr. Kaufman?**
5    A.   I wasn't getting nothing from
6    Kaufman.
7    **Q.   You were getting nothing from**
8    **Kaufman?**
9    A.   No.
10   **Q.   Only from Park Place?**
11   A.   That's correct.
12   **Q.   You weren't standing to make any**
13   **money from Kaufman on the deal other than the**
14   **commission from Park Place?**
15        MS. GASTWIRTH:  Objection.
16        MS. BUDD:  Objection.
17   A.   The only thing was to get paid what
18   was owed me for the construction and my
19   buyout.
20   **Q.   And your buyout?**
21   A.   And the construction balance.
22   **Q.   Which you said is roughly**
23   **$4.2 million?**
24   A.   A Couple million.  No, I think it's
25   two million something.

Melius
1
2    **Q.   For the construction?**
3    A.   Yes.
4    **Q.   For the buyout?**
5    A.   The other is $4.2 million.
6    **Q.   How much are you waiting to get**
7 **paid?**
8    A.   $6 million and change.
9    **Q.   That's the amount that you have**
10 **invested in the Casino at this point?**
11    MS. BUDD:  Objection.
12    MS. GASTWIRTH:  Objection.
13    A.   I didn't say that.
14    I said that's what's owed me.
15    **Q.   That's what's owed you?**
16    A.   Yes.
17    **Q.   Roughly $6 million?**
18    A.   $6 million and change.
19    MR. BARR:  Please mark this.
20    (Plaintiff's Exhibit 49, memo
21 to Walter Horn from John Natalone dated
22 2/22/00, marked for identification, as of
23 this date, by the reporter.)
24    **Q.   I'm showing you what's been marked**
25 **Exhibit 49.**

1                  **Melius**
2    MS. GASTWIRTH:  I can't see
3 anything from here.
4    Before you ask him any questions,
5 let him look at it and then I'll take
6 a look at it.
7    **Q.   Have you ever seen this document?**
8    MS. GASTWIRTH:  Wait a second.
9    He's looking at it and I want to
10 take a look at it.
11    A.   I don't recall the document.
12    MS. GASTWIRTH:  Wait. Stop,
13 Stop.
14    A.   I can't say.  I don't recall.
15    MS. GASTWIRTH:  You can't say
16 anything yet.
17    THE WITNESS:  I take that back.
18    MS. GASTWIRTH:  Note my objection.
19    I don't recall receiving this
20 document.  I don't think it was produced
21 by the tribe.  I don't know who it was.
22 It says Anderson-Blake Melius document.
23 That's not a notation I've seen on any
24 document before.
25    Do you have any clue where you got

1                  Melius
2 this one?
3    MR. BARR:  From you.
4    MS. GASTWIRTH:  No.
5    MR. BARR:  Well, we can ask
6 Mr. Natalone.  We'll ask that question of
7 Mr. Natalone.
8    MS. GASTWIRTH:  This looks like a
9 new one for me.
10    Who produced those
11 documents?
12    MR. SEFF:  Lou might know.
13    MS. GASTWIRTH:  Do you have a clue?
14    MR. SOLOMON:  No.
15    MS. GASTWIRTH:  Objection to any
16 further line of questioning that's
17 outside the scope of this.
18    MR. SEFF:  The answer generically is
19 that it came in the material that was produced
20 by you to Park Place, which Park Place
21 produced to us.
22    MS. GASTWIRTH:  By us to Park
23 Place.
24    MR. SEFF:  Yes.
25    MR. SOLOMON:  Are you

1                  Melius
2 differentiating?
3    MR. SEFF:  You can't say.
4    MR. SOLOMON:  You said "you" to
5 Loretta.
6    Loretta represents a different
7 entity.
8    Who are you referring to when you
9 say it came from their production to Park
10 Place to you?
11    MR. SEFF:  I'm referring to
12 Anderson-Blake/Melius.
13    MS. GASTWIRTH:  There are ARC
14 notations.  There's nothing in any
15 document that I've seen in this case that
16 has Anderson-Blake/Melius documents.
17 I'm concerned about where this thing came
18 from or who marked it.
19    MR. SEFF:  I'll tell you right now,
20 we didn't mark it.
21    MR. BARR:  The fact of the matter
22 is we'll ask Mr. Natalone that question.
23 It's his document with his initials on
24 it.  We have some questions to ask him
25 anyway.  This will help us understand.

Page 230

Melius

1
2      MS. GASTWIRTH:  Maybe you can
3  figure out where you got it from also.
4      MR. BARR:  We will do that without
5  cluttering the record.  That, to me, is
6  a side issue.  It's a question to
7  Natalone.
8      Q.    Do you have any recollection
9  concerning conversations with Mr. Natalone
10  concerning the Casino finances in February of
11  2000?
12      A.    Yes.
13      Q.    You do?
14      A.    I can't tell you a date, but I've
15  had conversations, not finance, where Park
16  Place lawyer Bob Carroll wanted some other
17  information, was concerned about some numbers.
18      Q.    So you do have a recollection?
19      A.    I don't recall this document which,
20  again, gives me my same concern saying you
21  don't know where this came from.  I don't know
22  if all the other ones were like that.  I was
23  very involved in the negotiations between Park
24  Place Entertainment and Ivan's entity for the
25  buyout of Akwesasne.

Page 231

Melius

1
2      Q.    Mr. Melius, why were you involved
3  in negotiations as opposed to Mr. Kaufman or
4  Mr. Horn?
5      A.    I guess because I was the one that
6  brought Park Place to them.
7      Q.    Why be involved in negotiations?
8      If what you've testified throughout
9  today is true that you received no faxes or
10  financial information, how would you have any
11  information concerning the Casino?
12      A.    Well, first of all, if I needed the
13  information, whatever was submitted to Bob
14  Carroll would be done at that time would not
15  come from me.  So to negotiate part of
16  something, I don't need to have a past
17  experience in it.  I just need to know what
18  both parties wanted.  One party was going to
19  make a purchase and a sale.  Each one asked me
20  for something.  I supplied it to the other one
21  at that moment.
22      Q.    So prior to your dealings with Park
23  Place concerning the sale of the Casino, you
24  had no information, you received no
25  information concerning the finances of the

Page 232

Melius

1
2  Casino?
3      A.    I didn't say that.
4      Q.    Then let's explore that.
5      Prior to your negotiations with
6  Park Place, did you receive financial
7  information concerning the Casino?
8      A.    Again, using financial as a broad
9  statement, I would assume so, yes.  What, I
10  couldn't tell you.
11      Q.    So then it's not hard to believe
12  then, Mr. Melius, that you were receiving from
13  Anna Maria and/or John Natalone Casino
14  information in 1999, for example?
15      A.    I think I want to clarify "casino
16  information" because I said to you the only
17  thing I remember is asking for my money, being
18  told that they weren't making any money and
19  they couldn't pay me and they may have sent me
20  something to show me why they couldn't pay me.
21      Q.    You believe that's the reason why
22  you were receiving those faxes from
23  Mr. Natalone and Anna Maria concerning Casino
24  finances?
25      MS. GASTWIRTH:  Objection.

Page 233

Melius

1
2      A.    First, I never said I got anything
3  from Anna Maria.
4      I said I think the document is
5  skeptical and I think.  As a matter of fact,
6  if you want to come to my office, I would
7  welcome it.
8      MS. BUDD:  Gary.
9      A.    But I want you to do each document
10  page by page, word by word.  You know, your
11  documents could have a few different words in
12  it that changes the whole thing.  Please bring
13  somebody and let somebody read that and I'll
14  be glad to do that with you.
15      MR. BARR:  Mark this.
16      (Plaintiff's Exhibit 50, fax cover
17  sheet to Gary Melius from Walter Horn
18  followed by 12-page attorney-client
19  privileged communication to Walter Horn
20  from Alan Mittman dated 2/22/00, marked
21  for identification, as of this date, by
22  the reporter.)
23      Q.    Take a look at what's been marked
24  as Plaintiff's Exhibit 50.
25      MS. GASTWIRTH:  Objection.

Melius

1  Melius
2       This is attorney-client privileged
3  and so I have no idea.  It's marked
4  "attorney-client privilege
5  communication."  I have no idea what it's
6  doing here.
7       MS. BUDD:  Note my objection as
8  well.
9  DI.    I direct him not to answer.
10      MS. GASTWIRTH:  The whole thing
11  is a draft attorney-client work product
12  privileged communication.  I don't know
13  where this is going.
14      MR. BARR:  You produced this
15  document.
16      MS. GASTWIRTH:  I didn't produce
17  this document.
18      MR. BARR:  Well, your client as of
19  today produced this document.  Mr. Melius
20  produced this document.
21      MS. GASTWIRTH:  He's not my client.
22      MR. BARR:  You're representing him
23  in a joint defense.
24      THE WITNESS:  I never gave you any
25  document.

1  Melius
2       MS. GASTWIRTH:  If there was a
3  production of this document, I don't see
4  a Bates stamp number.
5       MS. BUDD:  I don't see it on it
6  either.
7       MS. GASTWIRTH:  This is an
8  inadvertent production and I'm preserving
9  that this is an attorney-client
10  privileged communication.  We can fight
11  about it.  I don't know where you're
12  going.  Why are we talking about Park
13  Place?
14  Q.    It is faxed to you, Mr. Melius; is
15  it not?
16      MS. GASTWIRTH:  How many more of
17  these Park Place documents do you have?
18      MR. BARR:  I got a bunch.  I don't
19  need to explain what documents I have.
20  DI.    MS. GASTWIRTH:  I think I'm going
21  to direct him not to answer.
22      MR. SEFF:  I think we're careful
23  not to pry into the Park Place --
24      THE WITNESS:  It say on it Park
25  Place.  I don't care.

1  Melius
2       MR. BARR:  You watch.  Give me a
3  second here.
4  Q.    Have you ever received this fax?
5  A.    I have no idea.
6  Q.    Is that your file stamp on the top?
7  A.    Maybe.
8  Q.    "Saint Regis Park Place," is that
9  your handwriting?
10  A.    Could be.
11  Q.    Do you have a separate file for
12  Park Place?
13  A.    Don't know.
14      MS. GASTWIRTH:  Can we take a break
15  for just two minutes?
16      Can we all take a break for two
17  minutes.
18      (Recess taken.)
19      MR. BARR:  Mark this.
20      (Plaintiff's Exhibit 51, letter
21  to Michael Axelrod from Gary Melius dated
22  3/6/00, followed by fax activity report,
23  marked for identification, as of this
24  date, by the reporter.)
25  Q.    Plaintiff's Exhibit 51 is in front

1  Melius
2  of you?
3       MS. GASTWIRTH:  Note my objection
4  to the document.
5       I think we're going in the wrong
6  direction.
7       Go ahead.
8  Q.    Is that your signature?
9  A.    I don't think so.
10  Q.    No?
11  A.    No.
12  Q.    How about the file stamp, does that
13  look like your file stamp?
14  A.    Could be.
15  Q.    And the handwriting, "Saint Regis
16  Park Place?"
17  A.    Looks like it.
18  Q.    Letter written to Michael Axelrod;
19  do you know what that is?
20  A.    Yes.
21  Q.    Do you recall this letter?
22  Q.    Do you recall writing this letter?
23  A.    Somewhat.  I don't recall the
24  letter.  There was something going on at that
25  time.  I don't know if I wrote a letter or

Page 238

Melius

1  Melius
2  not.
3  Q.  What was that "something" going on
4  with Mr. Axelrod at that time?
5  A.  Just that, I guess, I was talking
6  with Ivan and Park Place and somebody, I
7  guess, from Mirage called and I knew Michael
8  was friends with somebody out there.  So I
9  think I wrote this letter.
10  Q.  Were you trying to sell the Casino
11  or the management contractor, Mr. Ivan
12  Kaufman's management interest in this
13  management contract to another casino
14  operator?
15  A.  Yes.
16  Q.  What was your compensation package
17  for doing that?
18  A.  I didn't have any compensation.  I
19  didn't negotiate anything until I could talk
20  to somebody.
21  Q.  That was your preliminary
22  negotiations before you got to discussing your
23  compensation package for possibly putting
24  together a deal?
25  A.  I would have asked for a fee from

Page 239

Melius

1  Melius
2  the purchaser.
3  Q.  A fee from the purchaser?
4  A.  Yes.
5  Q.  You never went anywhere with Mirage
6  on that?
7  A.  No.
8  Q.  Did you talk to Mr. Kaufman or
9  Mr. Horn about that introduction?
10  A.  I don't recall.
11  MR. BARR:  Mark this.
12  (Plaintiff's Exhibit 52, fax cover
13  sheet to Gary Melius from Ruth followed
14  by four-page agreement dated 3/22/00,
15  marked for identification, as of this
16  date, by the reporter.)
17  Q.  Have you had a chance to take a
18  look at Exhibit 52?
19  MS. GASTWIRTH:  Hold on a
20  second.  He's doing that now.
21  A.  Okay, yes.
22  Q.  Do you remember receiving this
23  document?
24  A.  No.
25  Q.  It's addressed to you, Gary Melius,

Page 240

Melius

1  Melius
2  at Castle Ventures.
3  MS. GASTWIRTH:  The fax cover
4  sheet; is that what you're referring to?
5  MR. BARR:  Yes the fax cover sheet.
6  A.  Yes.
7  Q.  That's your file stamp?
8  A.  It appears to be.
9  Q.  And your signature?
10  A.  Looks like it.
11  Q.  What does it say, "Saint Regis
12  Arbor?"
13  A.  Looks like it.
14  Q.  It says "Gary, this agreement was
15  faxed to Gary Rettell, executed and returned
16  to us."
17  Do you know what that's about?
18  A.  No.
19  Q.  It's concerning the Saint Regis
20  Mohawk Tribe Casino?
21  A.  I have no idea what this is.
22  Q.  Who is Ruth?
23  A.  Ruth?
24  Q.  Yes.
25  A.  What the hell do I know?

Page 241

Melius

1  Melius
2  Q.  That's who sent you the fax?
3  A.  Same answer.
4  Q.  You have no idea who Ruth is at
5  Arbor National Commercial Mortgage?
6  A.  No.
7  Q.  She sent you a fax, though, on
8  March 22, 2000?
9  A.  She didn't send me flowers.
10  I have no idea who she is.
11  Q.  She has a comment here "Gary, this
12  agreement was faxed to Gary Rettell, executed
13  and returned to us."
14  You still have no idea what this is
15  about?
16  A.  No.
17  Q.  Were you looking to sell the
18  Akwesasne Mohawk Casino or an interest in it
19  to Activeware Associates?
20  MS. GASTWIRTH:  Objection.
21  MS. BUDD:  Objection.
22  Q.  You can answer it, if you recall.
23  A.  I don't know.  I have no idea.
24  Q.  Were you looking to obtain
25  financing for the Casino from Activeware?

Page 242

1 **Melius**
2     MS. GASTWIRTH:  Objection.
3     A.   I don't recall this company at all.
4 I don't know if I had anything to do with this
5 at all.
6     **Q.   You've never heard of this company**
7 **Activeware Associates?**
8     A.   No, not that I recall.
9     **Q.   Apparently Ruth from Arbor National**
10 **had sent this to you.**
11     **Have you no idea why this document**
12 **was sent to you?**
13     A.   I told you, I have no idea who Ruth
14 is.
15     THE WITNESS:  I have to make one
16     call.
17     MR. BARR:  Mark this.
18     (Plaintiff's Exhibit 53, draft
19     letter to Joseph Membrino from Gary
20     Melius dated 5/17/01, marked for
21     identification, as of this date, by the
22     reporter.)
23     **Q.   Do you recall drafting this letter,**
24 **Mr. Melius?**
25     A.   No.

Page 243

1     Melius
2     MS. BUDD:  Objection.
3     This is an attorney-client
4 privileged document.
5     I'm going to preserve that
6 objection, work product.
7     MR. BARR:  It's all been produced.
8     MS. BUDD:  I don't care.  It was
9 produced inadvertently.  I'm going to
10 preserve it.
11     MR. BARR:  It's been produced.
12     MS. GASTWIRTH:  I don't think
13 that's the rule, but note my objection as
14 well.
15     Go ahead.
16     MR. BARR:  The document is
17 produced.  When a statement is made, a
18 statement is made.
19     MS. GASTWIRTH:  I think we actually
20 in this case we have the same
21 confidentiality stip and we've agreed to
22 that in writing.  I think there's an
23 inadvertent production clause.
24     Go ahead and ask him.
25     MR. BARR:  I don't have much here.

Page 244

1     Melius
2     MS. GASTWIRTH:  So go right ahead.
3     **Q.   Is that your handwriting at the top**
4 **marked "draft?"**
5     A.   No.
6     **Q.   It 's not your handwriting**
7 **throughout the document?**
8     A.   I don't know.
9     **Q.   So you don't think you ever sent**
10 **this to Membrino?**
11     A.   Not that I know of.
12     MR. BARR:  I guess that's another
13 ground as to why it's not an
14 attorney-client privileged communication.
15     A.   Yeah, I sent it.
16     **Q.   Now you have my attention then.**
17     A.   No, I'm teasing.
18     **Q.   Do you know what your understanding**
19 **of why the NIGC failed to approve you as a**
20 **manager of the casino at Akwesasne?**
21     A.   What do I believe?
22     MS. GASTWIRTH:  Note my objection
23 to this whole line of questioning.
24     MS. BUDD:  Objection.
25     MS. GASTWIRTH:  I leave it up to

Page 245

1     Melius
2 the witness to answer this one.
3     A.   I'm trying to think what the answer
4 is to why they didn't approve me.
5     I think, first of all, my
6 settlement with them is they didn't disapprove
7 me.  So I don't think that's an issue.  I
8 think that's my settlement.  If I have a
9 letter from theme, a statement is our
10 settlement.  They didn't disapprove.
11     **Q.   They never approved the pending**
12 **management contract with you?**
13     A.   That is correct.
14     **Q.   Do you know the reasons why they**
15 **did not approve you?**
16     A.   No.
17     MS. GASTWIRTH:  When you said "not
18 approve," he testified not approve the
19 management agreement.
20     MR. BARR:  Yes.
21     THE WITNESS:  They don't approve
22 people.  They approve contracts.
23     **Q.   I want to see if you remember any**
24 **of this, if you wrote this last paragraph of**
25 **this draft letter from you.  "I am extremely**

Page 246

Melius

1       **Melius**
2   **disturbed that when you told me after the**
3   **Harold Monteau deposition that the case was**
4   **now weak because he said that he did not issue**
5   **my license because I had had gaming debts in**
6   **Atlantic City," does that refresh your**
7   **recollection as to writing this?**
8       A.   I mean, I remember that issue.  I
9   don't remember writing this, but I remember
10  the issue.
11      Q.   **"I do not understand how you after**
12  **this deposition could feel that there was no**
13  **longer a great case.  Did you expect Monteau**
14  **to confess?  It's preposterous to believe that**
15  **any jury or judge would believe considering**
16  **some of the comments and previous testimony,**
17  **(ie, the NIGC wanted me 1,000 miles from the**
18  **reservation and I could have nothing to do**
19  **with anyone connected to the casino project)**
20  **that it took them three years for them to come**
21  **to this diagnosis when they had information**
22  **from day one."**
23      **Does that refresh your recollection**
24  **you writing this letter or drafting this**
25  **letter?**

Page 247

Melius

1       Melius
2       A.   I don't know if I sent a letter.  I
3   know those issues, if you want to ask me that.
4       Q.   **Is that true that the NIGC wanted**
5   **you 1,000 miles away from the Casino and**
6   **nothing to do with anyone connected with the**
7   **Casino project?**
8       A.   I don't know that I mean.  There
9   were comments.  They were saying derogatory
10  comments about me.  They have no right to put
11  me one mile from any place.  It's here nor
12  there.  They can't tell me I can't go inside
13  the casino.  It's a moot point, I think.
14      Q.   **As far as being a manager of a**
15  **casino.  They may not be able to prevent you**
16  **from walking in and gaming.  As far as being**
17  **the manager.**
18      A.   Either they approve me.  I'm the
19  manager or I'm not the manager.  There's no
20  more than that.
21      MR. BARR:  Mark this.
22      (Plaintiff's Exhibit 54, two-page
23      letter to Gary Melius from Joseph
24      Membrino dated 8/24/01 followed by check
25      receipt, marked for identification, as of

Page 248

Melius

1       Melius
2   this date, by the reporter.)
3       Q.   **Before you start looking at that,**
4   **do you recall how much money you spent with**
5   **Mr. Membrino in the prosecution of your**
6   **lawsuit against the NIGC?**
7       A.   No.
8       MS. BUDD:  Objection.
9       Q.   **Is it about $1.5 million?**
10      A.   I have no idea.  No, I didn't spend
11  that against the prosecution of NIGC.
12      Q.   **Looking at Plaintiff's Exhibit 53,**
13  **it says second page last sentence of the**
14  **fourth to last paragraph "my associates and I**
15  **have paid over $1.5 million to your firm and**
16  **your success rate is zero."**
17      **Does that refresh your**
18  **recollection?**
19      MS. BUDD:  I'm going to object to
20      this line of questioning.
21      I don't know where it's going.
22      A.   He handled -- I told you I was
23  doing other Indian deals.  When first involved
24  with Park Place, not Park Place President,
25  Riverboat Casino, it was over years.

Page 249

Melius

1       Melius
2       Q.   **The document in front of you is**
3   **marked as Exhibit 54?**
4       A.   Yes.
5       MS. GASTWIRTH:  Objection to this
6       document.  It's an attorney-client
7       privilege document.
8       MR. BARR:  It's been produced.
9       MS. BUDD:  That's not the issue.
10      MS. GASTWIRTH:  There's
11      stipulations on this thing on inadvertant
12      production.
13      Note my objection.
14      Q.   **Do you recall receiving this letter**
15  **from Mr. Membrino on August 24, 2001?**
16      A.   I remember getting a letter like
17  this.  I don't know if that's the letter, but
18  yes.
19      Q.   **It says here "we have agreed to**
20  **that reduction based on the understanding that**
21  **in the event that Ivan Kaufman or his business**
22  **entity that succeeded to your interest in the**
23  **Saint Regis Mohawk gaming development receives**
24  **any payment from proceeds derived from the**
25  **casino management contract or litigation**

Page 250

**Melius**

1  **Melius**
2  **related to the Saint Regis Mohawk Tribe, you**
3  **have no objection to our negotiating with him**
4  **for payment of your account for the work our**
5  **firm did at your direction on Mr. Kaufman's**
6  **behalf;" what do you understand that to mean?**
7      A.   I understand that they did work for
8  Ivan Kaufman and they wanted to get paid for
9  it and if he got his money like I was trying
10  to get paid for my construction, they would
11  pay him.
12      Q.   **What work would Mr. Membrino have**
13  **done for Mr. Kaufman under the Privacy Act**
14  **litigation that you had?**
15      A.   None.
16      Q.   **Why would Mr. Kaufman be paying any**
17  **of Mr. Membrino's fees from the proceeds of**
18  **the Casino?**
19      A.   It wasn't paying any more for my
20  privacy act --
21      MS. BUDD:  Objection.
22      A.   It was doing -- as you read on the
23  bottom -- you have selective reading here --
24  on Kaufman's behalf, not for my behalf.
25      Q.   **That's your stamp?**

Page 251

1  **Melius**
2      MS. GASTWIRTH:  Lefthand corner.
3      A.   Looks like it and could be.
4      Q.   **Your handwriting?**
5      A.   Could be.
6      Q.   **I'm just trying to understand this.**
7      **It says here "you have no objection**
8  **to our negotiating with him for payment of**
9  **your account for the work our firm did at your**
10  **direction on Mr. Kaufman's behalf."  The**
11  **payment of "your account."**
12      A.   Okay.
13      Q.   **"For the work this firm did at your**
14  **direction on Mr. Kaufman's behalf?**
15      MS. GASTWIRTH:  I don't know if it
16  says that.
17      MS. BUDD:  I don't know.
18      Q.   **"Your direction on Mr. Kaufman's**
19  **behalf."**
20      A.   Again, I had a running account with
21  them. So I owed them money.  Apparently
22  Ivan's firm used him for some work.  They
23  tried to hold it to me. I said look, I'm not
24  paying that.  It has nothing to do with me.
25      Q.   **Okay, I understand.**

Page 252

1  **Melius**
2      A.   Go get it from him. I'm giving you
3  the right like I give you the right to ask him
4  for money.  What do I care?  You can ask
5  anybody. Don't ask me.
6      Q.   **Mr. Melius, who is Roger Diller?**
7      A.   An architect.
8      Q.   **For whom did he work for in the**
9  **period of 1997 to 2000?**
10      A.   I have no idea.
11      Q.   **One of your companies?**
12      A.   I believe so.
13      Q.   **Did he work for Archon?**
14      A.   Don't know.
15      Q.   **How about Warren Schiffman,**
16  **S-c-h-i-f-f-m-a-n?**
17      A.   Right.
18      Q.   **Who is Mr. Schiffman?**
19      A.   He's a creep.
20      Q.   **Did he work for you?**
21      A.   He did.
22      Q.   **During 1997 to 2000?**
23      A.   Don't know.
24      Q.   **Do you know what company he worked**
25  **for?**

Page 253

1  **Melius**
2      A.   No.
3      Q.   **Why is he a creep?**
4      A.   Do you really care?
5      I don't like him.
6      Q.   **Do you know how Anderson-Blake was**
7  **selected as the general contractor for the**
8  **casino?**
9      A.   I don't know what you mean by that.
10      Q.   **How was Anderson-Blake selected as**
11  **the general contractor for the Casino?**
12      A.   It was negotiated from the
13  beginning.
14      Q.   **From the beginning?**
15      A.   From when Ivan bought out my
16  interest that Anderson-Blake would stay on and
17  do the construction agreed between him, Ed
18  Smoke that we would do that.
19      Q.   **So Ivan knew that you owned**
20  **Anderson-Blake?**
21      A.   Yes.  Well, again, I assume he
22  knew.  You have to ask him what he knew, but I
23  assume he knew.
24      A.   One other thing, Wally Barr is he a
25  relation of yours?

