**Exhibit J** is a May 21, 1996 National Indian Gaming Commission memorandum concerning Mr. Melius. This document has not been filed electronically. The May 21, 1996 memorandum contains the following header: "THIS INFORMATION IS THE PROPERTY OF THE NIGC AND IS NOT TO BE DISCLOSED OR DISSEMINATED WITHOUT THE WRITTEN PERMISSION OF THE NIGC." Therefore, the Tribe has requested Court permission to file Exhibit J under seal.