ATTACHMENT I
to
FOURTH AMENDED AND RESTATED MANAGEMENT AGREEMENT
BETWEEN
THE ST. REGIS MOHAWK TRIBE
and
PRESIDENT R.C.—ST. REGIS MANAGEMENT COMPANY.
DATED SEPTEMBER   , 1997

List of Person or Entities
Having a Direct or Indirect Financial Interest in the Management Agreement
and All Persons Having a Management responsibility
Pursuant to 25 C.F.R Part 537

**Persons:**

Ivan Kaufman

**Entities:**

Massena Management, LLC
Massena Management Corp.
President R.C. – St. Regis Management Company

Pursuant to 25 C.F.R. § 533.3(d)(2), information on the persons and entities listed above has been submitted to the National Indian Gaming Commission.