Massena Management
Capital Contributions
AS OF 12/31/98

|  | Kaufman | Melius | |
|---|---|---|---|
| Investment Thru ASF | $ 250,000 | $ 750,000 | |
| St. Regis Tribe | $ 950,000 | $ 50,000 | |
| PRC Mgmt | $ 375,000 | $ 510,000 | |
| out of Escrow | $ 500,000 | $ — | |
| Capital Contrib. | $ 3,424,750 | $ 2,875,000 | Loan to Melius @ 10% agst Oheka |
| Land | | $ 702,000 | Backup t/b provided |
| **TOTAL** | $ 5,499,750 | $ 4,887,000 | $ 10,386,750 |
| | A | | B |

ARC 04527