Oheka-Arbor Loan
Per Arbor Amounts
Borrowed/ Principal Payments

| Date | Check # | Loan Increases | Principal Payments | Balance | | Anderson Blake - Funds Received | |
|---|---|---|---|---|---|---|---|
| | | | | | | Date | Amount |
| Balance of Loan #1 | Nov-96 | 178,136.98 | | 178,136.98 | | | |
| Loan #2 | 11/07/1996 | 350,000.00 | | 528,136.98 | | | |
| | 01/22/1997 | 200,000.00 | | 728,136.98 | | | |
| | 01/27/1997 | 50,000.00 | | 778,136.98 | | | |
| | Jan-97 | | 41,067.00 | 737,069.98 | | | |
| | Jan-97 | | 10,238.75 | 726,831.23 | | | |
| | Feb-97 | | 1,831.23 | 725,000.00 | | | |
| | Feb-97 | | 904.36 | 724,095.64 | | | |
| | 03/01/1997 | | 14,122.63 | 709,973.01 | | | |
| | 03/27/1997 | 210,000.00 | | 919,973.01 | | | |
| | 04/01/1997 | | 33,528.91 | 886,444.10 | | | |
| | 05/01/1997 | | 59,209.12 | 827,234.98 | | | |
| | 05/30/1997 | 495,000.00 | | 1,322,234.98 | | | |
| | 06/01/1997 | | 72,763.45 | 1,249,471.53 | | | |
| | 07/01/1997 | | 48,593.84 | 1,200,877.69 | | | |
| | 08/13/1997 | | 100,877.69 | 1,100,000.00 | Balance @ 12/31/97 | | |
| | 04/24/1998 | 560,000.00 | | 1,760,000.00 | | | |
| | 04/29/1998 | 75,000.00 | | 1,835,000.00 | | | |
| | 06/19/1998 | 250,000.00 | | 2,085,000.00 | | | |
| | 06/29/1998 | 300,000.00 | | 2,385,000.00 | | 06/10/1998 | 86,325.00 |
| | 07/02/1998 | 395,000.00 | | 2,780,000.00 | | 07/10/1998 | 222,197.00 |
| | 09/14/1998 | 876 | 100,000.00 | | 2,880,000.00 | 07/24/1998 | 222,197.00 |
| | 09/18/1998 | Wire | 1,240,000.00 | | 4,120,000.00 | 08/12/1998 | 75,000.00 |
| | 10/16/1998 | 883 | 250,000.00 | | 4,370,000.00 | 08/27/1998 | 100,000.00 |
| | 11/04/1998 | 889 | 500,000.00 | | 4,870,000.00 | 09/28/1998 | 100,000.00 |
| | 11/19/1998 | 891 | 250,000.00 | | 5,120,000.00 | 10/02/1998 | 500,000.00 |
| | 12/03/1998 | 897 | 500,000.00 | | 5,620,000.00 | 10/16/1998 | 250,000.00 |
| | 12/21/1998 | 900 | 280,000.00 | | 5,900,000.00 | 11/19/1998 | 250,000.00 |
| | 12/29/1998 | 901 | 500,000.00 | | 6,400,000.00 | 12/15/1998 | 500,000.00 |
| | 01/11/1999 | 903 | 470,000.00 | | 6,870,000.00 | 01/11/1999 | 500,000.00 |
| | 02/02/1999 | 904 | 250,000.00 | | 7,120,000.00 | 01/25/1999 | 3,000,000.00 |
| Paydown | 02/09/1999 | | 2,000,000.00 | 5,120,000.00 | | 01/26/1999 | 250,000.00 |
| Paydown | 02/11/1999 | | 3,000,000.00 | 2,120,000.00 | | 01/31/1999 | 3,000,000.00 |
| Paydown | 03/04/1999 | | 1,000,000.00 | 1,120,000.00 | | 02/01/1999 | 500,000.00 |
| | 03/29/1999 | 1,800,000.00 | | 2,920,000.00 | | 02/19/1999 | 478,616.00 |
| | 05/06/1999 | 600,000.00 | | 3,520,000.00 | | 02/23/1999 | 250,000.00 |
| | | | | 3,520,000.00 | | 02/26/1999 | 2,000,000.00 |
| | | | | | | 03/16/1999 | 1,000,000.00 |
| | | | | | | 04/09/1999 | 353,822.16 |
| | | | | | | 04/20/1999 | 700,000.00 |
| | | 9,903,136.98 | 6,383,136.98 | | | | 14,338,157.16 |

