| VENDOR ID | Oheka | | | NUMBER | 876 | | DATE | 9|4|98 |
| PAYEE | Oheka Mngmt Corp/Oheka Castle Catering, Inc | | | MEMO | | | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| | | | | | 100,000.⁰⁰ |
| | Addl Advance on Credit Line - Oheka | | | | |
| | | | | TOTAL | 100,000.⁰⁰ |

**ARBOR SECURED FUNDING**
333 EARLE OVINGTON BLVD,
UNIONDALE, NY 11553-3817

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526  N
1-32-219

PAY One hundred Thousand dollars ⁰⁰/₁₀₀          DATE 9|4|98     AMOUNT 100,

TO THE
ORDER
OF  Oheka mgmnt Corp/Oheka Castle Catering, Inc

⑈000876⑈ ⑆021900325⑆ 2598 02 2930⑈

| VENDOR ID | Oheka | | | NUMBER | 876 | | DATE | 9|4|9 |
| PAYEE | Oheka Mngmt Corp/Oheka Castle Catering, Inc | | | MEMO | | | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAY |
|---|---|---|---|---|---|
| | Addl Advance on Credit Line — Oheka | | | | |
| | | | | TOTAL | 100,000 |

**ARBOR SECURED FUNDING**

PLAINTIFF'S
EXHIBIT NO. 71
FOR IDENTIFICATION
Kaufman
DATE: 11-09-04  RPTR: KK
PENGAD 800-631-6989

ASF0089

18 Sep 1998

## WIRES
### Selected Transaction Detail with Totals

*Free Form Wires*

| | | | | |
|---|---|---|---|---|
| Template ID: | Status: | Pending Approval | Application: | Free Form Wires |
| | Amount: | 1,240,000.00 | Value: | 18 Sep 1998 |
| Wire Type: | domestic paym't | Currency: USD | | |
| RFB: | Trans ID: | 403 | RCN: | |
| Reference: | | | | |

Debit Party:
Debit Bank:  ARBOR SECURED FUNDING
FLEET BANK LONG ISLAND
300 broad hollow rd
MELVILLE N Y

Beneficiary:  Oheka Management Corp
Bene Bank:  State Bank of Long Island
Advice:  none
Destination:  intranet
Latest Event:  Modify  STACEY  18 Sep 1998 14:19

21763005
ABA/021401617
Charges:

```
1,240,000.00  Total credits : Free Form Wires
        .00  Total debits : Free Form Wires

1,240,000.00  Grand total of credits
        .00  Grand total of debits
```

Page  1

ASF0090

SECURED FUNDING

| | | NUMBER | 883 | | DATE | 10/16/98 |
|---|---|---|---|---|---|---|
| OR ID | OHEKACAS | MEMO | ADVANCE ON CREDIT LINE | | | |
| YEE | OHEKA CASTLE CATERING, INC. | | | | | |

| ICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| DT LNE | 10/16/98 | 250000.00 | | | 250000.00 |
| | | | | | |
| | | | | | |
| | | | | TOTAL | ***$250,000.00 |

---

883

**ARBOR SECURED FUNDING**
833 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553-3617

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526 N 883
1-32-219

TWO HUNDRED FIFTY THOUSAND DOLLARS

DATE      AMOUNT

10/16/98 ***$250,000.00

HE   OHEKA CASTLE CATERING, INC.
ER   OHEKA MANAGEMENT CORP.
ONE OLD COUNTRY RD.
CARLE PLACE, NY 11554

⑈000883⑈ ⑆021900325⑆ 2598 02 2930⑈

---

| VENDOR ID | OHEKACAS | | | NUMBER | 883 | DATE | 10/16/98 |
|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| CRDT LNE | 10/16/98 | 250000.00 | | | 250000.00 |
| | | | | | |
| | | | | | |
| | | | | TOTAL | ***$250,000.00 |

ARBOR SECURED FUNDING

ASF0091

RBOR SECURED FUNDING

| VENDOR ID | OHEKACAS | | NUMBER | 889 | DATE | 11/04/98 |
|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | MEMO | ADVANCE ON CREDIT LINE | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| CRDT LNE | 11/04/98 | 500000.00 | | | 500000.00 |
| | | | | | |
| | | | | TOTAL | ***$500,000.00 |

