APR.29.2004 11:07AM   ARBOR COMMERCIAL MTG NATIONAL           NO.520   P.2/6

04/29/2004  09:41  1212091537        SWIDLER BERLIN SHERE         PAGE 03/07
APR.29.2004  11:02AM   ARBOR COMMERCIAL MTG NATIONAL           NO.511   P.3/37

| VENDOR ID | Oheka | | NUMBER | 876 | DATE | 9/14/98 |
|---|---|---|---|---|---|---|
| PAYEE | Oheka Mgmt Corp/Oheka Castle Catering | MEMO | | | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | | AMOUNT OF PAYMENT |
| | | Add'L Advance on Credit Line - Oheka | | | | 100,000.00 |
| | | | | | | 12% |
| | | | | | TOTAL | 100,000.00 |

ARBOR SECURED FUNDING
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553-3617

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526   N
1-22-210

PAY One hundred Thousand dollars 00/100      DATE 9/14/98    AMOUNT $100,000

TO THE ORDER OF   Oheka Mgmnt Corp/Oheka Castle Catering, Inc

⑈000876⑈ ⑆021900325⑆ 2548 02 2930⑈

| VENDOR ID | Oheka | | NUMBER | 876 | DATE | 9/14/9 |
|---|---|---|---|---|---|---|
| PAYEE | Oheka Mgmnt Corp/Oheka Castle Catering, Inc | MEMO | | | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | | AMOUNT OF PAY |
| | | Add'L Advance on Credit Line - Oheka | | | | |
| | | | | | TOTAL | 100,000 |

ARBOR SECURED FUNDING

PLAINTIFF'S
EXHIBIT NO. 72
FOR IDENTIFICATION
Kaufman
DATE:       RPTR:

ASF0089

APR.29.2004 11:08AM   ARBOR COMMERCIAL MTG NATIONAL            NO.520   P.3/6

04/29/2004  09:41   1212891597         SWIDLER BERLIN SHERE              PAGE 04/07
           APR.29.2004 11:02AM   ARBOR COMMERCIAL MTG NATIONAL          NO.511   P.4/27

18 Sep 1998

# WIRES
## Selected Transaction Detail with Totals

### Free Form Wires

| | | |
|---|---|---|
| Template ID: | Status: Pending Approval | Application: Free Form Wires |
| | Amount: 1,240,000.00 | Value: 18 Sep 1998 |
| Wire Type: domestic paymt | Currency: USD | |
| BFB: | Trans ID: 403 | BCN: |
| Reference: | | |
| Debit Party: ARBOR SECURED FUNDING | | |
| Debit Bank: FLEET BANK LONG ISLAND | | 21763005 |
| 300 broad hollow rd | | ABA/021401617 |
| MELVILLE N Y | | Charges: |
| Beneficiary: Oheka Management Corp | | |
| Bene Bank: State Bank of Long Island | | |
| Advice: none | | |
| Destination: intransit | | |
| Latest Event: Modify  STACEY  18 Sep 1998 14:19 | | |

12%

1,240,000.00  Total credits : Free Form Wires
        .00  Total debits  : Free Form Wires

1,240,000.00  Grand total of credits
        .00  Grand total of debits

ASF0090

APR.29.2004 11:08AM ARBOR COMMERCIAL MTG NATIONAL NO.520 P.4/6

04/29/2004 09:41 1212891537 SWIDLER BERLIN SHERE PAGE 05/07
APR.29.2004 11:02AM ARBOR COMMERCIAL MTG NATIONAL NO.511 P.6/37

**SECURED FUNDING**

| VENDOR ID | OHEKACAS | | NUMBER | 883 | DATE | 10/16/98 |
|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | MEMO | ADVANCE ON CREDIT LINE | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAYMENT | DISCOUNT TAKEN | | AMOUNT OF PAYMENT |
| CREDIT LINE | 10/16/98 | 250000.00 | | | | 250000.00 |
| | | | | | TOTAL | ***$250,000.00 |