Page 254

Melius

1
2  Q.  No.
3  A.  Nowhere along the line.
4  Q.  Nowhere along the line?
5  A.  Just coincidence he works at Park
6  Place, Wally Barr.
7  Q.  No, no relation.
8  A.  Make me check.
9  Q.  Do you have any other questions?
10  A.  No, I rest.
11     MR. BARR:  Let me take a couple of
12  minutes here.
13     MR. BARR:  Mark this.
14     (Plaintiff's Exhibit 55, agreement
15     dated 6/5/98, letter and spreadsheet,
16     marked for identification, as of this
17     date, by the reporter.)
18  Q.  Take a look at Plaintiff's Exhibit
19  55.  It's composed of an agreement with
20  Mr. Borrello, a letter from Mr. Borrello to
21  you and then a spreadsheet detailing payments.
22  Have you ever seen these documents
23  before?
24  A.  I don't recall.
25  Q.  Who is John Borrello?

Page 255

Melius

1
2  A.  He was the fellow who first
3  approached me to get involved in, I think, '92
4  or something with the tribe.
5  Q.  Get involved.  What do you mean by
6  get involved?
7  A.  You know, that they had a casino.
8  That's when I brought President Riverboat
9  Casino to them.
10  Q.  What role would he have had in the
11  management of the Casino?
12  A.  Nothing.  I don't think he was ever
13  in it.
14  Q.  Where did he live?
15  A.  I think he lived in Howard Beach.
16  Q.  If you look at the letter, he's got
17  a residence in Howard Beach and Hogansburg.
18  A.  I don't know where he lived in
19  Hogansburg.
20  Q.  Is he Native American?
21  A.  Claims to be.
22  Q.  And you recall this agreement?
23  A.  I recall I had an agreement with
24  him.
25  Q.  You entered into this agreement in

Page 256

Melius

1
2  June of 1998; is that correct?
3  A.  That's what this says.
4  Q.  Do you have any reason to disagree
5  with that or deny that you entered into this
6  agreement in June of 1998?
7  A.  I just don't remember.
8  Q.  Well, take a look at the agreement.
9  A.  I wouldn't remember.  It wouldn't
10  help me.  I don't know the dates.  I couldn't
11  tell you the date.  I couldn't tell you if
12  that's the agreement.  I could just tell you
13  that I had an agreement with him.
14  Q.  Is that the agreement in front of
15  you?
16  A.  I don't know.
17  Q.  Well, take a look.
18  A.  I wouldn't know.  I could read it
19  five times.  I'm not going to know if this was
20  the agreement.  I have to look at my own thing
21  and say that's the agreement.  I don't know.
22  Q.  It's got your signature at the end
23  of it?
24  A.  That appears to be, not like the
25  other one.

Page 257

Melius

1
2  Q.  This one appears to be it?
3  A.  Could be.
4  Q.  Not the other one?
5  A.  You see, the other one had two
6  things.  It's different.  A lot of time people
7  in my office sign my name.  Other people sign
8  stuff for me if I'm not around.
9  Q.  So what Casino management
10  responsibilities did you have in June of 1998
11  that you were referring to in paragraph 1(c)?
12  A.  I have no idea.
13  Q.  Paragraph 1(c) is on page 2.
14  A.  Let me look and see.  I'm sorry.
15     MS. GASTWIRTH:  Let him look at the
16  agreement.
17     Could I have the question read
18  back.
19     (Record read.)
20  A.  I don't see here that it says I did
21  any management.
22     It says he can't do any management.
23  Q.  It says "specifically with respect
24  to any claims or alleged claims Borrello may
25  have relating directly or indirectly to the

Page 258

Melius

1 **Melius**
2 **operation or management of a gambling casino**
3 **on the reservation of Saint Regis Mohawk Tribe**
4 **in Hogansburg, New York."**
5      A.   Right.  What does that have to do
6 with me?
7           MS. GASTWIRTH:  Can I see that
8 document before we have another question.
9           Hang on one second.
10          Okay.  Go ahead.
11     Q.   **What impediment on paragraph one**
12 **were you and Mr. Borrello referring to that**
13 **being associated with Mr. Borrello, what**
14 **impediment would that create in you obtaining**
15 **approval of a license that may be required in**
16 **order to be involved in any manner in the**
17 **operation or management of a gambling casino?**
18     A.   His character was, you know, in
19 question.  He did some time and some things,
20 you know, I felt it would be detrimental for
21 me to be associated with him.
22          MR. BARR:  Okay.  No further
23 questions.
24          Thank you, Mr. Melius.
25          THE WITNESS:  My pleasure.

Page 259

1 Melius
2           MS. GASTWIRTH:  I just have one or
3 two.
4 EXAMINATION
5 BY MS. GASTWIRTH:
6      Q.   **If there were any management**
7 **decisions made at the Casino who, if anyone,**
8 **were you aware made them?**
9      A.   Ivan Kaufman was the only one and,
10 I guess, Ferrucci.
11     Q.   **I'm going to show you a document**
12 **that's annexed to the Complaint.  I'm going to**
13 **put it in.  I think it's Exhibit 3 to the**
14 **Complaint, so I'm not going to mark it.  It's**
15 **the January 14, 1998 letter from Massena**
16 **Management to Ed Smoke; do you remember this?**
17 **Have you seen that document before**
18 **today?**
19     A.   I don't recall.  It would be bad
20 for me to recall this.
21     Q.   **Were you at a meeting on January**
22 **14, 1998 with Ed Smoke and Ivan Kaufman and**
23 **Walter Horn and I think Dexter Lehtinen was**
24 **there?**
25     A.   Well, I don't know about the date,

Page 260

1 Melius
2 but I was at a meeting with all of them where
3 he got a check for $150,000 bucks.
4      Q.   **That was Ed Smoke?**
5      A.   Ed Smoke, yes.
6      Q.   **What other things occurred, if you**
7 **remember, at that meeting?**
8      A.   We talked about the construction,
9 me doing the construction and being in the
10 best position because I had all the plans and
11 I had started the construction.  I already had
12 a foundation in that I had done with President
13 Riverboat -- their names are confusing, so
14 excuse me -- which was done a couple of years
15 ago and I was very involved with the site.  I
16 knew everything about it, so I thought it was
17 best and we would move quicker if I was to do
18 the construction and he was grateful for me
19 for bringing Ivan in and that the deal got
20 done and that he wanted to take me to dinner.
21     Q.   **Wait.  Before we get to dinner.**
22 **When you say "you," you're talking**
23 **about Anderson-Blake?**
24     A.   Anderson-Blake.
25     Q.   **Being retained to do the**

Page 261

1 **Melius**
2 **construction.**
3 **So at that meeting is it fair to**
4 **say that Ed Smoke approved the retention of**
5 **Anderson-Blake for the construction of the**
6 **Casino?**
7      A.   Yes.
8      Q.   **Were you introduced to Ed Smoke at**
9 **that meeting?**
10     A.   Yes.
11     Q.   **And how were you introduced?**
12     A.   Hi, this is Ed Smoke.
13     Q.   **Were you introduced and explained**
14 **who you were?**
15     A.   Yes, yes.
16     Q.   **Can you tell me what you said to Ed**
17 **Smoke about who you were?**
18     A.   Well, I don't know if I said it,
19 but it was said that I was, you know, who I
20 was and I was Anderson-Blake and I was the
21 contractor, you know, previously.
22     Q.   **And you mentioned that you had**
23 **dinner after that meeting with Ed Smoke?**
24     A.   Yes, Ed and his wife, they wanted
25 to take me out to dinner with Rick Hamlin.  He

Page 262

Melius

1
2  was appreciative that I had done this, put it
3  together, they would finally get the Casino.
4  I thought since he was in my area, I took him
5  out to Oheka instead.
6      Q.  Did you talk about the construction
7  of the Casino?
8      A.  Yes.
9          MS. BUDD:  I have nothing further.
10         MR. BARR:  No questions.
11         (Time noted:  5:45 p.m.)
12
13
14      _____
15             GARY MELIUS
16
17  Subscribed and sworn to before me
18  this_____day of_____, _____.
19
20  _____
21  NOTARY PUBLIC
22
23
24
25

Page 263

Melius

1
2      C E R T I F I C A T E
3  STATE OF NEW YORK   )
4           )  ss.:
5  COUNTY OF NASSAU   )
6
7      I, DONNA PALMIERI, a Notary Public
8  within and for the State of New York, do
9  hereby certify:
10     That GARY MELIUS, the witness whose
11  deposition is hereinbefore set forth, was duly
12  sworn by me and that such deposition is a true
13  record of the testimony given by such witness.
14     I further certify that I am not
15  related to any of the parties to this action
16  by blood or marriage; and that I am in no way
17  interested in the outcome of this matter.
18     IN WITNESS WHEREOF, I have hereunto
19  set my hand this ____day of_____,
20  _____.
21
22  _____
23  DONNA PALMIERI
24
25

Page 264

Melius

1
2  --------------- I N D E X ------------------
3  WITNESS       EXAMINATION BY      PAGE
4  GARY MELIUS    MR. BARR        6
5           MS. GASTWIRTH    258
6  ------------ INFORMATION REQUESTS ----------
7  DIRECTIONS:  21, 234, 235
8  RULINGS:  20
9  TO BE FURNISHED:  None
10 REQUESTS:  None
11 MOTIONS:  None
12 ---------------- EXHIBITS ------------------
13 PLAINTIFF'S              FOR ID.
14 1    four-page document:
15      Watertown Daily Times article,
16      Tribal Council resolution,
17      handwritten notes and NYS
18      Police letter          31
19 2    letter to Ed Smoke from
20      Harold Monteau dated 9/19/96    50
21 3    two-page memo to Henry Gusky,
22      and Walter Horn from Joseph
23      Membrino dated 12/6/96     51
24 4    11-page Agreement for Purchase
25      Of Partnership Interest    52

Page 265

Melius

1
2  ---------------- EXHIBITS ------------------
3  PLAINTIFF'S              FOR ID.
4  5    two-page memo to Ivan Kaufman
5      and Gary Melius from Walter Horn
6      dated 10/21/97          56
7  6    fax cover sheet to Gary Melius
8      from Edward Germano and
9      three-page letter to Gary Melius
10     from Edward Germano dated
11     11/11/97              56
12 7    fax cover sheet to Gary Melius
13     from Richard Starr and two-page
14     memo to Gary Melius from Richard
15     Starr dated 1/9/98        61
16 8    fax cover sheet to Ivan Kaufman
17     from Richard Starr and three-page
18     memo to Ivan Kaufman from Richard
19     Starr dated 1/12/98       63
20 9    fax to Gary Melius from Zach
21     Van Buren dated 1/15/98    67
22 10   two page new article with Post-It
23     fax note to Gary Melius from
24     Walter Horn            70
25 11   two-page memo to file from Walter

Page 266

```
 1                Melius
 2      --------------- Exhibits --------------------
 3    PLAINTIFF'S              FOR ID.
 4          Horn dated 7/21/98        73
 5    12    fax cover sheet to Gary Melius
 6          from David Freedman and
 7          two-page letter to Mr. Kaufman
 8          From Jack Deremer         75
 9    13    fax cover sheet to Gary Melius
10          From David Freedman and two-page
11          letter to Ivan Kaufman from
12          Steven Erickson           79
13    14    memo to Al Crary from Gary Melius
14          Dated 10/21/98            83
15    15    eight-page Loan Placement
16          Agreement                 89
17    16    fax cover sheet to Gary Melius
18          from Dave Larson nine-page
19          Loan Placement Agreement     98
20    17    fax cover sheet to Gary Melius
21          from David Larson       105
22    18    fax cover sheet to Gary Melius
23          and Walter Horn from
24          David Larson and eight-page
25          Loan Placement Agreement    113
```

Page 267

```
 1                Melius
 2      --------------- EXHIBITS ------------------
 3    PLAINTIFF'S                   FOR ID.
 4    19    fax cover sheet to Gary Melius
 5          from David Larson followed by
 6          nine-page Loan Placement
 7          Agreement               115
 8    20    handwritten memo to Gary Melius
 9          from Walter Horn and three-page
10          Notice and Acknowledgement of
11          Pledge                  118
12    21    four-page letter to Fred
13          Stuckwisch from President R.C.
14          Saint Regis Management Company  120
15    22    memo to Ivan Kaufman, John
16          Ferrucci and Gary Melius from
17          Walter Horn             122
18    23    fax cover sheet to Sentor
19          Alphonse D'Amato from Walter
20          Horn, note and Notice to
21          On-Premises Licensees       124
22    24    five-page document titled
23          "For Gary Eyes Only"        125
24    25    fax cover sheet to Gary Melius
25          and William Helmreich from
```

Page 268

```
 1                Melius
 2      --------------- EXHIBITS ---------------
 3    PLAINTIFF'S                   FOR ID.
 4          Walter Horn and five-page
 5          memo to John Ferrucci and
 6          Walter Horn from Rich Duda
 7          dated 4/30/99           130
 8    26    two-page memo to Gary Melius
 9          from Joan Cergol dated
10          5/12/99                 131
11    27    fax cover sheet to Gary Melius
12          from John Ferrucci and two-page
13          Letter to Frank Vinchiarello
14          from John Ferrucci dated
15          5/14/99                 134
16    28    fax cover sheet to Gary Melius
17          from John Ferrucci and letter
18          to Nancy Mullin from Richard
19          Duda dated 5/18/99          135
20    29    fax cover sheet to Gary Melius
21          from John Natalone and three
22          pages of financial information  138
23    30    fax cover sheet to Gary Melius
24          From Walter Horn and letter to
25          Walter Horn from Thomas McKeon
```

Page 269

```
 1                Melius
 2      --------------- EXHIBITS ------------------
 3    PLAINTIFF'S                   FOR ID.
 4          dated 5/19/99 and letter to
 5          to Thomas McKeon from Walter
 6          horn dated 5/19/99          144
 7    31    28-page Akwesasne Mohawk Casino
 8          marketing document          147
 9    32    two-page memo to file from
10          John Natalone dated 6/7/99   150
11    33    two letters to Thomas McKeon
12          from Walter Horn dated 6/7/99   154
13    34    letter to Thomas McKeon from
14          Walter Horn dated 6/11/99    155
15    35    fax cover sheet to Gary Melius
16          from Ivan Kaufman and
17          advertisement and memo to
18          Walter Horn from Rich Duda
19          dated 6/15/99           156
20    36    fax cover sheet to Gary Melius
21          from David Larson and three-page
22          Letter to Ivan Kaufman from
23          David Larson and engagement fee
24          schedule                157
25    37    memo to Gary Melius from John
```

TSG REPORTING, INC.   212-702-9580

Page 270

```
1              Melius
2    --------------- EXHIBITS --------------------
3    PLAINTIFF'S                    FOR ID.
4          Natalone dated 7/1/99      160
5    38    two-page letter to Gary
6          Melius from Earle Goodman
7          dated 7/19/99              164
8    39    18-page memo to Gary Melius
9          from John Natalone
10         dated 8/12/99              166
11   40    six-page financial document
12         re: Oheka Arbor loan       168
13   41    nine-page financial document
14         re:  Massena investment    168
15   42    eight-page document to Gary
16         from John                  168
17   43    25-page document Bates stamped
18         ARC 02934 through ARC02958  189
19   44    fax cover sheet to Gary from
20         Anna Maria Porco, summary of
21         investment, two balance sheets
22         and summary               204
23   45    fax cover sheet to Gary from
24         Arbor and 24-page financial
25         document                  206
```

Page 271

```
1              Melius
2    --------------- EXHIBITS --------------------
3    PLAINTIFF'S                    FOR ID.
4    46    fax cover sheet to Gary Melius
5          From Walter Horn, memo to Walter
6          Horn from John Ferrucci dated
7          9/8/99, memo to John Ferrucci
8          from Wesley Benedict dated
9          8/20/99 and proposed budget   215
10   47    fax cover sheet to Ivan Kaufman
11         from John Ferrucci and five-page
12         letter to Ivan from John dated
13         9/10/99                   217
14   48    fax cover sheet to Walter Horn
15         from Gary Melius and three-page
16         memo to Gary Melius from
17         Robert Carroll dated 10/12/99  221
18   49    memo to Walter Horn from
19         John Natalone dated 2/22/00   226
20   50    fax cover sheet to Gary Melius
21         from Walter Horn and 12-page
22         attorney-client privileged
23         document                  233
24   51    letter to Michael Axelrod
25         from Gary Melius dated 3/6/00
```

Page 272

```
1              Melius
2    --------------- EXHIBITS --------------------
3    PLAINTIFF'S                    FOR ID.
4          and activity report        236
5    52    fax cover sheet to Gary
6          Melius from Ruth and
7          three-page letter to Gary
8          Rettell dated 3/22/00      239
9    53    two-page draft letter
10         to Joseph Membrino from
11         Gary Melius dated 5/17/01   242
12   54    letter to Gary Melius
13         from Joseph Membrino
14         dated 8/24/01, letter to
15         Joseph Membrino from Karyn
16         Temple dated 8/22/01 and
17         check receipt             247
18   55    ten-page agreement         254
19
20
21
22
23
24
25
```

Page 273

```
1              Melius
2           ERRATA SHEET
3    NAME OF CASE:  Saint Regis vs. President
4    DATE OF EXAMINATION:  3/24/04
5    NAME OF WITNESS:  MELIUS, GARY
6    Reason codes:
7       1. To clarify the record.
        2. To conform to the facts.
8       3. To correct transcription errors.
9
10   Page: _____ Line _____ Reason _____
11   From _____ to _____
     Page: _____ Line _____ Reason _____
     From _____ to _____
12
     Page: _____ Line _____ Reason _____
13   From _____ to _____
14   Page: _____ Line _____ Reason _____
     From _____ to _____
15
     Page: _____ Line _____ Reason _____
16   From _____ to _____
17   Page: _____ Line _____ Reason _____
     From _____ to _____
18
     Page: _____ Line _____ Reason _____
19   From _____ to _____
20   Page: _____ Line _____ Reason _____
     From _____ to _____
21
     Page: _____ Line _____ Reason _____
22   From _____ to _____
23
24   _____
          GARY MELIUS
25
```

Page 274

1        Melius
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A**

**Abbot** 10:16
**ability** 7:25
**able** 110:15 247:15
**about** 9:18,19,23 11:6
  14:8 15:21 25:15,19
  25:24 26:2,3 29:8
  29:10 30:2,10 34:7
  34:23 35:20 41:19
  46:11,20 48:22,22
  60:25 65:19 70:7
  73:8 74:7,11 76:24
  78:10,12 80:23 81:6
  87:17,18 96:5 97:3
  98:18 104:19
  106:21 110:19
  111:11 115:25
  116:6 119:14
  122:14 126:20
  127:25 128:5
  129:23 141:17
  143:2 145:20
  148:19 149:2 164:4
  168:6 171:8 176:22
  177:18 179:14
  184:23 195:23
  196:15 200:12,23
  202:16 207:10
  208:7 212:2,22
  213:9 217:14
  220:16 222:18
  223:12 229:17
  230:17 235:11,12
  237:12 239:9
  240:17 241:15
  247:10 248:9
  252:15 259:25
  260:8,16,23 261:17
  262:6
**above** 66:24 184:2
  185:4
**absolutely** 100:6
  203:5,9
**accept** 28:4
**accordance** 151:14
**according** 182:23
**account** 191:25 250:4
  251:9,11,20
**accountant** 12:12
**accounting** 44:18
  143:3,5,18,25 144:3
  161:13,16,19,25
  162:2,5 169:14
  170:16 205:6,25
**accurate** 173:7,12
**Acknowledgement**
  118:15 119:11,15
  120:8,13 267:10
**acquire** 12:7
**acquisition** 43:5

**across** 180:12,16
**act** 250:13,20
**action** 27:22 47:10
  263:15
**Activeware** 241:19,25
  242:7
**activities** 44:13
  131:16
**activity** 128:6 131:9
  236:22 272:4
**actual** 177:25 180:19
  181:19
**actually** 9:3 55:8 86:2
  141:16 166:8
  206:24 212:2,9
  243:19
**add** 72:6
**added** 139:3
**addition** 41:6 42:3
  67:3,10
**additional** 180:2
  181:11,15 182:20
  182:22,23
**address** 6:10 91:18,19
  91:21 98:5,8,12
**addressed** 61:21
  78:24,25 79:17
  91:12,17 103:12
  112:6 114:24 115:3
  116:13,17 132:9
  144:23 152:9 158:7
  164:20 206:21
  239:25
**adds** 180:22 184:11
**administer** 5:14
**advances** 43:21
**adversary** 215:5
**advertisement** 156:25
  269:17
**advise** 44:17
**affairs** 83:10
**affect** 7:24
**affiliate** 85:7
**affiliates** 52:4
**after** 34:23 35:9,12
  35:23 36:2 47:12
  48:16 49:5,10,15
  50:22 51:3 72:12
  118:4 128:9 133:10
  141:15 143:25
  168:6 210:24 211:8
  246:2,11 261:23
**again** 27:16 31:20
  38:21 64:20 65:4
  68:24 103:8 140:10
  154:20 157:17
  163:23 167:13
  176:7,12,14 200:10
  212:24 213:2 214:4
  230:20 232:8

251:20 253:21
**against** 27:22 55:12
  56:3 172:5,7,25
  175:25 176:3
  185:20 187:7
  204:10 211:14
  213:12 223:15
  224:4 248:6,11
**age** 7:20
**ago** 70:8 72:2,2
  105:13 106:5
  112:25 166:6,6
  260:15
**agree** 66:2 177:9
  188:9 213:23
**agreed** 5:3,7,11
  243:21 249:19
  253:17
**agreeing** 102:16
**agreement** 28:2 37:18
  46:4,14 52:13,21
  53:21 60:23 89:13
  99:2 100:15,18,24
  104:21 105:9
  113:15 114:10,18
  115:10,16 117:7,13
  117:21 118:7
  119:11,12,15
  120:14 159:7
  197:24 204:7
  221:13 224:7,8,11
  239:14 240:14
  241:12 245:19
  254:14,19 255:22
  255:23,25 256:6,8
  256:12,13,14,20,21
  257:16 264:24
  266:16,19,25 267:7
  272:18
**agreements** 225:2
**ahead** 17:10,23 38:19
  42:21 47:23 66:11
  68:5,12 179:15
  180:17 182:6
  195:25 237:7
  243:15,24 244:2
  258:10
**Airplane** 39:10
**Akwesasne** 29:22
  33:25 34:3,8 35:18
  36:12 41:19 49:3
  50:25 77:5 110:9
  132:20 133:13
  147:18 230:25
  241:18 244:20
  269:7
**Al** 38:13,21 82:8,25
  83:4,17 84:25
  125:21,24 130:7,10
  130:15 266:13

**Alan** 233:20
**allegation** 214:6
**allegations** 46:25
  212:10,13
**alleged** 257:24
**allegedly** 47:15
**allow** 39:23 44:7
  50:23 51:4
**along** 26:12 103:5
  211:7 254:3,4
**Alphonse** 124:19
  267:19
**already** 31:21 92:4
  163:21 260:11
**altered** 110:25
**although** 91:9
**always** 154:22 164:3
  209:22
**amendment** 39:22
  44:6
**AMERICA** 1:4
**American** 18:3,7,15
  19:2,6,12 52:25
  106:10,19,23
  255:20
**Americans** 19:23
**amount** 53:25 175:18
  175:21 226:9
**Amounts** 169:21
**analysis** 170:13
  196:22
**analyzing** 70:13
**Anderson** 10:14,15
  24:18 25:24 192:14
**Anderson-Blake** 1:9
  4:14 9:14,23 10:6,8
  10:12,20 11:25 12:7
  12:13,19 13:20 14:3
  15:10 22:13,22
  23:19 26:4 27:11,15
  28:14 30:11 45:19
  165:12,16,25
  171:15,22 190:21
  190:24 191:2 193:7
  218:12 227:22
  253:6,10,16,20
  260:23,24 261:5,20
**Anderson-Blake/M...**
  229:12,16
**and/or** 25:18 27:10,11
  48:8 232:13
**Anna** 205:19 207:25
  208:2,16 211:9
  215:13 232:13,23
  233:3 270:20
**annexed** 259:12
**another** 197:25 208:3
  208:4 238:13
  244:12 258:8
**answer** 7:7,8,14,25

12:5,11 14:7 17:11
  17:13,16 18:5,14
  20:13,19 21:3,6
  24:12 34:19 37:3
  38:19,23 46:8 66:11
  94:10,11,12 97:13
  110:14 113:10
  119:3 129:16 140:5
  143:20 161:4
  177:20 199:17
  228:18 234:9
  235:21 241:3,22
  245:2,3
**answered** 19:8 34:14
  46:23 77:17 103:7
  103:15 166:8
  189:22 203:7
  218:14
**answering** 22:2
**anticipated** 110:9
**anticipating** 223:19
  224:3
**anybody** 8:15 9:11
  11:24 84:5 88:15
  89:4 96:25 114:16
  162:15 252:5
**anymore** 20:4
**anyone** 189:13 246:19
  247:6 259:7
**anything** 7:5 13:9
  19:18 25:14 34:5
  36:15 46:6 47:18
  58:24 62:12 69:16
  70:6 79:20 80:25
  86:19 100:21
  119:14 129:8
  145:25 161:5
  162:21 163:2 164:7
  179:11,14 186:8
  195:21 199:7 206:6
  221:11 227:3,16
  233:2 238:19 242:4
**anyway** 229:25
**anywhere** 206:2
  239:5
**apart** 28:25
**apologize** 21:24
**apparent** 51:2 68:23
**apparently** 86:9
  142:9 206:25 242:9
  251:21
**appear** 66:6 108:7,10
  119:24 196:25
  208:14
**appears** 33:2,5,9,12
  33:18 53:3 57:2
  61:19 64:10,11
  65:11,16,16 66:18
  67:15 68:15,25 71:3
  71:16,18 80:18 84:8