Prepared on 9-15-98
Print Date / Updated 05/26/1999 3:57 PM

Oheka-Arbor Loan

PLAINTIFF'S EXHIBIT 40 - I.D. 3/24/04

Loanrec

ARC 04465

|  | Date | Check # | Loan Increases | Principal Payments | Balance |
|---|---|---|---|---|---|
| Balance of Loan #1 | Nov-96 |  | 178,136.98 |  | 178,136.98 |
| Loan #2 | 11/07/1996 |  | 350,000.00 |  | 528,136.98 |
|  | 01/22/1997 |  | 200,000.00 |  | 728,136.98 |
|  | 01/27/1997 |  | 50,000.00 |  | 778,136.98 |
|  | Jan-97 |  |  | 41,067.00 | 737,069.98 |
|  | Jan-97 |  |  | 10,238.75 | 726,831.23 |
|  | Feb-97 |  |  | 1,831.23 | 725,000.00 |
|  | Feb-97 |  |  | 904.36 | 724,095.64 |
|  | 03/01/1997 |  |  | 14,122.63 | 709,973.01 |
|  | 03/27/1997 |  | 210,000.00 |  | 919,973.01 |
|  | 04/01/1997 |  |  | 33,528.91 | 886,444.10 |
|  | 05/01/1997 |  |  | 59,209.12 | 827,234.98 |
|  | 05/30/1997 |  | 495,000.00 |  | 1,322,234.98 |
|  | 06/01/1997 |  |  | 72,763.45 | 1,249,471.53 |
|  | 07/01/1997 |  |  | 48,593.84 | 1,200,877.69 |
|  | 08/13/1997 |  |  | 100,877.69 | **1,100,000.00** |
|  | 04/24/1998 |  | 660,000.00 |  | 1,760,000.00 |
|  | 04/29/1998 |  | 75,000.00 |  | 1,835,000.00 |
|  | 06/19/1998 |  | 250,000.00 |  | 2,085,000.00 |
|  | 06/29/1998 |  | 300,000.00 |  | 2,385,000.00 |
|  | 07/02/1998 |  | 395,000.00 |  | 2,780,000.00 |
|  | 09/14/1998 | 876 | 100,000.00 |  | 2,880,000.00 |
|  | 09/18/1998 | Wire | 1,240,000.00 |  | 4,120,000.00 |
|  | 10/16/1998 | 883 | 250,000.00 |  | 4,370,000.00 |
|  | 11/04/1998 | 889 | 500,000.00 |  | 4,870,000.00 |
|  | 11/19/1998 | 891 | 250,000.00 |  | 5,120,000.00 |
|  | 12/03/1998 | 897 | 500,000.00 |  | 5,620,000.00 |
|  | 12/21/1998 | 900 | 280,000.00 |  | 5,900,000.00 |
|  | 12/29/1998 | 901 | 500,000.00 |  | 6,400,000.00 |
|  | 01/11/1999 | 903 | 470,000.00 |  | 6,870,000.00 |
|  | 02/02/1999 | 904 | 250,000.00 |  | 7,120,000.00 |
| Paydown | 02/09/1999 |  |  | 2,000,000.00 | 5,120,000.00 |
| Paydown | 02/11/1999 |  |  | 3,000,000.00 | 2,120,000.00 |
| Paydown | 03/04/1999 |  |  | 1,000,000.00 | 1,120,000.00 |
|  | 03/29/1999 |  | 1,800,000.00 |  | 2,920,000.00 |
|  | 05/06/1999 |  | 600,000.00 |  | 3,520,000.00 |
|  |  |  | 9,903,136.98 | 6,383,136.98 | **3,520,000.00** |

ARC 04466

## Anderson Blake Construction

February 12, 1999
Payments received from St. Regis Management Company

| Date | Amount | | |
|---|---:|---:|---|
| 06/10/1998 | 86,325.00 | | |
| 07/10/1998 | 222,197.00 | | |
| 07/24/1998 | 222,197.00 | | |
| 08/12/1998 | 75,000.00 | | |
| 08/27/1998 | 100,000.00 | | |
| 09/28/1998 | 100,000.00 | | |
| 10/02/1998 | 500,000.00 | | |
| 10/16/1998 | 250,000.00 | | |
| 11/19/1998 | 250,000.00 | | |
| 12/15/1998 | 500,000.00 | | |
| 01/11/1999 | 500,000.00 | | |
| 01/25/1999 | 3,000,000.00 | | |
| 01/26/1999 | 250,000.00 | | |
| 01/31/1999 | 3,000,000.00 | | |
| 02/01/1999 | 500,000.00 | | |
| 02/18/1999 | 478,616.00 | | |
| 02/23/1999 | 250,000.00 | | |
| 02/26/1999 | 2,000,000.00 | | |
| 03/16/1999 | 1,000,000.00 | | |
| 04/09/1999 | | 353,822.16 | FF&E Cost Reimbursed |
| 04/20/1999 | 700,000.00 | | |
| **Total to Date** | 13,984,335.00 | 353,822.16 | 14,338,157.16 |