---

889

**ARBOR SECURED FUNDING**
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553-3817

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526  N  889
1-32-219

PAY        FIVE HUNDRED THOUSAND DOLLARS

DATE            AMOUNT
11/04/98    ***$500,000.00

TO THE
ORDER
OF
OHEKA CASTLE CATERING, INC.
OHEKA MANAGEMENT CORP.
ONE OLD COUNTRY RD.
CARLE PLACE, NY 11554

⑈000889⑈ ⑆021900325⑆ 2598 02 2930⑈

---

| VENDOR ID | OHEKACAS | | NUMBER | 889 | DATE | 11/04/98 |
|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | MEMO | ADVANCE ON CREDIT LINE | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| CRDT LNE | 11/04/98 | 500000.00 | | | 500000.00 |
| | | | | | |
| | | | | TOTAL | ***$500,000.00 |

ARBOR SECURED FUNDING

ASF0092

| VENDOR ID | OHEKACAS | | | NUMBER | 891 | DATE | 11/19/98 |
|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | | AMOUNT OF PAYMENT | |
| CRDT LNE | 11/19/98 | 250000.00 | | | | 250000.00 | |
| | | | | | TOTAL | ***$250,000.00 | |

---

**892**

**ARBOR SECURED FUNDING**
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553-3817

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526 N  891
1-32-219

PAY   TWO HUNDRED FIFTY THOUSAND DOLLARS

DATE           AMOUNT

11/19/98   ***$250,000.00

TO THE    OHEKA CASTLE CATERING, INC.
ORDER     OHEKA MANAGEMENT CORP.
OF        ONE OLD COUNTRY RD.
          CARLE PLACE, NY 11554

⑈000892⑈ ⑆021900325⑆ 2558 02 2930⑈

---

| VENDOR ID | OHEKACAS | | | NUMBER | 891 | DATE | 11/19/98 |
|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | | AMOUNT OF PAYMENT | |
| CRDT LNE | 11/19/98 | 250000.00 | | | | 250000.00 | |
| | | | | | TOTAL | ***$250,000.00 | |

**ARBOR SECURED FUNDING**

ASF0093

**ARBOR SECURED FUNDING**

| VENDOR ID | OHEKACAS | | | NUMBER | 897 | DATE | 12/03/98 |
|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | | DISCOUNT TAKEN | AMOUNT OF PAYMENT 500000.00 | |
| CRDT LNE | 12/03/98 | 500000.00 | | | | | |
| | | | | | TOTAL | ***$500,000.00 | |

ARBOR SECURED FUNDING
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553-3617

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526
1-32-219

N 897

PAY     FIVE HUNDRED THOUSAND DOLLARS

DATE          AMOUNT
12/03/98   ***$500,000.00

TO THE
ORDER
OF

OHEKA CASTLE CATERING, INC.
OHEKA MANAGEMENT CORP.
ONE OLD COUNTRY RD.
CARLE PLACE, NY 11554

⑈000897⑈ ⑈021900325⑈ 2598 02 2930⑈

| VENDOR ID | OHEKACAS | | | NUMBER | 897 | DATE | 12/03/98 |
|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | | DISCOUNT TAKEN | AMOUNT OF PAYMENT 500000.00 | |
| CRDT LNE | 12/03/98 | 500000.00 | | | 10% | | |
| | | | | | TOTAL | ***$500,000.00 | |

**ARBOR SECURED FUNDING**

ASF0094

ARBOR SECURED FUNDING

| VENDOR ID | OHEKACAS | | | NUMBER | 900 | | DATE | 12/21/98 |
|---|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| CRDT LNE | 12/21/98 | 280000.00 | | | 280000.00 |
| | | | | | |
| | | | | | |
| | | | | TOTAL | ***$280,000.00 |

900

**ARBOR SECURED FUNDING**
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553-3817

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10528  N  900
1-32-219

PAY      TWO HUNDRED EIGHTY THOUSAND DOLLARS

DATE          AMOUNT

12/21/98    ***$280,000.00

TO THE     OHEKA CASTLE CATERING, INC.
ORDER      OHEKA MANAGEMENT CORP.
OF         ONE OLD COUNTRY RD.
           CARLE PLACE, NY 11554

⑈000900⑈ ⑊021900325⑊ 2598 02 2930⑈

| VENDOR ID | OHEKACAS | | | NUMBER | 900 | | DATE | 12/21/98 |
|---|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| CRDT LNE | 12/21/98 | 280000.00 | @ 15% | | 280000.00 |
| | | | | | |
| | | | | TOTAL | ***$280,000.00 |