10%

883

**ARBOR SECURED FUNDING**
666 EAGLE OVINGTON BLVD.
UNIONDALE, NY 11553-3517

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526   N 883
1-06-219

TWO HUNDRED FIFTY THOUSAND DOLLARS

DATE 10/16/98    AMOUNT ***$250,000.00

OHEKA CASTLE CATERING, INC.
OHEKA MANAGEMENT CORP.
ONE OLD COUNTRY RD.
CARLE PLACE, NY 11554

⑆000883⑆ ⑆021900325⑆ 2598 02 2930⑆

| VENDOR ID | OHEKACAS | | NUMBER | 883 | DATE | 10/16/98 |
|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | MEMO | ADVANCE ON CREDIT LINE | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAYMENT | DISCOUNT TAKEN | | AMOUNT OF PAYMENT |
| CREDIT LINE | 10/16/98 | 250000.00 | | | | 250000.00 |
| | | | | | TOTAL | ***$250,000.00 |

ARBOR SECURED FUNDING

ASF0091

APR.29.2004 11:08AM   ARBOR COMMERCIAL MTG NATIONAL                NO.520   P.5/6

04/29/2004  09:41  1212891537          SWIDLER BERLIN SHERE         PAGE 06/07
      APR.29.2004 11:08AM   ARBOR COMMERCIAL MTG NATIONAL           NO.511   P.7/37

**ARBOR SECURED FUNDING**

| VENDOR ID | OHEKACAS | | NUMBER | 889 | DATE | 11/04/98 |
|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | MEMO | ADVANCE ON CREDIT LINE | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAYM/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT | |
| CRDT LINE | 11/04/98 | 500000.00 | | | 500000.00 | |
| | | | | | 10% | |
| | | | | TOTAL | ***$500,000.00 | |

889

**ARBOR SECURED FUNDING**
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553-3917

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526   N  889
1-08-519

PAY  FIVE HUNDRED THOUSAND DOLLARS

DATE         AMOUNT
11/04/98    ***$500,000.00

TO THE ORDER OF:
OHEKA CASTLE CATERING, INC.
OHEKA MANAGEMENT CORP.
ONE OLD COUNTRY RD.
CARLE PLACE, NY 11514

"000889"  :021900328:  558 02 2930"

| VENDOR ID | OHEKACAS | | NUMBER | 889 | DATE | 11/04/98 |
|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | MEMO | ADVANCE ON CREDIT LINE | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAYM/CREDIT | DISCOUNT TAKEN | AMOUNT OF PAYMENT | |
| CRDT LINE | 11/04/98 | 500000.00 | | | 500000.00 | |
| | | | | TOTAL | ***$500,000.00 | |

ARBOR SECURED FUNDING

ASF0092

| VENDOR ID | OHEKACAS | | | NUMBER | 891 | DATE | 11/19/98 |
|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | | AMOUNT OF PAYMENT | |
| CRDT LNE | 11/19/98 | 250000.00 | | | | 250000.00 | |
| | | | | | | 10% | |
| | | | | | TOTAL | ***$250,000.00 | |

Check #891 / 892

ARBOR SECURED FUNDING
333 EARLE OVINGTON BLVD.
UNIONDALE, NY 11553-3617

FLEET
GOLDENS BRIDGE
ROUTE 22
GOLDENS BRIDGE, NY 10526
1-85-210

PAY  TWO HUNDRED FIFTY THOUSAND DOLLARS

DATE 11/19/98     AMOUNT ***$250,000.00

TO THE ORDER OF:
OHEKA CASTLE CATERING, INC.
OHEKA MANAGEMENT CORP.
ONE OLD COUNTRY RD.
CARLE PLACE, NY 11514

⑈000892⑈ ⑉021900389⑉ 2598 02 2930⑈

| VENDOR ID | OHEKACAS | | | NUMBER | 891 | DATE | 11/19/98 |
|---|---|---|---|---|---|---|---|
| PAYEE | OHEKA CASTLE CATERING, INC. | | | MEMO | ADVANCE ON CREDIT LINE | | |
| INVOICE NUMBER | INVOICE DATE | INVOICE AMOUNT | PREVIOUS PAY/CREDIT | DISCOUNT TAKEN | | AMOUNT OF PAYMENT | |
| CRDT LNE | 11/19/98 | 250000.00 | | | | 250000.00 | |
| | | | | | TOTAL | ***$250,000.00 | |

ARBOR SECURED FUNDING

ASF0093