148:5 240:8 256:24
257:2
**applies** 155:4
**appreciate** 111:14
174:21
**appreciates** 149:17
**appreciative** 262:2
**approached** 255:3
**appropriate** 48:18
64:15
**approval** 39:13 40:25
258:15
**approve** 49:21 50:2,5
197:24 244:19
245:4,15,18,18,21
245:22 247:18
**approved** 47:15
245:11 261:4
**approximately** 38:5
**April** 9:21 10:24
11:12 35:20,23 36:2
38:11,24 47:18
48:23 49:15 201:18
**Arbor** 60:20 74:6
92:2 95:24 139:24
168:10 169:17
170:3,7 171:12
172:2,4,17,18,19,25
173:4,10 186:11
189:13 191:20,25
194:16,18 195:5,16
195:17 202:15,16
202:23 204:15
205:24 206:12
240:12 241:5 242:9
270:12,24
**ARC** 94:20 95:19
99:11 107:2 116:4
138:20 165:14
167:8 169:3,5
174:10,11 175:5
176:22 186:16
190:6,6,11,11
191:12 194:5,5
197:8 229:13
270:18
**architect** 252:7
**architectural** 14:14
**Archon** 14:8,13 15:10
22:13,23 23:18
24:18 26:2,4 27:12
27:15 30:11 252:13
**Archon's** 169:3
**ARC02958** 270:18
**area** 262:4
**areas** 17:24 224:9
**argue** 17:5,22
**arguing** 21:25
**around** 20:3,5 37:12
37:16,21 38:2,7

39:21 40:3 44:11,15
65:13 70:14 74:11
83:8,11 126:18,19
175:24 194:9,11
257:8
**arranging** 37:23
**article** 31:11 32:15
72:16 264:15
265:22
**articles** 70:18
**ASAP** 145:21,23
146:11
**ascribe** 179:11
**ASF** 184:23 186:2
**aside** 141:13
**asked** 48:4 55:19
103:7,15 126:17
132:24 166:7
189:22 203:7
231:19 238:25
**asking** 7:15 9:16 11:4
11:9 18:20 29:8,10
73:7 75:9 87:4
109:18,20 119:22
119:25 120:7
140:23 141:19
146:4 155:2 159:17
173:11 177:17
183:7,9 192:21,23
199:8,13 200:20
201:25 202:9
232:17
**assessment** 36:12
62:7,25 63:15,24
65:19 66:25 67:2,9
**assignment** 62:22
**assistants** 219:23
**associated** 258:13,21
**associates** 3:3 241:19
242:7 248:14
**assume** 37:4 53:10
56:4 173:18 176:14
183:9 232:9 253:21
253:23
**assuming** 72:20
101:13 118:5 120:5
198:20
**assumption** 144:5
154:21 176:13
**Atlantic** 246:6
**ATM** 127:11,14,23
**attached** 100:14
101:2 114:8 117:6
142:20 158:23
163:13
**attempted** 46:3,12
54:4 213:13
**attend** 40:7,13,18,23
41:4,25 42:6 43:3,8
43:13,18,24

**attendance** 40:21
42:8
**attendants** 45:22
221:5
**attending** 150:18
**attention** 244:16
**attorney** 4:13 7:6,8
9:13 25:7 34:17
55:16 111:3,4,5
**attorneys** 3:4,12 4:4
5:4 31:18
**attorney-client**
233:18 234:2,4,11
235:9 243:3 244:14
249:6 271:22
**audience** 126:18
**August** 45:5,11 208:9
249:15
**authentic** 120:5
**authorities** 47:16
**Authority** 49:21
123:9 147:2,4
**authorized** 5:13
**automatic** 43:10
**Avenue** 2:14 3:15 4:7
220:15 259:8
**aware** 24:24 25:4,7
220:15 259:8
**away** 213:7 247:5
**Axelrod** 236:21
237:18 238:4
271:24
**A,B** 188:14
**A-r-c-h-o-n** 14:11
**a.m** 2:8

_____

**B**

**B** 178:10 188:12,16
188:19,20,21,25
189:3,3
**back** 13:21 19:18 34:5
95:17 109:17
133:19 175:2
176:18 185:7,9
201:4 202:11
217:14 223:24
227:17 257:18
**background** 7:16,18
**backup** 187:7
**bad** 11:19 12:11 66:15
88:12,14 89:8
102:10,12 117:24
126:22 140:13
167:17 219:7
259:19
**balance** 171:13 172:2
204:17 225:21
270:21
**Barr** 3:3,7 6:6,15 8:24
13:7 16:14,22 17:4
17:12,19,25 20:18

20:24 21:2,7,24
22:6 23:8,15 24:2
24:11 27:16,20
28:12,20 29:3,11
31:7,9,25 32:17
34:14 39:10 42:15
42:25 47:5,24 48:5
50:7,15 51:8 52:12
55:13,24 56:6,18
61:11 64:2 67:8,21
70:16 73:10 75:14
79:25 83:16 89:10
91:22 94:10 95:7,15
98:22 103:17
105:14 108:19
111:12 113:11
115:4,12 116:2,3,8
118:11 120:23
121:8 122:4,17
124:17 125:8
130:18 131:25
134:4 136:3 138:6
144:6,19 147:16
150:7 154:8 156:4
156:22 157:21
160:7 163:15
164:10 166:12
168:3,8 180:8,14
181:2,7,17,19
182:15 190:4
192:10,16,21
193:24 194:3 197:3
204:13 206:10,24
211:24 212:8,13,17
214:19 215:8,21,25
217:18 221:14
223:2 224:17
226:19 228:3,5
229:21 230:4
233:15 234:14,18
234:22 235:18
236:2,19 239:11
240:5 242:17 243:7
243:11,16,25
244:12 245:20
247:21 249:8
253:24 254:6,11,13
258:22 262:10
264:4
**barred** 68:11
**Barring** 74:24 102:12
**based** 20:19 212:9
249:20
**basic** 103:22
**basis** 42:19 197:6,10
**Bates** 32:4,9 94:19
97:19,21,25 98:14
107:2 116:3 139:5
163:16 165:14
167:8 169:2,4

174:10 176:22
190:6,10 235:4
270:17
**bathroom** 7:12
**Bay** 6:11
**Beach** 255:15,17
**bear** 175:3
**bearing** 199:22
**beer** 39:24 44:8
**before** 2:15 5:13,15
6:19,21 7:14 11:5
11:18 19:8 25:13
50:18 69:10,14,22
69:23,24 70:22
73:23 75:21 76:18
80:8 89:21 99:7
105:24 112:11
113:24 133:5
134:16 138:16
139:13 140:6
166:21 174:13
175:13 186:18
196:10 209:21
214:5 216:12 220:3
227:4,24 238:22
248:3 254:23 258:8
259:17 260:21
262:17
**beginning** 87:22
253:13,14
**behalf** 9:14 27:23
52:24,25 57:7 250:6
250:24,24 251:10
251:14,19
**being** 12:25 42:19
92:21 104:8 121:4
124:24 131:15,18
135:5 143:18 149:6
150:2 157:13
212:14 217:9
232:17 247:14,16
258:13 260:9,25
**belief** 15:8 92:17
141:3
**believe** 10:7,13 11:2
11:22,22 13:2,25
15:2,5,7 19:13,15
20:3 21:13 23:19
34:14 35:21 37:20
40:2,12 50:19 54:3
54:16,23 55:13 57:3
59:22 60:2,3,15,17
66:24 68:9 71:10
74:19 75:10 82:13
82:16,18 87:10,12
89:3 91:25 92:13
96:24 112:7 131:14
140:15 144:2 148:6
152:5 157:19
181:11 197:11

210:3 214:4 215:16
218:11,15 232:11
232:21 244:21
246:14,15 252:12
**believed** 55:11 198:5
**belong** 28:17
**below** 58:17 178:10
178:16 182:2
183:18,19,23
184:15
**Benedict** 216:6 271:8
**BERLIN** 4:3
**best** 12:6 84:22
167:18 260:10,17
**better** 9:16 71:4,5
155:2 180:15 197:5
202:8
**betting** 65:17
**between** 5:4 15:9
22:15 30:2,8 179:7
219:9,12 224:12
230:23 253:17
**beverage** 44:23 161:7
161:10 162:8,12,25
**beyond** 16:10
**bid** 219:22
**bill** 191:3 218:2,22
219:14
**billboards** 39:15
**bin** 26:10
**Bingo** 41:7 42:4
**bit** 9:17 105:23
**Black** 24:18
**Blake** 10:14,15 25:25
192:15
**blaming** 213:18
**blank** 161:5 162:22
**blanketly** 106:2
**blood** 263:16
**Board** 40:10
**Bob** 223:6 230:16
231:13
**book** 127:5
**Bookkeeper** 205:25
**booth** 128:20
**Borrello** 254:20,20,25
257:24 258:12,13
**borrow** 191:19
**borrowed** 169:21
170:6 172:5 202:17
202:20,23
**borrower** 94:15 95:23
96:3
**both** 15:15 27:23
129:3 201:16
231:18
**bottom** 72:4 87:14
95:19 99:11 111:18
180:4 188:10
250:23

**bought** 219:22 253:15
**Boulevard** 98:6
**boxed** 214:17
**boxes** 32:6
**Boy** 126:22
**break** 7:11 23:5 93:21
95:2,5 102:2 103:11
135:17 166:18
168:4 236:14,16
**bring** 185:7 233:12
**bringing** 260:19
**broad** 232:8
**brought** 27:21 204:9
231:6 255:8
**Brush** 4:15
**Bs** 188:22
**buck** 174:23
**bucks** 260:3
**Budd** 4:12,17 9:13
16:7 20:11,14 21:5
21:9,13 22:5,16,19
23:2,4 25:5,8,11,22
27:6 32:2 34:11
36:14,23 38:16 41:8
41:17 45:23 46:22
53:22 55:16 57:21
58:4 94:3 98:20
100:12 101:19
103:15 104:12,22
114:23 117:15,23
120:9 122:2,5 124:8
129:15 141:8 151:7
159:2,12 161:6
166:7 173:2 177:16
178:9 182:10 183:3
185:22 188:2
189:21 200:15
203:8,22 204:6
217:12 223:23
224:5 225:16
226:11 233:8 234:7
235:5 241:21 243:2
243:8 244:24 248:8
248:19 249:9
250:21 251:17
262:9
**budget** 43:16 45:16
216:6 217:7,10
271:9
**builder's** 37:23
**building** 79:11
**built** 48:12,23 219:6
**bunch** 6:17 222:24
235:18
**Buren** 67:23 69:19
265:21
**business** 12:18 249:21
**businesses** 17:15
**bussing** 42:9
**button** 222:11

**buy** 222:20
**buying** 40:5
**buyout** 164:9 197:23
203:10 223:14
225:19,20 226:4
230:25
**B&L** 100:3 101:5
113:4,6 114:16
159:17

_____

**C**

**C** 3:2 4:2 188:16
263:2,2
**cahoots** 214:9
**call** 29:13 55:15 95:5
105:12 117:9
120:20 122:3
181:12 242:16
**called** 6:2 18:25 238:7
**came** 71:24 81:15
86:18 106:8 107:3
107:11 126:19
133:8 169:2 194:10
194:16 195:15
209:23 210:15
214:21 215:20
228:19 229:9,17
230:21
**Canadian** 40:5,20
128:17 149:4,7
153:6
**Canadians** 128:15
**candor** 133:6
**cap** 38:4 127:11,22
**capacity** 23:22 27:14
**capital** 43:21 78:20
183:23 186:21
187:2 197:12
200:25 201:18
**captain** 82:10,10,11
86:24
**card** 43:6
**care** 98:4 235:25
243:8 252:4 253:4
**careful** 235:22
**Caribbean** 111:19
**Carle** 12:16
**carried** 201:4
**carries** 181:25
**Carroll** 221:18 223:7
230:16 231:14
271:17
**case** 1:7 16:20 25:8
28:12 55:12 88:14
88:21,22 112:24
157:19 206:7
229:15 243:20
246:3,13 273:3
**cash** 128:21
**cashing** 128:19

**casino** 29:19,22 33:25
34:4,8 35:17,18,21
36:8,13,22 37:10,14
37:24 38:9,12,25
39:5,15,18,23 40:4
40:15,20 41:10,20
42:8 43:15 44:7,16
45:3,14,20,22 46:4
46:13,19 48:9,11,22
49:2,8,13,17,22
50:25 51:6 60:22
61:7 62:7 63:15
74:8 76:11 77:5,13
78:18 81:4 82:19
83:8,11 85:2,6,14
85:18,23 92:23 93:9
94:2 104:10 106:10
106:19,23 110:10
123:23 124:6 126:9
127:15 129:2,9,13
129:25 131:22
132:20 133:13
138:2 140:4,18,25
141:17 142:2,13,22
146:20 147:5,18
151:17 162:16
165:7 167:10
175:19,22 181:12
183:15,16 185:20
191:7,22 193:17
196:19,20,23,25
197:7,10 198:21
199:2,6,18,19,24
200:3,6,13,16,19,22
201:12,23 202:2,25
203:3,6 205:15
207:5 208:8,18
218:24 219:6,11,15
220:13,14,20,23
221:2,3,6 226:10
230:10 231:11,23
232:2,7,13,15,23
238:10,13 240:20
241:18,25 244:20
246:19 247:5,7,13
247:15 248:25
249:25 250:18
253:8,11 255:7,9,11
257:9 258:2,17
259:7 261:6 262:3,7
269:7
**Casino's** 34:24 35:7
35:10,14,24 36:4
44:12,17,23 45:7,10
78:7 147:9,14
155:25
**casino-related** 26:22
**Casino/VLC** 76:9
**Castle** 20:8 21:4 22:3
172:7,21 187:12

191:16,24 192:7
202:18 240:2
**catering** 7:23 191:17
191:24 192:8
**CC'd** 123:10
**center** 71:13
**Cergol** 132:3,11
133:14 268:9
**certain** 220:19
**certainly** 32:20 81:20
122:16 133:8
176:16 201:25
**certify** 263:9,14
**chains** 127:4
**chance** 221:21 239:17
**chances** 213:6
**change** 13:13 67:15
219:24 226:8,18
**changes** 233:12
**character** 258:18
**chart** 184:5
**check** 10:11 11:13,19
12:5 92:3 128:19
191:14 192:5,6
193:10 247:24
254:8 260:3 272:17
**checked** 92:4 128:5
**chiefs** 42:24
**choice** 126:22
**circle** 69:4 90:2
**circled** 64:11
**circumstances** 81:16
**City** 83:5 246:6
**claims** 52:4 255:21
257:24,24
**clarifies** 84:14
**clarify** 232:15 273:7
**clause** 243:23
**clear** 28:18 35:16
41:18 91:15 199:4
**clearer** 194:18
**client** 21:6,14 56:3
111:2 224:10
234:18,21
**clients** 197:5
**close** 17:19
**closed** 219:6
**closely** 93:23 215:24
**closer** 100:20
**closing** 197:18
**clue** 17:4 227:25
228:13
**clutter** 16:23 17:18
27:17
**cluttering** 24:2 48:17
230:5
**Co** 19:2
**coach** 18:9
**codes** 273:6
**coincidence** 254:5

**collect** 54:4,7 204:10
**colloquially** 32:10
**column** 178:14,15
  180:18,21 183:20
  183:25 184:16
**columns** 180:25 181:3
  184:21
**come** 22:12 29:4
  31:22 49:19 83:13
  157:20 213:19
  231:15 233:6
  246:20
**comes** 101:5
**coming** 79:23 94:25
  107:6 128:7 187:4
  210:12
**Commence** 54:8
**comment** 67:12 96:7
  127:8 142:19
  241:11
**comments** 63:11 66:7
  66:13 67:14 94:7
  96:2 103:4 114:12
  114:15 117:5,10,12
  119:20,23 120:2,7
  122:11 145:11,15
  145:16 246:16
  247:9,10
**Commercial** 241:5
**commission** 49:21
  223:20 224:3,15
  225:14
**communicate** 7:2
**communication**
  233:19 234:5,12
  235:10 244:14
**communications** 8:22
  85:17,20
**companies** 16:5 18:16
  19:24 22:21 25:10
  25:18 27:24 30:12
  57:7 202:24 218:7
  218:10 252:11
**company** 1:8 3:14 4:6
  4:14 9:22 10:2,20
  11:21 12:14 14:15
  14:16 15:19,21 19:7
  19:17 20:10 30:13
  30:21 57:9,16,20
  62:4 70:3,4,7 77:7
  81:15 98:4 100:8,10
  108:13 159:17
  172:19 190:22
  191:2 205:3 242:3,6
  252:24 267:14
**compare** 65:22
**compensation** 224:22
  238:16,18,23
**compilation** 178:13
**complaint** 16:13,18

17:3 20:21 47:9,13
  47:19 68:10 259:12
  259:14
**complete** 139:4
**completed** 110:11
**completing** 110:10
**composed** 254:19
**computation** 178:15
**computer** 210:9
**Conceivable** 93:12
**concepts** 103:22
**concern** 210:21
  215:15,18,19
  230:20
**concerned** 140:14
  207:10,13,14
  214:24 229:17
  230:17
**concerning** 21:4 48:2
  52:9 62:6 63:15,24
  74:7 77:12 78:7,17
  85:17,23 92:22 93:4
  104:9 114:17
  119:10,16 123:8
  129:9 132:19
  133:12 137:20
  140:4,17,24 142:2
  147:13 150:2
  151:16 152:17
  157:14 158:20
  161:2 173:10
  189:14 200:5
  208:17 211:10
  217:15 220:22
  230:9,10 231:11,23
  231:25 232:7,23
  240:19
**concerns** 131:8
  220:16
**conclude** 93:8 101:15
  102:13,15 103:3,23
  112:17 118:4
  119:21 143:24
**concluded** 103:9,10
**confers** 61:10
**confess** 246:14
**confidentiality** 224:6
  243:21
**configuration** 110:9
**confirm** 62:20 134:3
  182:13 214:20
**conform** 273:7
**confronted** 112:5
**confused** 29:7 103:8
  194:25 199:14
  210:14,19
**confusing** 198:19
  260:13
**confusion** 210:13
**congratulations** 85:11

**connected** 246:19
  247:6
**connection** 25:2 34:3
  34:7 41:10 91:14
**considering** 246:15
**construction** 1:9 4:14
  9:23 10:8,20 12:13
  12:20 13:20 14:14
  22:22 27:11 28:15
  46:25 47:14 49:2,8
  49:13 51:25 52:10
  68:8 154:22 165:10
  165:16 166:2
  167:16 180:2,4
  181:12,16 191:6
  193:16 218:23
  219:11,14,17,18,25
  225:18,21 226:2
  250:10 253:17
  260:8,9,11,18 261:2
  261:5 262:6
**consultant** 37:14
  38:13 44:17 82:20
  85:2,8
**consulting** 36:11
  159:11,18
**contact** 69:19 147:6
  154:22
**contacted** 63:19
**content** 70:10
**contents** 217:6
**context** 53:9 207:4
**continue** 128:16
**CONTINUED** 95:14
**contract** 17:8 33:11
  33:19 47:2,15 50:25
  51:6,17 68:8 74:15
  83:24 86:15 238:13
  245:12 249:25
**contractor** 52:3
  238:11 253:7,11
  261:21
**contracts** 245:22
**contribute** 45:15
**contribution** 178:17
  178:23 179:10
  197:12 201:18
**contributions** 179:6
  186:22 187:2 188:9
  200:25 201:13
**conversation** 62:21
  62:24 63:14,16,17
  78:15,16 109:6,9,23
  109:25 110:4
  112:10
**conversations** 29:25
  63:23 78:5 200:5,11
  211:9 230:9,15
**convincing** 65:10
**copied** 151:15 167:12

**copies** 31:6 55:14
  151:11
**copy** 58:11 113:16
  114:9,25 117:8
  120:5 125:5 131:16
  131:19
**cordial** 129:3
**corner** 33:8 51:16
  95:20 99:14 114:3
  122:8 138:19
  147:22 148:13
  156:15 160:5
  170:19,21 171:17
  177:3,23 180:8
  186:21 196:3
  200:24 251:2
**corporate** 7:17 9:18
**corporation** 1:9 9:24
  10:9,21 12:13 13:20
  15:17 16:4 18:4,8
  18:15,25 19:7,12
  22:22 27:11 28:18
  29:2 53:2 165:16
  166:2 204:4,21
**corporations** 18:13
**corporation's** 23:21
**correct** 15:16 27:21
  30:15 35:19 58:9,15
  59:18 61:22 62:10
  64:18 67:4,5 71:14
  72:22 76:10 81:23
  86:3 90:12 92:8,16
  93:5,6,11 97:4
  102:4 103:13 107:4
  108:14 115:23
  117:3 119:7 123:10
  123:21 133:25
  134:2 135:3 136:14
  140:4 143:13
  144:23 147:10
  151:12 159:19
  161:23 169:12
  178:21 179:3
  181:21 182:3,25
  183:9 184:12
  187:12 195:14
  196:5,8 198:6 201:5
  205:3,17 206:22
  216:15 223:10
  225:11 245:13
  256:2 273:8
**correctly** 27:20
  180:23 186:23
  188:13 197:20
**correspond** 74:10
**cost** 96:16 121:23
  128:18 180:4
  181:16 182:20
**Costello** 10:17
**costs** 180:2 182:21,22

182:23
**Council** 31:12 264:16
**counsel** 8:6,9,16
  54:17 55:11,24
  61:10
**count** 47:13 153:6
**Country** 12:16 79:2
  79:18 84:11 91:22
  98:17
**County** 19:23 263:5
**couple** 25:15 225:24
  254:11 260:14
**course** 22:14 112:8
**court** 1:2 5:16 25:3
  31:16 91:10
**courthouse** 54:15
**Cove** 6:12
**cover** 17:24 56:19
  59:12,14 61:12 64:3
  70:17 71:11 75:15
  75:24 80:2 98:23
  100:2 101:4 102:3
  103:12 105:15
  107:3 108:11
  109:22 113:12
  114:24 115:13,25
  116:2,7,8,15,18,22
  116:23 124:18
  130:19 131:10
  134:5 136:4 138:7
  139:9 144:7 156:23
  157:22 162:12
  204:14 205:14
  206:11 216:2
  217:20 221:16
  233:16 239:12
  240:3,5 265:7,12,16
  266:5,9,17,20,22
  267:4,18,24 268:11
  268:16,20,23
  269:15,20 270:19
  270:23 271:4,10,14
  271:20 272:5
**coverage** 37:23
**covered** 189:13
**covering** 213:9
**covers** 161:8,10 162:8
  162:13,25 163:4
  172:12
**Crary** 38:13,22 82:8
  83:4,14,18 84:25
  85:17 86:3,20
  125:21,25 126:6
  127:8 128:23 130:7
  130:10,15 266:13
**create** 258:14
**created** 74:25 87:7
  88:11,17 89:4
  170:10 179:23
  200:18 202:4

250:13 260:12,14
260:20 262:2
**Donna** 1:23 2:15
263:7,23
**door** 224:14
**double** 213:3 215:5
**down** 17:10,20 23:5
47:21 48:6 72:4
87:14 91:11 96:14
96:16 102:2 103:11
111:18 122:8
151:17 178:16
180:3,23 182:7
183:18 194:10,11
196:12 197:10
**downstairs** 79:13
**draft** 51:10 66:8 87:7
113:15 114:9,25
117:6 234:11
242:18 244:4
245:25 272:9
**drafting** 37:17 242:23
246:24
**drink** 7:12
**drive** 13:10,12,13,15
13:16
**Duda** 130:23 136:7
157:2 268:6,19
269:18
**due** 184:15
**duly** 6:3 263:11
**during** 9:7 11:5,7,11
34:8 36:20 37:8
45:25 112:8 252:22
**duties** 218:16 219:3
219:16
**D'Amato** 124:19
125:6 267:19
**D'Amato's** 82:25
**d/b/a** 18:25

**E**

**E** 3:2,2 4:2,2 6:2
61:14 64:5 87:22
95:10,10,12 126:21
263:2,2 264:2
**each** 27:8 29:23
193:10 231:19
233:9
**Earle** 98:6 164:12
270:6
**earlier** 198:4
**early** 149:25
**ears** 126:19
**easy** 17:5
**eat** 79:22
**economic** 70:4
**Ed** 50:15 253:17
259:16,22 260:4,5
261:4,8,12,16,23,24