ARC 04467

*Loan to Oheka Distributions:*

| Date | Check # | Amounts specific to Casino | Oheka | Carriage Hill | Total |
|---|---|---|---|---|---|
| Balance at 4/29/98 | | | 1,835,000 | | |
| 06/19/1998 | | 250,000 | | | |
| 06/29/1998 | | 300,000 | | | |
| 07/02/1998 | | 395,000 | | | |
| 09/14/1998 | 876 | | | 100,000 | |
| 09/18/1998 | Wire | | | 1,240,000 | |
| 10/16/1998 | 883 | 250,000 | | | |
| 11/04/1998 | 889 | 500,000 | | | |
| 11/19/1998 | 891 | 250,000 | | | |
| 12/03/1998 | 897 | 500,000 | | | |
| 12/21/1998 | 900 | | 280,000 ? | | |
| 12/29/1998 | 901 | 500,000 | | | |
| 01/11/1999 | 903 | 250,000 | 220,000 | | |
| 02/02/1999 | 904 | 250,000 | | | |
| 03/29/1999 | | 1,800,000 | | | |
| 05/06/1999 | | 600,000 | | | |
| | | 5,845,000 | 2,335,000 | 1,340,000 | 9,520,000 |

**Paydowns:**

| | | | | | |
|---|---|---|---|---|---|
| 02/09/1999 | | -2,000,000 | | | |
| 02/11/1999 | | -3,000,000 | | | |
| 03/04/1999 | | -1,000,000 | | | |
| | | -155,000 | | | |

1835
1340
3,175,000
2,910,000
255,000
700
655,000
840,000
895,000
1,400,000
2,300

Handwritten (center/lower): lm 600; 15M; 15M; 14; 1.5; 13.3M

|  | Date | Check # | Loan Increases | Principal Payments | Balance |
|---|---|---|---|---|---|
| Balance of Loan #1 | Nov-96 |  | 178,136.98 |  | 178,136.98 |
| Loan #2 | 11/07/1996 |  | 350,000.00 |  | 528,136.98 |
|  | 01/22/1997 |  | 200,000.00 |  | 728,136.98 |
|  | 01/27/1997 |  | 50,000.00 |  | 778,136.98 |
|  | Jan-97 |  |  | 41,067.00 | 737,069.98 |
|  | Jan-97 |  |  | 10,238.75 | 726,831.23 |
|  | Feb-97 |  |  | 1,831.23 | 725,000.00 |
|  | Feb-97 |  |  | 904.36 | 724,095.64 |
|  | 03/01/1997 |  |  | 14,122.63 | 709,973.01 |
|  | 03/27/1997 |  | 210,000.00 |  | 919,973.01 |
|  | 04/01/1997 |  |  | 33,528.91 | 886,444.10 |
|  | 05/01/1997 |  |  | 59,209.12 | 827,234.98 |
|  | 05/30/1997 |  | 495,000.00 |  | 1,322,234.98 |
|  | 06/01/1997 |  |  | 72,763.45 | 1,249,471.53 |
|  | 07/01/1997 |  |  | 48,593.84 | 1,200,877.69 |
|  | 08/13/1997 |  |  | 100,877.69 | **1,100,000.00** |
|  | 04/24/1998 |  | 660,000.00 |  | 1,760,000.00 |
|  | 04/29/1998 |  | 75,000.00 |  | 1,835,000.00 |
|  | 06/19/1998 |  | 250,000.00 |  | 2,085,000.00 |
|  | 06/29/1998 |  | 300,000.00 |  | 2,385,000.00 |
|  | 07/02/1998 |  | 395,000.00 |  | 2,780,000.00 |
|  | 09/14/1998 | 876 | 100,000.00 |  | 2,880,000.00 |
|  | 09/18/1998 | Wire | 1,240,000.00 |  | 4,120,000.00 |
|  | 10/16/1998 | 883 | 250,000.00 |  | 4,370,000.00 |
|  | 11/04/1998 | 889 | 500,000.00 |  | 4,870,000.00 |
|  | 11/19/1998 | 891 | 250,000.00 |  | 5,120,000.00 |
|  | 12/03/1998 | 897 | 500,000.00 |  | 5,620,000.00 |
|  | 12/21/1998 | 900 | 280,000.00 |  | 5,900,000.00 |
|  | 12/29/1998 | 901 | 500,000.00 |  | 6,400,000.00 |
|  | 01/11/1999 | 903 | 470,000.00 |  | 6,870,000.00 |
|  | 02/02/1999 | 904 | 250,000.00 |  | 7,120,000.00 |
| Paydown | 02/09/1999 |  |  | 2,000,000.00 | 5,120,000.00 |
| Paydown | 02/11/1999 |  |  | 3,000,000.00 | 2,120,000.00 |
| Paydown | 03/04/1999 |  |  | 1,000,000.00 | 1,120,000.00 |
|  | 03/29/1999 |  | 1,800,000.00 |  | 2,920,000.00 |
|  | 05/06/1999 |  | 600,000.00 |  | 3,520,000.00 |
|  |  |  | 9,903,136.98 | 6,383,136.98 | **3,520,000.00** |

ARC 04469