**ARBOR SECURED FUNDING**

ASF 0095

ARBOR SECURED FUNDING

| VENDOR ID | OHEKACAS | | | NUMBER | 901 | DATE | 12/29/98 |
|-----------|----------|---|---|--------|-----|------|----------|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|----------------|--------------|----------------|---------------------|----------------|-------------------|
| CRDT LNE | 12/29/98 | 500000.00 | | | 500000.00 |
| | | | | | |
| | | | | | |
| | | | | TOTAL | ***$500,000.00 |

901

**ARBOR SECURED FUNDING**
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553-3617

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526   N   901
1-32-219

PAY

FIVE HUNDRED THOUSAND DOLLARS

DATE                    AMOUNT

12/29/98        ***$500,000.00

TO THE      OHEKA CASTLE CATERING, INC.
ORDER      OHEKA MANAGEMENT CORP.
OF              ONE OLD COUNTRY RD.
                CARLE PLACE, NY 11554

⑈000901⑈ ⑆021900325⑆ 259A 02 2930⑈

| VENDOR ID | OHEKACAS | | | NUMBER | 901 | DATE | 12/29/98 |
|-----------|----------|---|---|--------|-----|------|----------|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|----------------|--------------|----------------|---------------------|----------------|-------------------|
| CRDT LNE | 12/29/98 | 500000.00 | 10⁹⁰ | | 500000.00 |
| | | | | | |
| | | | | TOTAL | ***$500,000.00 |

**ARBOR SECURED FUNDING**

ASF0096

| VENDOR ID | OHEKACAS | | NUMBER | 903 | DATE | 01/11/99 |
|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | MEMO | ADVANCE ON CREDIT LINE | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| CRDT LNE | 01/11/99 | 470000.00 | | | 470000.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | TOTAL | ***$470,000.00 |

903

**ARBOR SECURED FUNDING**
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553-3617

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526   N    903
1-32-219

AY    FOUR HUNDRED SEVENTY THOUSAND DOLLARS

DATE                    AMOUNT
01/11/99    ***$470,000.00

O THE
RDER    OHEKA CASTLE CATERING, INC.
F       OHEKA MANAGEMENT CORP.
        ONE OLD COUNTRY RD.
        CARLE PLACE, NY 11554

⑈ Security features included. Details on back.

⑈"000903"⑈ ⑈021900325⑈ 2598 02 2930"⑈

| VENDOR ID | OHEKACAS | | NUMBER | 903 | DATE | 01/11/99 |
|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | MEMO | ADVANCE ON CREDIT LINE | | |

| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT |
|---|---|---|---|---|---|
| CRDT LNE | 01/11/99 | 470000.00 | | | 470000.00 |
| | | *250,000 @ 10%* | | | |
| | | *220,000 @ 15%* | | | |
| | | | | TOTAL | ***$470,000.00 |

RBOR SECURED FUNDING

ASF0097

ARBOR SECURED FUNDING

| VENDOR ID | OHEKACAS | | | NUMBER | 904 | | DATE | 02/02/99 |
|---|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | | DISCOUNT TAKEN | | AMOUNT OF PAYMENT | |
| CRDT LNE | 02/02/99 | 250000.00 | | | | | 250000.00 | |
| | | | | | | TOTAL | ***$250,000.00 | |

904

**ARBOR SECURED FUNDING**
333 EARLE OVINGTON BLVD,
UNIONDALE, NY 11553-3617

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526   N   904
1-32/219

PAY     TWO HUNDRED FIFTY THOUSAND DOLLARS

DATE                AMOUNT
02/02/99   ***$250,000.00

TO THE
ORDER
OF
OHEKA CASTLE CATERING, INC.
OHEKA MANAGEMENT CORP.
ONE OLD COUNTRY RD.
CARLE PLACE, NY 11554

⑆000904⑆ ⑈021900325⑈ 2598 02 2930⑆

| VENDOR ID | OHEKACAS | | | NUMBER | 904 | | DATE | 02/02/99 |
|---|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | | DISCOUNT TAKEN | | AMOUNT OF PAYMENT | |
| CRDT LNE | 02/02/99 | 250000.00 | | 10% | | | 250000.00 | |
| | | | | | | TOTAL | ***$250,000.00 | |

ARBOR SECURED FUNDING

ASF0098