**264**:19
**Edward** 50:9 56:21
265:8,10
**effect** 5:15
**effort** 36:7,22 37:9
38:3,8 39:4,13,22
44:6 46:18
**efforts** 61:6 133:12
**eighth** 53:14
**eight-page** 89:12
168:17 266:15,24
270:15
**either** 24:4 28:2 55:17
85:6 87:12 192:10
235:6 247:18
**Elise** 87:25 89:5
**else's** 66:22 96:25
177:18
**emergency** 127:5
**EMO** 87:17
**employ** 220:24 221:3
221:6
**employed** 82:12,14
**employees** 35:6,13
36:3 37:22
**employment** 7:22
**end** 44:15 119:19
256:22
**engagement** 158:2
269:23
**enough** 31:25 128:20
148:23 200:4
**entered** 255:25 256:5
**Entertainment**
230:24
**entire** 178:13
**entities** 16:15 17:17
19:4 34:2 35:6,13
36:3 46:5,14 48:9
49:7,12,17 82:15
183:5,14 203:21,24
224:12
**entity** 81:9,11,13
139:22 203:25
204:10 223:15,15
229:7 230:24
249:22
**entries** 180:25
**equal** 188:11
**equals** 181:24
**equity** 178:17,23
179:6,10
**ERA** 64:12,14 68:25
69:16,22 70:2
**Erickson** 114:13
266:12
**ERRATA** 273:2
**errors** 273:8
**escrow** 197:13,15
**ESQ** 3:7,8,17 4:9,12

**4**:17
**establish** 58:4 111:15
**established** 57:22
92:6 93:24 141:13
**estimate** 179:25
181:11,17,18,20
**estimated** 96:16
182:22
**etc** 127:6
**evaluating** 44:22
**evaluation** 45:6,10
**even** 15:25 30:20 56:3
75:3 119:17 135:15
137:6 142:8 143:22
**event** 249:21
**ever** 6:20 8:24 50:17
55:14,19 59:8 63:17
69:22 73:23 74:10
75:21 76:17 78:3
82:12,14,17,19
85:13,16,22 87:2
89:20 105:21
113:23 121:10
126:23 129:8 132:8
133:19 134:15
138:15 139:13
140:8 150:16 157:5
158:7,12 162:10,15
164:23,25 166:20
174:12 175:12
176:24 179:23
183:4,5,14 186:17
196:9 200:4,11
205:8 206:18
208:10,16 211:8,11
216:11 227:7 236:4
244:9 254:22
255:12
**every** 48:16
**everyone** 127:2
149:16
**everything** 260:16
**evidence** 183:8
**ex** 1:4
**exact** 61:2
**exactly** 178:24
**EXAMINATION** 6:5
95:14 259:4 264:3
273:4
**examined** 6:4
**example** 18:24 30:17
30:25 33:13 94:14
215:21 232:14
**examples** 32:17,22
**except** 5:8 161:5
**excuse** 94:21 212:4
260:14
**executed** 52:24
240:15 241:12
**exhibit** 31:10,17 50:8

**51**:9 52:13,17 56:8
56:19 61:12,17 64:3
65:23,23 66:8,9,9
67:7,8,9,22 68:16
70:6,17 73:11,16
75:15 77:3 80:2
83:17,22 89:11,15
98:23 99:5 105:15
113:12,20 115:13
118:12 120:24
122:18 124:18
125:9 130:19 132:2
134:5 136:4 138:7
139:6 144:7,16
147:17 150:8 154:9
156:5,23 157:22
164:11 166:13,20
168:9,13,17,25
169:4 174:7 175:4
176:19 185:9,10,14
185:16,25 190:5,10
202:12 204:14
205:8 206:11,17
215:11 216:2
217:19 221:15
226:20,25 233:16
233:24 236:20,25
239:12,18 242:18
247:22 248:12
249:3 254:14,18
259:13
**exhibits** 91:17 160:8
168:22 264:12
265:2 266:2 267:2
268:2 269:2 270:2
271:2 272:2
**exists** 224:11
**expect** 112:2,3 246:13
**expense** 38:4
**experience** 231:17
**explain** 18:22 170:3
222:7 235:19
**explained** 112:15
261:13
**explore** 232:4
**Express** 91:5
**extent** 104:19
**extremely** 245:25
**Eyes** 125:10 126:3
267:23

**F**

**F** 95:10 263:2
**fabricated** 141:5
**fabricating** 212:14
**fabrication** 52:7
186:5
**faces** 163:21
**facsimile** 90:15 100:2
**fact** 57:10 58:10 74:24

**102**:12 141:11
146:24 229:21
233:5
**facts** 273:7
**failed** 244:19
**fair** 18:23 30:22 31:25
58:21,23 72:21
77:12,15 79:19,20
80:17 87:15 90:6
94:2,6 98:9,16
101:15,22 103:3,18
103:19,22,23
105:25 106:13
118:3 119:21
133:11 140:2 145:8
158:25 161:24
172:23 176:3
189:23 200:4 261:3
**fairness** 30:8 213:24
**faith** 106:6
**fakes** 92:19
**fall** 208:18,23
**false** 88:22
**familiar** 6:23 52:19
133:2 191:10
**far** 21:15 147:11
247:14,16
**fax** 56:19 59:11,12,14
59:17,18,21,24 60:3
60:12,16 61:12
62:13,16 63:20 64:3
64:16,21 65:2,8,12
65:15 67:18,22
68:20,22,23 69:17
70:14,17 71:11
73:20 75:15,24 80:2
81:17 84:13,14,16
89:11 90:10,11,13
91:3,4 92:15 97:3
98:13,23 99:17,19
100:4 101:4,13,14
102:3,25 103:12
105:15 107:3
108:11,13 109:16
109:22 112:5,6,11
113:12 114:5,24
115:13 116:24
120:6 124:18 125:6
130:19 131:10
132:19 134:5,21
136:4,12,14 138:7
138:18,21 139:9
140:7,24 141:4
142:8,11,11 144:7
147:13 156:23
157:22 158:7,12,21
160:5 194:9,11,23
195:7 204:14
205:14,15,17
206:11,19,24 207:7

207:11,16,17 208:4
208:15 209:4,10,12
209:15,22,25 210:3
210:4,5,6,10,15
216:2,14 217:19
221:16 222:6,9,13
222:15 223:7
233:16 236:4,22
239:12 240:3,5
241:2,7 265:7,12,16
265:20,23 266:5,9
266:17,20,22 267:4
267:18,24 268:11
268:16,20,23
269:15,20 270:19
270:23 271:4,10,14
271:20 272:5
**faxed** 60:6 71:16
76:21 79:18 91:13
92:7 93:3 97:4
117:8 131:10,15,19
142:10 223:8
235:14 240:15
241:12
**faxes** 93:10 209:5
231:9 232:22
**faxing** 67:18 72:16
74:6 140:3,17
146:14 154:18
159:16
**February** 37:21 38:2
230:10
**federal** 47:16 91:5
**federally** 94:16
**feds** 211:5
**fee** 158:2 238:25
239:3 269:23
**feel** 7:12 246:12
**fees** 250:17
**feet** 79:13
**fellow** 255:2
**felt** 154:25 212:25
258:20
**Ferrucci** 122:19
123:12 126:17
129:2,9,23 130:2,23
134:6,8,23 135:8
136:5,23 137:6,12
137:19,22 148:17
216:4,5 217:21
220:8 259:10
267:16 268:5,12,14
268:17 271:6,7,11
**Ferrucci's** 137:2
220:16
**few** 27:23 47:5 97:6
233:11
**FFE** 183:21 184:11
**Fifth** 130:15
**Fifty-nine** 7:21

**fight** 235:10
**fighting** 21:23
**figure** 81:5 214:20,23
230:3
**file** 26:8,9,11,13 30:11
30:16 32:25 33:8,17
56:15,24 57:6,19,19
57:23 58:2,6,7,8,11
60:10 61:18 62:9,10
62:13 64:8,14 65:7
65:7 68:13,25 70:24
71:8 72:10,22,25
73:12,17 74:15,19
75:11 80:13,20
83:23 86:12,14,14
89:23,23 90:6 99:9
99:15 102:6 103:21
107:13,15,17,18,23
107:24 108:2 112:9
114:2 117:2 118:25
119:7 121:13,20
125:2,17,19,19,24
130:7 134:18
136:17 139:8
142:10 143:2,4,12
144:3 145:3 147:21
148:3,7,12,13 150:9
151:10 155:8,12,18
156:14 157:9
158:14 160:2,17
161:13,19,21,25
162:2 166:23
169:10,11,24
173:10 174:15,25
205:10 209:3 212:9
236:6,11 237:12,13
240:7 265:25 269:9
**filed** 57:12 58:5
**files** 26:15,17,22,25
28:16,17,23 29:19
30:4,9,13 31:2,22
57:15,16 73:2 107:3
107:7,11 121:19
161:20 169:2
187:19,22 198:24
213:21 214:17
**filing** 5:5 25:15,20,21
30:10,18 32:18,19
57:9 73:8
**filings** 28:24
**finally** 262:3
**finance** 104:9 202:24
230:15
**finances** 140:25
230:10 231:25
232:24
**financial** 17:7 39:18
45:7,11 48:8,24
49:6,11,15 50:24
100:3 101:5 113:4,6

114:11 142:2
159:17 162:16
167:11 168:10,14
168:18 206:13
208:17,23 231:10
232:6,8 268:22
270:11,13,24
**financials** 140:3
141:17,23 142:14
142:22 211:10
**financing** 36:22 37:10
77:4,13 78:8,17
81:4 93:9 94:8
173:21 174:2
241:25
**find** 30:9 126:17
215:21
**fine** 110:21 214:2
**finger** 185:8
**finished** 219:6
**fire** 83:2
**firm** 36:11 248:15
250:5 251:9,13,22
**first** 9:22 32:24 49:25
50:4,20 59:11,14
62:19 87:22 115:25
122:9 132:22
135:24 139:9
145:14 158:25
168:25 169:4,6
185:10,13 190:15
213:9 216:14
231:12 233:2 245:5
248:23 255:2
**five** 12:9 14:22 21:16
166:6 256:19
**five-page** 125:9
130:22 217:21
267:22 268:4
271:11
**flowers** 241:9
**follow** 182:3
**followed** 80:4 98:25
113:14 115:15
118:14 124:20
130:22 134:7 136:6
138:9 144:9,11
156:25 157:24
204:16 206:13
217:21 221:17
233:18 236:22
239:13 247:24
267:5
**following** 110:10,12
**follows** 6:4 95:13
197:7
**food** 44:23 161:7,10
162:7,12,24
**forays** 16:21
**force** 5:14

**forged** 87:11 88:10
118:5 119:22
**forgery** 74:20
**Forget** 223:12
**form** 5:8 22:19 24:9
24:11 34:12,17,20
38:18 151:6 223:22
**former** 82:9,11
**forth** 263:11
**forward** 17:11 18:2
110:24
**forwarded** 150:2
158:24
**found** 81:6 185:16
**foundation** 58:4
260:12
**four** 138:18 139:4,7
140:11
**fourth** 44:13 130:13
248:14
**four-page** 31:10
120:24 138:20
239:14 264:14
267:12
**frame** 106:21 129:22
**frames** 14:5
**Frank** 134:8 268:13
**Fred** 267:12
**Freedman** 75:17 76:3
78:10,13,20 80:3
81:18 266:6,10
**Friday** 60:21
**FRIEDMAN** 4:3
**friend** 131:14
**friends** 127:25 238:8
**from** 10:23 19:17 25:9
25:10 28:25 31:22
32:7 38:4,12,21
39:13,18 50:9,15
56:9,21 61:14,21
64:5,16,23 66:7
67:23 70:5 71:6,11
71:24 73:12 74:6
75:16,18 76:3 80:3
81:17,21 83:18 84:3
84:4 97:21,22 98:24
99:19 100:2 101:3,5
101:25 105:16
106:5,8 107:3,7,11
108:23 111:8
112:14 113:13
114:12 115:14
116:20 118:13,19
120:6 122:20
123:14 124:19
125:6 127:8 128:6
130:21,23 132:3
133:8,13 134:6,8,23
136:5,7 138:8 141:5

144:8,12 145:23,25
148:17 150:9
154:10 156:24
157:2,23,25 159:17
160:9,14,15 163:10
164:12,20 166:14
168:18 169:2 170:7
173:25 174:10
179:25 182:3
184:15 187:4
189:13,18 190:11
190:20,21 191:19
193:25 194:6,16
195:2,4,15,18 198:6
198:24 199:16
202:17,23 204:15
205:19 206:12
210:12 211:13
213:14,15,16
214:21 215:13,20
216:3,4,5,14 217:20
217:22 221:16,18
222:6,13 225:5,7,10
225:13,14 226:21
227:3 228:3 229:9
229:18 230:3,21
231:15 232:12,22
233:3,17,20 236:21
238:7,25 239:3,13
241:25 242:9,19
245:9,25 246:17,22
247:5,11,16,23
249:15,24,24
250:17 252:2
253:12,14,15
254:20 259:15
264:19,22 265:5,8
265:10,13,14,17,18
265:20,23,25 266:6
266:8,10,11,13,18
266:21,23 267:5,9
267:13,16,19,25
268:6,9,12,14,17,18
268:21,24,25 269:5
269:9,12,13,16,18
269:21,22,25 270:6
270:9,16,19,23
271:5,6,8,11,12,15
271:16,18,21,25
272:6,10,13,15
273:10,11,13,14,16
273:17,19,20,22
**front** 80:11 98:13
106:3,25 113:19,21
135:18 137:8,9
146:6 176:21 188:2
195:19 224:20
236:25 249:2
256:14
**fund** 171:15

**funding** 191:25
**funds** 45:15 171:17
**FURNISHED** 264:9
**further** 5:7,11 180:9
    183:18 197:8,10
    212:2 224:5 228:16
    258:22 262:9
    263:14
**furthering** 159:8
**future** 70:13

**G**

**G** 6:2 95:12
**gain** 111:16
**gambling** 258:2,17
**gaming** 36:12,18
    38:15 39:25 40:10
    44:8 49:20 62:6,25
    63:15,24 65:19 67:3
    67:11 246:5 247:16
    249:23
**Gary** 1:15 2:12 6:9,13
    31:17 51:25 54:4
    56:9,14,20 59:12
    60:19 61:13 67:23
    71:12 75:16,25 80:3
    83:18 84:9,22 87:15
    98:24 101:6 102:4
    105:16 108:12
    113:13 115:14,22
    116:20 117:6
    118:13 122:20
    125:10 126:3
    130:20 132:3 134:6
    136:5 138:8 144:8
    156:24 157:23
    160:9 164:12
    166:14 168:18
    184:19 193:25
    194:22 195:18
    204:15 205:14
    206:12,23 208:3,4
    210:8 216:3,19
    221:16,17 233:8,17
    236:21 239:13,25
    240:14,15 241:11
    241:12 242:19
    247:23 262:15
    263:10 264:4 265:5
    265:7,9,12,14,20,23
    266:5,9,13,17,20,22
    267:4,8,16,23,24
    268:8,11,16,20,23
    269:15,20,25 270:5
    270:8,15,19,23
    271:4,15,16,20,25
    272:5,7,11,12 273:5
    273:24
**Gary's** 214:16
**Gastwirth** 3:17 8:20

9:3 10:25 11:3 13:6
    16:17 17:2,9,14,23
    18:2,5,11 20:9,12
    20:15,20 21:2,8,17
    22:4,10 23:13,17
    24:6,13,20 27:7,13
    27:18 28:7,17,22
    29:5,14 31:5 32:12
    32:23 38:17 39:7
    42:11,17 46:23 47:7
    48:3,11,19 50:12
    51:19 53:23 55:18
    56:2 60:13 66:3,10
    67:6 68:2 73:21
    76:7 77:14,16 79:23
    82:6 86:4 89:6,18
    91:6,20,25 93:20
    94:9,11,24 98:19
    99:25 100:25
    101:18 103:7 104:7
    104:13,23 105:3
    107:6 108:15,22
    110:22 111:8,14
    112:22 115:24
    116:5,10 117:22
    118:8 121:6,9,11
    123:3 124:9 129:10
    129:14,16 130:4
    131:23 134:13
    135:16 138:23
    139:5 141:2,7
    144:17,20 146:2
    150:14 151:5
    154:15 156:2
    158:18 159:3 161:3
    163:12,17,24
    165:18,22 166:17
    166:25 167:4,25
    168:5 169:7,19
    171:18 173:3
    174:24 176:5,20
    177:15,17 178:5
    179:8,13 180:6,17
    180:24 181:4,8,14
    181:18,21 182:12
    182:17 183:2,6
    184:25 186:6
    187:21 188:4,17,22
    189:2,5,20,22
    190:12 192:2,13,18
    193:22 194:2
    196:24 200:8,14
    203:7,23 204:24
    207:3 212:11,22
    214:12,22 215:23
    217:11 222:3,8,22
    223:3,21,24 224:23
    225:15 226:12
    227:2,8,12,15,18
    228:4,8,13,15,22

229:13 230:2
    232:25 233:25
    234:10,16,21 235:2
    235:7,16,20 236:14
    237:3 239:19 240:3
    241:20 242:2
    243:12,19 244:2,22
    244:25 245:17
    249:5,10 251:2,15
    257:15 258:7 259:2
    259:5 264:5
**Gate** 13:10,12,13,15
    13:16
**gave** 42:23 136:15
    211:15 221:10
    234:24
**general** 7:16,17 36:7
    61:6 88:23 92:17
    253:7,11
**generally** 46:11
**generically** 228:18
**gentleman** 16:24
    112:10 213:25
**Germano** 56:21 265:8
    265:10
**getting** 125:5 126:21
    163:20 164:4
    189:12 215:4 225:5
    225:7 249:16
**give** 12:10 14:6
    126:13 143:21
    150:5 184:13 236:2
    252:3
**given** 25:16 28:5
    105:25 141:16
    263:13
**gives** 230:20
**giving** 46:17 53:7
    114:15 117:12
    122:11 159:10
    196:23 211:12
    252:2
**glad** 233:14
**glued** 71:22
**GM** 87:15
**go** 7:11,17 10:4 14:9
    15:24 17:10,14,23
    18:18,21 19:4 20:24
    38:19 42:21 47:23
    53:16 66:11 68:5,11
    97:19,25 98:3 106:5
    114:21 151:17
    174:10 175:2
    176:18,22 178:16
    179:12,15,15 180:9
    180:17 181:10
    182:6 185:8 186:15
    186:16 192:25
    194:20 195:25
    201:6 202:12

212:12 213:7 215:8
    224:5 237:7 243:15
    243:24 244:2
    247:12 252:2
    258:10
**goals** 42:9
**goes** 47:21 57:19
    101:6 161:22
    218:20
**going** 6:17 7:15,17
    9:17,19,22 16:10,14
    16:14,19,21,22 17:4
    17:20,22 18:12
    20:15 21:15,19 22:6
    23:4 25:13,14,19
    29:21 30:25 31:19
    36:23 42:15 47:3,7
    53:15 94:3 111:16
    128:7,20 168:21
    170:14 171:10
    182:24 183:18
    185:7,11 186:15
    187:10,11 195:23
    200:23 202:13
    212:2 214:10 223:5
    224:24 231:18
    234:13 235:12,20
    237:5,24 238:3
    243:5,9 248:19,21
    256:19 259:11,12
    259:14
**Goldstein** 2:14 3:11
**good** 6:13,14 37:6
    84:17,18 106:5
    170:15 179:3
    221:24,25 222:2,11
**Goodman** 164:13,21
    270:6
**gotten** 142:6 213:22
**grade** 53:14
**grants** 224:21
**grateful** 260:18
**great** 246:13
**ground** 6:24 244:13
**grounds** 21:7,10
**group** 159:9
**grudge** 211:14
**guess** 9:10 65:17
    86:22 129:3 144:4
    154:23,24 155:2,3
    169:3 173:6 201:15
    203:19 224:7 231:5
    238:5,7 244:12
    259:10
**gun** 212:7
**Gusky** 264:21
**guy** 126:20
**guys** 21:22 71:22
    103:19 149:15,19

**H**

**half** 47:11 182:23
    191:7 196:15,18,20
    196:23 197:25
    198:15,16
**halfway** 196:12
**Hamlin** 261:25
**hand** 112:18 121:11
    128:21 263:19
**handle** 29:3
**handled** 248:22
**handshake** 225:3
**handwrite** 30:16
**handwriting** 33:3,10
    33:14,20,22,23
    51:15 56:15 58:25
    59:3,5 61:18 63:3,9
    64:9 65:24 66:17,18
    66:22 68:14 69:3,13
    70:25 73:18 74:20
    74:22 75:2,11 80:14
    90:17,24,25 91:2
    95:23 96:7,12,22,25
    97:9,12 101:10
    103:3,4,23,24
    107:19 110:5
    111:13,20,20
    112:13,16,18
    114:22 115:5
    121:22,24 122:9,15
    125:22 130:8,11,14
    130:16 135:25
    136:21 139:11
    142:10 144:3 145:6
    147:25 148:20,22
    155:15 156:17
    157:11 158:16
    160:19 167:2
    169:15 174:17
    175:15 193:3
    205:12 207:19
    217:4 236:9 237:15
    244:3,6 251:4
**handwritten** 31:12
    210:5 264:17 267:8
**hang** 73:21 84:2
    150:14 167:4 169:7
    171:18 190:12
    258:9
**happen** 32:15 140:12
**happens** 183:24
**harassing** 21:14
**hard** 53:13 232:11
**Harold** 246:3 264:20
**having** 6:3 63:13
    69:12 78:5 102:25
    103:21 109:25
    155:24 183:10
    219:2
**head** 7:3 153:6

**heard** 9:2 219:2 242:6
**held** 2:12 150:19
    151:11
**Helen** 193:5,6,12
**hell** 240:25
**Helmreich** 130:21
    131:11 267:25
**help** 62:15 65:4 77:9
    100:22 117:19
    119:9 149:13 163:5
    185:18 192:18,22
    195:13 199:11
    200:21 202:7,10,14
    216:22 221:9
    229:25 256:10
**helps** 74:2 97:7
    126:15
**Henry** 264:21
**her** 9:16 88:4,8
    133:19 208:22
**hereinbefore** 263:11
**hereunto** 263:18
**hi** 149:15,19 261:12
**Hill** 6:11
**him** 11:4,8 17:10,12
    17:15 20:13,18
    23:22 28:22 63:18
    77:19 78:5,14,15
    81:8 82:17,19,22
    86:7 87:5,6 91:9
    95:5 107:9 116:11
    120:10,20 140:24
    177:18 179:16
    181:7 182:12,15,17
    183:7,9,10,11 202:5
    220:22 224:12
    227:4,5 229:24
    234:9,22 235:21
    243:24 250:3,11
    251:8,22 252:2,3
    253:5,17,22 255:24
    256:13 257:15
    258:21 262:4
**hire** 36:7 61:6 82:19
    86:7,8
**hired** 85:7,13
**hiring** 37:13 44:16
    84:25 86:2
**Hogansburg** 255:17
    255:19 258:4
**hold** 154:15 239:19
    251:23
**home** 29:9
**hoodwinked** 211:16
**hopes** 133:3
**horn** 40:8,14,19,24
    41:5 42:2,7 43:4,9
    43:14,19,25 56:10
    71:12 72:15,17,18
    72:20 73:12 74:5,11

114:25 115:8
118:13,19 120:12
122:20 123:14
124:3,20 125:6
130:21,23 135:11
144:8,10,12 148:16
150:20 154:10,18
157:2 167:12 216:3
216:4,15 217:14
221:16 222:13,14
223:9 226:21 231:4
233:17,19 239:9
259:23 264:22
265:5,24 266:4,23
267:9,17,20 268:4,6
268:24,25 269:6,12
269:14,18 271:5,6
271:14,18,21
**Horn's** 117:9 123:16
**host** 212:15
**hotel** 213:4
**hour** 8:10 9:8
**hours** 53:12 128:7
**housekeepers** 45:21
    220:23
**Howard** 255:15,17
**Huntington** 4:16
    13:11 132:17

———————————
**I**
———————————
**ID** 264:13 265:3 266:3
    267:3 268:3 269:3
    270:3 271:3 272:3
**idea** 10:17,18 26:24
    32:18 34:6 66:12
    67:17 69:18,25
    71:25 74:13 75:5,23
    76:20 78:23 88:13
    97:2 128:13 129:21
    133:21 157:17
    163:10,11 169:25
    173:8 177:10 185:5
    187:4,8,22 188:4
    193:13 194:7
    197:19 198:10,13
    200:17 201:17
    234:3,5 236:5
    240:21 241:4,10,14
    241:23 242:11,13
    248:10 252:10
    257:12
**identification** 31:14
    50:10 51:11 52:15
    56:11,22 61:15 64:6
    67:24 70:19 73:13
    75:19 80:5 83:19
    89:13 99:3 105:17
    113:16 115:16
    118:16,22 121:2
    122:21 124:22

125:11 130:24
132:4 134:9 136:8
138:11,14 144:13
147:19 150:10
154:11 156:7 157:3
158:3 160:10
164:14 166:15
167:7 168:11,15,19
190:7,9 204:18
206:14 216:7
217:23 221:19
226:22 233:21
236:23 239:15
242:21 247:25
254:16
**image** 47:16
**imagine** 6:18 149:20
**impediment** 258:11
    258:14
**implementing** 213:8
**implications** 67:2,10
**important** 12:11
    146:21
**improper** 24:7
**improve** 149:18
**improvements** 52:5
**inaccurately** 94:5
**inadvertant** 249:11
**inadvertent** 235:8
    243:23
**inadvertently** 243:9
**Inc** 191:17,25
**include** 62:23
**included** 116:9
**including** 38:14 52:6
**incomplete** 163:14
**incorporated** 65:24
    66:7 164:21
**incorporation** 11:10
**incorrect** 8:20 12:4
**increase** 38:4
**increases** 171:14
**independent** 70:6
    77:21,23
**Indian** 49:20 94:16
    248:23
**indicate** 110:8
**indicating** 100:12
    171:7 180:9,12
    181:23,24 182:2,9
    189:4 194:12,13
    212:4
**indirectly** 257:25
**individual** 23:23
    133:9
**individually** 27:10,14
    27:22 57:13
**information** 39:18
    74:7 133:12 137:20
    140:17 142:2

157:14 160:25
162:11,17 167:11
167:21 208:17,23
230:17 231:10,11
231:13,24,25 232:7
232:14,16 246:21
264:6 268:22
**informed** 85:4
**initial** 87:22
**initials** 87:14 123:16
    137:11 150:23
    177:2,6,10 196:4,4
    229:23
**inproprieties** 214:5
**input** 131:21 135:21
    146:17 149:16
    150:5 152:14,17
    155:20 159:11,18
    163:9 179:17
**inquire** 32:4
**inside** 50:13 247:12
**installation** 152:15
**instead** 222:6 262:5
**instruct** 162:15
    167:20 208:16
    220:22
**instructed** 25:8
**instructing** 220:18
**insurance** 37:23
**interest** 17:7 46:3,13
    46:18 47:17 48:8,24
    49:6,11,16 50:24
    52:2,14,22 53:21
    77:4 159:8 199:2
    238:12 241:18
    249:22 253:16
    264:25
**interested** 224:17,19
    263:17
**interests** 48:8 49:6,11
    49:16 128:2
**interior** 165:4
**interject** 48:15
**interposing** 34:19
**interpret** 199:9
**interpretation** 181:5
    182:11
**introduce** 113:6
**introduced** 261:8,11
    261:13
**introducing** 81:8,10
**introduction** 93:17
    105:11 239:9
**invest** 203:3
**invested** 201:22
    226:10
**investment** 168:15
    177:22 178:2,3,6
    180:20 183:15,16
    197:9,11 199:24

200:12,16,18 202:2
202:25 203:2,6
204:16 206:6
270:14,21
**investments** 189:14
    189:16 198:21,25
    199:5 200:6,22
**invite** 157:18
**invoice** 190:19,20
    191:15 193:14
**invoices** 190:5
**involve** 37:4 105:12
**involved** 18:8 36:7,10
    36:17,21,24,25 37:9
    37:13,17,22 38:3,8
    38:25 39:3,12,22
    40:4 44:5,12,16,21
    44:25 45:5,10,14,20
    46:2,12,17,21 61:6
    70:12 81:8,22 82:3
    82:23,24 83:9 92:22
    92:25 93:8,18
    101:16 104:8,15,16
    104:18,20 105:2,5
    106:11,18,22 111:7
    117:20 118:6 124:5
    135:5 139:23
    146:25 147:3,9
    149:6 151:3,9,19
    152:24 165:3 217:9
    230:23 231:2,7
    248:23 255:3,5,6
    258:16 260:15
**involvement** 81:3
    93:25 94:7
**involves** 104:17
**issue** 17:3 43:20 61:2
    94:23 146:21
    214:13 217:16
    230:6 245:7 246:4,8
    246:10 249:9
**issued** 145:17
**issues** 38:14 40:11,15
    40:21 51:25 68:7
    128:24 151:4,16,20
    151:24 152:3,20
    247:3
**Item** 152:17
**Ivan** 56:9 64:4,16,21
    75:17 78:24 79:9
    81:8,11,12 85:6
    91:12,17,20 101:4
    115:3 122:19
    139:23 156:24
    157:25 158:24
    159:7 182:19,25
    183:4 184:15,19
    202:21,23 214:7
    215:4 217:20,22
    220:20 238:6,11

249:21 250:8
253:15,19 259:9,22
260:19 265:4,16,18
266:11 267:15
269:16,22 271:10
271:12
**Ivan's** 131:14 223:15
230:24 251:22
**i.e** 36:18

**J**

**J** 164:12
**Jack** 75:18 77:25
266:8
**January** 9:21 10:23
11:11 13:21 14:2
35:9,12 36:10 49:10
61:20 62:6 64:17,23
65:20 66:8 69:24
70:14 259:15,21
**Jay** 12:14
**Joan** 132:3,11 133:13
268:9
**job** 1:24 197:5 209:17
212:19 214:2
219:25
**John** 39:18 122:19
126:16 130:22
134:6,8,23 136:5
137:12 138:8
139:15 150:9 160:9
166:14 168:18
177:6 193:25 194:6
195:18 196:4 216:4
216:5 217:20,22
220:8 226:21
232:13 254:25
267:15 268:5,12,14
268:17,21 269:10
269:25 270:9,16
271:6,7,11,12,19
**joint** 8:21 9:5 234:23
**Joseph** 242:19 247:23
264:22 272:10,13
272:15
**judge** 29:13 246:15
**July** 44:13,21,25
45:11 72:15 74:8
157:14 160:24
164:21 165:8 208:8
**June** 40:3,7,13,18,23
41:4,25 42:6 43:3,8
43:13,18,24 44:5,11
44:15 46:16 149:9
150:19 151:12
152:10 157:15
159:16 197:6 256:2
256:6 257:10
**jury** 246:15
**just** 7:4,5,12 11:6 15:2

16:3 18:22 19:9
21:8,9 30:14 31:16
31:19 32:4,17,21
33:6 35:16 48:6
59:23 62:9,13 66:16
68:2 73:7 77:16,18
87:4,13 88:11 89:18
90:20 91:6 92:17
93:22 94:22 97:6,20
103:23 104:25
105:3,24 112:14
114:23 116:6 121:6
122:2,5 123:4 133:2
133:23 144:17
151:17 155:6
158:18 159:21
167:5 174:9 175:3
179:9 180:9 184:4
186:5 188:8 190:9
198:15 201:17
202:14 206:16
209:14 210:19
211:17 212:21
213:11 215:18
216:9 224:19
231:17 236:15
238:5 251:6 254:5
256:7,12 259:2

**K**

**Karyn** 272:15
**Kaufman** 40:8,14,19
40:24 41:5 42:2,7
43:4,9,14,19,25
55:8 56:9 64:4,16
64:21 65:13 67:18
75:18 78:24 79:17
85:6 91:12,17 101:4
113:7 115:3,9
122:19 123:11
135:13 139:23
150:20 156:24
157:15,25 158:24
179:7 180:21 181:6
183:13 187:3
197:21 198:6
202:17 203:21
217:20 223:18
225:4,6,8,13 231:3
239:8 249:21 250:8
250:13,16 259:9,22
265:4,16,18 266:7
266:11 267:15
269:16,22 271:10
**Kaufman's** 79:5
91:20 177:25
202:24 238:12
250:5,24 251:10,14
251:18
**keep** 16:14 18:19

28:24 185:8 200:23
**keeping** 212:21
**Keno** 41:6 42:3
**kind** 70:2 162:16
**King** 126:21
**knew** 238:7 253:19,22
253:22,23 260:16
**know** 8:7 10:5 11:9
12:4,11,15,17,22,24
13:17,18,19,25
14:10,19,24 15:4,13
15:13,21 16:2,3,16
20:7 21:13 22:25
23:3 24:13,15,21,22
24:23 26:18,20,21
27:5 28:3,21 30:4
32:14,16 35:22
37:25 38:20 39:20
40:17 41:3 46:16,20
46:21 48:10,21 50:3
50:4,20 53:6,25
54:10,12,20,21 55:5
55:10 56:3 57:11
58:12,19,23 59:23
59:25 61:24 62:3,5
63:5,12 65:18 66:12
66:13,16 67:15 69:8
70:2,6 71:9,19,20
71:22,23,24 72:11
73:6,9 74:5 75:3,3
76:12,13,23 77:25
78:22 79:15,21
80:21 81:7,14 82:22
83:2,13 84:6 85:15
85:24 86:10,13,17
86:18,19,20,23 87:4
87:6,8,8,20 88:8,15
90:19 91:3,13 92:10
92:18,19,19 93:16
93:17 94:13,24 96:8
96:13 97:5,20,23
98:21 101:22,23
102:11,23 103:9,17
104:2,17 105:8,10
105:12 106:7,7,21
108:6 109:4,14
110:13,17,18
111:10,16,24 113:5
113:8,25 114:6
118:9,9 119:14,17
120:3,4 121:17
123:5,18 126:2,5
127:21 128:2,10
129:18,22 130:5,13
131:8,13,15,18
132:11 133:8,18
134:2 135:10,12,14
135:15 136:23
137:3,13,14,22
138:5 139:15,18,21

139:25 140:5,6,8,8
140:12,13 141:10
142:18 143:6,11,16
143:19,20 145:10
145:17,24 146:9
147:11 148:10,11
149:2,21 150:6,22
151:8 152:11,11
154:20 155:11,19
155:22 158:20
159:7,20,23,23,23
159:24 160:3
161:11,14,20 162:6
162:7,22 163:19
164:3 165:17 166:4
166:9,10,11 167:10
167:18 170:10,13
170:17 172:3,11,14
172:15 173:6,16
176:4,6,10 177:2,21
179:14,24 182:4
183:17,21 184:13
184:16,20 185:24
186:8,9,13 187:13
187:14,15,18,21
188:3,14 189:5,24
190:15 191:13,16
192:11,19,24 193:5
193:6,8,12,16
195:13,25 196:6,12
196:16,21 197:14
198:16,18,23 199:2
199:8,21 200:2
201:14,15,16,20,21
201:23,23 202:9,21
203:25 204:7,25
205:4,5,5,21 207:3
207:21,25 208:2,6
208:11,12,13,14
209:13 210:15,20
210:20,23,25 211:6
211:11,15,20,23
212:11 214:3,6,8,10
214:15,16 215:3
218:2,13,16 219:3,5
219:22 220:8,10,12
222:18 224:24,25
227:21 228:12
230:21,21 231:17
233:10 234:12
235:11 236:13
237:19,25 240:17
240:25 241:23
242:4 244:8,11,18
245:14 247:2,3,8
248:21 249:17
251:15,17 252:14
252:23,24 253:6,9
255:7,18 256:10,16
256:18,19,21

258:18,20 259:25
261:18,19,21
**knowing** 12:3 53:11
89:7,8 176:17
**knowledge** 77:22
**knows** 66:4 192:11,15
192:23 208:2

**L**

**L** 4:12,17 6:2 95:12
**Larson** 98:24 105:16
108:23 109:3,9
110:2 113:13
115:14 116:20
157:23,25 159:14
159:15 266:18,21
266:24 267:5
269:21,23
**last** 11:16 41:24 44:10
47:4 51:24 52:23
54:13,13 60:21
76:12 88:4 145:20
149:16 245:24
248:13,14
**later** 214:13,18
**latest** 114:8 117:6
**LAW** 4:12
**lawsuit** 9:15 54:22
55:15 204:10 224:4
248:6
**lawyer** 120:3,6 213:14
230:16
**learn** 49:25
**learned** 49:20 50:4
**learning** 53:12
**lease** 183:21 184:11
**least** 87:7
**leave** 244:25
**left** 128:17 220:12
**lefthand** 169:9 170:19
170:21 171:25
177:23 186:20
196:3 200:24 251:2
**legal** 66:14
**legitimate** 106:6
**Lehtinen** 259:23
**lend** 182:19 183:5,14
**lending** 172:19
**lent** 172:20 182:24
**less** 8:10 219:24
**let** 16:23 19:3 29:3
89:18 95:4 109:17
116:11 123:3
138:23 149:13
159:7 174:6 180:11
193:11,20 200:10
205:7 217:25
222:19 227:5
233:13 254:11
257:14,15

**letter** 31:13 50:9,14
50:17,23 51:4 55:21
56:20 60:19 61:20
70:10 75:17 77:3,11
78:23 80:4,7 84:3,4
84:19 86:2,6,9,9
89:20 101:2 120:25
123:10,11 134:7
136:6 144:9,11
154:10 155:21,22
155:23 156:5
157:25 164:12,20
213:5,8 217:21
236:20 237:18,21
237:22,24,25 238:9
242:19,23 245:9,25
246:24,25 247:2,23
249:14,16,17
254:15,20 255:16
259:15 264:18,19
265:9 266:7,11
267:12 268:13,17
268:24 269:4,13,22
270:5 271:12,24
272:7,9,12,14
**letterhead** 84:7
**letters** 269:11
**let's** 16:25 18:2 20:24
29:13 47:20 102:2
103:11,18,19
104:19 110:23
116:3 141:13 169:5
174:21 176:18
179:12 181:10,12
191:12 200:23
215:8 223:3 232:4
**Lexington** 4:7
**liability** 204:23 205:2
206:3
**liaison** 83:2
**liar** 120:20
**license** 26:12 121:16
121:20 123:9,23
124:5 145:6,9
146:21 147:9,14
155:18 156:20
213:6 246:5 258:15
**Licensees** 124:21
267:21
**licenses** 38:9 39:23
44:7
**lied** 211:5
**lies** 112:4
**Lightning** 41:7 42:4
**like** 10:16 12:2 14:5
21:23 33:15,22 34:6
36:15 51:18 56:17
58:8,13 60:9 63:8
67:2 72:12,14 74:14
81:20 84:4 90:5,24

90:25 91:5 98:8,11
102:20 130:8,11,17
135:25 136:17,19
136:20,22 137:11
139:8,11 143:7,8,9
143:10,14 145:5
147:24 148:22
151:17 155:12,14
156:14,17 160:6,20
161:15,17 166:24
167:3,19 169:11,15
169:16 177:10
189:18,25 190:19
191:14 192:3,4,5,7
192:13 194:16,21
195:15 197:9 198:3
201:11 205:11,15
207:9,22,23 228:8
230:22 236:15
237:13,17 240:10
240:13 249:16
250:9 251:3 252:3
253:5 256:24
**likely** 58:10 63:11
74:22
**Limited** 10:6 14:8,13
20:8 21:4 22:13,23
24:19 26:4 27:12
30:12
**line** 77:2 94:7 95:22
96:14 99:20 142:11
145:20 151:18
175:24,25 188:10
188:10 194:9 197:8
198:9 205:15
206:24 209:25
210:3,6,10 215:22
222:23 228:16
244:23 248:20
254:3,4 273:9,11,12
273:14,15,17,18,20
273:21
**lines** 26:12 222:9
**Lippe** 2:13 3:11
**liquor** 38:8 39:23 44:7
123:7,9,23 124:5
145:6,9 146:20,25
147:4,9,14 155:18
155:25 156:19
**listed** 98:13 151:20
201:2
**Listen** 210:18
**listening** 29:25
**litigant** 215:20
**litigation** 22:15,24
23:11 24:17 25:2,3
27:25 28:9 54:8,19
55:6,23,25 88:23
249:25 250:14
**little** 9:17 93:23

105:23 108:20
194:17 201:3
**live** 255:14
**lived** 172:15 255:15
255:18
**living** 139:19
**LLC** 74:6 98:5 204:5
204:15,22 205:24
**LLP** 2:14 3:11 4:3
**loan** 80:23 81:23
89:12 92:22,25 93:4
93:8,13,25 99:2
100:14,18,24
101:17 104:4,21
105:6,9 113:15
114:9,17 115:9,15
117:7,12,20 118:7
168:10 169:18
170:4 171:12,14
172:2,4,5,25,25
173:5,10 183:20
184:10,23 185:19
186:2 187:6,11
266:15,19,25 267:6
270:12
**loans** 37:19 170:5
175:9,20 202:15,16
**located** 12:15 92:2
**long** 8:8 9:6 21:19
54:14 70:8 105:13
112:25 126:19
212:6
**longer** 246:13
**look** 14:6 31:19 52:19
52:23 59:7 63:8
65:25 70:9 72:12
73:25 74:2 76:8
84:4 88:12 89:19
90:24 93:23 99:5
100:20 101:8
106:24 114:20
116:11 121:7,12
123:4 130:6,8,11
131:6 134:13 135:4
135:24 136:20
139:8,11 144:18
145:5,11 147:24
150:25 155:14
156:17 158:19
165:13 166:25
167:5 168:23 174:8
175:5 177:10,11
182:15 188:6 190:2
191:10 194:8,14
220:2,6 221:22
227:5,6,10 233:23
237:13 239:18
251:23 254:18
255:16 256:8,17,20
257:14,15

**looked** 101:9
**looking** 19:19,21
31:18 72:13 89:15
103:2 115:18 118:4
122:7 126:9 142:8
143:25 159:21
174:9 178:8 185:2
215:24 221:8 223:6
227:9 241:17,24
248:3,12
**looks** 33:15 51:18
56:17 58:8,13 60:9
65:10,22 71:2 72:14
74:14 81:20 90:5,25
91:4 98:8,11 130:17
136:17,19,22
137:11 143:7,8,9,10
143:14 148:22
155:12 156:14
160:6,20 161:15,17
166:24 167:3
169:11,14,16
171:11 189:18
190:19 191:14
192:3,4,5,7,13
194:16,21 195:15
197:9 205:11,15
207:9,22,23 228:8
237:17 240:10,13
251:3
**Loretta** 3:17 8:17,18
9:6,8 21:2 211:24
229:5,6
**lost** 22:17
**lot** 83:2 127:10,22
195:10 257:6
**Lots** 126:21
**lottery** 36:18
**Lou** 228:12
**LOUIS** 4:9
**lousy** 148:23
**lower** 95:19 122:8
138:19 170:19,21
171:16
**lucky** 222:10
**lunch** 94:25 95:2,6
**Luncheon** 95:8
**L-i-c-l** 121:17

———————
**M**
**M** 3:17 4:9 6:2 95:12
**machine** 195:12
208:15 209:24
**machines** 36:18 43:11
127:11,14,23
**mad** 210:24 211:22
213:8
**made** 47:20 93:16
97:21 105:10
173:18 176:15

203:2 212:14 213:3
214:7 243:17,18
259:7,8
**main** 105:11
**maintain** 26:23 29:18
30:13 72:22 74:15
80:19 125:24
161:12,19
**maintained** 26:25
72:24
**major** 86:22,25
**make** 12:2 16:19 17:4
55:20 56:4 69:7,8
74:16 77:18 88:12
88:21 95:5 118:10
127:10,22 128:20
139:4 154:20 155:3
161:20,21 174:23
184:24 192:9
198:24 202:24
209:14 219:24
225:12 231:19
242:15 254:8
**makes** 89:8 207:4,9
**making** 164:6 176:2
176:13 232:18
**man** 65:17 218:5
**management** 1:8 3:14
4:6 15:17 16:4,8
17:7,8 18:3,7,15,24
19:2,2,6,12 34:25
35:7,10,14,24 36:4
38:14 46:4,13 50:24
51:5,6 52:25 53:21
57:23 60:22 77:7
85:5 98:4,5 100:8
100:10 108:13
186:21 189:15,17
191:4,6 193:17
197:24 200:7,25
204:2,3,4,15,21
205:24 206:12
220:19 221:11
238:11,12,13
245:12,19 249:25
255:11 257:9,21,22
258:2,17 259:6,16
267:14
**manager** 36:8 37:14
38:12 49:22 57:18
58:2,21 60:10 61:6
96:6 98:3 159:25
160:6 218:23
219:15,17,19
220:14 244:20
247:14,17,19,19
**manager's** 45:14
**manner** 258:16
**many** 14:18,19,21
16:15 106:9 235:16

**man's** 16:20
**March** 1:17 2:7 38:7
  38:11 46:2 241:8
**margin** 103:5,24
  114:20
**Maria** 205:19 207:25
  208:2 211:9 215:13
  232:13,23 233:3
  270:20
**mark** 20:17 31:3,4,9
  31:17 50:7 51:8
  52:12 56:7,18 61:11
  64:2 67:21 70:16
  73:10 75:14 79:25
  83:16 89:10 98:22
  105:14 113:11
  115:12 118:11
  120:23 122:17
  124:17 125:8
  130:18 131:25
  134:4 136:3 138:6
  144:6 147:16 150:7
  154:8 156:4,22
  157:21 160:7
  164:10 166:12
  168:8 190:4 204:13
  206:10 215:25
  217:18 221:14
  226:19 229:20
  233:15 236:19
  239:11 242:17
  247:21 254:13
  259:14
**marked** 21:17 31:24
  50:10 51:11,13
  52:15 56:10,13,22
  61:15 64:6 66:8,9
  67:24 70:18 73:13
  73:16 75:18 80:5
  83:19,21 89:13
  91:16 95:18 99:2
  105:17,19 113:16
  115:16 118:15,21
  120:25 121:4
  122:21,24 124:22
  124:24 125:11,13
  130:24 131:2 132:4
  132:6 134:9,11
  136:8,10 138:10,13
  144:13,15 147:19
  150:10,12 154:11
  154:14 156:6,9
  157:3 158:2,6
  160:10,12 164:13
  164:17 166:15,20
  168:11,15,19,22
  174:6 190:7,14
  193:21 204:18
  205:7 206:14,17
  216:6,10 217:22

221:19 226:22,24
  229:18 233:20,23
  234:3 236:23
  239:15 242:20
  244:4 247:25 249:3
  254:16
**market** 70:13
**marketing** 38:25 40:4
  44:12,18 131:9,16
  131:22 132:19
  133:12 147:18
  148:4,7,20 150:3
  157:15 269:8
**marking** 131:19
**marks** 112:18
**markups** 90:20
**Marlene** 4:12,17 9:9
  9:13 25:8 211:25
**marriage** 263:16
**married** 15:11
**Massena** 85:5 95:24
  96:15 98:4 168:14
  177:22 180:20
  186:21 189:14,16
  191:3 200:6,25
  203:25 204:3,4,20
  259:15 270:14
**Massena/Pres** 197:12
**material** 228:19
**mathematical** 178:15
**Matteo** 129:2,9,18
**matter** 57:10 58:10
  126:10 129:21
  146:24 163:17
  210:18 229:21
  233:5 263:17
**matters** 130:2 150:3
**may** 5:12 28:20,20
  30:21 38:24 39:3,12
  39:17,21 47:2,21
  71:9 91:13 131:22
  137:18,23 138:4
  140:2,16,25 141:11
  141:17,24 142:14
  142:23 144:25
  147:8 174:24
  182:18 199:18,23
  207:13,14 210:2,2
  210:21 224:15
  232:19 247:15
  257:24 258:15
**maybe** 42:12 71:22
  101:23 110:19,25
  112:14 154:25
  157:17 164:5
  167:16 180:14
  199:11,24 202:14
  208:2 210:23,23
  211:16,17,21,22
  214:2,5,7,13 219:8

230:2 236:7
**McKeon** 144:10,12
  154:10 156:6
  268:25 269:5,11,13
**mean** 15:12 25:23
  26:5 27:9,13 30:3
  34:13 36:25 37:4
  53:11 64:13 66:20
  71:21 88:14 93:16
  94:21 105:10 113:8
  151:8 152:23 172:3
  172:14 182:11
  194:12,24 196:18
  196:21 210:10
  215:4 220:13 246:8
  247:8 250:6 253:9
  255:5
**meaning** 139:19
**means** 15:14 30:4
  37:4 54:12 66:14
  104:17 119:17
  187:14 196:13,16
  198:17 200:2
**meant** 38:22
**media** 40:5 149:4,7
**medication** 7:24
**meet** 8:9 9:6
**meeting** 40:8,14,19,24
  41:5 42:2,7 43:4,9
  43:14,19,25 60:20
  60:25 74:7 123:8
  150:18 151:11,14
  152:6,10,10 259:21
  260:2,7 261:3,9,23
**melius** 1:15 2:12 6:1,9
  7:1 8:1,22 9:1 10:1
  11:1 12:1 13:1 14:1
  15:1 16:1 17:1,6
  18:1 19:1 20:1 21:1
  21:3 22:1 23:1,16
  24:1 25:1 26:1 27:1
  27:21 28:1,13 29:1
  29:18 30:1 31:1
  32:1,11 33:1 34:1
  35:1 36:1 37:1 38:1
  39:1 40:1 41:1 42:1
  43:1 44:1 45:1 46:1
  47:1 48:1 49:1 50:1
  51:1 52:1,2 53:1
  54:1 55:1 56:1,9,21
  57:1 58:1 59:1,13
  60:1 61:1,14,17
  62:1,19 63:1 64:1
  65:1 66:1 67:1,23
  68:1,20 69:1 70:1
  70:21 71:1,12 72:1
  72:7 73:1,15 74:1
  74:14 75:1,16,25
  76:1 77:1 78:1 79:1
  80:1,3 81:1,21 82:1

83:1,18 84:1,9,23
  85:1 86:1 87:1,15
  88:1 89:1,16 90:1
  91:1,13 92:1 93:1
  93:22 94:1 95:1,16
  96:1 97:1 98:1,24
  99:1 100:1 101:1,6
  101:7 102:1,2,4
  103:1 104:1 105:1
  105:16 106:1,9
  107:1 108:1,12
  109:1 110:1 111:1
  112:1 113:1,13,18
  114:1 115:1,14,22
  116:1,20 117:1
  118:1,13 119:1
  120:1 121:1 122:1
  122:20,23 123:1
  124:1,25 125:1
  126:1 127:1 128:1
  129:1 130:1,20
  131:1 132:1,3 133:1
  134:1,6,15 135:1,19
  136:1,5 137:1 138:1
  138:8 139:1 140:1
  141:1 142:1 143:1
  144:1,8 145:1 146:1
  146:9 147:1 148:1
  148:17 149:1 150:1
  151:1,2 152:1 153:1
  154:1,13,17 155:1
  156:1,24 157:1,23
  158:1,5 159:1 160:1
  160:9 161:1 162:1
  163:1 164:1,12,16
  165:1 166:1,14,19
  167:1,8 168:1,21
  169:1,6 170:1 171:1
  172:1 173:1 174:1
  175:1 176:1 177:1
  178:1,3,7 179:1
  180:1,22 181:1,5
  182:1 183:1,20
  184:1,16 185:1,12
  186:1,10 187:1,6,6
  188:1,5,11 189:1
  190:1,10 191:1
  192:1,10 193:1,20
  194:1 195:1 196:1
  196:13 197:1 198:1
  198:9,25 199:1
  200:1 201:1,9 202:1
  203:1 204:1 205:1
  206:1 207:1 208:1
  209:1,8 210:1 211:1
  212:1,5 213:1,12
  214:1,21 215:1
  216:1,3,10 217:1,25
  218:1 219:1 220:1
  221:1,17,17 222:1

223:1 224:1 225:1
  226:1 227:1,22
  228:1 229:1 230:1
  231:1,2 232:1,12
  233:1,17 234:1,19
  235:1,14 236:1,21
  237:1 238:1 239:1
  239:13,25 240:1
  241:1 242:1,20,24
  243:1 244:1 245:1
  246:1 247:1,23
  248:1 249:1 250:1
  251:1 252:1,6 253:1
  254:1 255:1 256:1
  257:1 258:1,24
  259:1 260:1 261:1
  262:1,15 263:1,10
  264:1,4 265:1,5,7,9
  265:12,14,20,23
  266:1,5,9,13,17,20
  266:22 267:1,4,8,16
  267:24 268:1,8,11
  268:16,20,23 269:1
  269:15,20,25 270:1
  270:6,8 271:1,4,15
  271:16,20,25 272:1
  272:6,11,12 273:1,5
  273:24 274:1
**Meltzer** 2:13 3:11
**Membrino** 242:19
  244:10 247:24
  248:5 249:15
  250:12 264:23
  272:10,13,15
**Membrino's** 250:17
**memo** 52:9 64:4 83:17
  118:12 122:18,25
  123:6,20 124:2
  125:15 126:23
  130:22 132:3,8
  133:17 136:24
  137:4,16,17 148:16
  150:9,16 151:2,15
  152:9 157:2 160:8
  160:14 166:14
  167:23 216:4,5
  220:4 221:17 223:6
  226:20 264:21
  265:4,14,18,25
  266:13 267:8,15
  268:5,8 269:9,17,25
  270:8 271:5,7,16,18
**memorandum** 51:10
  56:8 61:13 73:12
  151:10 160:21
  166:21
**memory** 11:19 42:14
  42:17,20,23 65:5
  117:24 149:22
**memos** 150:2

**mentioned** 9:4 16:18
261:22
**met** 8:5 78:14 129:2
222:21
**Michael** 236:21
237:18 238:7
271:24
**middle** 88:8 98:2
125:3
**might** 192:14 228:12
**mile** 247:11
**miles** 246:17 247:5
**Miller** 37:18 44:3
80:17,20,23 81:4,12
81:14,22 90:2,6
93:4 99:13,19,21
101:3 102:7 107:16
107:19 108:4,8
114:10,13,16 117:3
119:6 173:21 174:2
**Miller/Schroeder**
184:10
**million** 38:5,5 170:24
173:24 176:8,8,8
181:22 184:10,12
185:21 189:2 191:7
197:25 202:20
203:11 225:23,24
225:25 226:5,8,17
226:18 248:9,15
**millions** 170:7
**mind** 142:22 171:4,6
180:14 212:25
**minds** 214:19
**mine** 13:18 19:10 60:2
67:16 210:7
**Mineola** 1:16 2:15
3:16
**minute** 31:4 70:9,10
122:5 206:4 215:9
**minutes** 21:16 94:22
236:15,17 254:12
**minutia** 224:16
**Mirage** 238:7 239:5
**miscommunicating**
210:2
**misinformed** 28:11
**missed** 188:17
**misunderstand** 41:16
**Mittman** 233:20
**Mohawk** 1:5 29:22
33:25 34:3,8 35:18
36:12 41:20 49:23
50:25 60:23 77:5,6
94:15 132:20
133:13 147:18
240:20 241:18
249:23 250:2 258:3
269:7
**Mohwak** 6:16

**moment** 76:7 141:14
175:3 185:8 202:12
231:21
**money** 54:5,23 55:2,3
55:9 127:10,22
128:17 164:4,6,8
167:14,15 172:20
183:14 186:11
191:19 199:15,17
199:19,20,22 200:3
201:22 202:22
204:11 205:4 206:9
225:13 232:17,18
248:4 250:9 251:21
252:4
**monograms** 58:18
**Monteau** 246:3,13
264:20
**moot** 247:13
**more** 9:4 21:25 47:5
48:4 71:9 93:23
96:11 105:24
106:15,18,22
111:10,16 129:3
181:8 219:24
235:16 247:20
250:19
**morning** 6:13,14 8:11
109:6,9,23 110:2
112:8 114:14
**Mortgage** 74:6 241:5
**most** 58:10 63:11
74:22 114:12
**MOTIONS** 264:11
**motive** 212:25
**Mountain** 3:5
**move** 16:25 17:11
18:2 110:24 260:17
**moving** 47:6
**much** 54:2 68:3
112:23 186:13
226:6 243:25 248:4
**Mullin** 136:7 268:18
**multiple** 31:5 222:8
**murals** 126:10
**must** 65:8 129:4 176:2
**Myself** 106:7

**N**

**N** 3:2 4:2 95:10,10,10
264:2
**name** 6:7,15 9:25 10:4
15:24 59:12 69:21
78:3,9,11 88:4,8
109:13 137:12
211:18 257:7 273:3
273:5
**names** 14:9 18:18,21
19:5 260:13
**Nancy** 136:6 268:18

**narrow** 9:19
**Nassau** 19:23 54:16
263:5
**Natalone** 39:19 40:9
40:15,20,25 41:6
42:3,8 43:5,10,15
43:20 44:2 138:8
139:15 140:16
141:5 142:3,24
150:9,19 160:9,15
160:24 162:10
163:9 166:14
167:20 177:13,13
185:6 194:6 197:10
200:4,12 202:5
226:21 228:6,7
229:22 230:7,9
232:13,23 268:21
269:10 270:4,9
271:19
**Natalone's** 150:23
177:6 196:4
**National** 49:20
194:17,18 195:5,16
241:5 242:9
**Native** 18:3,7,14,24
18:25 19:2,6,11,23
52:25 106:10,19,23
255:20
**necessarily** 72:23
**need** 7:11 23:24 94:22
135:16 145:21,24
146:10 211:25
224:16 231:16,17
235:19
**needed** 145:22 231:12
**negotiate** 93:18
231:15 238:19
**negotiated** 222:21
253:12
**negotiating** 82:6
105:4 223:14 250:3
251:8
**negotiation** 101:16
104:9 106:18
117:20
**negotiations** 81:22
104:21 230:23
231:3,7 232:5
238:22
**neither** 52:3 134:3
**never** 9:2 32:3 35:2,3
35:4 49:18 78:14
79:10 86:8 100:13
102:19 127:19,20
141:23 142:22
179:20 196:20
221:10 233:2
234:24 239:5 242:6
245:11

**new** 1:3,16 2:15,16
3:16 4:8,8,16 6:12
12:17 13:11 60:21
82:9,10,11 83:5,10
228:9 258:4 263:3,8
265:22
**newspaper** 70:18
**next** 33:6,13,16,24
76:14 96:5,19 97:6
99:14 112:12
114:11 116:10
125:20 137:11
148:12,14 188:10
194:17 196:3 198:9
200:24 201:3
207:19
**NIGC** 38:3 49:21 50:2
50:5,9,15,23 51:4
120:25 197:24
244:19 246:17
247:4 248:6,11
**nightclub** 45:2 165:5
165:6,7
**nine-page** 98:25
168:13 266:18
267:6 270:13
**nod** 7:3
**nods** 82:2
**none** 16:17 19:4,10
57:15 96:21 117:18
250:15 264:9,10,11
**NORTHERN** 1:3
**Notary** 2:16 6:3
262:21 263:7
**notating** 161:24
**notation** 186:20
193:14 197:11
227:23
**notations** 161:21
229:14
**note** 26:9 106:25
124:20 151:7
163:18 182:19
222:22 227:18
234:7 237:3 243:13
244:22 249:13
265:23 267:20
**noted** 95:11 262:11
**notes** 31:13 65:24
206:25 264:17
**nothing** 20:20 32:19
46:24 47:9 84:5
162:9 196:2 199:22
208:11 222:16
225:5,7 229:14
246:18 247:6
251:24 255:12
262:9
**Notice** 118:14 119:11
119:15 120:8,13

124:21 267:10,20
**notices** 98:3
**November** 36:6 60:25
61:5 99:20 100:10
101:3,14 108:25
109:10,12 110:3
115:2 222:17
**Nowhere** 254:3,4
**number** 30:12 59:17
59:18,21,24 60:4,7
60:12,16 62:14,16
65:2,8,12 67:19
68:17,22,23 71:17
84:13,15,16 90:10
90:12,13 91:3,4
92:15 100:4 101:14
108:13 114:5
116:24 142:11
173:14 178:2,10,11
178:20 181:23,24
181:25 182:7
183:19,25 184:6
185:11,12,13,15,15
185:16 188:19,19
194:24 195:7,9,12
197:14,17 198:16
201:7,7,8 205:17
207:11,17 208:4
209:12,23 210:4
220:23 221:2,5,23
222:4 235:4
**numbers** 32:9 127:6
182:2,5,13 184:8,9
199:5,12 208:9
230:17
**numerous** 26:20
**NYS** 31:13 264:17
**N-a-t-a-l-o-n-e** 39:19

**O**

**O** 88:7 95:10,10,10
**oath** 5:14
**object** 24:8,9,11 27:8
34:17 36:23 42:19
42:22 94:3 192:2
248:19
**objection** 10:25 11:3
16:7 20:9,11 22:4
22:16,19 23:2 24:20
25:5,11,22 27:6
34:11,19 36:14
38:16,17 41:8 45:23
46:22 47:8 53:22,23
57:21 60:13 66:10
68:4,6 77:14 86:4
89:6 94:9 98:19,20
101:18,19 104:7,12
104:13,22,23 107:6
117:15,22,23 118:8
120:9 124:8,9

129:14,15 130:4
131:23 141:2,7,8
151:5,7 156:2 159:2
159:12 161:3
163:18 169:19
173:2,3 176:5
177:15,16 179:8
181:14 182:10
183:2,3,6 185:22
186:6 189:20,21
196:24 200:8,14,15
203:8,22,23 204:6
204:24 217:11,12
222:22 223:21,23
224:23 225:15,16
226:11,12 227:18
228:15 232:25
233:25 234:7 237:3
241:20,21 242:2
243:2,6,13 244:22
244:24 248:8 249:5
249:13 250:3,21
251:7
**objections** 5:8
**objects** 7:6
**obtain** 25:9 36:22
37:10 38:8 39:22
44:6 241:24
**obtaining** 123:22
124:5 258:14
**obviously** 8:8
**occurred** 47:11 260:6
**October** 36:20 37:8
37:12 45:25 76:5
80:23 81:18 84:19
90:8 92:15 93:11
97:4 98:9,18 194:18
195:16 222:15
223:6
**off** 7:15 9:16 20:24,25
29:16,17 42:25 43:2
68:18,19 95:7
138:25 139:2 155:2
165:22,23 178:25
207:13 215:8,10
**office** 18:10 24:25
79:4,5,6,7,9 92:14
110:15,16 117:9
212:3,12 213:20
233:6 257:7
**officer** 5:13 20:2
27:15 78:25
**officers** 12:21 13:19
14:24 19:11 45:22
221:2
**offices** 2:13 4:12 13:5
97:22 98:17 212:3
214:16
**Oh** 64:22 76:16
100:13 114:7

137:13 194:15,23
202:13
**Oheka** 7:23 15:17
16:3,8 22:3 169:17
170:3 171:12 172:2
172:4,6,7,21,25,25
173:4,10 175:9,21
176:2 184:23
185:20 186:2 187:7
187:11 191:16,24
192:7 202:15,16,18
262:5 270:12
**okay** 15:18 22:10
30:24 32:12,23 37:7
47:23 56:6 60:8
64:22 71:15 73:22
76:16 77:8 96:6,15
96:15,15,19 100:16
121:9 139:21
144:20 150:15
154:16 163:8
169:20,23 171:8,9
171:19 176:9,18
177:24 178:4,14
180:13 182:6 184:2
184:3,7 188:7 193:2
194:15 195:25
212:6 223:3 239:21
251:12,25 258:10
258:22
**Okeka** 168:10
**Old** 12:16 78:25 79:18
84:11 91:22 98:17
**Olsen** 88:5,6 89:5
**once** 9:4 213:4
**one** 12:16 13:13,15
16:4 18:16 19:24
44:10,10 47:4 71:10
72:12 73:21 76:12
78:25 79:18 84:11
91:22 92:3 93:10
94:21 98:17 99:23
106:13,15,18,22
109:11 121:11,19
123:3 139:25
143:18 151:19,22
169:4 180:18,21,21
182:23 183:4 185:4
187:23,23 189:8,10
192:3 193:23 195:2
195:15 202:23
218:6,9 228:2,9
231:5,18,19,20
242:15 245:2
246:22 247:11
252:11 253:24
256:25 257:2,4,5
258:9,11 259:2,9
**ones** 194:24 209:5,10
209:15 213:16

222:4 230:22
**only** 53:10,14 106:5
110:14 113:2
125:10 126:3
138:22 151:22
154:20 155:3
163:22 164:6 165:9
167:13 176:12
189:6 193:11 198:7
215:14 225:10,17
232:16 259:9
267:23
**On-Premises** 124:21
267:21
**oOo** 5:2,18
**open** 183:24 212:21
**opened** 35:21 219:6
224:14
**opening** 85:5 110:10
128:9
**operation** 258:2,17
**operational** 44:18
**operations** 138:10
**operator** 238:14
**opinion** 32:20 118:10
**opposed** 7:3 231:3
**order** 258:16
**orders** 219:24 221:10
**original** 110:16
222:20
**originally** 154:24
**other** 8:15 10:4 14:9
15:24 17:14,17
18:12,18,21 19:4
29:23 30:12,14 53:8
55:22 70:5 88:18,23
89:4 111:6 118:2
126:20 163:15
193:23 194:24
207:16 209:5
215:20 222:3
225:13 226:5
230:16,22 231:20
248:23 253:24
254:9 256:25 257:4
257:5,7 260:6
**others** 209:10
**Otherwise** 164:7
**ourselves** 95:17
**out** 16:24 30:9 53:25
81:5,6 86:19 92:3,5
110:16 111:16
128:5,8 171:14
192:9 197:13,15
214:20 219:22
222:20 230:3 238:8
253:15 261:25
262:5
**outcome** 263:17
**outside** 46:4,14 68:9

228:17
**over** 17:6 29:4 181:25
182:8 185:21 189:3
192:3,5,8,14 194:8
201:4 202:20
215:18 223:8
248:15,25
**Ovington** 98:6
**owe** 186:10 205:4
**owed** 54:5,23 55:2,3
164:4 167:14,15
173:14 203:14,18
225:18 226:14,15
251:21
**own** 11:20 15:19 22:3
30:6 59:2,5 77:21
183:8 256:20
**owned** 10:21,23 11:4
11:8,11,14,16,24
14:16 15:15 253:19
**owns** 62:4
**Oyster** 6:11
**O7976** 99:11
**O7986** 107:2
**O7998** 116:4

**P**

**P** 3:2,2 4:2,2
**package** 104:9 238:16
238:23
**page** 32:24 33:6,7,13
33:16 51:23 52:24
53:18 59:11,14
62:18 63:4 76:14
77:2 94:19 95:18
98:2,13 111:19
115:2,25 116:10
122:9,14 130:6,10
130:13,15 135:24
137:8,10 139:3,9
145:14 148:12,14
165:13 169:6
185:10,13 190:15
191:12 194:8,12,17
195:19 196:3 197:2
200:24 201:4,6
217:2,7 233:10,10
248:13 257:13
264:3 265:22 273:9
273:11,12,14,15,17
273:18,20,21
**pages** 48:5 97:7,14
103:5 116:9 138:18
138:22 139:4,7
163:4 176:23 192:3
192:4 204:17
206:13 268:22
**paid** 53:20,24 54:2
171:23 197:18,22
203:13 225:17

226:7 248:15 250:8
250:10
**Palmieri** 1:23 2:15
263:7,23
**paper** 53:13,14 66:15
72:3 102:5 136:15
144:24 161:5
162:23 163:7
**papers** 215:2,5
**paragraph** 51:24
53:16,17 62:19 96:3
96:5 114:11 119:20
132:23 245:24
248:14 257:11,13
258:11
**Park** 22:15,24 23:11
24:17,25 25:9,17,18
27:3,22 28:10 32:7
32:8 33:4 46:19
47:10,17 48:2 97:21
97:22 111:9 169:3
187:23 210:23
211:14 213:15,16
213:21 214:5,25
222:19 223:15
224:4,8,12 225:10
225:14 228:20,20
228:22 229:9
230:15,23 231:6,22
232:6 235:12,17,23
235:24 236:8,12
237:16 238:6
248:24,24 254:5
**part** 23:6,8 167:25
191:14 199:23
231:15
**participation** 224:7
**particular** 30:21 40:5
88:17 89:2 168:24
**parties** 5:5 55:11
231:18 263:15
**partner** 214:10 215:3
223:18
**partners** 78:21
214:25
**partnership** 52:14,22
197:23 264:25
**party** 16:8 52:5
157:20 231:18
**past** 231:16
**patience** 174:25
**pay** 82:17 167:17
232:19,20 250:11
**paydown** 170:17,18
170:20,22,23 171:8
173:16,17,20,24
**paydowns** 171:14
176:7,10
**paying** 250:16,19
251:24

**payment** 44:2 213:3
213:10 249:24
250:4 251:8,11
**payments** 169:22
173:18 176:14,15
178:7,9 254:21
**pending** 7:13 165:19
245:11
**people** 111:6 128:7
152:11 245:22
257:6,7
**per** 85:9
**percent** 11:20 13:3
15:6 69:6 182:19,20
182:25 184:19,20
187:7
**perform** 36:11
**perhaps** 57:13
**period** 9:18 11:6,7
26:23 34:9 36:20
37:8 45:25 172:12
220:13 252:9
**person** 202:3
**personal** 28:14,23,24
29:9,19 30:6 57:15
94:23
**personally** 30:20
**personnel** 45:20
**peruse** 90:21 97:6
**PFI** 78:20
**phone** 95:5 127:5
**phrasing** 41:11
**piece** 71:23 72:2
**pile** 209:7,14
**pits** 127:3
**place** 4:15 12:16
22:15,24 23:11
24:17,25 25:9,17,18
27:3,22 28:10 32:7
32:8 33:4 46:19
47:10,18 48:2 97:21
97:23 111:9 128:18
169:4 187:23
210:23 211:14
213:9,15,16,21
214:6,25 224:4,8,13
225:10,14 228:20
228:20,23 229:10
230:16,24 231:6,23
232:6 235:13,17,23
235:25 236:8,12
237:16 238:6
247:11 248:24,24
254:6
**placement** 89:12
92:22 93:2,4,9,14
93:25 99:2 100:15
100:18,24 104:21
105:6,9 113:15
114:9,17 115:9,15

117:7,13,21 118:7
266:15,19,25 267:6
**Place's** 222:20 223:15
**Plaintiff** 1:6 3:4
**Plaintiffs** 206:17
**Plaintiff's** 31:10,17
32:24 50:8 51:9,14
52:13 56:8,14,19
61:12 64:3 66:23
67:7,22 70:17 71:13
73:11 75:15,22 80:2
80:10 83:17 89:11
95:18 98:23 99:5
105:15,20 113:12
113:20 115:13,18
118:12,22 120:24
121:5 122:7,18,24
124:18,25 125:9,14
130:19 131:3 132:2
132:7 134:5,12
135:18 136:4,11
138:7,14 144:7,16
147:17 150:8,13
154:9,14 156:5,10
156:23 157:22
158:6 160:8,13
164:11,17 166:13
168:9,13,17,22
174:7 175:4 176:18
185:14,16,25
186:16 190:5,10,14
193:21 204:14
206:11 215:11
216:2,10 217:19
220:2 221:8,15,22
226:20 233:16,24
236:20,25 239:12
242:18 247:22
248:12 254:14,18
264:13 265:3 266:3
267:3 268:3 269:3
270:3 271:3 272:3
**plane** 39:4,8 134:25
135:22
**planned** 45:2
**planning** 165:4
**plans** 157:15 260:10
**play** 34:3 128:16
**plea** 136:15
**please** 6:8 110:8 117:9
132:22 142:19
159:6 168:8 193:11
209:8 223:25
226:19 233:12
**pleasure** 258:25
**pledge** 37:18 118:15
119:10,12,15 120:8
120:13 267:11
**plenty** 17:24
**point** 47:20 92:2

147:2 166:17
167:15 185:11
210:19 226:10
247:13
**pointing** 171:14
180:10 212:4
**poker** 41:2
**police** 31:13 40:9
45:16 82:10,11,23
82:24,25 83:2,3,9
83:10 152:18 217:7
217:10 264:18
**policy** 155:25
**politics** 216:19 217:15
**Porco** 215:13 270:20
**position** 137:25 215:6
260:10
**possible** 9:20 210:3
**possibly** 238:23
**Post-It** 265:22
**power** 208:21
**precinct** 83:4
**prefaced** 77:22
**preliminary** 77:3
238:21
**prepare** 8:3 176:15
193:19
**preposterous** 246:14
**present** 152:9
**presented** 22:14
**preserve** 243:5,10
**preserving** 235:8
**president** 1:8 3:13 4:5
25:3 28:10 77:6
78:25 91:25 98:3,9
100:7,9 108:12
165:11,15,25
248:24 255:8
260:12 267:13
273:3
**President's** 46:3,13
46:18
**pretty** 51:2 65:10
112:23
**prevent** 247:15
**previous** 201:4,6
246:16
**previously** 126:10
261:21
**price** 53:17
**principal** 78:24
169:21
**principle** 172:24
**prints** 195:12
**prior** 34:4 48:7,25
231:22 232:5
**privacy** 250:13,20
**privilege** 8:21,23 9:5
234:4 249:7
**privileged** 233:19

234:2,12 235:10
243:4 244:14
271:22
**probable** 96:11
**probably** 7:14 72:21
73:3 139:22 155:17
161:18 172:5
202:20
**problem** 46:6 59:2,4
193:11
**problems** 117:24
**Proceed** 16:13
**proceeds** 173:25
249:24 250:17
**process** 36:17
**produce** 22:23 85:22
234:16
**produced** 23:10,16,18
24:16 25:17 27:2,25
28:8,9 32:3,8 173:9
187:15,23 192:17
198:24 227:20
228:10,19,21
234:14,19,20 243:7
243:9,11,17 249:8
**product** 234:11 243:6
**production** 32:11
55:15 169:3 214:13
229:9 235:3,8
243:23 249:12
**productive** 181:9
**program** 67:4,11
135:2,6,22
**programmed** 210:9
**project** 52:3,6 62:7,21
62:25 65:20 70:13
77:4 96:16 154:23
218:23 219:21
246:19 247:7
**projects** 106:10,19
**proof** 212:18
**proper** 14:7
**properly** 41:12
199:17
**property** 13:16
**proposal** 39:4 135:2
158:23 159:11,18
222:20
**proposed** 60:22 216:6
271:9
**prosecution** 248:5,11
**protect** 111:2
**protected** 8:23
**protecting** 128:2
**provide** 69:16
**provided** 100:15
117:7 187:7
**pry** 235:23
**Public** 2:16 6:3
262:21 263:7

**pulled** 110:16
**purchase** 52:14,21
53:17 197:23
231:19 264:24
**purchaser** 239:2,3
**purports** 187:10
196:22 198:4
**purpose** 12:18
**purposes** 118:22
138:14 167:7 190:9
**pursuant** 94:16
**push** 222:11
**put** 18:11 22:7 26:9,9
26:13 51:20 65:7
71:19,23 106:3
141:13 154:24
199:6,18,19,20
200:3 206:8 211:18
247:10 259:13
262:2
**putting** 183:8 206:8
238:23
**p-l-a-n-e** 39:9
**P.C** 3:3
**p.m** 95:9,11 194:19
262:11

─────────

**Q**

**qualified** 118:10
**question** 5:9 7:7,9,13
7:14 16:2 18:23
19:9 23:5 24:6,10
24:14 27:8 33:16
34:15,18 37:2 39:8
41:11,24 46:24
48:14,16 66:3 73:7
112:12 116:13,16
118:25 163:25
165:18 177:20
183:7 199:8 217:15
219:13 223:25
228:6 229:22 230:6
257:17 258:8,19
**questioned** 209:22
**questioning** 10:10
222:23 228:16
244:23 248:20
**questions** 6:18 7:4,16
7:25 22:2 23:25
25:15,19 30:2 41:9
47:25 48:17 69:20
117:10 133:20
168:24 227:4
229:24 254:9
258:23 262:10
**quick** 17:5 70:11 74:2
89:19 150:25
**quicker** 260:17
**quickly** 9:20
**quite** 11:23 66:14

180:24
quiz 42:14,18,20,23
quotation 121:23
quotes 126:13

**R**

R 3:2 4:2 6:2 56:21
 95:10,12 263:2
Racing 40:10 152:18
range 139:6
rate 248:16
rather 25:9
re 76:9 77:2 123:9
 149:4 168:10,14
 205:14 270:12,14
reach 180:15 214:14
reaching 180:11
read 53:11 58:18
 70:11 117:5 132:22
 132:25 223:24
 224:2 233:13
 250:22 256:18
 257:17,19
reads 66:25
ready 169:8
real 32:21 92:18
 155:11
realize 22:9 211:13
really 7:18,18 13:8
 84:14 176:17
 215:23 253:4
reason 7:11 41:15
 57:3 60:15,17 72:15
 74:18 75:10 87:10
 87:12 89:3 92:13
 96:24 102:17,21,22
 109:7,15,21,25
 119:25 120:18
 123:25 132:18
 133:16 135:8
 137:18 140:16,24
 145:22 146:13,25
 147:8 152:8 154:17
 155:6 157:13
 160:24 163:22
 165:3 167:13
 175:20 177:7 179:5
 179:22 186:25
 208:22 232:21
 256:4 273:6,9,11,12
 273:14,15,17,18,20
 273:21
reasonable 102:13
reasons 245:14
recall 12:8,10 24:16
 27:4,20 36:15 37:11

42:5,10 43:23 44:4
 44:9 45:4,24 46:9
 46:10 49:4,9,14
 50:6 51:21 59:8,10
 59:20 62:8,17,24
 63:16,19,21,22
 65:21 69:10 70:8,15
 70:23 73:24 75:5,5
 75:6,7 76:19 78:19
 80:7 81:16,17,24
 82:5,7 83:15 84:25
 85:21 89:22 90:22
 90:22 92:10 93:15
 93:18 96:4 97:10,11
 99:8 100:19 105:7
 105:13,22,24 106:4
 106:12,17 109:13
 110:4 111:22
 112:21 113:9
 114:15 115:11,20
 118:18 121:21
 122:11,24 123:19
 124:16 125:5,14
 126:23 127:7,12
 132:10,21 133:18
 134:17 135:5,23
 136:13,25 137:15
 137:17,21 138:17
 139:14 140:19,21
 140:22 142:4,25
 144:21 146:17
 148:24 149:6
 150:17,18 151:18
 152:2,7 155:23,24
 156:11 157:6,7,8
 158:13 159:10
 160:16 164:7,18,23
 164:25 165:24
 166:22 167:23
 170:8 173:13
 174:14 175:14
 176:12,25 179:21
 183:17 186:19
 189:12 196:11
 202:19 205:9
 206:20 208:10
 216:13 217:17
 218:20 220:5,18
 222:14 227:11,14
 227:19 230:19
 237:21,22,23
 239:10 241:22
 242:3,8,23 248:4
 249:14 254:24
 255:22,23 259:19
 259:20
recalling 219:2
recalls 113:3
recede 171:17
receipt 247:25 272:17

receive 38:12 39:13
 39:17 72:6 136:12
 193:10 232:6
received 55:14 93:10
 114:11 142:13
 198:5,7 207:15
 209:2 211:12
 215:13,17 231:9,24
 236:4
receives 249:23
receiving 118:18
 122:25 123:20
 127:7 133:22,24
 156:11 164:25
 207:6 211:8 227:19
 232:12,22 239:22
 249:14
recent 54:12 62:20
 114:12
Recently 54:11
receptive 126:18
recess 95:8 122:6
 168:7 236:18
recognized 94:16
recollect 167:19
 221:12,12,13
recollection 12:6 24:4
 42:13 52:8 53:4
 60:11,14,24 61:5
 62:16 63:13 69:14
 70:12 74:3 77:10,23
 78:4 85:25 92:21
 96:22 97:8 100:23
 104:4,6,11,14
 107:10 108:21
 112:15 117:11,19
 118:2 119:10
 120:11 126:11,14
 126:15 128:22
 129:6 131:3 133:4
 133:24 141:12
 142:21 143:23
 145:13 149:14
 153:2 161:9 163:5
 185:19 198:2
 215:12,14 216:23
 217:9 218:22 221:9
 230:8,18 246:7,23
 248:18
record 6:7 16:23
 17:18 18:12 20:24
 20:25 24:3 27:17
 29:16,17 35:16
 41:17 42:25 43:2
 48:20 51:19 68:3,18
 68:19 91:7,10,15
 95:7 97:20 99:25
 100:25 114:23
 138:25 139:2 147:7
 163:18 165:22,23

174:9 180:11 215:8
 215:10 224:2 230:5
 257:19 263:13
 273:7
recorder 61:16
records 11:13 206:14
reduction 249:20
refer 29:21 35:17
 87:15,19 162:8
 184:21
reference 198:25
referred 32:10
referring 116:14
 126:4 128:3,10
 146:10 149:19
 162:12 164:8 186:2
 209:8,16,19 229:8
 229:11 240:4
 257:11 258:12
refers 51:25 151:11
 184:17
reflect 180:11
reforecast 43:15
refresh 42:12 52:8
 60:24 61:4 62:15
 65:4 69:13 74:2
 77:9 97:8 100:22
 112:15 117:11,19
 119:9 126:15
 128:22 129:5
 149:13,22 163:5
 185:18 198:2
 216:22 221:9 246:6
 246:23 248:17
refreshes 70:11 96:21
 133:3 145:12
regard 105:9
regarding 38:13
 62:21,25 134:25
 135:21 136:24
regards 84:22
Regis 1:4,8 3:13 4:5
 6:16 10:12 26:12
 30:17 33:4,11,19
 49:23 51:17 57:18
 57:23 58:2,14 60:10
 60:23 62:10,12,13
 64:14 68:24 72:5,9
 72:22,24 73:2 74:15
 76:9,11 77:6,7
 80:16,19 83:24 85:6
 86:11,15 89:24 90:5
 94:15 98:4 99:13
 100:8,10 102:7
 107:15,19 108:2,4,8
 108:12 117:3 119:6
 121:15,19 125:21
 130:7,10,15 134:18
 143:3,5,11,25 144:3
 145:6,9 146:20

147:13 148:3,7,19
 155:17 156:19
 159:25 161:12,19
 161:25 162:2,5
 169:14 190:24
 191:2,7 193:10,17
 217:4 236:8 237:15
 240:11,19 249:23
 250:2 258:3 267:14
 273:3
regular 67:11,13
rel 1:4
relate 68:7
related 22:24 29:19
 38:14 109:5,23
 185:20 191:22
 250:2 263:15
relates 112:9
relating 47:10 257:25
relation 129:11,12
 253:25 254:7
relationship 159:9,12
Relevance 21:12
relevant 20:22,23
 21:11 22:9 47:9
remember 53:9,15
 69:21 71:25 77:11
 78:2,3,9,11,12,14
 78:16 80:25 85:9
 109:11 122:13
 133:7,9 159:15
 173:13 197:20
 202:16 209:11,11
 210:14 220:7
 222:16 232:17
 239:22 245:23
 246:8,9,9 249:16
 256:7,9 259:16
 260:7
rented 79:13
repayment 43:20
repeat 41:25
rephrase 7:6 23:5
rephrasing 94:4
report 87:2,3 208:9
 236:22 272:4
reported 1:23 86:20
 86:23,24 126:10
reporter 31:15,16
 50:11 51:12 52:16
 56:12,23 64:7 67:25
 70:20 73:14 75:20
 80:6 83:20 89:14
 91:11 99:4 105:18
 113:17 115:17
 118:17 121:3
 122:22 124:23
 125:12 130:25
 132:5 134:10 136:9
 138:12 144:14

147:20 150:11
154:12 156:8 157:4
158:4 160:11
164:15 166:16
168:12,16,20 190:8
204:19 206:15
216:8 217:24
221:20 226:23
233:22 236:24
239:16 242:22
248:2 254:17
**reporting** 128:23
**reports** 38:12
**represent** 6:16 8:18
177:5 178:14
**represented** 23:11
**representing** 234:22
**represents** 229:6
**Republicans** 189:25
**request** 55:20 56:4
**REQUESTS** 264:6,10
**required** 183:24
258:15
**research** 70:4
**reservation** 49:23
60:23 126:9 246:18
258:3
**reserved** 5:9
**residence** 172:9
255:17
**resolution** 31:12
214:14 264:16
**respect** 214:14 257:23
**respective** 5:5
**respond** 137:4
**responded** 137:16
**response** 60:20 63:20
69:17 146:18,18
**responses** 114:12
**responsibilities**
218:17 219:4
220:20 257:10
**responsibility** 51:5
**rest** 54:5 97:13 105:13
116:6 254:10
**results** 45:7,11 149:18
**resume** 95:6
**resumed** 95:12
**retained** 260:25
**retention** 261:4
**Rettell** 240:15 241:12
272:8
**returned** 240:15
241:13
**revenue** 128:19
160:22 208:9
**revenues** 44:22 161:2
162:13
**review** 8:13 51:11
85:23 100:15,17

101:16 102:14
104:20 105:5,25
117:8 118:6 159:6
212:8
**reviewed** 100:23
**reviewing** 104:4
**revised** 100:14,18,24
113:15 114:9,17
**Rich** 130:23 157:2
268:6 269:18
**Richard** 61:14,21,24
64:5 136:7 265:13
265:14,17,18
268:18
**Rick** 261:25
**rid** 126:21
**rifle** 213:20
**right** 9:25 17:23 42:21
48:3 68:11 86:8,16
107:24 111:24
114:21 115:4,6
118:23 121:22
158:14 159:22
161:6 171:7 174:22
175:11,16 178:9,19
190:3 194:4 205:16
213:2 214:3 229:19
244:2 247:10 252:3
252:3,17 258:5
**righthand** 33:7 51:16
95:19 99:14 114:3
122:8 125:3 138:19
147:22 148:13
156:15 160:5
171:17 177:3 180:8
187:5
**risk** 37:23
**Riverboat** 248:25
255:8 260:13
**RL** 20:17
**road** 3:5 6:11 12:16
39:14 79:2,18 84:11
91:23 98:17 136:24
137:20
**Robert** 221:18 271:17
**Roger** 252:6
**role** 33:24 34:7,13,24
35:6,10,13,24 36:3
93:13 123:22
155:24 255:10
**roles** 34:2
**room** 98:6
**ropes** 127:4
**roughly** 171:23
203:10,14 225:22
226:17
**ruin** 213:6
**rule** 243:13
**rules** 6:24
**ruling** 21:18

**rulings** 20:17 264:8
**rumor** 126:18
**rumors** 126:19
**run** 219:21,24
**running** 251:20
**Russ** 48:12
**Russell** 3:7 6:15
**Ruth** 239:13 240:22
240:23 241:4 242:9
242:13 272:6
**R.C** 1:8 3:13 4:5 25:4
77:7 78:25 98:3,9
100:7,9 108:12
267:13

**S**

**s** 3:2 4:2 6:2 95:10,10
95:10,12 244:6
**Saint** 1:4 3:13 4:5
6:16 10:12 26:12
30:17 33:3,10,19
49:22 51:16 57:18
57:23 58:2,14 60:10
60:23 62:9,12,13
64:13 68:24 72:4,9
72:22,24 73:2 74:15
76:9,11 77:6,7
80:16,19 83:23 85:6
86:11,15 89:24 90:5
94:15 99:13 100:7,9
102:7 107:15,19
108:2,4,8,12 117:2
119:6 121:15,19
125:21 130:7,10,15
134:18 143:2,5,11
143:25 144:3 145:6
145:9 146:20
147:13 148:3,6,19
155:17 156:19
159:25 161:12,19
161:25,25 162:5
169:14 190:24
191:2,7 193:10,17
217:4 236:8 237:15
240:11,19 249:23
250:2 258:3 267:14
273:3
**salary** 85:8
**sale** 46:3,12 231:19,23
**sales** 44:23
**same** 5:6,14 9:7 22:5
22:6 33:16 79:11
97:13 98:12 117:8
118:25 119:3 161:4
171:13 178:20,24
182:5,8 183:20,25
184:8 185:15
188:19,25 189:3
190:3 201:7,7
210:22 214:8

230:20 241:3
243:20
**sanctions** 17:21
**Sandy** 6:11
**save** 19:3,9 20:17
163:7 174:20
**saw** 50:20 72:3 110:13
140:6
**saying** 58:13 72:19
92:9 97:17 102:6
108:16 111:6
127:21 141:9,10
146:10 173:23
187:13 195:6 199:4
199:7,10,15 201:20
208:12 210:15
211:17,20 213:18
213:23 215:6
230:20 247:9
**says** 33:19 51:16,24
53:17 57:24 58:2,6
58:19,21 59:12,16
60:19 62:11,13 63:6
63:6 66:24,25 67:9
69:9 72:4,14 73:4
76:2,12,15 77:3,20
80:16 84:9,22 85:4
85:11,12 86:6,6,15
86:17 91:22 94:14
96:6 98:2 99:11,13
99:18,20,21 100:2,7
100:11,14 102:5
107:5,23 108:16,17
108:18 109:5,22
110:8 112:9 114:8
116:19 119:19
121:23 123:13
124:11 125:19
126:3,8 134:22,24
136:15 142:19
143:2,8 144:2
145:17 146:3 148:3
148:18 149:15
151:13 156:19
159:6 160:23 161:7
161:17,18 162:24
169:17 170:19
175:9,18 177:22
178:7,10,16,23
179:9,10,13 180:3
180:18 181:15
183:19,23 184:15
184:25 187:5
188:11,12 191:3,24
193:9,25 194:22
195:2,18 200:24
201:2,9 206:23
216:16,18,19
227:22 240:14
248:13 249:19

251:7,16 256:3
257:20,22,23
**schedule** 149:5,7
158:2 173:25
269:24
**Schiffman** 252:15,18
**Schroeder** 37:18 44:3
80:17,20,23 81:4,12
81:15,23 90:3,6
93:5 99:14,19,21
101:4 102:7 107:16
107:20 108:5,8
114:10,13,16 117:3
119:6 173:21 174:2
**scope** 16:11 68:10
228:17
**sealing** 5:6
**second** 51:23,24 73:21
77:2 84:2 94:19,22
95:17 115:2 121:11
123:3 130:6 138:24
150:15 154:15
165:13 167:4
171:18 190:12
192:6 217:7 227:8
236:3 239:20
248:13 258:9
**secretary** 26:19 87:21
88:19 89:5
**secured** 191:25
**security** 37:13 38:12
38:15 40:15 45:21
82:20 85:2,8 126:9
127:4 128:5 153:4
172:21 202:18
221:2
**see** 47:2,20 52:18
76:14 90:14 95:20
96:16 100:11 114:6
114:21 121:10
138:15,23 142:19
149:13 150:16
151:18 157:20
158:7,11 161:4,7
162:21,24 163:2
166:20 171:2,20
175:12 176:24
178:11,18 180:3,6
182:16 184:6,8
186:17 188:14,16
190:2 193:3 206:5,6
207:15 216:11
219:21 222:19
227:2 235:3,5
245:23 257:5,14,20
258:7
**seeing** 50:22 51:3,21
52:9 59:8 69:10,14
75:7 80:7 81:17
125:14 131:4

133:10 141:15
    144:21 148:24
    164:18,23 167:23
    170:8 208:10
**seeking** 133:11 163:9
**seem** 127:5
**Seems** 51:2
**seen** 50:17 52:17
    70:21 73:23 75:21
    76:17 89:20 99:7
    105:21 113:23
    132:8 134:15
    139:13 157:5
    158:12 160:14
    174:12 179:20
    196:9 205:8 206:18
    220:3 227:7,23
    229:15 254:22
    259:17
**Seff** 3:8 6:17 18:9
    20:23 21:12,16,19
    23:6 24:9 29:13,16
    32:6 42:22 48:15
    57:24 68:18 91:19
    92:4 104:25 138:25
    139:3 165:21
    213:11,19 222:5
    224:14 228:12,18
    228:24 229:3,11,19
    235:22
**selected** 253:7,10
**selecting** 36:11,17
**selection** 52:2
**selective** 250:23
**sell** 46:18 238:10
    241:17
**Senator** 124:19
**send** 55:21 152:12
    154:25 155:7
    162:11,16,22
    167:21 208:16
    211:2,4 241:9
**sending** 86:2 132:18
    133:16 135:9
    136:24 137:19
    140:24 160:25
    208:22 222:14
**sense** 69:7,8 74:16
    184:24 207:4
**sent** 91:4,5 92:11,14
    102:14 103:2
    123:25 135:15
    141:23,25 147:13
    152:13 157:13
    161:10 162:20
    167:11 211:6
    232:19 241:2,7
    242:10,12 244:9,15
    247:2
**sentence** 158:25

248:13
**Sentor** 267:18
**separate** 28:25 143:4
    236:11
**September** 34:4,9,9
    34:23 37:16 45:9,13
    48:7,25 49:5 50:14
    52:22 206:25
    216:17 220:15
**series** 168:2
**served** 23:22
**service** 39:24 44:8
    191:6
**services** 193:17
**set** 26:7 39:4 263:11
    263:19
**settled** 210:24
**settlement** 245:6,8,10
**seven** 72:2
**seventeen** 151:21
**seven-hour** 16:12
    42:23
**several** 151:16
**sewage** 151:24 152:2
    152:20
**share** 65:12 184:19,20
    196:15,19,20,23
    198:15,16
**shareholder** 12:25
    13:3 15:6 19:16
    20:6
**shareholders** 14:2
**sharing** 79:9
**sheet** 56:20 59:12,15
    61:13 64:4 70:18
    71:11 75:16,24 80:3
    98:24 99:18 100:2
    101:5 102:3 103:2
    103:12 105:16
    107:4 108:11
    109:22 113:13
    114:24 115:14,25
    116:2,7,8,15,18,22
    116:23 124:19
    130:20 131:10
    134:6 136:5 138:8
    139:9 144:8 156:24
    157:23 162:12
    185:24 204:15
    205:14 206:12,23
    210:6 216:3,14
    217:20 221:16
    233:17 239:13
    240:4,5 265:7,12,16
    266:5,9,17,20,22
    267:4,18,24 268:11
    268:16,20,23
    269:15,20 270:19
    270:23 271:4,10,14
    271:20 272:5 273:2

**sheets** 140:11,12
    204:17 270:21
**SHEREFF** 4:3
**she'd** 132:18
**short** 203:12
**shortcut** 182:18
**show** 25:13,14 30:25
    48:20 133:6 163:3
    164:5 168:21 171:5
    174:6 193:20
    204:22 205:7 206:2
    206:8 209:7 210:4
    210:11 232:20
    259:11
**showed** 155:5 209:5
    209:12
**showing** 51:13 56:13
    73:15 83:21 91:9
    105:19 122:23
    125:13 131:2 132:6
    134:11 136:10
    138:13 144:11,5
    150:12 154:13
    156:9 158:5 160:12
    166:19 176:14
    179:6 187:2 199:25
    206:6 226:24
**shown** 118:3 121:4
    124:24 164:16
    173:25 190:13
    206:16 216:9
**shows** 176:7 210:11
**shuffler** 43:6
**Shulman** 12:14
**shut** 17:9 47:21 48:6
**side** 22:7 95:24
    114:21 115:6
    121:22 123:17
    125:3 169:9 171:25
    175:16 187:5 230:6
**sign** 257:7,7
**signage** 136:24
    137:20
**signature** 56:25
    103:21 137:2,7,9
    237:8 240:9 256:22
**signed** 5:13,15 53:4,6
    84:5
**signing** 197:22
**signs** 39:14
**similar** 107:23
**since** 47:10 262:4
**single** 48:16
**sir** 113:22 135:20
**site** 52:6 126:9 260:15
**sitting** 17:16
**six** 71:25 106:5
**six-page** 168:9 270:11
**skeptical** 233:5
**SLA** 145:17

**sloppy** 66:20,21,22
    90:25
**slots** 63:6,7 66:24,24
    67:3,11,13 69:6
    72:5,9,22 73:4
**Smoke** 50:9,16 253:18
    259:16,22 260:4,5
    261:4,8,12,17,23
    264:19
**soft** 121:23
**sold** 203:2
**sole** 20:6 47:13
**SOLOMON** 4:9
    228:14,25 229:4
**some** 7:16 8:5 19:3
    25:19 30:5 31:2
    41:15 42:11 65:24
    66:7 91:15 93:24
    95:23 103:17
    126:13 139:22
    143:16 166:17
    175:25 195:3
    196:22 199:19
    203:24 207:11,12
    210:7,8 214:4,14
    220:13 229:24
    230:16,17 246:15
    251:22 258:19,19
**somebody** 66:22
    81:15 86:6 88:10,18
    89:8 162:22 177:18
    196:23 212:14
    233:13,13 238:6,8
    238:20
**Somehow** 194:10
**someone** 26:15 74:24
**something** 14:6 26:12
    37:5 38:21 48:13
    62:4 72:5 76:11
    110:18 116:11
    123:7 129:4 146:4
    152:12,23 163:12
    167:19 173:4 192:8
    205:25 214:20
    225:25 231:16,20
    232:20 237:24
    238:3 255:4
**sometimes** 30:6
**somewhat** 154:23
    237:23
**sorry** 19:20 39:7
    54:25 64:19 66:5
    73:22 132:25 146:5
    171:8 194:9,13
    201:15 257:14
**sort** 6:23,25 7:18
    175:25
**Sounds** 198:3
**space** 79:13 165:4
**speak** 126:16 128:8

146:7 224:8
**speaking** 46:11
    171:23
**speaks** 159:3
**specific** 14:5 106:4
    117:25 133:23
    152:25 173:15
    175:18,21
**specifically** 173:14
    257:23
**specifics** 170:6
**speculate** 177:18
**spelled** 14:11
**spend** 21:25 248:10
**spent** 248:4
**spoke** 128:19
**spot** 179:3
**spreadsheet** 171:11
    172:24 179:5 187:2
    201:19 254:15,21
**spreadsheets** 177:12
    189:13 203:5
**spring** 45:18
**springtime** 130:2
**ss** 263:4
**St** 1:8 98:4
**staffing** 45:20
**stamp** 26:11 30:16
    32:4,25 33:8,17
    56:16,24 58:6,8,11
    61:18 64:8 68:13
    69:12 70:24 71:8
    73:17 74:19 75:11
    80:13 83:23 86:15
    89:23 97:19,25 99:9
    102:6 103:21 107:2
    107:13,15,17,18,23
    112:7,7 114:2 116:4
    117:2 119:2 121:13
    125:2,19 134:18
    136:18 139:5,8
    142:9,10 145:3
    147:21 148:12,14
    155:8,12 156:14
    157:9 158:14
    160:17 166:23
    169:5,10,11 174:15
    176:22 205:10
    207:8,20 209:3
    216:25 235:4 236:6
    237:12,13 240:7
    250:25
**stamped** 60:9 65:6
    86:14 94:20 98:14
    165:14 167:8 169:2
    174:25 187:24
    190:6,11 209:23
    270:17
**stamping** 75:6
**stamps** 97:21 163:16

174:10
**standard** 27:18 29:6
**standing** 41:13 47:8
68:4,6 171:4 225:12
**staple** 125:17
**Starr** 61:14,21,24
63:14,20,23 64:5,17
64:23 65:18,23 66:6
67:17 265:13,15,17
265:19
**start** 7:15 95:4 169:5
171:16 248:3
**started** 260:11
**state** 2:16 6:7 25:3
40:9,9,25 69:6 82:9
82:10,11 83:10
123:8 146:25 147:3
152:18 188:12
263:3,8
**stated** 21:8,9 103:20
103:22
**statement** 18:11
109:8 138:10 232:9
243:17,18 245:9
**statements** 12:3
**STATES** 1:2,4
**stating** 62:10 107:4
**status** 54:18 55:5
**stay** 188:5 253:16
**steel** 52:7
**step** 109:17 202:11
**Steve** 114:13
**Steven** 266:12
**stick** 16:13 23:24
**still** 88:2 126:20 127:2
142:12 241:14
**stip** 243:21
**stipulate** 174:19
**STIPULATED** 5:3,7
5:11
**stipulations** 249:11
**stock** 11:20
**stop** 29:11 122:4
227:12,13
**Stowe** 3:6
**strategy** 44:19 88:24
88:25
**structure** 7:17 9:18
44:18
**stub** 191:15
**stuck** 23:13
**Stuckwisch** 267:13
**stud** 111:19
**stuff** 30:6 66:14
112:25 154:25
177:19 222:12,24
257:8
**subcontracted** 219:22
**subfile** 73:3 108:5,8
143:24 145:9

**subfiles** 143:15,17
**subject** 62:21 123:5
160:21 205:15
224:15
**submitted** 231:13
**subpoena** 23:23 28:2
**Subscribed** 262:17
**subsequent** 47:17
**substance** 8:8 32:21
63:22
**succeeded** 249:22
**success** 248:16
**sue** 55:8
**sued** 55:10,12
**suggest** 185:5
**suggesting** 141:4
162:4,6 212:19
**suggestion** 212:20
**Suite** 84:11
**summarized** 197:7
**summary** 181:2 182:8
204:16,17 270:20
270:22
**summer** 36:16 45:18
**summertime** 149:25
**summing** 212:17
**Sunday** 127:2 128:15
**supervisor** 219:15
**supplied** 8:24 24:25
28:13 52:5 97:22
231:20
**supplying** 215:2
**support** 132:19
149:17
**supposed** 7:2 53:24
95:2 163:19
**supposedly** 206:6
**sure** 10:11 11:23 12:2
14:12,23 15:20
54:14 55:21 58:20
66:14 77:18 121:8
121:18 128:20
144:19 155:16
170:15 203:24
209:9,19 214:22
218:3
**surprise** 141:16,20,21
142:5,12
**surprised** 142:7
**surprising** 142:16
**suspicion** 88:16,20,22
**suspicious** 140:10
207:24 209:6
**SWIDLER** 4:3
**sworn** 5:12,15 6:3
262:17 263:12
**system** 25:15,20,21
30:10 73:8
**S-c-h-i-f-f-m-a-n**
252:16

**T**

**T** 95:10 263:2,2
**tables** 39:25 44:8
**tag** 215:22
**take** 7:10 16:12,20
31:19 53:12 59:7
65:25 68:3,5 70:9
70:10 73:25,25 76:7
89:18 93:20,22
94:25 99:5 100:20
101:7 105:23
106:24 109:17
121:6,12 122:2
123:4 130:6 131:6
134:13 135:4
144:17 145:11
150:25 158:18
165:13 166:18,25
167:5 168:23 174:7
177:11 188:6
202:11 206:3 220:2
220:6,19 221:21
227:5,10,17 233:23
236:14,16 239:17
254:11,18 256:8,17
260:20 261:25
**taken** 6:18,20 95:8
122:6 168:7 236:18
**taking** 91:11
**talk** 9:17 54:17 61:9
74:10 104:19
110:19 126:21
212:22 238:19
239:8 262:6
**talked** 260:8
**talking** 25:24 26:2,3
41:19 48:21,22 97:3
115:24 116:5
235:12 238:5
260:22
**teasing** 244:17
**technical** 119:18
**tell** 18:19 19:18,22
21:21 31:2 34:5
41:15 53:7 58:3
59:8 66:2 70:11
74:2 92:11 97:7
100:21 101:24
109:18 112:2
126:14 145:12
151:2 152:12 170:6
177:5,12 188:8
198:7,8 199:11
200:21 201:11,12
223:5 229:19
230:14 232:10
247:12 256:11,11
256:12 261:16
**teller** 43:10
**telling** 112:4 141:18

208:12 210:19
**Temple** 272:16
**ten** 12:9 99:23 116:9
166:6 168:6 203:12
**tens** 170:7
**ten-page** 113:14
115:15 272:18
**term** 36:24 119:18
**terminals** 36:18
**terms** 82:6 115:9
**Terrance** 128:19
**terrible** 33:23
**territory** 49:2
**testified** 6:4 30:15
31:21 95:12 140:22
198:10 204:9 231:8
245:18
**testify** 113:2 120:16
124:4 183:10 197:3
197:4
**testifying** 77:21 91:24
**testimony** 94:4
104:24 107:7
112:23 120:18
123:19 124:7 198:5
246:16 263:13
**Thank** 34:22 92:5
258:24
**Thanks** 149:15
**their** 13:5 85:8 98:17
111:2 128:16 205:6
210:9 215:3 229:9
260:13
**theme** 245:9
**theory** 20:19
**therefor** 52:7
**thing** 22:5,6 42:14
84:17,18 87:13
105:11 116:12
164:6 185:3 190:3
225:17 229:17
232:17 233:12
234:10 249:11
253:24 256:20
**things** 30:5 128:18
140:12 190:2
198:18 207:16
257:6 258:19 260:6
**think** 8:10 14:23
16:10 27:23 28:7,10
30:14 34:16 39:10
41:13 52:23 55:19
71:6 77:16,22 78:15
79:12,14 81:7 86:5
88:5,10,21 103:8
110:22 112:11,22
120:10 124:10
128:7 129:19
135:16 148:9
151:20,22 152:22

160:4 163:4,22
164:7 166:7 167:14
167:14 171:24
177:12 181:8
184:25 190:25
194:17 195:12
199:12 202:3,22
203:17 204:3,20
206:7 207:12 208:6
208:25 209:25
210:12 211:24
213:7 225:24
227:20 232:15
233:4,5 235:20,22
237:5,9 238:9
243:12,19,22 244:9
245:3,5,7,8 247:13
255:3,12,15 259:13
259:23
**third** 52:5 130:10
**Thomas** 144:10,11
154:10 156:6
268:25 269:5,11,13
**Thornton** 45:19 218:2
218:22 219:14
220:16,19
**though** 30:20 58:25
65:22 66:19 142:8
143:7,9 161:15
241:7
**thought** 116:14 155:7
260:16 262:4
**three** 103:15 138:22
140:11 151:23
168:6 176:23
246:20 268:21
**three-page** 56:20 64:4
118:14 138:9
157:24 265:9,17
267:9 269:21
271:15 272:7
**through** 9:20 10:24
11:12 90:21 114:10
114:20,21 116:12
127:3 167:9 169:5
170:14 172:13
174:11 178:17
179:10,12,15
181:10 183:13
190:6,11 194:5,10
208:15 209:24
213:20 270:18
**throughout** 55:23
112:24 231:8 244:7
**ties** 185:13
**time** 5:9 7:10 8:5 9:7
9:18 11:5,5,7 13:13
14:5 19:3 21:25
22:12 27:2 47:25
49:19 65:9,13 70:14

74:12 75:13 79:5,12
95:11 105:24
106:21 129:10,12
129:22 142:23
147:2 165:24
171:13 172:10,15
172:15 174:20
175:24 193:10
202:20 220:13
231:14 237:25
238:4 257:6 258:19
262:11
**times** 31:11 32:15
103:16 106:22
256:19 264:15
**timing** 223:12
**titled** 125:10 267:22
**TJM** 1:8
**today** 6:18 7:25 13:4
231:9 234:19
259:18
**today's** 8:4
**together** 71:19 154:24
188:3 238:24 262:3
**told** 66:15 143:19
201:11 202:19
208:25 213:14
217:17 219:7
232:18 242:13
246:2 248:22
**top** 73:18 76:15 84:9
99:20 142:12 157:9
169:17 192:5,6
197:7 209:21 210:4
210:11 216:25
236:6 244:3
**topic** 33:24 74:11
189:14
**total** 9:8 184:14 188:9
198:14 201:3
**totally** 188:18
**tough** 53:15
**Town** 132:16
**tracking** 171:12,15
**tracks** 171:13
**trade** 128:18
**trading** 128:16
**transcript** 50:13
**transcription** 273:8
**Transportation** 39:14
**treat** 213:2
**Treaty** 94:17
**trial** 5:10
**tribal** 31:12 40:10
45:15 217:6,10
264:16
**tribe** 1:5 6:16 25:3
43:21 77:6 94:15,16
119:16 213:3 214:9
214:11,25 227:21

240:20 250:2 255:4
258:3
**tribe's** 49:23
**tried** 126:16 251:23
**trooper** 82:9
**trouble** 108:20
**true** 176:13 207:15
211:15 212:21
231:9 247:4 263:12
**truth** 109:21,24 112:3
112:4
**try** 14:6 171:10
200:10 215:3
**trying** 7:4 19:9 30:9
65:4 81:5 88:21
95:16 111:15 163:7
167:16 184:4 195:7
195:13 198:22
199:9,13,16 201:24
213:25 238:10
245:3 250:9 251:6
**Tuesday** 149:16
**turn** 33:7 62:18 76:14
191:12 194:8,9,11
207:13
**two** 28:3 30:2 47:11
47:11 70:18 94:22
103:22 109:13
182:2 188:22 192:6
204:16 225:25
236:15,16 257:5
259:3 265:22
269:11 270:21
**two-minute** 93:21
135:17
**two-page** 50:8 51:9
61:13 73:11 75:17
80:4 132:2 134:7
150:8 154:9 164:11
247:22 264:21
265:4,13,25 266:7
266:10 268:8,12
269:9 270:5 272:9
**type** 104:8 107:23
162:11 170:13
**typed** 210:5

**U**
**U** 6:2 95:12
**unaudited** 208:9
**unclear** 30:3
**under** 66:23 95:22
126:20 250:13
**understand** 7:5,7
15:25 22:17 23:7,9
29:23 30:7 34:18,21
34:22 37:2 39:8
41:22 48:14 50:22
51:3 75:8 77:19
93:3 108:19,22

147:7,12 171:10
173:22 184:4 188:5
195:8 199:14 200:9
202:7,10,15 213:11
213:17 229:25
246:11 250:6,7
251:6,25
**understanding** 41:14
146:14 162:19
183:12 244:18
249:20
**understands** 182:16
182:18
**understood** 34:16
39:11
**Uniondale** 60:21
**UNITED** 1:2,4
**unless** 7:8 23:20 29:3
**Unlike** 222:3
**unreasonable** 93:7
112:12,17,20
143:23
**unsigned** 86:9 87:13
**until** 48:23 128:8
238:19
**update** 131:16
**upper** 33:7 51:16
99:14 114:3 147:22
148:13 156:15
177:3,23 180:8
186:20 196:3
200:24
**upsetting** 21:22
**upside** 180:23 194:10
194:11
**upstate** 83:6,7
**use** 71:6 116:3 213:15
**used** 107:22 202:24
251:22
**using** 172:20 232:8
**utilize** 23:12 187:11
**utilizing** 202:17
**U.S** 128:16

**V**
**valet** 221:5
**Van** 67:23 69:19
265:21
**various** 38:14 57:7
68:11
**vendors** 52:5
**Ventures** 20:8 21:4
240:2
**veracity** 109:22,24
**verbally** 7:3
**Vermont** 3:6
**versus** 28:10
**very** 14:4 21:22 37:6
53:13,15 59:14
66:15 82:23,24

126:17 145:20
190:15 207:23
210:2 219:7 230:23
260:15
**Via** 90:15
**Vic** 76:12
**video** 36:18 40:25
63:6 66:23 67:3,10
67:13
**Vinchiarello** 134:8
268:13
**violates** 224:25
**violation** 224:11
**VLC** 76:15,16
**VLTs** 152:15
**void** 47:2
**voiding** 47:14
**volunteer** 163:20
**vs** 1:7 273:3

**W**
**Wagering** 40:10
152:18
**Wait** 227:8,12 260:21
**waiting** 226:6
**waitress** 39:24 44:7
**waive** 52:2,4
**waived** 5:6
**walking** 127:3 247:16
**Wally** 253:24 254:6
**Walter** 56:10 71:12
73:12 74:5 114:25
117:9 118:13 120:6
122:20 124:3,20
130:21,23 144:8,10
144:12 149:20
154:10 157:2 216:3
216:4 221:16
226:21 233:17,19
259:23 264:22
265:5,24,25 266:23
267:9,17,19 268:4,6
268:24,25 269:5,12
269:14,18 271:5,5
271:14,18,21
**want** 7:10 8:7 12:4,10
14:6 16:23 17:18
20:12 21:25 23:20
27:16,18 28:18 29:4
29:5,15 31:2 32:4
41:17 42:12 55:20
55:22 73:25 77:18
94:25 95:4 101:7,24
105:23 107:9
110:17 111:23,25
122:4 126:13 131:6
133:2 143:20
144:17 157:20
167:5 168:3 173:6
174:22 175:2

179:15 182:12,15
195:22 197:3,4
209:17,18 224:9,10
227:9 232:15 233:6
233:9 245:23 247:3
**wanted** 157:18 164:5
213:4 230:16
231:18 246:17
247:4 250:8 260:20
261:24
**wanting** 199:2
**warmed** 7:19
**Warren** 252:15
**wasn't** 48:11,23
215:23 225:5
250:19
**wasted** 47:24
**watch** 236:2
**water** 7:12
**Watertown** 31:11
32:15 264:15
**way** 22:11 32:13 53:3
53:11 87:13 89:7,8
96:14 97:20 106:4
108:10 119:24
137:5,16 141:25
176:17 180:15
192:16 202:13
207:12 214:23
263:16
**weak** 246:4
**Wednesday** 1:17
149:16
**weekend** 44:13
**welcome** 233:7
**well** 13:8 16:16 25:2
25:13 32:6 72:24
101:13 106:9,24
116:10,19 136:21
140:2,7 151:10
162:24 201:20
225:3 228:5 231:12
234:8,18 243:14
253:21 256:8,17
259:25 261:18
**went** 53:14 62:9 68:24
86:11,18 101:13
140:9 194:21
195:17 208:15
210:16 239:5
**were** 8:24 13:20 14:2
19:16 20:5 23:15,17
24:25 25:16,16,17
26:25 28:8,9 36:6
36:10,16,21 37:9,12
37:17,21 38:2,7,24
39:3,12,21 40:3,11
40:16,21 42:9 43:11
43:21 44:5,11,16,21
44:22,25 45:5,9,13

46:2,11,17 53:20,24
55:11 61:5 67:14
70:12 81:21 82:3
83:9 85:20 92:25
93:8 95:16 96:2
101:15 102:14
104:16,20 105:5
106:10,17,21
110:15 115:8
116:14 117:12,19
118:6 123:9 124:5
127:3,17 129:3
131:18 133:11
141:16,23,25 150:2
151:3,15,15,16,19
152:9 157:13 163:3
164:8 165:9,11,15
165:25 167:16
197:21,24,25
198:23 199:5,16
203:13 211:13
213:7,14 218:16,17
219:4,16,23 220:15
223:13,16,17,18,18
223:19 225:7
230:22 231:2
232:12,22 238:10
241:17,24 247:9,9
257:11 258:12
259:6,8,21 261:8,11
261:13,14,17
weren't 164:5 225:12
232:18
Wesley 216:5 271:8
West 13:10,12,13,15
13:16
we'll 17:9,11 31:4
32:12 56:5 92:3
181:7 214:12,17
228:6 229:22
we're 7:2 16:11,20
20:15 22:6 41:19
42:15 47:5,25 95:17
97:3 122:7 142:8
149:17 167:17
202:13 213:12
235:22 237:5
we've 21:17 41:13
55:14 90:11 92:6
93:24 103:17
107:22 139:3
143:16 243:21
WHEREOF 263:18
whole 88:14,20
116:12 212:15
219:25 233:12
234:10 244:23
wife 261:24
William 45:19 130:20
267:25

Willis 2:14 3:15
wine 39:24 44:8
wished 128:16
withdraw 213:5
withstanding 203:4
witness 6:2 18:10
21:21 39:11 61:9,10
79:22 82:2 94:21
111:11 116:16
164:2 165:20
180:13 185:4
187:25 192:19
212:6,16,24 213:17
213:23 214:24
222:10 227:17
234:24 235:24
242:15 245:2,21
258:25 263:10,13
263:18 264:3 273:5
witnesses 112:24
witness's 42:13
woman 132:14
woods 128:8
word 23:13 196:25
233:10,10
wording 53:9
words 30:14 53:8
233:11
work 15:22,23 25:21
26:6 83:5 126:6
139:20 218:9
234:11 243:6 250:4
250:7,12 251:9,13
251:22 252:8,13,20
worked 100:9,13
139:22 193:7
252:24
working 43:21 88:2
115:8 149:17
works 62:3 78:20
132:16 139:21
205:23 218:6 254:5
world 212:18
worried 164:4
wouldn't 60:18 93:2
109:11 120:20
124:6,12,13,15
141:15 208:21
256:9,9,18
wraps 126:21
write 26:11 66:21
111:18 162:5
writing 56:5 62:5
65:19 87:5 192:4
237:22 243:22
246:7,9,24
written 192:8,14
237:18
wrong 24:14 30:15
48:19 185:2 202:13

207:2,14 210:22
215:7 237:5
wrote 58:14,17 87:6
207:2 208:8,13,13
223:7 237:25 238:9
245:24

X

X 1:11 264:2

Y

Y 6:2 95:12
yeah 9:10 129:24
244:15
year 11:16,18 54:13
54:13 85:9 207:2
years 12:9,9 14:18,20
47:11,11 72:2,2
106:5 166:6,6 219:5
246:20 248:25
260:14
yelled 163:20
yesterday 8:12 158:24
York 1:3,16 2:15,16
3:16 4:8,8,16 6:12
12:17 13:11 60:21
82:9,10,11 83:5,10
258:4 263:3,8
Y+Z 182:20

Z

Z 180:3 183:25
Zach 67:23 265:20
zero 248:16
zip 12:17

$

$1 176:8
$1.5 248:9,15
$10 181:22 189:2
$10,386,749 178:11
180:22
$10,386,750 178:18
179:7 188:12
$12 184:12
$14,338,157.16
171:20
$150,000 260:3
$16,230,750 197:13
$18,742,750 198:14
$19,876,749 181:24
$19,876,750 183:19
$2 176:8
$2,000,000 170:23
$2,012,000 198:10
201:3,10
$2,875,000 187:6
$20 38:5
$200 127:11,23
$240,000 203:15

$250,000 197:22
$28 38:5
$3 170:24 176:8
$4,240,000 203:16
$4,250,000 203:14
$4,365,000 185:2
$4,887,000 188:11
$4,990,000 53:20,25
$4.2 225:23 226:5
$5 185:21 203:11
$5,499,750 188:10
$5,620,000 184:24
185:13 186:3
$5,628,000 185:15
$50 202:20
$50,000 85:9
$500,000 197:13
$6 173:24 226:8,17,18
$750,000 54:3 198:5
203:13
$8 184:10
$9,371,375 198:15
$9,490,000 180:5
182:21 183:24
$9,500,000 181:13

0

02-CV0845 1:7
02934 190:6,11
270:18
02935 191:12
02945 192:25
02958 190:7,11
044465 169:5
044470 169:5
04460 138:20 139:6
04461 139:3
04468 175:5
04520 174:10
04522 176:22 185:17
188:6
04527 186:16 188:6
04528 174:11
04738 197:8
04739 200:24
04753 167:8
04770 167:9
057 98:14
063 97:19,25
0804 195:9
08058 95:19

1

1 31:10,17 32:24
182:19 201:3
264:14 273:7
1(c) 257:11,13
1,000 246:17 247:5
1/1 179:25 181:10
1/12/98 64:5 265:19

1/15/98 67:24 265:21
1/9/98 61:15 265:15
1:00 95:6
1:01 95:11
10 70:17 71:13 115:2
153:16 163:3
182:20,25 187:6
265:22
10,31 179:10
10/12/99 221:18
271:17
10/2/98 83:18
10/21/97 56:10 265:6
10/21/98 266:14
10/23/98 89:12
10/25/99 196:7
10/31 178:17
10/8/98 80:5
10:00 2:8
100 11:20 13:3 15:5
10174 4:8
105 266:21
1078s 192:7
1097 1:24
11 61:2 73:11,16
153:18 265:25
11-page 264:24
11/10/98 113:14
11/11/97 56:22 265:11
11/5/98 98:25
11/8/98 105:17
113 266:25
115 267:7
11501 3:16
11743 4:16 13:11
11771 6:12
118 267:11
12 64:17,23 75:15,22
153:20 222:15
223:6 266:5
12-page 233:18
271:21
12/29/98 118:14
12/31 184:24 185:19
186:2
12/31/98 177:23 178:2
180:19,20 186:22
187:3
12/6/96 51:10 264:23
12:21 95:9
12:30 79:24 95:3
120 267:14
122 267:17
124 267:21
125 3:5 267:23
13 32:6 80:2,10
153:22 266:9
130 268:7
131 268:10
134 268:15

**135** 13:10,12,16
   268:19
**13635** 165:14
**138** 268:22
**14** 83:17,22 153:24
   259:15,22 266:13
**144** 269:6
**147** 269:8
**15** 69:24 70:14 89:11
   89:15 95:18 154:2
   266:15
**150** 269:10
**154** 269:12
**155** 269:14
**156** 269:19
**157** 269:24
**16** 98:23 99:6 154:4
   266:17
**160** 270:4
**164** 270:7
**166** 270:10
**168** 270:12,14,16
**17** 105:15,20 154:6
   266:20
**18** 113:12,20 266:22
**18-page** 166:13 270:8
**189** 270:18
**19** 115:13,18 164:21
   267:4
**190** 2:14 3:15
**1996** 9:21 10:24 11:12
   13:21 14:2 19:17
   26:23 34:4,9 48:7
   48:25 50:14 172:12
**1997** 34:9,23 35:5
   36:6 49:5 52:23
   60:12,16 61:2,5
   252:9,22
**1998** 35:9,12 36:10,16
   36:21 37:9,12,16
   49:10 61:20 62:6
   63:14,24 64:17,24
   65:20 69:24 70:14
   72:16 74:8 76:5
   80:24 81:18 84:20
   90:8 92:15 93:11
   97:4 98:9,18 99:20
   100:10 101:3,14
   106:9,19 108:25
   109:10,12 110:3
   115:2 219:9,12
   256:2,6 257:10
   259:15,22
**1999** 35:20,23 36:2
   37:21 38:2,7,11,24
   39:3,12,17,21 40:3
   40:7,13,18,23 41:4
   41:25 42:6 43:3,8
   43:13,18,24 44:5,11
   44:15,21,25 45:5,9

45:13,18,25 48:23
   49:15 127:17
   129:20 130:3
   131:22 137:19,23
   138:4 140:3,16,25
   141:17,24 142:14
   142:23 144:25
   147:8 149:9 150:2
   150:19 151:12
   157:16 159:16
   160:25 164:22
   165:8,15 172:13
   173:15 194:18
   201:18 206:25
   208:18,24 216:17
   218:10,14,19,21
   219:4 220:10,15,20
   222:15 223:6
   232:14

_____
**2**
**2** 4:15 50:8 151:12
   152:10,17 257:13
   264:19 273:7
**2/11/99** 170:23
**2/18/98** 120:25
**2/22/00** 226:22 233:20
   271:19
**2/9/99** 170:22
**2:38** 194:19
**20** 118:12,22 163:3
   222:17 264:8 267:8
**20,000** 79:13
**2000** 9:21 10:24 11:12
   19:17 26:23 46:2,16
   47:18 230:11 241:8
   252:9,22
**2001** 249:15
**2004** 1:17 2:7
**204** 270:22
**206** 270:25
**21** 84:19 120:24 121:5
   122:7 264:7 267:12
**215** 271:9
**217** 271:13
**22** 122:18,24 241:8
   267:15
**221** 271:17
**226** 271:19
**23** 90:8 92:15 93:11
   97:4 98:9,18 124:18
   124:25 267:18
**233** 271:23
**234** 264:7
**235** 264:7
**236** 272:4
**239** 272:8
**24** 1:17 2:7 52:23
   125:9,14 128:7
   206:13 249:15

267:22
**24-page** 270:24
**242** 272:11
**247** 272:17
**25** 48:5 69:6 130:19
   131:3 194:18
   195:16 267:24
**25-page** 270:17
**254** 272:18
**258** 264:5
**26** 132:2,7 144:25
   268:8
**27** 134:5,12 135:18
   268:11
**28** 136:4,11 268:16
**28-page** 147:17 269:7
**29** 138:7,14 139:7
   268:20

_____
**3**
**3** 51:9,14 53:18
   122:14 152:20
   206:25 259:13
   264:21 273:8
**3/15/99** 122:21
**3/22/00** 239:14 272:8
**3/23** 126:8
**3/24/04** 273:4
**3/31/99** 180:2
**3/6/00** 236:22 271:25
**30** 144:7,16 163:4
   197:6 201:18
   268:23
**300** 152:15
**31** 147:17 208:8
   264:18 269:7
**32** 150:8,13 269:9
**33** 154:9,14 269:11
**333** 98:6
**34** 156:5,10 269:13
**35** 156:23 269:15
**36** 157:22 158:6
   269:20
**37** 160:8,13 269:25
**38** 164:11,17 270:5
**39** 166:13,20 270:8

_____
**4**
**4** 52:13,17 53:16,17
   149:9 153:4 264:24
**4th** 157:14
**4/30/99** 130:24 201:2
   268:7
**4/5/99** 124:20
**40** 168:9,22,25 169:4
   175:4 185:9,10,14
   202:12 270:11
**405** 4:7
**41** 168:13,23 174:7
   176:19,20 185:16

185:25 186:16
   270:13
**42** 168:17,23 193:21
   270:15
**420** 84:11
**43** 190:5,10,14 270:17
**44** 204:14 205:8
   270:19
**45** 206:11,17 215:11
   270:23
**46** 216:2,10 271:4
**47** 217:19 220:2 221:8
   271:10
**4737** 194:2,3,5
**4744** 194:5
**48** 221:15,22 271:14
**49** 226:20,25 271:18

_____
**5**
**5** 56:8,14 99:20 101:3
   101:14 153:6 265:4
**5/12/99** 132:4 268:10
**5/14/99** 134:7,9
   268:15
**5/17/01** 242:20 272:11
**5/18/99** 136:6,7
   268:19
**5/19/99** 138:9 144:11
   144:12 269:4,6
**5/26/99** 144:9
**5/3/99** 130:21
**5:45** 262:11
**50** 182:19 184:19,20
   233:16,24 264:20
   271:20
**51** 236:20,25 264:23
   271:24
**516** 59:18 62:14 65:2
   84:13 90:15 92:7
   100:5
**52** 239:12,18 264:25
   272:5
**53** 242:18 248:12
   272:9
**54** 6:11 247:22 249:3
   272:12
**55** 254:14,19 272:18
**56** 265:6,11

_____
**6**
**6** 56:19 153:8 264:4
   265:7
**6/1/99** 160:10
**6/11/99** 156:6 269:14
**6/15/99** 157:3 269:19
**6/16/99** 156:25
**6/29/99** 157:24
**6/5/98** 254:15
**6/7/99** 150:10 154:11
   269:10,12

**61** 138:20 139:6
   265:15
**62** 138:20 139:6
**63** 138:20 139:6
   265:19
**67** 265:21

_____
**7**
**7** 61:12,17 65:23 66:8
   66:23 67:7,8 76:5
   153:10 265:12
**7/1/99** 270:4
**7/19/99** 164:13 270:7
**7/21/98** 71:12 73:13
   266:4
**70** 265:24
**73** 266:4
**741-8040** 59:19 62:14
   65:2 71:17 84:13
   90:15 92:7 100:5
   205:17 208:5
**75** 266:3
**750** 198:7
**79** 266:12

_____
**8**
**8** 64:3 65:23 66:9 67:9
   80:23 81:18 108:25
   109:10,12 110:3
   153:12 216:17
   265:16
**8/12/99** 270:10
**8/20/99** 271:9
**8/22/01** 272:16
**8/24/01** 247:24 272:14
**8040** 209:23 210:16
   221:23
**83** 266:14
**89** 266:16

_____
**9**
**9** 61:20 66:8 67:22
   68:16,17 153:14
   265:20
**9/10/99** 217:22 271:13
**9/19/96** 50:10 264:20
**9/24/97** 52:15
**9/30** 197:8,11
**9/8/99** 271:7
**900** 98:7
**92** 255:3
**95672** 3:6
**96** 19:19
**97** 60:14
**98** 173:15 266:19
**99** 207:5 219:9,12
   222:17