1

2          UNITED STATES DISTRICT COURT

3          NORTHERN DISTRICT OF NEW YORK

4   UNITED STATES OF AMERICA,

    ex rel. THE SAINT REGIS

5   MOHAWK TRIBE,

6                      Plaintiff,

7          vs.                    Case No.

                                  02-CV0845

8   PRESIDENT R.C.-ST. REGIS      (TJM)(DEP)

    MANAGEMENT COMPANY and

9   ANDERSON-BLAKE CONSTRUCTION

    CORPORATION,

10

                      Defendants.

11  _____X

12

13

14

15

16          DEPOSITION OF RICHARD BELLANDO

17               Mineola, New York

18           Thursday, March 25, 2004

19

20

21

22

23  Reported by:

    DONNA PALMIERI

24  JOB NO. 1098

25

26

1
2
3
4
5
6
7          March 25, 2004
8          10:00 a.m.
9
10
11
12       Deposition of RICHARD BELLANDO, held
13   at the offices of Meltzer, Lippe &
14   Goldstein, LLP, 190 Willis Avenue,
15   Mineola, New York, before Donna Palmieri,
16   a Notary Public of the State of New York.
17
18
19
20
21
22
23
24
25

1
2   A P P E A R A N C E S :
3   BARR and ASSOCIATES, P.C.
4   Attorneys for Plaintiff
5       125 Mountain Road
6       Stowe, Vermont  95672
7   BY:  DANIEL A. SEFF, ESQ.
8
9
10
11   MELTZER, LIPPE & GOLDSTEIN, LLP
12   Attorneys for Defendant
13   President R.C. - Saint Regis
14   Management Company
15       190 Willis Avenue
16       Mineola, New York  11501
17   BY:  LORETTA M. GASTWIRTH, ESQ.
18
19
20
21
22
23
24
25

1
2   A P P E A R A N C E S :
3   SWIDLER, BERLIN, SHEREFF & FRIEDMAN, LLP
4   Attorneys for Defendant
5   President R.C. - Saint Regis
6   Management Company
7       405 Lexington Avenue
8       New York, New York  10174
9       (Not Present)
10
11
12   LAW OFFICES OF MARLENE L. BUDD, ESQ.
13   Attorney for Defendant
14   Anderson-Blake Construction Company
15       2 Brush Place
16       Huntington, New York  11743
17   BY:  MARLENE L. BUDD, ESQ.
18
19
20
21
22
23
24
25

1
2          - oOo -
3          IT IS HEREBY STIPULATED AND AGREED
4   by and between the attorneys for the
5   respective parties herein, that filing and
6   sealing be and the same are hereby waived.
7          IT IS FURTHER STIPULATED AND AGREED
8   that all objections, except as to the form of
9   the question, shall be reserved to the time of
10   the trial.
11          IT IS FURTHER STIPULATED AND AGREED
12   that the within deposition may be sworn to and
13   signed before any officer authorized to
14   administer an oath, with the same force and
15   effect as if signed and sworn to before the
16   Court.
17
18          - oOo -
19
20
21
22
23
24
25

Bellando

1   Bellando
2   R I C H A R D  B E L L A N D O, called as a
3   witness, having been duly sworn by a
4   Notary Public, was examined and testified
5   as follows:
6   EXAMINATION
7   BY MR. SEFF:
8      Q.   State your name for the record,
9   please.
10     A.   Richard Bellando.
11     Q.   What is your address?
12     A.   8 Circle Drive, Farmingdale,
13  New York 11735.
14     Q.   Good morning, Mr. Bellando.
15         Have you ever had your deposition
16  taken before?
17     A.   Yes.
18     Q.   How many times?
19     A.   Two times.
20     Q.   So you're generally familiar with
21  what a deposition is?
22     A.   Correct.
23     Q.   There's a lawyer representing a
24  side who asks some questions.  You're here as
25  a witness.  We'll try not to talk over each

Bellando

1   other because our court reporter is typing up
2   what we say; do you understand that?
3      A.   Correct.
4      Q.   I'll try not to interrupt when
5   you're speaking.  Please wait until I finish
6   my question before you answer so the court
7   reporter can take down what we say.
8      A.   Right.
9      Q.   It's important to answer verbally.
10  If the answer is "yes," don't nod your head.
11  Say "yes" because she can't record a nod; do
12  you understand that?
13     A.   Yes.
14     Q.   How old are you?
15     A.   38.
16     Q.   What is your educational
17  background?
18     A.   High school.
19     Q.   You're a high school graduate?
20     A.   Correct.
21     Q.   What year did you graduate high
22  school?
23     A.   1983.
24     Q.   Mr. Bellando, are you using any

Bellando

1   medications that could affect your ability to
2   participate today?
3      A.   No.
4      Q.   What, if anything, did you do to
5   prepare for today's deposition?
6      A.   Just spoke to the attorneys.
7      Q.   Ms. Budd and Ms. Gastwirth?
8      A.   That's correct.
9      Q.   Did you speak to them together or
10  separately?
11     A.   The first five minutes was
12  Ms. Gastwirth and Marlene came in after.
13     Q.   Was that this morning?
14     A.   This morning.
15     Q.   How long did you speak with them?
16     A.   Ten minutes.
17     Q.   Did you review any documents to
18  prepare for today?
19     A.   I just looked at one document.
20     Q.   What document would that be?
21     A.   The contract.  I believe it was the
22  contract.  I'm just trying to --
23     Q.   To the best that you can recall,
24  what document did you review?

Bellando

1      A.   I believe it was the contract.
2      Q.   When you say "the contract," what
3   are you referring to?
4      A.   For the casino.
5      Q.   The construction contract?
6      A.   The construction contract, AIA
7   contract.
8      Q.   The AIA contract for the
9   construction of the casino?
10     A.   Yes.
11     Q.   You looked at that this morning?
12     A.   Yes.
13     Q.   With the lawyers?
14     A.   Yes.
15     Q.   Anything else?
16     A.   That's it.
17     Q.   Did you review any other documents?
18     A.   No.
19     Q.   Did you speak with anybody other
20  than the two attorneys here in the room?
21     A.   No.
22     Q.   How are you currently employed?
23     A.   Oheka Management.
24     Q.   The name of your employer is Oheka

**Bellando**

1  
2  Management?
3     A.   Oheka Management Corporation.
4     **Q.   What is your title, if any?**
5     A.   Sales manager.
6     **Q.   How long have you been employed in**
7  **that position?**
8     A.   Five years.
9     **Q.   So you've been the sales manager at**
10  **Oheka Management Corporation for five years?**
11     A.   Correct.
12     **Q.   So you started there in 1999; is**
13  **that correct?**
14     A.   I believe so.  I don't recall the
15  time.
16     **Q.   You said five years, so I'm trying**
17  **to place the year and the month?**
18     A.   Could be, maybe.  I don't remember.
19  I'd have to look back when I started.
20     **Q.   You've been there at least five**
21  **years?**
22     A.   I'm with the company 20 years.
23     **Q.   The company Oheka Management**
24  **Corporation?**
25     A.   No, with Mr. Melius 20 years.

Bellando

1  
2     I'm with Oheka Management, I think,
3  about five years now.
4     **Q.   Why don't we do it this way then.**
5  **Maybe this will work.**
6     **Why don't you describe your**
7  **employment history since high school starting**
8  **when you graduated right up to the present.**
9     A.   Okay.
10     **Q.   As best as you can, identify the**
11  **company or companies that you worked for, the**
12  **job that you had and the years that you held**
13  **the job.**
14     A.   All right.  I'm going to try and
15  remember.
16     **Q.   Okay.**
17     A.   1983 when I graduated, I started
18  with Castle Ventures.  I ran the security.
19     **Q.   You were in charge of security for**
20  **Castle Ventures?**
21     A.   Correct.
22     **Q.   Beginning in '83?**
23     A.   Correct.
24     **Q.   What did that entail?**
25     A.   Just overseeing the Oheka Castle.

Bellando

1  
2     **Q.   Security?**
3     A.   Yes.
4     **Q.   That was the year you graduated**
5  **high school?**
6     A.   Correct.
7     **Q.   So you were roughly 18-years old?**
8     A.   Correct.
9     **Q.   And you started out as head of**
10  **security?**
11     A.   Yes.
12     **Q.   What, if any, training had you had**
13  **then?**
14     A.   None.
15     **Q.   What prepared you for that**
16  **position?**
17     A.   I threw the owner off the property
18  not knowing he was the owner and he put me in
19  charge of his property.
20     **Q.   When you say "the owner," you mean**
21  **Mr. Melius?**
22     A.   Correct.
23     **Q.   When you threw Mr. Melius off the**
24  **property, were you employed by Mr. Melius at**
25  **the time?**

**Bellando**

1  
2     A.   Not at that time.  I was working
3  for a company Advantage Security.  I just
4  filled in for one day for a friend.
5     **Q.   What was it that prompted you to**
6  **throw Mr. Melius off the property?**
7     A.   I was told not to let anyone on the
8  property and I heard there was a new owner and
9  I never met him or saw him, so I wouldn't let
10  him on the property.
11     **Q.   I see.  Okay.**
12     **He was so impressed with your**
13  **security concerns that he hired you?**
14     A.   Correct.
15     **Q.   And you've been with him ever**
16  **since?**
17     A.   Ever since.
18     **Q.   So 1983, you started working as a**
19  **head of security for Castle Ventures running**
20  **security at Oheka, correct?**
21     A.   Right.
22     **Q.   How long did you hold that**
23  **position?**
24     A.   Probably five years.
25     **Q.   So that brings us to roughly 1988?**

**Bellando**

1
2       A.      About.
3       Q.      What was your next position?
4       A.      Then he put me in charge of Oheka
5   for other jobs with security, maintenance. He
6   pretty much kept me in charge of the building
7   while they were renovating.
8       Q       Did you get paid a salary for these
9   jobs, is that how you were compensated?
10          I'm not going to pry into your
11  compensation.
12      A.      By the hour.
13      Q.      If you worked more hours one week
14  than another week, you'd get paid more?
15      A.      That's correct.
16      Q.      That's been true for the 20 years?
17      A.      No.
18      Q.      When you worked as head of security
19  for Castle Ventures from '83 to '88, you were
20  paid by the hour?
21      A.      That's correct.
22      Q.      In '88 you got another position.
23          What was your title in the next
24  position that you took over, if you had one?
25      A.      Building manager.

Bellando

1
2       Q.      Was that a promotion, over head of
3   security?
4       A.      Yes.
5       Q.      Did you get a raise for that?
6       A.      I believe so.
7       Q.      That included security; is that
8   right?
9       A.      That's correct.
10      Q.      What about you mentioned
11  maintenance?
12      A.      Maintenance, maintaining the
13  building.
14      Q.      What did that entail?
15      A.      Just hiring a crew to make sure the
16  building was cleaned up after the
17  construction, having the property maintained.
18      Q.      So you had people working for you
19  or under you, correct?
20      A.      Correct.
21      Q.      That was true when you were head of
22  security as well?
23      A.      That's correct.
24      Q.      How long did you hold the position
25  of building manager?

**Bellando**

1
2       A.      Geez, I guess for a while.  Maybe
3   ten years.
4       Q.      By the way, what was your title as
5   head of security at Castle Ventures, if you
6   had one?
7       A.      I didn't have one.
8       Q.      Didn't have a title?
9       A.      No.
10      Q.      So for about ten years from '88 to
11  roughly '98, you were the building manager for
12  Oheka Castle; is that right?
13      A.      Correct.
14      Q.      For your job as head of security
15  from '83 to roughly '88, your paycheck came
16  from Oheka Management Corporation?
17      A.      I don't remember.  I don't remember
18  where the paycheck came from, which company.
19      Q.      Do you remember who signed the
20  paycheck?
21      A.      I believe it was Mr. Melius.
22      Q.      And it would have been in the name
23  of one of Mr. Melius' entities?
24      A.      I believe so.
25      Q.      You said it was Castle Ventures.

**Bellando**

1
2           Any reason to think it was an
3   entity other than Castle Ventures?
4       A.      Not that I'm aware of.
5       Q.      But you're not sure?
6       A.      I'm not sure.
7       Q.      When you were promoted or when you
8   took over the position of building manager,
9   were you still paid by the hour?
10      A.      There was a point of time where I
11  went onto salary.  I don't remember the year.
12      Q.      You started out as hourly and then
13  you became salaried?
14      A.      Yes.
15      Q.      If you remember, who signed your
16  paycheck during those roughly ten years that
17  you were building manager?
18      A.      I believe it was Mr. Melius.
19      Q.      Do you remember which company you
20  were getting paid by?
21      A.      I don't remember the company.
22      Q.      Did you change companies when you
23  went from head of security to building
24  manager, or was it still Castle Ventures?
25      A.      I don't remember.

Bellando

1
2      Q.   You said that you had that position
3  for approximately ten years.
4           That brings us to roughly 1998; is
5  that correct?
6      A.   Okay.
7      Q.   What was your next position?
8      A.   I think that's when I started into
9  the catering.
10     Q.   Okay.  So your current position
11 sales manager?
12     A.   Well, I started off as a banquet
13 manager.
14     Q.   1998, roughly?
15     A.   Yes.
16     Q.   Was that your title, banquet
17 manager?
18     A.   Correct.
19     Q.   Do you remember which company you
20 were employed by in that position?
21     A.   You know, I think maybe it wasn't
22 Oheka Management.  Maybe it was Oheka Castle
23 Catering.
24     Q.   Oheka Castle Catering Corporation?
25     A.   Right.  I think that's --

Bellando

1
2      MS. GASTWIRTH:  I think Dan doesn't
3  want you to speculate.
4      THE WITNESS:  I'm guessing.  I
5  don't remember.
6      Q.   It was either Oheka Management
7  Corporation or Oheka Catering Corporation?
8      A.   Either.
9      Q.   As you understand it, what's the
10 difference between Oheka Management and Oheka
11 Castle Catering?
12     A.   The difference is Oheka Castle
13 Catering controls the catering and the
14 management controls the Oheka castle.
15     Q.   So Oheka Castle Catering is a
16 subset of Oheka Management?
17     MS. GASTWIRTH:  Objection.
18     MS. BUDD:  Objection.
19     Q.   I'm just trying to understand the
20 differences between the companies.
21     A.   I don't know.  I don't understand
22 either.
23     Q.   You don't understand?
24     A.   Yes.
25     Q.   If we were to look at your current

Bellando

1
2  paycheck, would it say Oheka Management
3  Corporation, would it say Oheka Castle?
4      A.   You know, I'm not sure.  It's one
5  of them.
6      Q.   It's one or the other?
7      A.   Yes.
8      Q.   How long did you hold the position
9  of banquet manager?
10     A.   Probably about a year, year and a
11 half.
12     Q.   What did do you as banquet manager
13 during that time?
14     A.   I ran the weddings.
15     Q.   What does that entail?
16     A.   People get married.  We do they
17 ceremony, the reception, hold the bride and
18 groom's hand.
19     Q.   What do you do though?
20          I know what a wedding is.
21          What do you do as banquet manager?
22     A.   That's what I did.
23     Q.   I didn't understand.
24     A.   I oversaw and made sure everything
25 went okay for the wedding.

Bellando

1
2      Q.   What, if anything, about your prior
3  position in charge of security and hiring
4  maintenance people qualified you to oversee
5  weddings?
6      A.   That's why I stepped in as banquet
7  manager, to learn.
8      Q.   So you were learning, on-the-job
9  training?
10     A.   Exactly.
11     Q.   Did you learn that position during
12 that time?
13     A.   Sure.
14     Q.   Somebody was training you?
15     A.   That's correct.
16     Q.   Who was that?
17     A.   Tom Reitano.
18     Q.   Could you spell that?
19     A.   R-e-i-t-a-n-o.
20     Q.   And Mr. Reitano trained you to be a
21 banquet manager?
22     A.   Correct.
23     Q.   I think you testified that you
24 started as a banquet manager roughly 1998?
25     A.   Around.

Bellando

1
2    Q.    And you did that for a year to a
3  year and a half?
4    A.    Probably.
5    Q.    What was your next position?
6    A.    There was a point where, I don't
7  remember the month, that I went into the main
8  office for a few months to help out, I
9  believe, on the casino.
10    Q.    When you say "the main office,"
11  what are you referring to?
12    A.    One Old Country Road, Carle Place.
13    Q.    Prior to that, though, you'd been
14  working at the castle?
15    A.    That's correct.
16    Q.    And that's 135 West Gate Drive?
17    A.    Correct.
18    Q.    Hunting or what is it called?
19    A.    It's really Huntington.
20    Q.    Up until the point that you went
21  into the main office to help out on the
22  casino, immediately prior to that you had been
23  the banquet manager?
24    A.    Correct.
25    Q.    Approximately when was it that you

Bellando

1
2  went into the main office to help out with the
3  casino?
4    A.    I don't remember.  I don't remember
5  the month.
6    Q.    Do you remember the year?
7    A.    I believe it was '99.
8    Q.    1999?
9    A.    Yes.
10    Q.    Calendar year '99.
11        How long did you work in the main
12  office with the casino, if you remember?
13    A.    Maybe about three months.
14    Q.    During those approximately three
15  months that you believe were in the calendar
16  year 1999, what did you do?
17    A.    I started helping.  I think we were
18  finishing up on the casino, so I was bidding
19  out some last-minute jobs and then I was
20  flying up to the casino to help them open.
21    Q.    So at the point you moved into the
22  main office from being the banquet manager at
23  Oheka Castle, the casino construction was
24  nearly finished; is that right?
25    A.    They were pretty close, pretty

Bellando

1
2  close.
3    Q.    How did you learn that they were
4  pretty close to being finished with the
5  construction?
6    A.    We were just finalizing the carpet,
7  the final stages before the machines went in.
8    Q.    By "machines," you mean gambling
9  machine?
10    A.    The gambling machines.
11    Q.    The building itself was up?
12    A.    The building itself was up.
13    Q.    Did somebody come to you and tell
14  you that your assistance was needed?
15    A.    Correct.
16    Q.    Who was that?
17    A.    Mr. Melius.
18    Q.    What did he tell you?
19    A.    He needed my help.
20    Q.    Did he say what he needed your help
21  with?
22    A.    Just if I could go up and help
23  Mr. Thornton out.
24    Q.    William Thornton?
25    A.    The project manager.

Bellando

1
2    Q.    Did he say what he wanted you to
3  help Mr. Thornton out with?
4    A.    Just go up and help him get the
5  place open.
6    Q.    Had you known Mr. Thornton prior to
7  that time?
8    A.    Sure.
9    Q.    How did you know Mr. Thornton?
10    A.    Mr. Thornton has been with us almost
11  as long as I've been.
12    Q.    Did he work in the main office or
13  did he work in Oheka or did he work somewhere
14  else?
15    A.    He worked in the main office.
16    Q.    But it wasn't Mr. Thornton who came
17  to you, it was Mr. Melius?
18    A.    Correct.
19    Q.    When was the first time you went to
20  the casino site?
21    A.    I don't remember.
22    Q.    Was it prior to when it opened?
23    A.    No, there was times when I went up
24  before with Mr. Melius.
25    Q.    What I'm asking is the first time

Bellando

1
2  that you went, was it already open or had it
3  not been open?
4      A.   No, no.  I think they were just
5  putting up the steel.
6      Q.   That was prior to when he had asked
7  you to help Mr. Thornton finalize the casino?
8      A.   That's correct.
9      Q.   At some point, you believe calendar
10 year '99, Mr. Melius came to you and said that
11 he needed your help and you at that point
12 stopped being the banquet manager or did you
13 continue with your duties as banquet manager?
14     A.   I stopped.  I stopped for a few
15 months.
16     Q.   As best as you can recall, it was
17 about three months?
18     A.   About.
19         MS. GASTWIRTH:  Objection.
20     I think he testified about a prior
21     visit to the casino.
22         MR. SEFF: I'm talking about --
23         MS. GASTWIRTH:  This period of
24     time?
25         MR. SEFF:  Yes.

Bellando

1
2         MS. GASTWIRTH:  Fine.
3      Q.   I'll represent to you that the
4  casino opened for business in April 1999.
5         Does that help you to recall the
6  approximately three-month period that you were
7  helping out?
8      A.   Probably, if that's when it opened.
9      Q.   Why don't you accept that
10 representation, assume that's correct for the
11 moment and tell me what three months you think
12 you worked.
13     A.   If it opened April '99, probably
14 around January.
15     Q.   So January 1999?
16     A.   Yes, January '99, January '99,
17 right.
18     Q.   That's when you started working on
19 the casino project?
20     A.   Yes.
21     Q.   You worked on it for approximately
22 three months.
23         You did that up until roughly the
24 opening?
25     A.   Correct.

Bellando

1
2      Q.   So you helped for the three months
3  immediately prior to the opening; is that
4  correct?
5      A.   That's correct.
6      Q.   So roughly January to April '99?
7      A.   Correct.
8      Q.   Now, come April 1999, I believe it
9  was actually April 11, 1999, the casino opens.
10        Were you in attendance at the grand
11 opening?
12     A.   Correct.
13     Q.   You were there?
14     A.   Uh-hmm.
15     Q.   Is that a "yes? "
16        You have to say "yes."
17     A.   Yes.  I'm sorry.
18     Q.   Everybody does that.
19        After the opening on April 11,
20 1999, did you go back to your position as
21 banquet manager for either Oheka Castle
22 Catering or Oheka Management Corporation?
23     A.   Yes.
24     Q.   And you've been in that position
25 ever since?

Bellando

1
2      A.   That's correct.
3      Q.   As best as you can recall,
4  Mr. Bellando, tell me everything that you did
5  to help out Mr. Thornton and Mr. Melius during
6  that roughly three-month period from January
7  to April 1999?
8      A.   I know when I first started in the
9  office, I went into Mr. Thornton and asked him
10 how I could help him.  He would give me a list
11 of jobs that I could help work on him for,
12 some was bidding some of the jobs, different
13 things.  Then probably after the first few
14 weeks then I started traveling up there on the
15 project.  I helped him out.
16     Q.   When you say "bidding some of the
17 jobs," let's take it one at a time.
18        What did that involve?
19     A.   There were a few jobs I could
20 remember.  One was, I believe there was steel
21 cabinets, the Formica, some was the carpet,
22 the kitchen equipment, the bar, the mirrors.
23 That's what I could remember.
24     Q.   What were your duties?
25        What did you do?

**Bellando**

1
2     A.    I would call some companies and bid
3  them out.
4        **Q.    In other words, you would locate**
5  **subcontractors to do the work?**
6     A.    Correct.
7           MS. GASTWIRTH:  Objection.
8        I think he talked about bidding
9        them out.
10          MR. SEFF:  I'm trying to understand
11      what that involves.
12       **Q.    Tell me in your own words what you**
13  **did.**
14          **What does "bid them out mean?"**
15     A.    I would call subcontractors to get
16  prices.
17       **Q.    Let's just take an example, steel**
18  **cabinets.**
19     A.    Yes.
20       **Q.    Somebody would come to you and say**
21  **we need steel cabinets?**
22     A.    They would give me the plan and I
23  would go off the plan and I would start
24  calling companies.  I'd call like five
25  different companies for bids.

Bellando

1
2        **Q.    And say how much can you install**
3  **these for?**
4     A.    Well, I would send them plans and
5  get prices.
6        **Q.    Who made the decision which of the**
7  **say five companies to hire?**
8     A.    I would put the five bids together
9  and let Mr. Thornton handle the bids.
10       **Q.    So you basically collected bids and**
11  **then Mr. Thornton would determine which bid to**
12  **accept?**
13     A.    Correct.
14       **Q.    Anything else that you did during**
15  **those three months?**
16          MS. GASTWIRTH:  In terms of bids?
17          MR. SEFF:  Anything that he did to
18      help out with the casino project during
19      the three months.
20          MS. GASTWIRTH:  Okay.  We had
21      testimony about him going up.
22      Do you want him to tell you about
23      that?
24          MR. SEFF:  I'm --
25          MS. GASTWIRTH:  You're getting

Bellando

1
2  there.
3          MR. SEFF:  You can ask him
4      questions at the end if you think I left
5      something out.
6          MS. GASTWIRTH:  I think your
7      question was a little confusing.
8          MR. SEFF:  So you're objecting to
9      the form of the question.
10      I'll rephrase.
11       **Q.    I'm just trying to understand,**
12  **Mr. Bellando, everything you did in terms of**
13  **your duties during those three months.  One of**
14  **the things you described, to the point that I**
15  **can understand it, you called subcontractors**
16  **and collected bids.**
17          **Anything else you did during those**
18  **three months to help out on the casino project**
19  **either at the main office or up at the casino?**
20     A.    At the main office, that's what I
21  did, called the subcontractors when I went up
22  to the casino.  That's when we would start
23  getting everything set up.
24       **Q.    The only thing you did to help out**
25  **on the casino project from the main office is**

**Bellando**

1
2  the collection of the bids?
3     A.    Correct.
4        **Q.    After you did that, then you**
5  **started traveling to the casino?**
6     A.    That's correct.
7        **Q.    Approximately how many times in**
8  **those three months would you say you traveled**
9  **to the casino, approximately, if you know.**
10     A.    Probably at least five times.
11       **Q.    When you would go to the casino,**
12  **how would you get there?**
13     A.    Plane.
14       **Q.    Fly into Montreal?**
15     A.    Uh-hmm.
16       **Q.    Is that a "yes?"**
17     A.    Yes.
18       **Q.    Rent a car?**
19     A.    Correct.
20       **Q.    Drive to the casino?**
21     A.    Correct.
22       **Q.    And you did that at least five**
23  **times?**
24     A.    At least.
25       **Q.    And during however many times it**

Bellando

1                Bellando
2 was that you did that, what were your duties
3 when you were there?
4     A.   Just to assist, help out
5 Mr. Thornton or Mr. Diller, whatever was needed
6 to help get things done.
7     Q.   You say "Mr. Diller."
8         Do you mean Roger Diller?
9     A.   Correct.
10     Q.   Who is he?
11     A.   He was the architect.
12     Q.   So you were there to help out
13 Mr. Thornton and Mr. Diller.
14         What sort of things would you do
15 for them?
16     A.   Put the furniture together, start
17 laying out where everything is going, meet
18 some of the contractors up there.
19     Q.   You did whatever needed to get done
20 to get the place opened; is that right?
21     A.   Correct.
22     Q.   Right down to helping with
23 construction?
24     A.   That's correct.
25     Q.   And you were taking directions from

Bellando

1                Bellando
2 Mr. Thornton and Mr. Diller?
3     A.   Yes.
4     Q.   Anyone else?
5     A.   No.
6     Q.   So you mentioned putting furniture
7 together, meeting contractors.
8         What else did you do during this
9 five or so times?
10     A.   Whatever there was to do. I don't
11 remember everything.
12     Q.   Do you remember anything else that
13 you did?
14     A.   No.
15     Q.   Where would you stay when you went
16 up there?
17     A.   Canada.
18     Q.   A hotel in Canada?
19     A.   Yes.
20     Q.   Cornwall?
21     A.   Yes.
22     Q.   When you would go, how many days at
23 a time would you be there?
24     A.   Two, three days.
25     Q.   During that three-month period

Bellando

1                Bellando
2 roughly January to April 1999, what did you do
3 during the time that you were not at the
4 casino?
5     A.   When I wasn't, I was back in the
6 main office.
7     Q.   Among other things, you were
8 putting together or collecting those bids; is
9 that right?
10     A.   Correct.
11     Q.   Anything else that you did during
12 that two-month period?
13     A.   Just helped them out any way that I
14 could. If Mr. Thornton called me from the
15 casino, needed things, I would take care of it
16 from the main office.
17     Q.   What sorts of things would you take
18 care of?
19     A.   You know, back to bidding other
20 jobs, calling contractors, whatever there was
21 to do.
22         THE WITNESS: I think it's getting
23 colder in here.
24         MR. SEFF: Let's go off the record.
25         (Discussion off the record.)

Bellando

1                Bellando
2     Q.   I believe you testified that during
3 the period leading up to January 1999 that you
4 were employed by either Oheka Management
5 Corporation or Oheka Castle Catering as
6 banquet manager; is that correct?
7     A.   Up to '99?
8     Q.   Up to January '99 when you started
9 helping out at the casino you were banquet
10 manager and you were employed by either Oheka
11 Management Corporation or Oheka Castle
12 Catering?
13     A.   At the time, correct.
14     Q.   Beginning in January '99 and for
15 that roughly three-month period that we've
16 been talking about, did your employer change,
17 that is the company for which you worked?
18     A.   I don't -- I don't know. I don't
19 remember.
20         You mean if I got paid through the
21 casino?
22     Q.   Basically what company was paying
23 you?
24     A.   I don't remember where my check was
25 coming from at that time.

Bellando

1
2    Q.    Did your compensation change in any
3 way during that three months from the year,
4 year and a half prior to that?
5    A.    No, no.
6    Q.    During that three-month period, is
7 it correct that Mr. Melius was still signing
8 your paycheck on whichever company it was?
9    A.    I don't remember.  I don't remember
10 at that point who the signator was.
11    Q.    Then after the casino opened, you
12 resumed your duties as banquet manager or
13 started working them fulltime again; is that
14 right?
15    A.    That's correct.
16    Q.    And you've been doing that ever
17 since?
18    A.    Ever since.
19    Q.    Any other employment or jobs or
20 employers or companies that you worked for
21 that you have not described during the time
22 period from when you graduated high school in
23 '83 up through the present?
24    A.    No.
25    Q.    Have you ever heard of a company

Bellando

1
2 called Archon Design Limited?
3    A.    Yes.
4    Q.    What do you know about Archon
5 Design Limited?
6    A.    Not much.  Just heard of it.
7    Q.    Do you know what type of company it
8 is?
9    A.    No.
10    Q.    Do you know who owns it?
11    A.    No.
12    Q.    Do you know where it's located?
13    A.    Yes.
14    Q.    Where?
15    A.    135 West Gate Drive.
16    Q.    Have you ever worked for Archon
17 Design?
18    A.    No.
19    Q.    Have you ever heard of a company
20 called President R.C. Saint Regis Management
21 Company?
22    A.    Yes.
23    Q.    Tell me what you know about
24 President.
25        We'll call it "President" for

Bellando

1
2 short.
3    A.    Not much.  Just heard of it.
4    Q.    Do you know what type of company it
5 is?
6    A.    No.
7    Q.    What business it's in?
8    A.    What business it's in?
9    Q.    Yes.
10    A.    No.
11    Q.    Do you know who owned it?
12    A.    No.
13    Q.    Or owned it during the period of,
14 say, '98 to 2000?
15    A.    No.
16    Q.    Do you know where it's located or
17 where it was located during that time?
18    A.    No.
19    Q.    Is it safe to assume from your
20 answers to those questions that you never
21 worked for President?
22    A.    No.
23    Q.    You've never worked for President?
24    A.    No.
25    Q.    Have you ever heard of a company

Bellando

1
2 called Anderson-Blake Construction
3 Corporation?
4    A.    Yes.
5    Q.    We'll abbreviate that.
6        What do you know about
7 Anderson-Blake?
8    A.    Anderson-Blake was a construction
9 company.
10    Q.    You said it was?
11    A.    It is.
12    Q.    Is it still in existence?
13    A.    No.
14    Q.    What else do you know about
15 Anderson-Blake?
16        MS. GASTWIRTH:  Objection as to
17    form.
18    Q.    Well, let's back up a second.
19        Do you know who Anderson and Blake
20 are, the individual names in the company
21 Anderson and Blake?
22    A.    I think it was just a name made up.
23    Q.    Do you know who made it up?
24    A.    No.
25    Q.    Do you know when it was made up?

**Bellando**

1
2   A. No.
3   Q. Do you know when Anderson-Blake
4 ceased to exist?
5   A. I don't remember.
6   Q. During the time that you recall it
7 was in existence, do you remember where it was
8 located?
9   A. One Old Country Road, Carle Place.
10   Q. Do you remember who owned
11 Anderson-Blake or do you know who owned
12 Anderson-Blake during that time that it
13 existed?
14   A. No.
15   Q. Do you know who the officers of
16 Anderson-Blake were during the time it
17 existed?
18   A. I believe I was an officer.
19   Q. When were you an officer of
20 Anderson-Blake?
21   A. I don't remember when I became an
22 officer.
23   Q. Well, what was your title, if you
24 had one?
25   A. President.

**Bellando**

1
2   Q. You were the President of
3 Anderson-Blake Construction Corporation?
4   A. Correct.
5   Q. I asked you a couple of minutes ago
6 when we were going through your employment
7 history, and I must say you were extremely
8 thorough, to describe the duties you had and
9 the jobs you had. You didn't mention
10 Anderson-Blake.
11   MS. GASTWIRTH: Objection.
12   You didn't ask him if he was an
13   officer of any of these things.
14   Q. Let's go back.
15   Were you ever an officer of Castle
16 Ventures?
17   A. No.
18   Q. Were you ever an officer of Oheka
19 Management Corporation?
20   A. No.
21   Q. Were you ever an officer of Oheka
22 Castle Catering Corporation?
23   A. No.
24   Q. Were you ever an officer of any
25 company other than Anderson-Blake in your

**Bellando**

1
2 life?
3   A. Yes.
4   Q. What other company or companies?
5   A. Oheka Maintenance.
6   Q. That's a company that's distinct
7 from the other Oheka companies that you've
8 described?
9   A. Correct.
10   Q. What was your title at Oheka
11 Maintenance when you were an officer?
12   A. President.
13   Q. What were your duties as president
14 of Oheka Maintenance?
15   A. Just the maintenance of Oheka.
16   Q. Maintaining the premises?
17   A. That's correct.
18   Q. When was that?
19   A. I don't remember the year.
20   Q. It was for approximately a year?
21   A. No, I don't remember the year.
22   Q. When you said you didn't remember
23 the year, it sounded like it was only a single
24 year.
25   A. I don't remember the year we

**Bellando**

1
2 started it.
3   Q. Was that during the time from 1988
4 to roughly 1998 that you were in charge of
5 Oheka security and maintenance as building
6 manager?
7   A. Correct.
8   Q. So what, if anything, is the
9 difference between being the building manager
10 at Oheka Castle and being the president of
11 Oheka Maintenance?
12   A. No difference.
13   Q. Well, I asked you what your title
14 was during that time and you said you were the
15 building manager of Oheka.
16   A. That's correct.
17   Q. Was your title also president of
18 Oheka Maintenance?
19   A. That's correct.
20   Q. Is that a corporation?
21   A. Yes.
22   Q. Were there any other officers of
23 Oheka Maintenance during that time?
24   A. Not that I'm aware of.
25   Q. Any directors?

**Bellando**

1
2  A.  Not that I'm aware of.
3  **Q.  Were you a director?**
4  A.  I was the President.
5  **Q.  So you were not a director?**
6  A.  No.
7  **Q.  Did you have to file anything with**
8  **New York State?**
9  A.  Yes.
10  **Q.  What did you file?**
11  A.  I don't know.  The accountant would
12  bring it in to me and I would sign it.
13  **Q.  All right.  We'll come back to**
14  **Anderson-Blake.**
15  **Any other companies that you were**
16  **an officer of other than Oheka Maintenance and**
17  **Anderson-Blake?**
18  A.  No.
19  **Q.  Coming back then to Anderson-Blake.**
20  **I believe you testified a moment**
21  ago that you were the president.
22  **How did you become president of**
23  **Anderson-Blake?**
24  A.  It was just a conversation when my
25  boss, Mr. Melius, wanted to put something to

Bellando

1
2  together that hopefully I could be a partner
3  in.
4  **Q.  So you had a conversation with**
5  **Mr. Melius and he suggested putting together**
6  **something called Anderson-Blake?**
7  A.  Well, I don't know --
8  MS. GASTWIRTH:  Objection.
9  **Q.  I'm not trying to put words in your**
10  **mouth.  I'm trying to understand what**
11  **happened.**
12  **Tell me in your own words.**
13  A.  It was a conversation where he
14  called me in and he wanted me to be a partner
15  with him and hopefully if it took off that it
16  would benefit me.
17  **Q.  Approximately when was that**
18  **conversation?**
19  A.  I don't recall.
20  **Q.  Approximately?**
21  A.  No idea.
22  **Q.  How long after you started with**
23  **Mr. Melius was it maybe is one way to think**
24  **about it?**
25  A.  It was years after when I started.

Bellando

1
2  I don't remember the year.
3  **Q.  Were you the banquet manager at**
4  **that time?**
5  **Were you the building manager?**
6  **Were you in charge of security?**
7  **Where were you in your career with**
8  **Mr. Melius when you had that conversation?**
9  A.  I don't remember.
10  **Q.  Well, if you don't remember the**
11  **year, tell me everything that you do remember**
12  **about the conversation.**
13  A.  That was it, just he was going to
14  put something together and hopefully it could
15  help me some way, it could benefit me.
16  **Q.  What did you say?**
17  A.  That I was fine with that.
18  **Q.  It sounded like a good idea to you?**
19  A.  Sounded great to me.
20  **Q.  What happened with Anderson-Blake**
21  **after that?**
22  A.  I don't remember.  I think we did
23  a project.  I don't know.  I don't remember
24  the whole -- I wasn't involved in that end.
25  **Q.  What was your involvement as**

**Bellando**

1
2  **president?**
3  A.  Nothing.
4  **Q.  So you didn't do anything as**
5  **president of Anderson-Blake?**
6  A.  No.
7  **Q.  Did you file anything with New York**
8  **State?**
9  A.  I believe so.
10  **Q.  What was it?**
11  A.  Accountants do it.  I just sign it.
12  **Q.  So you had this conversation with**
13  **Mr. Melius at some point that you don't**
14  **remember and then nothing ever happened with**
15  **Anderson-Blake, so that concept of you being**
16  **in partnership with him never went anywhere?**
17  A.  That's correct.
18  MS. GASTWIRTH:  Objection.
19  MS. BUDD: Objection.
20  MR. SEFF:  The witness understood
21  and answered first.
22  I gather from my last question you
23  did understand it.
24  If you don't understand, let me
25  know and I'll rephrase it.

Bellando

1
2      MS. GASTWIRTH: Here's the second
3  rule. Wait for us to object.
4      Q.   If I ask a question that's
5  objectionable, they'll say "objection," but if
6  you understand the question, you can answer.
7  They're just reserving the objection for some
8  future time; do you understand that?
9      A.   Yes.
10     Q.   Do you remember any other officers
11  of Anderson-Blake other than yourself?
12     A.   No.
13     Q.   Were there any others?
14     A.   I don't know, could have been.
15     MS. GASTWIRTH: Let me know when
16  there's a convenient breaking point
17  because I have to make a call.
18     Q.   Did you have any sort of ownership
19  interest in Anderson-Blake?
20        Did you own any shares in the
21  company or anything like that?
22     A.   I don't remember.
23        I believe --
24     MS. GASTWIRTH: Don't speculate.
25     A.   Yes, I don't know.  I don't

Bellando

1
2  remember.
3      Q.   Is that the type of thing you'd
4  remember if you owned shares in the company?
5      A.   Yes, but I don't remember.
6        He's my boss.  What he tells me to
7  do, I do.
8      Q.   Did you ever make any money from
9  your position as the president of
10  Anderson-Blake?
11     A.   No.
12     Q.   Do you recall who the shareholders
13  were if you were not one?
14     A.   No.
15     Q.   Do you recall who the directors
16  were?
17     A.   No.
18     Q.   I believe you testified that it's
19  not an active company currently.
20     A.   At this time, it's not.
21     Q.   It's not?
22     A.   No.
23     MS. GASTWIRTH: Just for the
24  record.
25        We have legal definitions for those

Bellando

1
2  things and physical definitions.  I think
3  the witness is testifying to his lay
4  understanding.
5      MR. SEFF: Whatever his
6  understanding, I'm asking if the company
7  is doing anything.
8      Q.   It's a construction company and the
9  name of the company is Anderson-Blake
10  Construction Corporation?
11     A.   Right.
12     Q.   I assume from that it's a
13  construction --
14     A.   Company.
15     Q.   You testified a moment ago it did
16  do a job, a construction job?
17     A.   I know they did a job.  I'm not
18  aware -- I wasn't part of that.  I don't know
19  what it was.
20     Q.   If Anderson-Blake ever did do a
21  construction job, you wouldn't know what it
22  was?
23     A.   I didn't have to know, no.
24     Q.   I asked you do you believe that
25  Anderson-Blake did one construction job in its

Bellando

1
2  history?
3      A.   One that I know of, yes.
4      Q.   What was it?
5      A.   Akwesasne Casino.
6      Q.   That was the construction company
7  that built the casino?
8      A.   Correct.
9      Q.   How do you know that?
10     A.   I was there.
11     Q.   Any construction projects that
12  Anderson-Blake worked on prior to building the
13  casino?
14     A.   I'm not aware.
15     Q.   Any construction projects
16  Anderson-Blake worked on since building the
17  casino?
18     A.   I don't think so, no.
19     Q.   But you didn't have anything to do
20  with the construction of the casino, I gather
21  from your testimony, until approximately
22  January of '99; is that right?
23     MS. GASTWIRTH: Objection.
24        That three-month period right
25  before the casino was opened?

Bellando

1
2 THE WITNESS: Say your question
3 again.
4 MR. SEFF: Strike that last
5 question. That was inartfully worded.
6 **Q. You didn't have anything to do with**
7 **the casino's construction prior to**
8 **approximately January of 1999; is that**
9 **correct?**
10 A. Correct.
11 **Q. And that's the case even though you**
12 **were the president of the company?**
13 A. Correct.
14 **Q. Do you recall signing any documents**
15 **in connection with the casino's construction?**
16 A. Correct.
17 **Q. You do recall signing documents?**
18 A. I remember signing a document.
19 **Q. What was that?**
20 A. The AIA contract.
21 **Q. Is that the document that you**
22 **testified that you reviewed this morning?**
23 A. Correct.
24 MR. SEFF: Why don't we mark that
25 and take a look at that.

Bellando

1
2 MS. GASTWIRTH: Before we mark it,
3 I need to make a phone call.
4 Can we wait for a moment?
5 MR. SEFF: Why don't I mark it.
6 MS. GASTWIRTH: You can mark it and
7 have the witness look at it. I just need
8 to step out and make a phone call.
9 MR. SEFF: Okay.
10 (Recess taken.)
11 (Plaintiff's Exhibit 56, Standard
12 Form of Agreement between Owner and
13 Contractor dated 1/11/98, marked for
14 identification, as of this date, by the
15 reporter.)
16 MR. SEFF: Off the record.
17 **Q. Mr. Bellando, right before the**
18 **break you were talking about a document that**
19 **you testified that you signed as president of**
20 **Anderson-Blake.**
21 A. Correct.
22 **Q. And you mentioned it was an AIA**
23 **contract. We've marked the document as**
24 **Plaintiff's Exhibit 56. It's 56 because**
25 **yesterday we went 1 through 55. We're just**

Bellando

1
2 going sequentially. We've marked that
3 document and put it in front of you.
4 Have you had a chance to review it?
5 A. I've looked at it.
6 **Q. Does that look like the document**
7 **you were talking about right before the break?**
8 A. Yes.
9 **Q. And it's numbered in the lower**
10 **righthand corner. Those numbers were added by**
11 **us just to make it easy for reference.**
12 **They're numbered 1564 through 1571.**
13 Why don't you take a look at the
14 last page 1571.
15 Do you see a signature on that
16 page?
17 A. Yes.
18 **Q. You see where it says "contractor"**
19 **and under the word contractor there's some**
20 **handwriting there.**
21 Is this that your signature?
22 A. That's correct.
23 **Q. Above the words "Richard Bellando,**
24 **President?"**
25 A. Correct.

Bellando

1
2 **Q. Now, let's talk about this**
3 **document.**
4 I believe you testified that you
5 reviewed it this morning?
6 A. Yes.
7 **Q. When was the first time that you**
8 **saw this document?**
9 A. I guess the day it was signed.
10 **Q. Do you remember when that was?**
11 A. I don't see a date on here.
12 The 11th of January.
13 **Q. January 11?**
14 A. Yes.
15 **Q. What was the year?**
16 A. 1998.
17 **Q. January 1998, okay.**
18 **Where did you see that date; is**
19 **that on page 1654 typewritten?**
20 A. Yes.
21 **Q. So January 11, 1998 was the date**
22 **you believe you signed this document, which**
23 **has been marked as Plaintiff's Exhibit 56?**
24 A. Correct.
25 **Q. And you hadn't seen it prior to**

Bellando

1
2      that date?
3          A.    Not that I'm aware of.
4          Q.    Do you recall signing the document?
5          A.    Yes.
6          Q.    Where were you, if you remember,
7      when you signed it?
8          A.    I believe in the main office.
9          Q.    One Old Country Road?
10         A.    One Old Country Road.
11         Q.    Now, did anyone ask you to sign it?
12         A.    I believe Mr. Thornton called me.  I
13     had to meet him in the office and I got a call
14     from Mr. Melius that I had to go in and sign
15     the document.  He wasn't around.
16         Q.    "He" meaning Mr. Melius?
17         A.    Yes.
18         Q.    I'm confused.
19               Was it Mr. Thornton or Mr. Melius?
20         A.    I'm trying to remember.  I believe
21     I got a call from Mr. Thornton that he needed
22     me to come in the office to sign a document
23     and I believe I got a follow-up call from
24     Mr. Melius stating to me he's not around to go
25     in and look at the form and sign it.

Bellando

1
2          Q.    So both Thornton and Melius called
3      you about the document?
4          A.    Correct.
5          Q.    Was it that same day you signed it?
6          A.    I don't remember if that's the
7      date, to be honest.
8          Q.    What did you say in response to
9      Mr. Thornton when he called you to sign the
10     document?
11         A.    I told him I would be in.
12         Q.    To sign it?
13         A.    Right.
14         Q.    What did you say to Mr. Melius when
15     he called you about the document?
16         A.    That I would be on my way in.
17         Q.    Anything else transpire during
18     those conversations?
19         A.    No.
20         Q.    Then you proceeded to go into the
21     One Old Country Road and sign the document?
22         A.    Correct.
23         Q.    Was there anyone there who
24     witnessed you signing it?
25               When I say "witness," I don't mean

Bellando

1
2      like they swore out a will.  I mean just
3      somebody in the room.
4          A.    I believe who was with me was
5      Mr. Thornton.
6          Q.    There's another signature on page
7      1571.  It appears to be the signature of
8      Walter Horn.
9                Do you see that just to the left of
10     your signature?
11         A.    Correct.
12         Q.    Do you know the name Walter Horn?
13         A.    Yes.
14         Q.    Who is Walter Horn, as you
15     understand him?
16         A.    I don't know his title.
17         Q.    Who is "he" though, what's his
18     position?
19         A.    I just met him once.  I don't know
20     his position.
21         Q.    Was he in the room with you?
22               In other words, did you both sign
23     this together?
24         A.    No.
25         Q.    At the point that you signed it on

Bellando

1
2      what's now what's marked page 1571, was
3      Mr. Horn's signature already on the document?
4          A.    I don't remember.  I don't remember
5      seeing a signature.
6          Q.    You know you didn't sign it
7      together?
8          A.    No.
9          Q.    He wasn't there when you went in to
10     sign it?
11         A.    No.
12         Q.    So it could be that you signed it
13     first or it could be that he signed first, you
14     just don't remember?
15         A.    Don't remember.
16         Q.    Do you see just below your name
17     typewritten the words "Richard Bellando,
18     President?"
19         A.    Uh-hmm.
20         Q.    Is that a "yes?"
21         A.    Yes.
22         Q.    Do you know who typed that in?
23         A.    No.
24         Q.    Did you do it?
25         A.    No.

Bellando

2 Q. Was it there?
3 Were those words "Richard Bellando,
4 President" in capital letters below the
5 signature line already typed in at the point
6 that you signed?
7 A. Yes.
8 Q. Are you certain of that?
9 A. Pretty certain.
10 Q. Now, did you review what's been
11 marked as Exhibit 56 before you signed it?
12 A. I looked at it.
13 Q. Did you read it?
14 A. Yes, I read some of it.
15 Q. What parts do you remember reading?
16 A Well, I know it's an AIA. It's a
17 standard form. So I just looked at where they
18 typed in some of the equipment, the
19 construction, how much it was going to cost.
20 Q. Now, you say it's an AIA standard
21 form.
22 Is it a form with which you were
23 familiar in January of 1998?
24 A. I've seen them before.
25 Q. What context or capacity were you

Bellando

1 working in which you had seen one?
3 A. I don't remember. Some of the
4 times I would see the forms like we were
5 bidding a job. Maybe at the castle or
6 something we would use this form.
7 Q. Have you ever signed a contract
8 before, before what's been mark as Plaintiff's
9 Exhibit 56?
10 A. Not that I recall. I don't
11 remember.
12 Q. Have you ever signed one since you
13 signed what's been marked as Exhibit 56?
14 MS. GASTWIRTH: An AIA?
15 MR. SEFF: An AIA construction form
16 contract.
17 A. Since, I don't remember.
18 Q. So it could be this is the only one
19 you've ever signed?
20 MS. GASTWIRTH: Objection.
21 MS. BUDD: Objection.
22 A. You know what, I sign a lot of
23 things. I don't know. I don't remember.
24 Q. When you say you sign a lot of
25 things, what other types of things do you

Bellando

2 sign?
3 A. Whatever for the job. Whatever I'm
4 working on.
5 Q. When you sign things for a job or
6 whatever it is you're working on, do you
7 typically read things before you sign them?
8 A. Sometimes. Sometimes no.
9 Q. What would be an example of
10 something you would sign without reading?
11 A. Depends on what it is. I don't
12 know. It would have to be put in front of me.
13 Q. Well, let's just talk about this
14 document. This was put in front of you, I
15 gather, on or about January 11, 1998.
16 Did you say you thought Mr. Thornton
17 presented it to you?
18 Who physically presented it to you?
19 A. You know, I don't remember. I'm a
20 little bit sure it was Bill Thornton.
21 Q. Did you realize the day that you
22 were signing this that you were the President
23 of Anderson-Blake or was that a surprise to
24 you?
25 A. I knew I was the President.

Bellando

2 Q. You did?
3 A. Yes.
4 Q. How did you know?
5 A. Well, I knew Anderson-Blake existed
6 and that's before the conversation where I
7 knew that hopefully I'd be a partner.
8 Q. So was signing this contract that
9 is Exhibit 56 the first official duty or thing
10 that you did as president of Anderson-Blake?
11 A. Probably.
12 Q. What did you understand this
13 document to be at that time that you signed
14 it?
15 What did you think you were
16 signing?
17 A. What did I think I was signing?
18 Q. Yes. You signed a contract.
19 A. The contract to build the casino.
20 Q. Now, there's some handwriting
21 scattered throughout the document. I just
22 wanted to know if the handwriting was yours.
23 It's not much.
24 Why don't we go through it.
25 On page 1654, there's a notation

**Bellando**

1 next to the word "President." There appears
2 to be some handwriting. It says "President
3 R.C." and then there seems to be a circle and
4 some handwriting; do you see that?
5   A.  Uh-hmm.
6   Q.  Is that a "yes?"
7   A.  Yes.
8   Q.  Is that your handwriting?
9   A.  No.
10   Q.  There's some handwriting on page
11 1565 in sections 3.1 and 3.2; do you see that
12 handwriting?
13   A.  Yes.
14   Q.  Is that your handwriting?
15   A.  No.
16   Q.  Now, let's go back to page 1564 for
17 a second.
18      Was the handwriting on page 1564 on
19 the document when you signed it?
20   A.  I don't recall. I don't remember.
21   Q.  What about the handwriting on page
22 1565 in those two sections that we just looked
23 at; is that your handwriting?
24   A.  I believe that was written.


---

**Bellando**

1 next to the word "President." There appears
2 to be some handwriting. It says "President
3 R.C." and then there seems to be a circle and
4 some handwriting; do you see that?
5   A.  Uh-hmm.
6   Q.  Is that a "yes?"
7   A.  Yes.
8   Q.  Is that your handwriting?
9   A.  No.
10   Q.  There's some handwriting on page
11 1565 in sections 3.1 and 3.2; do you see that
12 handwriting?
13   A.  Yes.
14   Q.  Is that your handwriting?
15   A.  No.
16   Q.  Now, let's go back to page 1564 for
17 a second.
18      Was the handwriting on page 1564 on
19 the document when you signed it?
20   A.  I don't recall. I don't remember.
21   Q.  What about the handwriting on page
22 1565 in those two sections that we just looked
23 at; is that your handwriting?
24   A.  I believe that was written.

---

Bellando

2   Q.  Let's look at section 3.1. It's
3 talking about the commencement date for the
4 contract and someone has handwritten in there
5 "within 90 days of the date hereof;" do you
6 see that?
7   A.  Yes.
8   Q.  So you're certain that's not your
9 handwriting?
10   A.  That's not my handwriting.
11   Q.  Are you certain that was written in
12 when you signed it?
13   A  I'm not certain, but I don't
14 remember. I don't remember.
15   Q.  Now let's look at section 3.2.
16 It's talking about the substantial completion
17 date of the work, which I believe is the
18 project. It says "nine months after the date
19 of commencement; do you see that handwriting?
20   A.  Correct.
21   Q.  I gather that's not your
22 handwriting either?
23   A.  No.
24   Q.  Was that handwriting that is the
25 language under section 3.2 on the document on

---

**Bellando**

1 the date that you signed the contract?
3   A.  I don't remember.
4   Q.  Now, there's type written in on
5 page 1566, the next page, article 4 contract,
6 some dollar amount. The words are spelled
7 out. Then the dollar amount number is typed
8 out and the number appears to be $14,180,564.
9      Do you see that in section 4.1?
10   A.  Yes.
11   Q.  It appears to me that that's a
12 typewriter, different typeface, than the
13 actual preprinted form.
14      Was that dollar amount either the
15 words and or the number on the document when
16 you signed it?
17   A.  I believe so.
18   Q.  What leads you to believe that was
19 on there?
20   A.  I remember saying that's all it's
21 going to cost to build it.
22   Q.  Oh, is that right?
23   A.  Yes.
24   Q.  So that refreshes your
25 recollection?

---

**Bellando**

2   A.  Yes.
3   Q.  You remember that being there.
4      As far as 3.1 and 3.2, you're not
5 sure?
6   A.  Yes, I don't remember.
7   Q.  Now, there's some handwriting on
8 page 1567, not much, but it looks like in
9 section 5.6.1 the number 0 is crossed out and
10 the handwritten number 5 is written in; do you
11 see that handwriting?
12   A.  Correct.
13   Q.  Is that your handwriting?
14   A.  No.
15   Q.  Do you recall whether that was
16 there when you signed it?
17   A.  No, I don't recall that.
18   Q.  Did you retain take a copy of this
19 contract after you signed it?
20   A.  No.
21   Q.  Do you know what happened to the
22 original that you signed after you signed it?
23   A.  No.
24   Q.  As you sit here today, do you know
25 what happened to it?

**Bellando**

1
2    A.   No.
3        Q.   Did you ever see it again between
4    the day you signed it and this morning?
5    A.   No.
6        Q.   Do you recall signing any other
7    documents as president of Anderson-Blake
8    following this document?
9    A.   I could have.  I don't remember.
10       MS. GASTWIRTH:  By documents, you
11   mean contracts, anything?
12       MR. SEFF:  Anything.
13       MS. GASTWIRTH:  Checks, anything?
14       Q.   Did you sign checks on behalf of
15   Anderson-Blake?
16   A.   I believe I did.
17       Q.   In connection with the casino
18   construction?
19   A.   Yes, I'm pretty sure I did.
20       Q.   Do you remember to whom those
21   checks were made out?
22   A.   No.
23       Q.   Do you remember the dollar amounts
24   roughly?
25   A.   No.

Bellando

1
2        Q.   Do you remember the number of
3    checks, approximately?
4    A.   No.
5        Q.   Do you know what bank account or
6    accounts those checks were drawn on?
7    A.   No.
8        Q.   Do you know if Anderson-Blake had
9    its own bank account?
10   A.   If had its own bank account?
11       Q.   Do you know if it did?
12   A.   I don't know.  I would imagine.
13       Q.   I gather you don't have copies of
14   those checks or check registers or anything
15   like that?
16   A.   I don't know.
17       Q.   You personally.
18   A.   Me?
19       Q.   Personally in your files.
20   A.   Me, no.
21       Q.   Did you maintain files as president
22   of Anderson-Blake?
23   A.   I had files.  I don't know where
24   they are.  I had stuff, the stuff I was
25   bidding on and all in a file.

Bellando

1
2        Q.   Let's talk about Mr. Melius for a
3    couple of minutes.
4        What was Mr. Melius' role, if any,
5    in Anderson-Blake?
6    A.   He was the boss.
7        Q.   And by "boss," could you be more
8    descriptive.
9        What does that mean?
10       Was he in charge?
11   A.   He was in charge, correct.
12       Q.   Did he have a title at
13   Anderson-Blake?
14   A.   I don't know.
15       Q.   Was it chairman?
16   A.   I don't know.
17       Q.   CEO?
18   A.   I didn't know that.
19       Q.   You just knew him as "the boss?"
20   A.   Correct.
21       Q.   Was he the boss of Anderson-Blake
22   as far as you knew at the point that you
23   signed the contract?
24   A.   Correct.
25       Q.   Do you have any understanding of

**Bellando**

1
2    why you were signing the contract and not him
3    if he was the boss?
4        MS. BUDD:  Objection.
5        Asked and answered.
6        MS. GASTWIRTH:  Objection.
7        Asked and answered.
8        MR. SEFF:  I don't think so.
9    A.   He wasn't around.  He asked me if I
10   could go in and sign something on
11   Anderson-Blake.  I was signator on the
12   account.
13       Q.   As you said you were signator on
14   the account; what does that mean?
15   A.   The business.  The business.
16       Q.   In other words, you had signing
17   authority on the Anderson-Blake account?
18   A.   Correct.
19       Q.   Did he have signing authority as
20   well?
21   A.   I believe so.  I don't see the
22   things he signs.
23       Q.   So as far as you know, the only
24   reason that you signed Exhibit 56 rather than
25   Mr. Melius is because he wasn't around?

Bellando

1
2    A.  I believe so.
3    Q.  Do you know where he was?
4    A.  No.
5    Q.  Do you know what the urgency was
6    that it had to be signed that particular day?
7    A.  No, I really didn't ask.  He just
8    told me to go in.
9    Q.  And sign it and you did?
10   A.  And I did.
11   Q.  Do you think there was anything odd
12   about the fact that you were being asked to
13   sign as opposed to him?
14   A.  Not at all.
15   Q.  Why not?
16   A.  There's always things that come up
17   and I guess he depends on me to do things.  If
18   he's not around, I will fill in for him.
19   Q.  I believe you testified earlier
20   that you were up at the casino working on the
21   project and that you reported to Mr. Thornton,
22   William Thornton, and Mr. Roger Diller; is that
23   right?
24   A.  Correct.
25   Q.  Mr. Thornton was the project

Bellando

1
2    manager; is that right?
3    A.  Yes.
4    Q.  What about Mr. Diller?
5    A.  He was the architect.
6    Q.  Do you know who he worked for?
7    A.  I don't know where he got paid
8    from.
9    Q.  Did you sign paychecks as president
10   of Anderson-Blake?
11   A.  I don't know.  I don't know.  No, I
12   didn't sign paychecks.
13   Q.  So you didn't sign Mr. Thornton's
14   paycheck?
15   A.  I didn't sign Mr. Thornton's
16   paycheck.
17   Q.  What about Mr. Diller?
18   A.  No.
19   Q.  Nobody's paycheck did you sign?
20   A.  No, I don't know.  They had a stamp
21   with my name.  They stamped it.
22   Q.  Do you ever remember getting a
23   paycheck from Anderson-Blake?
24   A.  I don't remember.  I mean, I could
25   have.  I don't remember.

Bellando

1
2    Q.  But you definitely took direction
3    from Mr. Thornton and Mr. Diller as opposed
4    from them taking direction from you?
5    A.  I took direction from Mr. Thornton
6    on helping him finish because he was the
7    project manager.
8    Q.  Did you consider him your superior?
9    A.  No.
10   Q.  Did you understand him to be
11   working for Anderson-Blake?
12   A.  Correct.
13   Q.  Is the project manager of
14   Anderson-Blake a higher rank than president?
15   A.  No.
16   Q.  President is higher?
17   A.  Should be.
18   Q.  Why was it that you were taking
19   direction from him as opposed to the other way
20   around?
21   A.  I was taking direction to assist
22   helping out on the final -- getting the place
23   open.  He was the project manager who knew
24   what had to be done.  I was just there to help
25   him.

Bellando

1
2    Q.  Did you understand that Mr. Diller
3    was working for Anderson-Blake?
4    A.  I believe so.
5    Q.  Did you ever take direction from
6    Mr. Diller to do things when you were there?
7    A.  Yes, if he needed stuff done we
8    would do it.
9    Q.  Do you know Mr. Warren Schiffman?
10   A.  Yes.
11   Q.  Who is he, if you know?
12   A.  He was our architect.
13   Q.  He was the architect prior to
14   Mr. Diller?
15   A.  Correct.
16   Q.  Did you ever work with
17   Mr. Schiffman?
18   A.  No.
19   Q.  Just to go back over your career,
20   you've basically been employed by Mr. Melius
21   in one capacity or another since 1983?
22   A.  Correct.
23   Q.  Have you ever worked for anybody
24   else during that time?
25   A.  No.

Bellando

1
2     Q.    Did you ever work for Ivan Kaufman?
3     A.    No.
4     Q.    Do you know who Ivan Kaufman is?
5     A.    Yes.
6     Q.    Have you ever met him?
7     A.    A few times.
8     Q.    Did you ever work for Walter Horn?
9     A.    No.
10    Q.    Did you ever work for John
11 Natalone?
12    A.    No.
13    Q.    Did you ever work for a company
14 called Massena Management?
15    A.    No.
16    Q.    And I believe you testified already
17 you never worked for a company called
18 President; is that right?
19    A.    That's correct.
20    Q.    In 1999, say, January to April of
21 1999, you were working for Anderson-Blake; is
22 that right?
23    A.    Right.
24    Q.    And no other companies?
25    A.    No.

Bellando

1
2         MR. SEFF:  Let me mark this next in
3 order.
4         (Plaintiff's Exhibit 57, letter
5 dated to John Ransom from Richard
6 Bellando date 2/4/99, marked for
7 identification, as of this date, by the
8 reporter.)
9     Q.    Mr. Bellando, I'm showing you a
10 document that's been marked as Exhibit 57 for
11 identification.  It's a letter dated February
12 4, 1999.  It appears to have your signature on
13 it.  Why don't you take a look at that.
14         Take as much time as you need to
15 look at that and let me know when you're
16 ready.
17    A.    Okay.
18    Q.    Have you ever seen this letter
19 before, Mr. Bellando?
20    A.    I must have.
21    Q.    You say that because you signed it?
22    A.    Uh-hmm.
23    Q.    Is that "yes?"
24    A.    Yes.
25    Q.    Do you recognize your signature on

Bellando

1
2 it?
3     A.    Yes.
4     Q.    Do you recall signing this letter?
5     A.    I don't recall.
6     Q.    Well, it's right in that time
7 period that we've been discussing?
8     A.    Yes.
9     Q.    It is February 4, 1999?
10    A.    Right.
11    Q.    Which is right in that window of
12 January to April we've been talking about;
13 isn't that right?
14    A.    Correct.
15    Q.    Do you know if this concerns the
16 Akwesasne casino?
17    A.    It looks like it.
18    Q.    What is the company letterhead?
19    A.    President R.C..
20    Q.    Do you have any explanation,
21 Mr. Bellando, as to why in February of '99 you
22 were signing a letter on President letterhead?
23    A.    No.
24    Q.    Does this surprise you?
25    A.    No.

Bellando

1
2     Q.    Why not?
3     A.    Because, again, there's things I
4 would just sign if they put it in front of me.
5     Q.    It says here under your name
6 there's a signature which you've identified as
7 yours.  It says your name and underneath it
8 says "assistant project manager;" do you see
9 that?
10    A.    Yes.
11    Q.    Did you ever have a title of
12 assistant project manager?
13    A.    I guess I was.
14    Q.    Were you the assistant project
15 manager for President R.C. Saint Regis
16 Management Company?
17    A.    I guess so.
18    Q.    What's going on here, you've
19 written a letter to Mr. John Ransom.
20         Do you know that name?
21    A.    Heard of it.
22    Q.    You heard of it before just now?
23    A.    I heard of it before.
24    Q.    Who is Mr. John Ransom; if you
25 know?

Bellando

2    A.   I don't know his position.

3    Q.   Do you recognize the company there

4 under his name, J&J Insurance Company of

5 Hogansburg, New York?

6    A.   Right. I don't know it.

7    Q.   You say here in the letter, there's

8 a re line and it appears to be an insurance

9 policy; do you see that?

10    A.   Yes.

11    Q.   Then you write "Dear Mr. Ransom, as

12 a followup to our telephone conversation,

13 please accept this correspondence as

14 authorization for you to increase the limits

15 on the above referenced policy as follows:

16    1. Increase limits of insurance to

17 $16,500,000.

18    2. Increase the deductible to

19 $5,000.

20    In the event you have any questions

21 or comments, please give me a call.

22 Sincerely. Richard Bellando."

23    Mr. Bellando, do you recall a

24 conversation with Mr. Ransom that you were

25 following up on?

Bellando

2    A.   No.

3    Q.   Did you have a telephone

4 conversation with Mr. Ransom?

5    A.   Not that I'm aware of.

6    Q.   So reading this letter doesn't

7 refresh your recollection that you spoke to a

8 Mr. Ransom about increasing insurance

9 coverage?

10    A.   Not at all.

11    Q.   Not at all, no recollection of that

12 whatsoever?

13    A.   No.

14    Q.   Are you testifying that that

15 conversation did not take place or you don't

16 recall?

17    A.   I'm testifying I don't recall.

18    Q.   It could have taken place, you just

19 don't recall?

20    A.   Yes, I don't recall.

21    Q.   Would that be something that you

22 would be doing in February of 1999, calling an

23 insurance agency to increase the policy

24 limits?

25    A.   If it was something I was given. I

Bellando

2 don't remember.

3    Q.   Was there a company called

4 President R.C. Saint Regis Management Company

5 located One Old Country Road, suite 420 in

6 February of 1999?

7    A.   I wasn't aware of it.

8    Q.   Now, it says here "in the event you

9 have any questions or comments, please give me

10 a call."

11    Do you recall Mr. Ransom calling

12 you with any questions or comments following

13 this letter?

14    A.   No.

15    Q.   By the way, looking down at the

16 bottom of the letter it's got what I believe

17 to be your initials, R.B. with a slash and

18 then the letters "EMO;" do you see that?

19    A.   Yes.

20    Q.   Who is EMO, if you know?

21    A.   I believe it's an Elise Olson.

22    Q.   Who is she?

23    A.   Secretary.

24    Q.   Secretary for whom?

25    A.   Mr. Melius.

Bellando

2    Q.   Okay, thank you.

3    Q.   Now, what were you doing,

4 Mr. Bellando, in May of 2000, which is a year

5 and a month roughly after the casino opened?

6    A.   After the casino --

7    Q.   Say 13 months after the casino

8 opened, what were you doing for work?

9    A.   I was doing the sales for the

10 weddings at Oheka Castle.

11    Q.   So you were back functioning

12 fulltime as banquet manager?

13    A.   Sales manager.

14    Q.   Sales manager.

15    I'm sorry going over your career in

16 such detail.

17    You had different duties. You said

18 in '98 you were the banquet manager. You did

19 that for roughly a year, year and a half and

20 then you helped out with the casino.

21    We're talking a year after the

22 casino opened did you have a new position at

23 that point?

24    A.   Sales manager.

25    Q.   Sales manager, I don't know if we

Bellando

1 talked about that. If we did, I apologize.
2 
3         That was a position you held after
4 being banquet manager?
5     A.   After the casino opened, I went
6 into the sales end.
7     Q.   Oh, okay. Hold on just a second.
8         You did testify right at the
9 beginning of the deposition you were the sales
10 manager.
11        So in May of 2000, you were back as
12 being sales manager?
13    A.   Correct.
14    Q.   In May of 2000, did you have
15 anything at all still to do with the casino
16 which had been open for 13 months at that
17 point?
18    A.   I don't remember if I did anything
19 else on it. I mean, I could have if they
20 asked me to do something.
21    Q.   You don't remember doing anything?
22    A.   No.
23         MS. GASTWIRTH: As you sit here
24 today.
25         That's what he's testifying, he

Bellando

1 doesn't remember.
2 
3         MR. SEFF: I understand.
4         Everything is as you sit here
5 today.
6         MS. GASTWIRTH: Okay.
7         MR. SEFF: Let's back up for a
8 second.
9     Q.   You attended the grand opening; is
10 that right?
11    A.   Correct.
12    Q.   Which I'll tell you is April 11,
13 1999.
14         Did you do anything in connection
15 with the casino project after the grand
16 opening, if you remember?
17    A.   I don't. I'm trying to remember.
18    Q.   Did you visit the casino again
19 after the grand opening?
20    A.   I think I did. I think I was up
21 there one other time after it opened.
22    Q.   Was that for business or pleasure?
23    A.   More for pleasure.
24    Q.   Do you remember when that was?
25    A.   No.

Bellando

1 
2     Q.   How many months after the opening,
3 give or take?
4     A.   No. Maybe a few months after.
5     Q.   Still in '99?
6     A.   Could have.
7     Q.   We talked for a moment or so a
8 little bit earlier about a company call Archon
9 Design.
10        I believe you testified that you
11 heard of it, but you didn't know anything
12 about it; is that right?
13    A.   That's correct.
14    Q.   You said you didn't know what type
15 of company it was. You didn't know who owned
16 it. You didn't know where it was located.
17        You said it was at 135 West Gate
18 Drive, but that you had never worked there; is
19 that right?
20    A.   Correct, never worked for the
21 company.
22    Q.   But you did say it was located at
23 135 West Gate Drive which is the castle?
24    A.   Correct.
25    Q.   And as you sit here today, to

Bellando

1 
2 paraphrase Ms. Gastwirth, you don't know who
3 owned it back in '98 to 2000?
4     A.   I don't know who started the
5 company, no.
6     Q.   I'm not asking you who started it.
7 I'm asking you who owned it.
8     A.   Yes. I didn't know who owned it.
9     Q.   You're certain you didn't work for
10 it?
11    A.   I didn't work for it, no.
12         MR. SEFF: Let's mark this next in
13 order.
14         (Plaintiff's Exhibit 58, letter
15 "To Whom it May Concern" from Richard
16 Bellando dated May 16, 2000, marked for
17 identification, as of this date, by the
18 reporter.)
19    Q.   All right, Mr. Bellando. I'm going
20 to show you a document that's been marked as
21 Exhibit 58 for identification. It appears to
22 be a letter signed by you dated May 16, 2000.
23         I'll ask you to take as much time
24 as you need to review it and then let me know
25 when you're ready.

Bellando

1
2    A.   Okay.
3    Q.   Have you had a chance to review
4  Exhibit 58?
5    A.   Yes.
6    Q.   Do you recognize the letter?
7    A.   I don't recognize it, but I know I
8  signed it.
9    Q.   You recognize your signature on the
10 letter?
11   A.   Yes.
12   Q.   Having had a chance to review it,
13 do you recall signing the letter back in May
14 2000?
15   A.   I don't recall it, but that's my
16 signature.
17   Q.   Now, this appears to be a letter
18 addressed to President R.C. Saint Regis
19 Management Company and the Saint Regis Mohawk
20 Tribe.  It says "to whom it may concern."
21 It's not addressed to a particular individual.
22        Do you recall mailing or faxing
23 this letter either to President or to the
24 tribe?
25   A.   No.

Bellando

1
2    Q.   It says here that there's an
3  enclosure, "a certified architect of the State
4  of New York signed all AIA applications and
5  certificates for payment (see attached
6  certificate)."
7        The enclosure is not attached to
8  this exhibit.
9        Do you recall what the enclosure
10 was?
11   A.   No.
12        MS. GASTWIRTH:  The document speaks
13   for itself.
14   Q.   Now, this letter is on the
15 letterhead of Archon Design Limited.
16        Do you see that in the upper
17 lefthand corner?
18   A.   Yes.
19   Q.   Now, you testified just a moment
20 ago that you never worked for Archon Design
21 Limited and, in fact, you didn't even know
22 what type of company it was.
23        Do you recall that testimony?
24   A.   Right.
25        MS. BUDD: Objection.

Bellando

1
2        MS. GASTWIRTH:  Objection
3        Wait for the objection.
4        MR. SEFF:  He understood it.
5        MS. GASTWIRTH:  I object to the
6    mischaracterization.
7        MR. SEFF:  You don't like the
8    testimony.  It's not a
9    mischaracterization.
10        MS. GASTWIRTH:  The witness
11   should wait for the objection to be
12   interposed.
13        Quite frankly, you've been
14   characterizing and summing up the
15   testimony throughout.
16        I'm not going to let it go on any
17   further.
18        MR. SEFF:  His testimony is
19   whatever it is.
20        MS. GASTWIRTH:  I don't need you to
21   sum it up.  It's confusing and wrong.
22        MS. BUDD:  Ask your question.
23   Q.   Why are you signing a letter in May
24 of 2000 on Archon letterhead, if you know?
25   A.   Probably because I was told to sign

Bellando

1
2  it.
3    Q.   By whom?
4    A.   Whoever.  I don't remember.
5    Q.   You don't remember who told you to
6  sign this?
7    A.   No.
8    Q.   Did you write the letter?
9    A.   No.
10   Q.   Do you remember sitting down, as it
11 appears, to be done on some sort of word
12 processor?
13        Do you remember sitting down on a
14 computer and typing this letter?
15   A.   Not at all.
16   Q.   In fact, it sounds as if you're
17 certain you did not type it.
18   A.   I'm sure I didn't type it.
19        MS. GASTWIRTH:  Objection.
20        The letter speaks for itself.
21        MR. SEFF:  I'm not asking "if."
22   I'm asking who typed it.
23        MS. GASTWIRTH:  Ask who typed it.
24        MR. SEFF:  You can ask questions
25   when I'm done.

Bellando

1
2      MS. GASTWIRTH:  I'm not going to
3  allow you to mislead the witness.
4      MR. SEFF:  This witness understood
5  every question.  He's doing fine.
6      MS. GASTWIRTH:  You're being sarcastic,
7  did you type the letter.
8      Why don't you ask him?
9      Q.   Do you know who typed the letter?
10      I'm not trying to mislead you; do
11  you understand that?
12      A.   I see the initials.  I'm not sure
13  she typed it.
14      Q.   EMO, I think you said her name was
15  Elise?
16      A.   Correct.
17      Q.   Did you ask Elise to type this
18  letter for you?
19      A.   No.
20      Q.   Did you write the letter out by
21  hand on paper and present it to her to type
22  for you?
23      A.   No.
24      Q.   Let's look at the letter.  It says
25  in the first paragraph first sentence "with

Bellando

1
2  respect to the applications and certificates
3  for payment to the subcontractors, and in a
4  accordance with the contract documents based
5  on on-site observations and the data
6  comprising these applications the contractor,
7  Anderson-Blake Construction Corporation and
8  architect Archon Design Limited certify to the
9  Saint Regis Mohawk Tribe that to the best of
10  their knowledge and belief the quality of the
11  work was in accordance with the contract
12  documents and specifications and the
13  contractors were entitled to payment of the
14  amount certified."
15      What was the purpose of it that
16  paragraph, if you know?
17      A.   I don't know.
18      Q.   Let's look at the next paragraph.
19      MS. GASTWIRTH:  Other than what's
20  stated in the document, the document
21  speaks for itself.
22      If you want to ask him if he has
23  independent knowledge outside of what the
24  document says, you can ask him that.
25  Otherwise, you're just reading from the

Bellando

1
2  document and it speaks for itself.
3      MR. SEFF:  I'm asking if he
4  understands what's going on here.
5      MS. GASTWIRTH:  Why don't you ask
6  him that.
7      MR. SEFF:  Could we have the last
8  question and answer read back, please.
9      I really find these interruptions
10  to be unnecessary.
11      MS. GASTWIRTH:  I think this is the
12  last one on Archon.  This Complaint is
13  all about Anderson-Blake.  I'm not going
14  to let you ask any more questions.  If
15  you want to ask in the State case, that's
16  fine.
17      MR. SEFF:  If I have any more
18  questions, I'll ask them and you can
19  instruct him not to answer.
20      MS. GASTWIRTH:  Okay.
21      MR. SEFF:  Read back the last
22  question and answer.
23      (Record read.)
24      Q.   Mr. Bellando, are you aware of any
25  business relationship between Anderson-Blake

Bellando

1
2  and this company Archon Design Limited?
3      A.   Business relationship?
4      Q.   Of any sort.
5      A.   Yes.
6      Q.   What is the business relationship
7  between Anderson-Blake and Archon Design
8  Limited?
9      A.   I believe it's all affiliated.  We
10  have the architect in our office who is part
11  of Archon.
12      Q.   As you understand it,
13  Anderson-Blake and Archon or affiliated
14  companies?
15      MS. BUDD:  Objection.
16      MS. GASTWIRTH:  Objection.
17      MR. SEFF:  He used the word
18  "affiliated."
19      Q.   What is your understanding?
20      A.   I know the architect in our office
21  that works for Archon.
22      Q.   Who was that?
23      A.   Roger Diller.
24      Q.   I thought you testified a moment
25  ago or a couple of minutes ago that Mr. Diller

1          **Bellando**
2    worked for Anderson-Blake.
3          Does Mr. Diller currently work in
4    your office?
5       A.    Yes.
6       Q.    At One Old Country Road or 135 West
7    Gate?
8       A.    135.
9       Q.    For which company does he currently
10   work, if you know?
11      A.    I believe Archon.
12      Q.    Back in 1999 when he was the
13   architect on the project up at Akwesasne, do
14   you know who he worked for then?
15      A.    I assumed Anderson-Blake.
16         MS. GASTWIRTH: I don't want you to
17   speculate.
18         If you don't know, say you don't
19   know.
20         MR. SEFF: I just asked him what
21   his understanding was at that time.
22         MS. GASTWIRTH: Understanding is
23   not good enough for me.
24         Don't speculate. I'm going to
25   direct the witness not to speculate. If

1          Bellando
2    you're not 100 percent sure, don't guess.
3    Tell him you don't know.
4          MR. SEFF: Mr. Bellando has already
5    testified in this litigation between the
6    Tribe and President, he talked about who
7    he thought he worked for.
8       Q.    Anything else that you understand,
9    Mr. Bellando, about the relationship, if any,
10   between Archon and Anderson-Blake?
11      A.    No.
12      Q.    Is Anderson-Blake a going concern
13   today?
14         MS. GASTWIRTH: Objection.
15         Asked and answered and it's a legal
16   conclusion.
17      Q.    You can answer.
18      A.    I said no.
19      Q.    You don't think it's a going
20   concern today?
21      A.    No.
22      Q.    Why is that?
23      A.    I don't think Anderson-Blake
24   exists.
25      Q.    What about Archon?

1          **Bellando**
2       A.    Archon is still around.
3       Q.    Archon is still around?
4       A.    Right.
5       Q.    But not Anderson-Blake?
6       A.    Right.
7          MR. SEFF: I don't have any further
8    questions for this witness.
9          MS. GASTWIRTH: I just need a few
10   moments.
11         Let me step outside with the
12   witness.
13   EXAMINATION
14   BY MS. GASTWIRTH:
15      Q.    In reviewing things that were
16   mentioned before, I think you mentioned that
17   you remembered one job that Anderson-Blake
18   performed which was the casino, building the
19   casino, were there other construction projects
20   undertaken by Anderson-Blake?
21      A.    I remember the IRS. We did an IRS
22   building that we renovated.
23      Q.    Was Anderson-Blake in existence, to
24   your knowledge, prior to the date you signed
25   this contract which was January 1998?

1          **Bellando**
2       A.    Correct.
3       Q.    Now, in giving your employment, the
4    various duties you performed over the years,
5    were there other things that came to mind?
6       A.    Well, yes. There was a time lapse
7    where we sold the castle. I believe from '93
8    to '96, we sold the castle and we managed it
9    for a short time, but then I moved on to One
10   Old Country Road where I was building manager
11   for about a year and a half, maybe two years.
12      Q.    Do you have or did you have a
13   personal relation family relation to Gary
14   Melius?
15      A.    He was my father-in-law.
16      Q.    So you've worked for Gary Melius
17   and various of his companies pretty much from
18   the day you started working for him in 1988
19   through now?
20      A.    Correct.
21      Q.    Can you describe that relationship
22   or would you describe it as a very close and
23   respected one?
24      A.    Oh, oh, definitely. We became
25   family in, I believe, '88 or '89. I married

Bellando

1
2 his daughter. We got divorced in I think '91,
3 but we all stayed close and pretty friendly.
4 He's like a father to me Gary.
5    Q.   Does he  rely on you to do things
6 in various of his companies?
7    A.   Yes.
8    Q.   Is it fair to say you're probably
9 one of the closest people that he relies on to
10 run various of his companies?
11    A.   I think I'm the closest.
12    Q.   Now, we talked about
13 Anderson-Blake.
14         Who was the heart or the core of
15 Anderson-Blake?
16         Who are the people as far as the
17 casino project was concerned?
18    A.   You mean who was the main --
19    Q.   Who were the day-to-day people in
20 that office that ran that project?
21    A.   Well, it was Mr. Melius, William
22 Thornton.  In the beginning we had Warren
23 Schiffman until Mr. Diller came on, after
24 Mr. Schiffman left.  We had some secretaries.
25    Q.   Who was Joan Lazarro?

Bellando

1
2    A.   She was Bill Thornton's personal
3 secretary.
4    Q.   Now, do you remember that the
5 actual construction of the casino actually
6 began much earlier than January 1998; were you
7 aware of that?
8    A.   I remember talking with Mr. Melius
9 and there was a deal and I remember, yes, that
10 he was moving forward.
11    Q.   Now, although you're close with
12 Mr. Melius and worked in various of his
13 companies, do you have direct knowledge of the
14 payrolls of each of these companies?
15    A.   No.
16    Q.   So, for example, would you be able
17 to sit here with any certainty saying that
18 Roger Diller worked for Anderson-Blake or he
19 worked for Archon?
20         Would you have any certainty about
21 that?
22    A.   No.
23    Q.   Or who they were paid by?
24    A.   No, I don't even know where I'm
25 paid from half the time.

Bellando

1
2    MS. GASTWIRTH:  That's all I have.
3    MR. SEFF:  Just give me a moment.
4    Just a couple of questions
5 following up on Ms. Gastwirth's
6 questions.
7 BY MR. SEFF:
8    Q.   Mr. Bellando, you testified about
9 an IRS building that was constructed by
10 Anderson-Blake.
11    A.   That's correct.
12    Q.   Where is that located?
13    A.   It's in Garden City.
14    Q.   Do you know the street address?
15    A.   I don't remember it.
16    Q.   Do you remember the year or years
17 that it was built?
18    A.   I'm guessing late eighties.
19    Q.   Did you have anything to do with
20 it?
21    A.   I was there, same thing, to finish
22 up with Mr. Thornton.
23    Q.   Any projects between the IRS
24 building and the casino that you can recall
25 that Anderson-Blake worked on?

Bellando

1
2    A.   I believe there was some office
3 buildings that they were renovating at the
4 time too, but I don't remember the whole
5 project or where it was.
6    Q.   When you say "at the time," do you
7 mean at the time of the IRS?
8    A.   After the IRS we went -- they went
9 to another project.
10    Q.   When you say "they," who are you
11 referring to?
12    A.   Mr. Thornton.
13    Q.   This other project renovation, did
14 you have anything to do with it?
15    A.   No, the other one I didn't.
16    Q.   You testified that Mr. Melius was
17 your father-in-law and you became family in
18 '88.
19         I gather that was several years
20 after you threw him off the property?
21    A.   Correct.
22    Q.   Even though you threw him off the
23 property, he still let you marry his daughter?
24    A.   Right.
25    Q.   I'm just joking.

Bellando

1
2       Now, Ms. Gastwirth asked you, I
3   believe, if you helped out in running the --
4   the word she used "various" of his companies.
5       Which of his companies do you help
6   out in running?
7       A.   I guess whatever company it is.  I
8   mean, to me it's all one.
9       Q.   You testified that you recall that
10  the casino construction commenced prior to
11  1998.  You weren't sure of the years, I guess,
12  but whatever years it was, did you have
13  anything to do with it?
14      A.   The casino?
15      Q.   The construction contract that we
16  looked at, which is Exhibit 56, is dated
17  January 1998.
18      Ms. Gastwirth asked you if you
19  recall that some construction had commenced on
20  that casino project prior to '98.
21      Do you recall that question?
22      A.   Yes.
23      Q.   I think you said you did recall
24  that?
25      A.   Right.

Bellando

1
2       Q.   My first question to you is do you
3   recall when that pre '98 construction took
4   place?
5       A.   No.
6       Q.   Whenever it was, did you have
7   anything to do with it?
8       A.   No.
9           MR. SEFF:  I don't have any other
10  questions.
11          MS. GASTWIRTH:  Then that's it.
12  We're done.
13          (Time noted:  12:10 p.m.)
14
15  _____
16          RICHARD BELLANDO
17
18  Subscribed and sworn to before me
19  this_____day of_____, _____.
20
21  _____
22  NOTARY PUBLIC
23
24
25

Bellando

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1
2       C E R T I F I C A T E
3   STATE OF NEW YORK   )
4              ) ss.:
5   COUNTY OF NASSAU    )
6
7       I, DONNA PALMIERI, a Notary Public
8   within and for the State of New York, do
9   hereby certify:
10      That RICHARD BELLANDO, the witness
11  whose deposition is hereinbefore set forth,
12  was duly sworn by me and that such deposition
13  is a true record of the testimony given by
14  such witness.
15      I further certify that I am not
16  related to any of the parties to this action
17  by blood or marriage; and that I am in no way
18  interested in the outcome of this matter.
19      IN WITNESS WHEREOF, I have hereunto
20  set my hand this _____day of_____,
21  _____.
22
23  _____
24  DONNA PALMIERI
25

1
2   -------------- I N D E X -----------------
3   WITNESS         EXAMINATION BY         PAGE
4   RICHARD BELLANDO   MR. SEFF        6, 104
5           MS. GASTWIRTH      100
6   ------------ INFORMATION REQUESTS -----------
7   DIRECTIONS:  None
8   RULINGS:  None
9   TO BE FURNISHED:  None
10  REQUESTS:  None
11  MOTIONS:  None
12  ----------------- EXHIBITS ------------------
13  PLAINTIFF'S                 FOR ID.
14  55    Standard Form of Agreement
15        Between Owner and Contractor
16        dated 1/11/98           55
17  56     letter to John Ransom from
18        Richard Bellando dated 2/4/99   79
19  57     letter "To Whom it May Concern
20        from Richard Bellando
21        dated 5/16/00           89
22
23
24
25

1
2           ERRATA SHEET
3   NAME OF CASE:  SAINT REGIS vs. PRESIDENT R.C.
4   DATE OF EXAMINATION:  3/25/04
5   NAME OF WITNESS:  BELLANDO, RICHARD
6   Reason codes:
7       1.  To clarify the record.
        2.  To conform to the facts.
8       3.  To correct transcription errors.
9
    Page: _____ Line _____ Reason _____
10  From _____ to _____
11  Page: _____ Line _____ Reason _____
    From _____ to _____
12
    Page: _____ Line _____ Reason _____
13  From _____ to _____
14  Page: _____ Line _____ Reason _____
    From _____ to _____
15
    Page: _____ Line _____ Reason _____
16  From _____ to _____
17  Page: _____ Line _____ Reason _____
    From _____ to _____
18
    Page: _____ Line _____ Reason _____
19  From _____ to _____
20  Page: _____ Line _____ Reason _____
    From _____ to _____
21  Page: _____ Line _____ Reason _____
    From _____ to _____
22
    Page: _____ Line _____ Reason _____
23  From _____ to _____
24
                    _____
25              RICHARD BELLANDO

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**A**

**abbreviate** 41:5
**ability** 8:2
**able** 103:16
**about** 11:3 14:2 15:10
16:10 20:10 21:2
23:13 26:17,18,20
26:22 30:8 31:21,22
37:16 39:4,23 41:6
41:14 47:24 48:12
55:18 56:7 57:2
59:3,15 64:13,15
66:22 67:3,16 72:2
74:12 75:4,17 80:12
83:8 86:2 88:8,12
96:13 99:6,9,25
101:11 102:12
103:20 104:8
**above** 56:23 82:15
**accept** 27:9 31:12
82:13
**accordance** 95:4,11
**account** 71:5,9,10
73:12,14,17
**accountant** 46:11
**Accountants** 49:11
**accounts** 71:6
**action** 109:16
**active** 51:19
**actual** 68:13 103:5
**actually** 28:9 103:5
**added** 56:10
**address** 6:11 104:14
**addressed** 90:18,21
**administer** 5:14
**Advantage** 13:3
**affect** 8:2
**affiliated** 97:9,13,18
**after** 8:13 15:16 28:19
29:13 33:4 38:11
47:22,25 48:21
67:18 69:19,22 85:5
85:6,7,21 86:3,5
87:15,19,21 88:2,4
102:23 105:8,20
**again** 38:13 54:3 70:3
81:3 87:18
**agency** 83:23
**ago** 4:5 46:21 52:15
91:20 97:25,25
**AGREED** 5:3,7,11
**Agreement** 55:12
110:14
**AIA** 9:7,9 54:20 55:22
62:16,20 63:14,15
91:4
**Akwesasne** 53:5
80:16 98:13
**allow** 94:3
**almost** 25:10

**already** 26:2 61:3
62:5 78:16 99:4
**although** 103:11
**always** 74:16
**AMERICA** 1:4
**Among** 36:7
**amount** 68:6,7,14
95:14
**amounts** 70:23
**Anderson** 41:19,21
**Anderson-Blake** 1:9
4:14 41:2,7,8,15
42:3,11,12,16,20
43:3,10,25 46:14,17
46:19,23 47:6 48:20
49:5,15 50:11,19
51:10 52:9,20,25
53:12,16 55:20
64:23 65:5,10 70:7
70:15 71:8,22 72:5
72:13,21 73:11,17
75:10,23 76:11,14
77:3 78:21 95:7
96:13,25 97:7,13
98:2,15 99:10,12,23
100:5,17,20,23
102:13,15 103:18
104:10,25
**another** 14:14,22 60:6
77:21 105:9
**answer** 7:7,10,11 50:6
96:8,19,22 99:17
**answered** 49:21 73:5
73:7 99:15
**answers** 40:20
**anybody** 9:20 77:23
**anyone** 13:7 35:4
58:11 59:23
**anything** 8:5 9:16
21:2 31:14,17 32:17
35:12 36:11 45:8
46:7 49:4,7 50:21
52:7 53:19 54:6
59:17 70:11,12,13
71:14 74:11 86:15
86:18,21 87:14
88:11 99:8 104:19
105:14 106:13
107:7
**anywhere** 49:16
**apologize** 86:2
**appears** 60:7 66:2
68:8,11 79:12 82:8
89:21 90:17 93:11
**applications** 91:4
95:2,6
**approximately** 18:3
22:25 23:14 27:6,21
33:7,9 44:20 47:17
47:20 53:21 54:8

71:3
**April** 27:4,13 28:6,8,9
28:19 29:7 36:2
78:20 80:12 87:12
**architect** 34:11 75:5
77:12,13 91:3 95:8
97:10,20 98:13
**Archon** 39:2,4,16
88:8 91:15,20 92:24
95:8 96:12 97:2,7
97:11,13,21 98:11
99:10,25 100:2,3
103:19
**around** 21:25 27:14
58:15,24 73:9,25
74:18 76:20 100:2,3
**article** 68:5
**asked** 26:6 29:9 43:5
45:13 52:24 73:5,7
73:9 74:12 86:20
98:20 99:15 106:2
106:18
**asking** 25:25 52:6
89:6,7 93:21,22
96:3
**asks** 6:24
**assist** 34:4 76:21
**assistance** 24:14
**assistant** 81:8,12,14
**ASSOCIATES** 3:3
**assume** 27:10 40:19
52:12
**assumed** 98:15
**attached** 91:5,7
**attendance** 28:10
**attended** 87:9
**Attorney** 4:13
**attorneys** 3:4,12 4:4
5:4 8:7 9:21
**authority** 73:17,19
**authorization** 82:14
**authorized** 5:13
**Avenue** 2:14 3:15 4:7
**aware** 17:4 45:24 46:2
52:18 53:14 58:3
83:5 84:7 96:24
103:7
**a.m** 2:8

**B**

**B** 6:2
**back** 10:19 28:20 36:5
36:19 41:18 43:14
46:13,19 66:17
77:19 85:11 86:11
87:7 89:3 90:13
96:8,21 98:12
**background** 7:18
**bank** 71:5,9,10
**banquet** 18:12,16

20:9,12,21 21:6,21
21:24 22:23 23:22
26:12,13 28:21 37:6
37:9 38:12 48:3
85:12,18 86:4
**bar** 29:22
**BARR** 3:3
**based** 95:4
**basically** 31:10 37:22
77:20
**became** 17:13 42:21
101:24 105:17
**become** 46:22
**before** 2:15 5:13,15
6:16 7:7 24:7 25:24
53:25 55:2,17 56:7
62:11,24 63:8,8
64:7 65:6 79:19
81:22,23 100:16
107:18
**began** 103:6
**beginning** 11:22
37:14 86:9 102:22
**behalf** 70:14
**being** 23:22 24:4
26:12 45:9,10 49:15
69:3 74:12 86:4,12
94:6
**belief** 95:10
**believe** 8:22 9:2 10:14
15:6 16:21,24 17:18
22:9 23:7,15 26:9
28:8 29:20 37:2
42:18 46:20 49:9
50:23 51:18 52:24
57:4,22 58:8,12,20
58:23 60:4 66:25
67:17 68:17,18
70:16 73:21 74:2,19
77:4 78:16 84:16,21
88:10 97:9 98:11
101:7,25 105:2
106:3
**Bellando** 1:16 2:12
6:1,10,14 7:1,25 8:1
9:1 10:1 11:1 12:1
13:1 14:1 15:1 16:1
17:1 18:1 19:1 20:1
21:1 22:1 23:1 24:1
25:1 26:1 27:1 28:1
29:1,4 30:1 31:1
32:1,12 33:1 34:1
35:1 36:1 37:1 38:1
39:1 40:1 41:1 42:1
43:1 44:1 45:1 46:1
47:1 48:1 49:1 50:1
51:1 52:1 53:1 54:1
55:1,17 56:1,23
57:1 58:1 59:1 60:1
61:1,17 62:1,3 63:1

64:1 65:1 66:1 67:1
68:1 69:1 70:1 71:1
72:1 73:1 74:1 75:1
76:17 77:1 78:1 79:1
79:6,9,19 80:1,21
81:1 82:1,22,23
83:1 84:1 85:1,4
86:1 87:1 88:1 89:1
89:16,19 90:1 91:1
92:1 93:1 94:1 95:1
96:1,24 97:1 98:1
99:1,4,9 100:1
101:1 102:1 103:1
104:1,8 105:1 106:1
107:1,16 108:1
109:10 110:4,18,20
111:5,25
**below** 61:16 62:4
**benefit** 47:16 48:15
**BERLIN** 4:3
**best** 8:24 11:10 26:16
29:3 95:9
**between** 5:4 19:10,20
45:9 55:12 70:3
96:25 97:7 99:5,10
104:23 110:15
**bid** 30:2,14 31:11
**bidding** 23:18 29:12
29:16 30:8 36:19
63:5 71:25
**bids** 30:25 31:8,9,10
31:16 32:16 33:2
36:8
**Bill** 64:20 103:2
**bit** 64:20 88:8
**Blake** 41:19,21
**blood** 109:17
**boss** 46:25 51:6 72:6,7
72:19,21 73:3
**both** 59:2 60:22
**bottom** 84:16
**break** 55:18 56:7
**breaking** 50:16
**bride** 20:17
**bring** 46:12
**brings** 13:25 18:4
**Brush** 4:15
**Budd** 4:12,17 8:8
19:18 49:19 63:21
73:4 91:25 92:22
97:15
**build** 65:19 68:21
**building** 14:6,25
15:13,16,25 16:11
17:8,17,23 24:11,12
45:5,9,15 48:5
53:12,16 100:18,22
101:10 104:9,24
**buildings** 105:3
**built** 53:7 104:17

**business** 27:4 40:7,8
73:15,15 87:22
96:25 97:3,6

**C**

**C** 3:2 4:2 6:2 109:2,2
**cabinets** 29:21 30:18
30:21
**calendar** 23:10,15
26:9
**call** 30:2,15,24 39:25
50:17 55:3,8 58:13
58:21,23 82:21
84:10 88:8
**called** 6:2 22:18 32:15
32:21 36:14 39:2,20
41:2 47:6,14 58:12
59:2,9,15 78:14,17
84:3
**calling** 30:24 36:20
83:22 84:11
**came** 8:13 16:15,18
25:16 26:10 101:5
102:23
**Canada** 35:17,18
**capacity** 62:25 77:21
**capital** 62:4
**car** 33:18
**care** 36:15,18
**career** 48:7 77:19
85:15
**Carle** 22:12 42:9
**carpet** 24:6 29:21
**case** 1:7 54:11 96:15
111:3
**casino** 9:5,10 22:9,22
23:3,12,18,20,23
25:20 26:7,21 27:4
27:19 28:9 31:18
32:18,19,22,25 33:5
33:9,11,20 36:4,15
37:9,21 38:11 53:5
53:7,13,17,20,25
65:19 70:17 74:20
80:16 85:5,6,7,20
85:22 86:5,15 87:15
87:18 100:18,19
102:17 103:5
104:24 106:10,14
106:20
**casino's** 54:7,15
**castle** 11:18,20,25
13:19 14:19 16:5,12
16:25 17:3,24 18:22
18:24 19:11,12,14
19:15 20:3 22:14
23:23 28:21 37:5,11
43:15,22 45:10 63:5
85:10 88:23 101:7,8
**catering** 18:9,23,24

19:7,11,13,13,15
28:22 37:5,12 43:22
**ceased** 42:4
**CEO** 72:17
**ceremony** 20:17
**certain** 62:8,9 67:8,11
67:13 89:9 93:17
**certainty** 103:17,20
**certificate** 91:6
**certificates** 91:5 95:2
**certified** 91:3 95:14
**certify** 95:8 109:9,15
**chairman** 72:15
**chance** 56:4 90:3,12
**change** 17:22 37:16
38:2
**characterizing** 92:14
**charge** 11:19 12:19
14:4,6 21:3 45:4
48:6 72:10,11
**check** 37:24 71:14
**checks** 70:13,14,21
71:3,6,14
**circle** 6:12 66:4
**City** 104:13
**clarify** 111:7
**cleaned** 15:16
**close** 23:25 24:2,4
101:22 102:3
103:11
**closest** 102:9,11
**codes** 111:6
**colder** 36:23
**collected** 31:10 32:16
**collecting** 36:8
**collection** 33:2
**come** 24:13 28:8
30:20 46:13 58:22
74:16
**coming** 37:25 46:19
**commenced** 106:10
106:19
**commencement** 67:3
67:19
**comments** 82:21 84:9
84:12
**companies** 11:11
17:22 19:20 30:2,24
30:25 31:7 38:20
44:4,7 46:15 78:24
97:14 101:17 102:6
102:10 103:13,14
106:4,5
**company** 1:8 3:14 4:6
4:14 10:22,23 11:11
13:3 16:18 17:19,21
18:19 37:17,22 38:8
38:25 39:7,19,21
40:4,25 41:9,20
43:25 44:4,6 50:21

51:4,19 52:6,8,9,14
53:6 54:12 78:13,17
80:18 81:16 82:3,4
84:3,4 88:8,15,21
89:5 90:19 91:22
97:2 98:9 106:7
**compensated** 14:9
**compensation** 14:11
38:2
**Complaint** 96:12
**completion** 67:16
**comprising** 95:6
**computer** 93:14
**concept** 49:15
**concern** 89:15 90:20
99:12,20 110:19
**concerned** 102:17
**concerns** 13:13 80:15
**conclusion** 99:16
**conform** 111:7
**confused** 58:18
**confusing** 32:7 92:21
**connection** 54:15
70:17 87:14
**consider** 76:8
**constructed** 104:9
**construction** 1:9 4:14
9:6,7,10 15:17
23:23 24:5 34:23
41:2,8 43:3 52:8,10
52:13,16,21,25 53:6
53:11,15,20 54:7,15
62:19 63:15 70:18
95:7 100:19 103:5
106:10,15,19 107:3
**context** 62:25
**continue** 26:13
**contract** 8:22,23 9:2,3
9:6,7,8,9 54:20
55:23 63:7,16 65:8
65:18,19 67:4 68:2
68:5 69:19 72:23
73:2 95:4,11 100:25
106:15
**contractor** 55:13
56:18,19 95:6
110:15
**contractors** 34:18
35:7 36:20 95:13
**contracts** 70:11
**controls** 19:13,14
**convenient** 50:16
**conversation** 46:24
47:4,13,18 48:8,12
49:12 65:6 82:12,24
83:4,15
**conversations** 59:18
**copies** 71:13
**copy** 69:18
**core** 102:14

**corner** 56:10 91:17
**Cornwall** 35:20
**corporation** 1:9 10:3
10:10,24 16:16
18:24 19:7,7 20:3
28:22 37:5,11 41:3
43:3,19,22 45:20
52:10 95:7
**correct** 6:22 7:4,21
8:9 10:11,13 11:21
11:23 12:6,8,22
13:14,20 14:15,21
15:9,19,20,23 16:13
18:5,18 21:15,22
22:15,17,24 24:15
25:18 26:8 27:10,25
28:4,5,7,12 29:2
30:6 31:13 33:3,6
33:19,21 34:9,21,24
36:10 37:6,13 38:7
38:15 43:4 44:9,17
45:7,16,19 49:17
53:8 54:9,10,13,16
54:23 55:21 56:22
56:25 57:24 59:4,22
60:11 67:20 69:12
72:11,20,24 73:18
74:24 76:12 77:15
77:22 78:19 80:14
86:13 87:11 88:13
88:20,24 94:16
101:2,20 104:11
105:21 111:8
**correspondence**
82:13
**cost** 62:19 68:21
**Country** 22:12 42:9
58:9,10 59:21 84:5
98:6 101:10
**COUNTY** 109:5
**couple** 43:5 72:3
97:25 104:4
**court** 1:2 5:16 7:2,7
**coverage** 83:9
**crew** 15:15
**crossed** 69:9
**current** 18:10 19:25
**currently** 9:23 51:19
98:3,9

**D**

**D** 6:2,2 110:2
**Dan** 19:2
**DANIEL** 3:7
**data** 95:5
**date** 55:14 57:11,18
57:21 58:2 59:7
67:3,5,17,18 68:2
79:6,7 89:17 100:24
111:4

**dated** 55:13 79:5,11
89:16,22 106:16
110:16,18,21
**daughter** 102:2
105:23
**day** 13:4 57:9 59:5
64:21 70:4 74:6
101:18 107:19
109:20
**days** 35:22,24 67:5
**day-to-day** 102:19
**deal** 103:9
**Dear** 82:11
**decision** 31:6
**deductible** 82:18
**Defendant** 3:12 4:4
4:13
**Defendants** 1:10
**definitely** 76:2 101:24
**definitions** 51:25 52:2
**DEP** 1:8
**depends** 64:11 74:17
**deposition** 1:16 2:12
5:12 6:15,21 8:6
86:9 109:11,12
**describe** 11:6 43:8
101:21,22
**described** 32:14 38:21
44:8
**descriptive** 72:8
**Design** 39:2,5,17 88:9
91:15,20 95:8 97:2
97:7
**detail** 85:16
**determine** 31:11
**difference** 19:10,12
45:9,12
**differences** 19:20
**different** 29:12 30:25
68:12 85:17
**Diller** 34:5,7,8,13
35:2 74:22 75:4,17
76:3 77:2,6,14
97:23,25 98:3
102:23 103:18
**direct** 98:25 103:13
**direction** 76:2,4,5,19
76:21 77:5
**directions** 34:25
110:7
**director** 46:3,5
**directors** 45:25 51:15
**discussing** 80:7
**Discussion** 36:25
**distinct** 44:6
**DISTRICT** 1:2,3
**divorced** 102:2
**document** 8:20,21,25
54:18,21 55:18,23
56:3,6 57:3,8,22

58:4,15,22 59:3,10
59:15,21 61:3 64:14
65:13,21 66:20
67:25 68:15 70:8
79:10 89:20 91:12
95:20,20,24 96:2
**documents** 8:18 9:18
54:14,17 70:7,10
95:4,12
**doing** 38:16 52:7
83:22 85:3,8,9
86:21 94:5
**dollar** 68:6,7,14 70:23
**done** 34:6,19 76:24
77:7 93:11,25
107:12
**Donna** 1:23 2:15
109:7,24
**down** 7:8 34:22 84:15
93:10,13
**drawn** 71:6
**Drive** 6:12 22:16
33:20 39:15 88:18
88:23
**duly** 6:3 109:12
**during** 17:16 20:13
21:11 23:14 29:5
31:14,18 32:13,17
33:25 35:8,25 36:3
36:11 37:2 38:3,6
38:21 40:13,17 42:6
42:12,16 45:3,14,23
59:17 77:24
**duties** 26:13 29:24
32:13 34:2 38:12
43:8 44:13 85:17
101:4
**duty** 65:9

**E**

E 3:2,2 4:2,2 6:2
109:2,2 110:2
**each** 6:25 103:14
**earlier** 74:19 88:8
103:6
**easy** 56:11
**educational** 7:17
**effect** 5:15
**eighties** 104:18
**either** 19:6,8,22 28:21
32:19 37:4,10 67:22
68:14 90:23
**Elise** 84:21 94:15,17
**EMO** 84:18,20 94:14
**employed** 9:23 10:6
12:24 18:20 37:4,10
77:20
**employer** 9:25 37:16
**employers** 38:20
**employment** 11:7

38:19 43:6 101:3
**enclosure** 91:3,7,9
**end** 32:4 48:24 86:6
**enough** 98:23
**entail** 11:24 15:14
20:15
**entities** 16:23
**entitled** 95:13
**entity** 17:3
**equipment** 29:22
62:18
**ERRATA** 111:2
**errors** 111:8
**ESQ** 3:7,17 4:12,17
**even** 54:11 91:21
103:24 105:22
**event** 82:20 84:8
**ever** 6:15 13:15,17
28:25 38:16,18,25
39:16,19 40:25
43:15,18,21,24
49:14 51:8 52:20
63:7,12,19 70:3
75:22 77:5,16,23
78:2,6,8,10,13
79:18 81:11
**every** 94:5
**Everybody** 28:18
**everything** 20:24 29:4
32:12,23 34:17
35:11 48:11 87:4
**ex** 1:4
**Exactly** 21:10
**EXAMINATION** 6:6
100:13 110:3 111:4
**examined** 6:4
**example** 30:17 64:9
103:16
**except** 5:8
**exhibit** 55:11,24
57:23 62:11 63:9,13
65:9 73:24 79:4,10
89:14,21 90:4 91:8
106:16
**EXHIBITS** 110:12
**exist** 42:4
**existed** 42:13,17 65:5
**existence** 41:12 42:7
100:23
**exists** 99:24
**explanation** 80:20
**extremely** 43:7

**F**

F 109:2
**fact** 74:12 91:21 93:16
**facts** 111:7
**fair** 102:8
**familiar** 6:20 62:23
**family** 101:13,25

105:17
**far** 69:4 72:22 73:23
102:16
**Farmingdale** 6:12
**father** 102:4
**father-in-law** 101:15
105:17
**faxing** 90:22
**February** 79:11 80:9
80:21 83:22 84:6
**few** 22:8 26:14 29:13
29:19 78:7 88:4
100:9
**file** 46:7,10 49:7 71:25
**files** 71:19,21,23
**filing** 5:5
**fill** 74:18
**filled** 13:4
**final** 24:7 76:22
**finalize** 26:7
**finalizing** 24:6
**find** 96:9
**fine** 27:2 48:17 94:5
96:16
**finish** 7:6 76:6 104:21
**finished** 23:24 24:4
**finishing** 23:18
**first** 8:12 25:19,25
29:8,13 49:21 57:7
61:13,13 65:9 94:25
94:25 107:2
**five** 8:12 10:8,10,16
10:20 11:3 13:24
30:24 31:7,8 33:10
33:22 35:9
**Fly** 33:14
**flying** 23:20
**following** 70:8 82:25
84:12 104:5
**follows** 6:5 82:15
**followup** 82:12
**follow-up** 58:23
**force** 5:11 4
**form** 5:8 32:9 41:17
55:12 58:25 62:17
62:21,22 63:6,15
68:13 110:14
**Formica** 29:21
**forms** 63:4
**forth** 109:11
**forward** 13:19 30:22
**frankly** 92:13
**FRIEDMAN** 4:3
**friend** 13:4
**friendly** 102:3
**from** 14:19 16:10,15
16:16,18 17:23
23:22 29:6 32:25
34:25 36:14,16
37:25 38:3,22 40:19

44:7 45:3 49:22
51:8 52:12 53:21
58:14,21,23 75:8,23
76:3,4,4,5,19 77:5
79:5 89:15 95:25
101:7,17 103:25
110:17,20 111:10
111:11,13,14,16,17
111:19,20,21,23
**front** 56:3 64:12,14
81:4
**fulltime** 38:13 85:12
**functioning** 85:11
**FURNISHED** 110:9
**furniture** 34:16 35:6
**further** 5:7,11 92:17
100:7 109:15
**future** 50:8

**G**

**gambling** 24:8,10
**Garden** 104:13
**Gary** 101:13,16 102:4
**Gastwirth** 3:17 8:8,13
19:2,17 26:19,23
27:2 30:7 31:16,20
31:25 32:6 41:16
43:11 47:8 49:18
50:2,15,24 51:23
53:23 55:2,6 63:14
63:20 70:10,13 73:6
86:23 87:6 89:2
91:12 92:2,5,10,20
93:19,23 94:2,6
95:19 96:5,11,20
97:16 98:16,22
99:14 100:9,14
104:2 106:2,18
107:11 110:5
**Gastwirth's** 104:5
**Gate** 22:16 39:15
88:17,23 98:7
**gather** 49:22 53:20
64:15 67:21 71:13
105:19
**Geez** 16:2
**generally** 6:20
**getting** 17:20 31:25
32:23 36:22 75:22
76:22
**give** 29:10 30:22
82:21 84:9 88:3
104:3
**given** 83:25 109:13
**giving** 101:3
**go** 24:22 25:4 28:20
30:23 33:11 35:22
36:24 43:14 58:14
58:24 59:20 65:24
66:17 73:10 74:8

77:19 92:16
**going** 11:14 14:10
31:21 34:17 43:6
48:13 56:2 62:19
68:21 81:18 85:15
89:19 92:16 94:2
96:4,13 98:24 99:12
99:19
**Goldstein** 2:14 3:11
**good** 6:14 48:18 98:23
**graduate** 7:20,22
**graduated** 11:8,17
12:4 38:22
**grand** 28:10 87:9,15
87:19
**great** 48:19
**groom's** 20:18
**guess** 16:2 57:9 74:17
81:13,17 99:2 106:7
106:11
**guessing** 19:4 104:18

**H**

H 6:2
**half** 20:11 22:3 38:4
85:19 101:11
103:25
**hand** 20:18 94:21
109:20
**handle** 31:9
**handwriting** 56:20
65:20,22 66:3,5,9
66:11,13,15,19,22
66:24 67:9,10,19,22
67:24 69:7,11,13
**handwritten** 67:4
69:10
**happened** 47:11
48:20 49:14 69:21
69:25
**having** 6:3 15:17
90:12
**head** 7:11 12:9 13:19
14:18 15:2,21 16:5
16:14 17:23
**heard** 13:8 38:25 39:6
39:19 40:3,25 81:21
81:22,23 88:11
**heart** 102:14
**held** 2:12 11:12 86:3
**help** 22:8,21 23:2,20
24:19,20,22 25:3,4
26:7,11 27:5 29:5
29:10,11 31:18
32:18,24 34:4,6,12
48:15 76:24 106:5
**helped** 28:2 29:15
36:13 85:20 106:3
**helping** 23:17 27:7
34:22 37:9 76:6,22

**her** 94:14,21
**hereinbefore** 109:11
**hereof** 67:5
**hereunto** 109:19
**high** 7:19,20,22 11:7
12:5 38:22
**higher** 76:14,16
**him** 13:9,9,10,15 25:4
29:9,10,11,15 31:21
31:22 32:3 43:12
47:15 49:16 58:13
59:11 60:15,19
72:19 73:2 74:13,18
76:6,8,10,19,25
78:6 94:8 95:22,24
96:6,19 98:20 99:3
101:18 105:20,22
**hire** 31:7
**hired** 13:13
**hiring** 15:15 21:3
**history** 11:7 43:7 53:2
**Hogansburg** 82:5
**hold** 13:22 15:24 20:8
20:17 86:7
**honest** 59:7
**hopefully** 47:2,15
48:14 65:7
**Horn** 60:8,12,14 78:8
**Horn's** 61:3
**hotel** 35:18
**hour** 14:12,20 17:9
**hourly** 17:12
**hours** 14:13
**Hunting** 22:18
**Huntington** 4:16
22:19

**I**
**ID** 110:13
**idea** 47:21 48:18
**identification** 55:14
79:7,11 89:17,21
**identified** 81:6
**identify** 11:10
**imagine** 71:12
**immediately** 22:22
28:3
**important** 7:10
**impressed** 13:12
**inartfully** 54:5
**included** 15:7
**increase** 82:14,16,18
83:23
**increasing** 83:8
**independent** 95:23
**individual** 41:20
90:21
**INFORMATION**
110:6
**initials** 84:17 94:12

**install** 31:2
**instruct** 96:19
**insurance** 82:4,8,16
83:8,23
**interest** 50:19
**interested** 109:18
**interposed** 92:12
**interrupt** 7:5
**interruptions** 96:9
**involve** 29:18
**involved** 48:24
**involvement** 48:25
**involves** 30:11
**IRS** 100:21,21 104:9
104:23 105:7,8
**Ivan** 78:2,4

**J**
**January** 27:14,15,16
27:16 28:6 29:6
36:2 37:3,8,14
53:22 54:8 57:12,13
57:17,21 62:23
64:15 78:20 80:12
100:25 103:6
106:17
**Joan** 102:25
**job** 1:24 11:12,13
16:14 52:16,16,17
52:21,25 63:5 64:3
64:5 100:17
**jobs** 14:5,9 23:19
29:11,12,17,19
36:20 38:19 43:9
**John** 78:10 79:5 81:19
81:24 110:17
**joking** 105:25
**just** 8:7,20,23 11:25
13:3 15:15 19:19
24:6,22 25:4 26:4
30:17 32:11 34:4
36:13 39:6 40:3
41:22 44:15 46:24
48:13 49:11 50:7
51:23 55:7,25 56:11
60:2,9,19 61:14,16
62:17 64:13 65:21
66:23 72:19 74:7
76:24 77:19 81:4,22
83:18 86:7 91:19
95:25 98:20 100:9
104:3,4 105:25
**J&J** 82:4

**K**
**Kaufman** 78:2,4
**kept** 14:6
**kitchen** 29:22
**knew** 64:25 65:5,7
72:19,22 76:23

**know** 18:21 19:21
20:4,20 25:9 29:8
33:9 36:19 37:18
39:4,7,10,12,23
40:4,11,16 41:6,14
41:19,23,25 42:3,11
42:15 46:11 47:7
48:23 49:25 50:14
50:15,25 52:17,18
52:21,23 53:3,9
60:12,16,19 61:6,22
62:16 63:22,23
64:12,19 65:4,22
69:21,24 71:5,8,11
71:12,16,23 72:14
72:16,18 73:23 74:3
74:5 75:6,7,11,11
75:20 77:9,11 78:4
79:15 80:15 81:20
81:25 82:2,6 84:20
85:25 88:11,14,15
88:16 89:2,4,8,24
90:7 91:21 92:24
94:9 95:16,17 97:20
98:10,14,18,19 99:3
103:24 104:14
**knowing** 12:18
**knowledge** 95:10,23
100:24 103:13
**known** 25:6

**L**
**L** 4:12,17 6:2,2
**language** 67:25
**lapse** 101:6
**last** 49:22 54:4 56:14
96:7,12,21
**last-minute** 23:19
**late** 104:18
**LAW** 4:12
**lawyer** 6:23
**lawyers** 9:14
**lay** 52:3
**laying** 34:17
**Lazarro** 102:25
**leading** 37:3
**leads** 68:18
**learn** 21:7,11 24:3
**learning** 21:8
**least** 10:20 33:10,22
33:24
**left** 32:4 60:9 102:24
**lefthand** 91:17
**legal** 51:25 99:15
**let** 13:7,9 31:9 49:24
50:15 79:2,15 89:24
92:16 96:14 100:11
105:23
**letter** 79:4,11,18 80:4
80:22 81:19 82:7

83:6 84:13,16 89:14
89:22 90:6,10,13,17
90:23 91:14 92:23
93:8,14,20 94:7,9
94:18,20,24 110:17
110:19
**letterhead** 80:18,22
91:15 92:24
**letters** 62:4 84:18
**let's** 29:17 30:17
36:24 41:18 43:14
57:2 64:13 66:17
67:2,15 72:2 87:7
89:12 94:24 95:18
**Lexington** 4:7
**life** 44:2
**like** 30:24 44:23 48:18
50:21 56:6 60:2
63:4 69:8 71:15
80:17 92:7 102:4
**Limited** 39:2,5 91:15
91:21 95:8 97:2,8
**limits** 82:14,16 83:24
**line** 62:5 82:8 111:9
111:11,12,14,15,17
111:18,20,21,22
**Lippe** 2:13 3:11
**list** 29:10
**litigation** 99:5
**little** 32:7 64:20 88:8
**LLP** 2:14 3:11 4:3
**locate** 30:4
**located** 39:12 40:16
40:17 42:8 84:5
88:16,22 104:12
**long** 8:16 10:6 13:22
15:24 20:8 23:11
25:11 47:22
**look** 10:19 19:25
54:25 55:7 56:6,13
58:25 67:2,15 79:13
79:15 94:24 95:18
**looked** 8:20 9:12 56:5
62:12,17 66:23
106:16
**looking** 84:15
**looks** 69:8 80:17
**LORETTA** 3:17
**lot** 63:22,24
**lower** 56:9

**M**
**M** 3:17
**machine** 24:9
**machines** 24:7,8,10
**made** 20:24 31:6
41:22,23,25 70:21
**mailing** 90:22
**main** 22:7,10,21 23:2
23:11,22 25:12,15

32:19,20,25 36:6,16
58:8 102:18
**maintain** 71:21
**maintained** 15:17
**maintaining** 15:12
44:16
**maintenance** 14:5
15:11,12 21:4 44:5
44:11,14,15 45:5,11
45:18,23 46:16
**make** 15:15 50:17
51:8 55:3,8 56:11
**managed** 101:8
**management** 1:8 3:14
4:6 9:24 10:2,3,10
10:23 11:2 16:16
18:22 19:6,10,14,16
20:2 28:22 37:4,11
39:20 43:19 78:14
81:16 84:4 90:19
**manager** 10:5,9 14:25
15:25 16:11 17:8,17
17:24 18:11,13,17
20:9,12,21 21:7,21
21:24 22:23 23:22
24:25 26:12,13
28:21 37:6,10 38:12
45:6,9,15 48:3,5
75:2 76:7,13,23
81:8,12,15 85:12,13
85:14,18,24,25 86:4
86:10,12 101:10
**many** 6:18 33:7,25
35:22 88:2
**March** 1:18 2:7
**mark** 54:24 55:2,5,6
63:8 79:2 89:12
**marked** 55:13,23 56:2
57:23 61:2 62:11
63:13 79:6,10 89:16
89:20
**Marlene** 4:12,17 8:13
**marriage** 109:17
**married** 20:16 101:25
**marry** 105:23
**Massena** 78:14
**matter** 109:18
**may** 5:12 85:4 86:11
86:14 89:15,16,22
90:13,20 92:23
110:19
**maybe** 10:18 11:5
16:2 18:21,22 23:13
47:23 63:5 88:4
101:11
**mean** 12:20 24:8
30:14 34:8 37:20
59:25 60:2 70:11
72:9 73:14 75:24
86:19 102:18 105:7

106:8
**meaning** 58:16
**medications** 8:2
**meet** 34:17 58:13
**meeting** 35:7
**Melius** 10:25 12:21,23
  12:24 13:6 16:21,23
  17:18 24:17 25:17
  25:24 26:10 29:5
  38:7 46:25 47:5,23
  48:8 49:13 58:14,16
  58:19,24 59:2,14
  72:2,4 73:25 77:20
  84:25 101:14,16
  102:21 103:8,12
  105:16
**Meltzer** 2:13 3:11
**mention** 43:9
**mentioned** 15:10 35:6
  55:22 100:16,16
**met** 13:9 60:19 78:6
**mind** 101:5
**Mineola** 1:17 2:15
  3:16
**minutes** 8:12,17 43:5
  72:3 97:25
**mirrors** 29:22
**mischaracterization**
  92:6,9
**mislead** 94:3,10
**Mohawk** 1:5 90:19
  95:9
**moment** 27:11 46:20
  52:15 55:4 88:7
  91:19 97:24 104:3
**moments** 100:10
**money** 51:8
**month** 10:17 22:7
  23:5 85:5
**months** 22:8 23:13,15
  26:15,17 27:11,22
  28:2 31:15,19 32:13
  32:18 33:8 38:3
  67:18 85:7 86:16
  88:2,4
**Montreal** 33:14
**more** 14:13,14 72:7
  87:23 96:14,17
**morning** 6:14 8:14,15
  9:12 54:22 57:5
  70:4
**MOTIONS** 110:11
**Mountain** 3:5
**mouth** 47:10
**moved** 23:21 101:9
**moving** 103:10
**much** 14:6 31:2 39:6
  40:3 62:19 65:23
  69:8 79:14 89:23
  101:17 103:6

**must** 43:7 79:20

---

**N**

**N** 3:2 4:2 6:2 110:2
**name** 6:8 9:25 16:22
  41:22 52:9 60:12
  61:16 75:21 81:5,7
  81:20 82:4 94:14
  111:3,5
**names** 41:20
**NASSAU** 109:5
**Natalone** 78:11
**nearly** 23:24
**need** 30:21 55:3,7
  79:14 89:24 92:20
  100:9
**needed** 24:14,19,20
  26:11 34:5,19 36:15
  58:21 77:7
**never** 13:9 40:20,23
  49:16 78:17 88:18
  88:20 91:20
**new** 1:3,17 2:15,16
  3:16 4:8,8,16 6:13
  13:8 46:8 49:7 82:5
  85:22 91:4 109:3,8
**next** 14:3,23 18:7 22:5
  66:2 68:5 79:2
  89:12 95:18
**nine** 67:18
**Nobody's** 75:19
**nod** 7:11,12
**None** 12:14 110:7,8,9
  110:10,11
**NORTHERN** 1:3
**Notary** 2:16 6:4
  107:22 109:7
**notation** 65:25
**noted** 107:13
**nothing** 49:3,14
**number** 68:7,8,15
  69:9,10 71:2
**numbered** 56:9,12
**numbers** 56:10

---

**O**

**O** 6:2
**oath** 5:14
**object** 50:3 92:5
**objecting** 32:8
**objection** 19:17,18
  26:19 30:7 41:16
  43:11 47:8 49:18,19
  50:5,7 53:23 63:20
  63:21 73:4,6 91:25
  92:2,3,11 93:19
  97:15,16 99:14
**objectionable** 50:5
**objections** 5:8
**observations** 95:5

**odd** 74:11
**off** 12:17,23 13:6
  18:12 30:23 36:24
  36:25 47:15 55:16
  105:20,22
**office** 22:8,10,21 23:2
  23:12,22 25:12,15
  29:9 32:19,20,25
  36:6,16 58:8,13,22
  97:10,20 98:4
  102:20 105:2
**officer** 5:13 42:18,19
  42:22 43:13,15,18
  43:21,24 44:11
  46:16
**officers** 42:15 45:22
  50:10
**offices** 2:13 4:12
**official** 65:9
**oh** 68:22 86:7 101:24
  101:24
**Oheka** 9:24,25 10:3
  10:10,23 11:2,25
  13:20 14:4 16:12,16
  18:22,22,24 19:6,7
  19:10,10,12,14,15
  19:16 20:2,3 23:23
  25:13 28:21,22 37:4
  37:5,10,11 43:18,21
  44:5,7,10,14,15
  45:5,10,11,15,18,23
  46:16 85:10
**okay** 11:9,16 13:11
  18:6,10 20:25 31:20
  55:9 57:17 79:17
  85:2 86:7 87:6 90:2
  96:20
**old** 7:15 12:7 22:12
  42:9 58:9,10 59:21
  84:5 98:6 101:10
**Olson** 84:21
**once** 60:19
**one** 8:20 13:4 14:13
  14:24 16:6,7,23
  20:4,6 22:12 29:17
  29:20 32:13 42:9,24
  47:23 51:13 52:25
  53:3 58:9,10 59:21
  63:2,12,18 77:21
  84:5 87:21 96:12
  98:6 100:17 101:9
  101:23 102:9
  105:15 106:8
**only** 32:24 44:23
  63:18 73:23
**onto** 17:11
**on-site** 95:5
**on-the-job** 21:8
**oOo** 5:2,18
**open** 23:20 25:5 26:2

26:3 76:23 86:16
**opened** 25:22 27:4,8
  27:13 34:20 38:11
  53:25 85:5,8,22
  86:5 87:21
**opening** 27:24 28:3,11
  28:19 87:9,16,19
  88:2
**opens** 28:9
**opposed** 74:13 76:3
  76:19
**order** 79:3 89:13
**original** 69:22
**other** 7:2 9:18,20 14:5
  17:3 20:6 30:4 36:7
  36:19 38:19 43:25
  44:4,7 45:22 46:15
  46:16 50:10,11
  60:22 63:25 70:6
  73:16 76:19 78:24
  87:21 95:19 100:19
  101:5 105:13,15
  107:9
**others** 50:13
**Otherwise** 95:25
**out** 12:9 17:12 22:8
  22:21 23:2,19 24:23
  25:3 27:7 29:5,15
  30:3,9,14 31:18
  32:5,18,24 34:4,12
  34:17 36:13 37:9
  55:8 60:2 68:7,8
  69:9 70:21 76:22
  85:20 94:20 106:3,6
**outcome** 109:18
**outside** 95:23 100:11
**over** 6:25 14:24 15:2
  17:8 77:19 85:15
  101:4
**oversaw** 20:24
**oversee** 21:4
**overseeing** 11:25
**own** 30:12 47:12
  50:20 71:9,10
**owned** 40:11,13 42:10
  42:11 51:4 88:15
  89:3,7,8
**owner** 12:17,18,20
  13:8 55:12 110:15
**ownership** 50:18
**owns** 39:10

---

**P**

**P** 3:2,2 4:2,2
**page** 56:14,16 57:19
  60:6 61:2 65:25
  66:11,17,19,22 68:5
  68:5 69:8 110:3
  111:9,11,12,14,15
  111:17,18,20,21,22

**paid** 14:8,14,20 17:9
  17:20 37:20 75:7
  103:23,25
**Palmieri** 1:23 2:15
  109:7,24
**paper** 94:21
**paragraph** 94:25
  95:16,18
**paraphrase** 89:2
**part** 52:18 97:10
**participate** 8:3
**particular** 74:6 90:21
**parties** 5:5 109:16
**partner** 47:2,14 65:7
**partnership** 49:16
**parts** 62:15
**paycheck** 16:15,18,20
  17:16 20:2 38:8
  75:14,16,19,23
**paychecks** 75:9,12
**paying** 37:22
**payment** 91:5 95:3,13
**payrolls** 103:14
**people** 15:18 20:16
  21:4 102:9,16,19
**percent** 99:2
**performed** 100:18
  101:4
**period** 26:23 27:6
  29:6 35:25 36:12
  37:3,15 38:6,22
  40:13 53:24 80:7
**personal** 101:13
  103:2
**personally** 71:17,19
**phone** 55:3,8
**physical** 52:2
**physically** 64:18
**place** 4:15 10:17
  22:12 25:5 34:20
  42:9 76:22 83:15,18
  107:4
**Plaintiff** 1:6 3:4
**Plaintiff's** 55:11,24
  57:23 63:8 79:4
  89:14 110:13
**plan** 30:22,23
**Plane** 33:13
**plans** 31:4
**please** 6:9 7:6 82:13
  82:21 84:9 96:8
**pleasure** 87:22,23
**point** 17:10 22:6,20
  23:21 26:9,11 32:14
  38:10 49:13 50:16
  60:25 62:5 72:22
  85:23 86:17
**policy** 82:9,15 83:23
**position** 10:7 12:16
  13:23 14:3,22,24

15:24 17:8 18:2,7
18:10,20 20:8 21:3
21:11 22:5 28:20,24
51:9 60:18,20 82:2
85:22 86:3
**pre** 107:3
**premises** 44:16
**prepare** 8:6,19
**prepared** 12:15
**preprinted** 68:13
**present** 4:9 11:8
38:23 94:21
**presented** 64:17,18
**president** 1:8 3:13 4:5
39:20,24,25 40:21
40:23 42:25 43:2
44:12,13 45:10,17
46:4,21,22 49:2,5
51:9 54:12 55:19
56:24 61:18 62:4
64:22,25 65:10 66:2
66:3 70:7 71:21
75:9 76:14,16 78:18
80:19,22 81:15 84:4
90:18,23 99:6 111:3
**pretty** 14:6 23:25,25
24:4 62:9 70:19
101:17 102:3
**prices** 30:16 31:5
**prior** 21:2 22:13,22
25:6,22 26:6,20
28:3 38:4 53:12
54:7 57:25 77:13
100:24 106:10,20
**probably** 13:24 20:10
22:4 27:8,13 29:13
33:10 65:11 92:25
102:8
**proceeded** 59:20
**processor** 93:12
**project** 24:25 27:19
29:15 31:18 32:18
32:25 48:23 67:18
74:21,25 76:7,13,23
81:8,12,14 87:15
98:13 102:17,20
105:5,9,13 106:20
**projects** 53:11,15
100:19 104:23
**promoted** 17:7
**promotion** 15:2
**prompted** 13:5
**property** 12:17,19,24
13:6,8,10 15:17
105:20,23
**pry** 14:10
**Public** 2:16 6:4
107:22 109:7
**purpose** 95:15
**put** 12:18 14:4 31:8

34:16 46:25 47:9
48:14 56:3 64:12,14
81:4
**putting** 26:5 35:6 36:8
47:5
**P.C** 3:3
**p.m** 107:13

**Q**

**qualified** 21:4
**quality** 95:10
**question** 5:9 7:7 32:7
32:9 49:22 50:4,6
54:2,5 92:22 94:5
96:8,22 106:21
107:2
**questions** 6:24 32:4
40:20 82:20 84:9,12
93:24 96:14,18
100:8 104:4,6
107:10
**Quite** 92:13

**R**

**R** 3:2 4:2 6:2,2 109:2
**raise** 15:5
**ran** 11:18 20:14
102:20
**rank** 76:14
**Ransom** 79:5 81:19
81:24 82:11,24 83:4
83:8 84:11 110:17
**rather** 73:24
**re** 82:8
**read** 62:13,14 64:7
96:8,21,23
**reading** 62:15 64:10
83:6 95:25
**ready** 79:16 89:25
**realize** 64:21
**really** 22:19 74:7 96:9
**reason** 17:2 73:24
111:6,9,11,12,14,15
111:17,18,20,21,22
**recall** 8:24 10:14
26:16 27:5 29:3
42:6 47:19 51:12,15
54:14,17 58:4 63:10
66:21 69:15,17 70:6
80:4,5 82:23 83:16
83:17,19,20 84:11
90:13,15,22 91:9,23
104:24 106:9,19,21
106:23 107:3
**reception** 20:17
**Recess** 55:10
**recognize** 79:25 82:3
90:6,7,9
**recollection** 68:25
83:7,11

**record** 6:8 7:12 36:24
36:25 51:24 55:16
96:23 109:13 111:7
**reference** 56:11
**referenced** 82:15
**referring** 9:4 22:11
105:11
**refresh** 83:7
**refreshes** 68:24
**Regis** 1:4,8 3:13 4:5
39:20 81:15 84:4
90:18,19 95:9 111:3
**registers** 71:14
**Reitano** 21:17,20
**rel** 1:4
**related** 109:16
**relation** 101:13,13
**relationship** 96:25
97:3,6 99:9 101:21
**relies** 102:9
**rely** 102:5
**remember** 10:18
11:15 16:17,17,19
17:11,15,19,21,25
18:19 19:5 22:7
23:4,4,6,12 25:21
29:20,23 35:11,12
37:19,24 38:9,9
42:5,7,10,21 44:19
44:21,22,25 48:2,9
48:10,11,22,23
49:14 50:10,22 51:2
51:4,5 54:18 57:10
58:6,20 59:6 61:4,4
61:14,15 62:15 63:3
63:11,17,23 64:19
66:21 67:14,14 68:3
68:20 69:3,6 70:9
70:20,23 71:2 75:22
75:24,25 84:2 86:18
86:21 87:2,16,17,24
93:4,5,10,13 100:21
103:4,8,9 104:15,16
105:4
**remembered** 100:17
**renovated** 100:22
**renovating** 14:7 105:3
**renovation** 105:13
**Rent** 33:18
**rephrase** 32:10 49:25
**reported** 1:23 74:21
**reporter** 7:2,8 55:15
79:8 89:18
**represent** 27:3
**representation** 27:10
**representing** 6:23
**REQUESTS** 110:6,10
**reserved** 5:9
**reserving** 50:7
**respect** 95:2

**respected** 101:23
**respective** 5:5
**response** 59:8
**resumed** 38:12
**retain** 69:18
**review** 8:18,25 9:18
56:4 62:10 89:24
90:3,12
**reviewed** 54:22 57:5
**reviewing** 100:15
**Richard** 1:16 2:12
6:10 56:23 61:17
62:3 79:5 82:22
89:15 107:16
109:10 110:4,18,20
111:5,25
**right** 7:9 11:8,14
13:21 15:8 16:12
18:25 23:24 27:17
34:20,22 36:9 38:14
46:13 52:11 53:22
53:24 55:17 56:7
59:13 68:22 74:23
75:2 78:18,22,23
80:6,10,11,13 82:6
86:8 87:10 88:12,19
89:19 91:24 100:4,6
105:24 106:25
**righthand** 56:10
**Road** 3:5 22:12 42:9
58:9,10 59:21 84:5
98:6 101:10
**Roger** 34:8 74:22
97:23 103:18
**role** 72:4
**room** 9:21 60:3,21
**roughly** 12:7 13:25
16:11,15 17:16 18:4
18:14 21:24 27:23
28:6 29:6 36:2
37:15 45:4 70:24
85:5,19
**rule** 50:3
**RULINGS** 110:8
**run** 102:10
**running** 13:19 106:3
106:6
**R-e-i-t-a-n-o** 21:19
**R.B** 84:17
**R.C** 1:8 3:13 4:5
39:20 66:4 80:19
81:15 84:4 90:18
111:3

**S**

**S** 3:2 4:2
**safe** 40:19
**Saint** 1:4 3:13 4:5
39:20 81:15 84:4
90:18,19 95:9 111:3

**salaried** 17:13
**salary** 14:8 17:11
**sales** 10:5,9 18:11
85:9,13,14,24,25
86:6,9,12
**same** 5:6,14 59:5
104:21
**sarcastic** 94:6
**saw** 13:9 57:8
**saying** 68:20 103:17
**says** 56:18 66:3 67:18
81:5,7,8 84:8 90:20
91:2 94:24 95:24
**scattered** 65:21
**Schiffman** 77:9,17
102:23,24
**school** 7:19,20,23
11:7 12:5 38:22
**sealing** 5:6
**second** 41:18 50:2
66:18 86:7 87:8
**secretaries** 102:24
**secretary** 84:23,24
103:3
**section** 67:2,15,25
68:9 69:9
**sections** 66:12,23
**security** 11:18,19 12:2
12:10 13:3,13,19,20
14:5,18 15:3,7,22
16:5,14 17:23 21:3
45:5 48:6
**see** 13:11 56:15,18
57:11,18 60:9 61:16
63:4 66:5,12 67:6
67:19 68:9 69:11
70:3 73:21 81:8
82:9 84:18 91:5,16
94:12
**seeing** 61:5
**seems** 66:4
**seen** 57:25 62:24 63:2
79:18
**SEFF** 3:7 6:7 26:22
26:25 30:10 31:17
31:24 32:3,8 36:24
49:20 52:5 54:4,24
55:5,9,16 63:15
70:12 73:8 79:2
87:3,7 89:12 92:4,7
92:18 93:21,24 94:4
96:3,7,17,21 97:17
98:20 99:4 100:7
104:3,7 107:9 110:4
**send** 31:4
**sentence** 94:25
**separately** 8:11
**sequentially** 56:2
**set** 32:23 109:11,20
**several** 105:19

**shareholders** 51:12
**shares** 50:20 51:4
**SHEET** 111:2
**SHEREFF** 4:3
**short** 40:2 101:9
**show** 89:20
**showing** 79:9
**side** 6:24
**sign** 46:12 49:11
  58:11,14,22,25 59:9
  59:12,21 60:22 61:6
  61:10 63:22,24 64:2
  64:5,7,10 70:14
  73:10 74:9,13 75:9
  75:12,13,15,19 81:4
  92:25 93:6
**signator** 38:10 73:11
  73:13
**signature** 56:15,21
  60:6,7,10 61:3,5
  62:5 79:12,25 81:6
  90:9,16
**signed** 5:13,15 16:19
  17:15 55:19 57:9,22
  58:7 59:5 60:25
  61:12,13 62:6,11
  63:7,12,13,19 65:13
  65:18 66:20 67:12
  68:2,16 69:16,19,22
  69:22 70:4 72:23
  73:24 74:6 79:21
  89:22 90:8 91:4
  100:24
**signing** 38:7 54:14,17
  54:18 58:4 59:24
  64:22 65:8,16,17
  70:6 73:2,16,19
  80:4,22 90:13 92:23
**signs** 73:22
**since** 11:7 13:16,17
  28:25 38:17,18
  53:16 63:12,17
  77:21
**Sincerely** 82:22
**single** 44:23
**sit** 69:24 86:23 87:4
  88:25 103:17
**site** 25:20
**sitting** 93:10,13
**slash** 84:17
**sold** 101:7,8
**some** 6:24 23:19 26:9
  29:12,12,16,21 30:2
  34:18 48:15 49:13
  50:7 56:19 62:14,18
  63:3 65:20 66:3,5
  66:11 68:6 69:7
  93:11 102:24 105:2
  106:19
**somebody** 21:14

24:13 30:20 60:3
**someone** 67:4
**something** 32:5 46:25
  47:6 48:14 63:6
  64:10 73:10 83:21
  83:25 86:20
**Sometimes** 64:8,8
**somewhere** 25:13
**sorry** 28:17 85:15
**sort** 34:14 50:18
  93:11 97:4
**sorts** 36:17
**sounded** 44:23 48:18
  48:19
**sounds** 93:16
**speak** 8:10,16 9:20
**speaking** 7:6
**speaks** 91:12 93:20
  95:21 96:2
**specifications** 95:12
**speculate** 19:3 50:24
  98:17,24,25
**spell** 21:18
**spelled** 68:6
**spoke** 8:7 83:7
**ss** 109:4
**ST** 1:8
**stages** 24:7
**stamp** 75:20
**stamped** 75:21
**standard** 55:11 62:17
  62:20 110:14
**start** 30:23 32:22
  34:16
**started** 10:12,19
  11:17 12:9 13:18
  17:12 18:8,12 21:24
  23:17 27:18 29:8,14
  33:5 37:8 38:13
  45:2 47:22,25 89:4
  89:6 101:18
**starting** 11:7
**State** 2:16 6:8 46:8
  49:8 91:3 96:15
  109:3,8
**stated** 95:20
**STATES** 1:2,4
**stating** 58:24
**stay** 35:15
**stayed** 102:3
**steel** 26:5 29:20 30:17
  30:21
**step** 55:8 100:11
**stepped** 21:6
**still** 17:9,24 38:7
  41:12 86:15 88:5
  100:2,3 105:23
**STIPULATED** 5:3,7
  5:11
**stopped** 26:12,14,14

**Stowe** 3:6
**street** 104:14
**Strike** 54:4
**stuff** 71:24,24 77:7
**subcontractors** 30:5
  30:15 32:15,21 95:3
**Subscribed** 107:18
**subset** 19:16
**substantial** 67:16
**suggested** 47:5
**suite** 84:5
**sum** 92:21
**summing** 92:14
**superior** 76:8
**sure** 15:15 17:5,6 20:4
  20:24 21:13 25:8
  64:20 69:5 70:19
  93:18 94:12 99:2
  106:11
**surprise** 64:23 80:24
**SWIDLER** 4:3
**swore** 60:2
**sworn** 5:12,15 6:3
  107:18 109:12

---

**T**

**T** 109:2,2
**take** 7:8 29:17 30:17
  36:15,17 54:25
  56:13 69:18 77:5
  79:13,14 83:15 88:3
  89:23
**taken** 6:16 55:10
  83:18
**taking** 34:25 76:4,18
  76:21
**talk** 6:25 57:2 64:13
  72:2
**talked** 30:8 86:2 88:7
  99:6 102:12
**talking** 26:22 37:16
  55:18 56:7 67:3,16
  80:12 85:21 103:8
**telephone** 82:12 83:3
**tell** 24:13,18 27:11
  29:4 30:12 31:22
  39:23 47:12 48:11
  87:12 99:3
**tells** 51:6
**ten** 8:17 16:3,10 17:16
  18:3
**terms** 31:16 32:12
**testified** 6:4 21:23
  26:20 37:2 46:20
  51:18 52:15 54:22
  55:19 57:4 74:19
  78:16 88:10 91:19
  97:24 99:5 104:8
  105:16 106:9
**testify** 86:8

**testifying** 52:3 83:14
  83:17 86:25
**testimony** 31:21
  53:21 91:23 92:8,15
  92:18 109:13
**thank** 85:2
**their** 95:10
**thing** 32:24 51:3 65:9
  104:21
**things** 29:13 32:14
  34:6,14 36:7,15,17
  43:13 52:2 63:23,25
  63:25 64:5,7 73:22
  74:16,17 77:6 81:3
  100:15 101:5 102:5
**think** 11:2 17:2 18:8
  18:21,25 19:2 21:23
  23:17 26:4,20 27:11
  30:8 32:4,6 36:22
  41:22 47:23 48:22
  52:2 53:18 65:15,17
  73:8 74:11 87:20,20
  94:14 96:11 99:19
  99:23 100:16 102:2
  102:11 106:23
**Thornton** 24:23,24
  25:3,6,9,10,16 26:7
  29:5,9 31:9,11 34:5
  34:13 35:2 36:14
  58:12,19,21 59:2,9
  60:5 64:16,20 74:21
  74:22,25 76:3,5
  102:22 104:22
  105:12
**Thornton's** 75:13,15
  103:2
**thorough** 43:8
**though** 20:19 22:13
  54:11 60:17 105:22
**thought** 64:16 97:24
  99:7
**three** 23:13,14 26:17
  27:11,22 28:2 31:15
  31:19 32:13,18 33:8
  35:24 38:3
**three-month** 27:6
  29:6 35:25 37:15
  38:6 53:24
**threw** 12:17,23
  105:20,22
**through** 37:20 38:23
  43:6 55:25 56:12
  65:24 101:19
**throughout** 65:21
  92:15
**throw** 13:6
**Thursday** 1:18
**time** 5:9 10:15 12:25
  13:2 17:10 20:13
  21:12 25:7,19,25

26:24 29:17 35:23
  36:3 37:13,25 38:21
  40:17 42:6,12,16
  45:3,14,23 48:4
  50:8 51:20 57:7
  65:13 77:24 79:14
  80:6 87:21 89:23
  98:21 101:6,9
  103:25 105:4,6,7
  107:13
**times** 6:18,19 25:23
  33:7,10,23,25 35:9
  63:4 78:7
**title** 10:4 14:23 16:4,8
  18:16 42:23 44:10
  45:13,17 60:16
  72:12 81:11
**TJM** 1:8
**today** 8:3,19 69:24
  86:24 87:5 88:25
  99:13,20
**today's** 8:6
**together** 8:10 31:8
  34:16 35:7 36:8
  47:2,5 48:14 60:23
  61:7
**told** 13:7 59:11 74:8
  92:25 93:5
**Tom** 21:17
**trained** 21:20
**training** 12:12 21:9
  21:14
**transcription** 111:8
**transpire** 59:17
**traveled** 33:8
**traveling** 29:14 33:5
**trial** 5:10
**tribe** 1:5 90:20,24
  95:9 99:6
**true** 14:16 15:21
  109:13
**try** 6:25 7:5 11:14
**trying** 8:23 10:16
  19:19 30:10 32:11
  47:9,10 58:20 87:17
  94:10
**two** 6:19 9:21 35:24
  66:23 101:11
**two-month** 36:12
**type** 39:7 40:4 51:3
  68:4 88:14 91:22
  93:17,18 94:7,17,21
**typed** 61:22 62:5,18
  68:7 93:22,23 94:9
  94:13
**typeface** 68:12
**types** 63:25
**typewriter** 68:12
**typewritten** 57:19
  61:17

**typically** 64:7
**typing** 7:2 93:14

_____

**U**

**Uh-hmm** 28:14 33:15
61:19 66:6 79:22
**under** 15:19 56:19
67:25 81:5 82:4
**underneath** 81:7
**understand** 7:3,13
19:9,19,21,23 20:23
30:10 32:11,15
47:10 49:23,24 50:6
50:8 60:15 65:12
76:10 77:2 87:3
94:11 97:12 99:8
**understanding** 52:4,6
72:25 97:19 98:21
98:22
**understands** 96:4
**understood** 49:20
92:4 94:4
**undertaken** 100:20
**UNITED** 1:2,4
**unnecessary** 96:10
**until** 7:6 22:20 27:23
53:21 102:23
**upper** 91:16
**urgency** 74:5
**use** 63:6
**used** 97:17 106:4
**using** 7:25

_____

**V**

**various** 101:4,17
102:6,10 103:12
106:4
**Ventures** 11:18,20
13:19 14:19 16:5,25
17:3,24 43:16
**verbally** 7:10
**Vermont** 3:6
**very** 101:22
**visit** 26:21 87:18
**vs** 1:7 111:3

_____

**W**

**wait** 7:6 50:3 55:4
92:3,11
**waived** 5:6
**Walter** 60:8,12,14
78:8
**want** 19:3 31:22 95:22
96:15 98:16
**wanted** 25:2 46:25
47:14 65:22
**Warren** 77:9 102:22
**wasn't** 18:21 25:16
36:5 48:24 52:18
58:15 61:9 73:9,25

84:7
**way** 11:4 16:4 36:13
38:3 47:23 48:15
59:16 76:19 84:15
109:17
**wedding** 20:20,25
**weddings** 20:14 21:5
85:10
**week** 14:13,14
**weeks** 29:14
**well** 15:22 18:12 31:4
41:18 42:23 45:13
47:7 48:10 62:16
64:13 65:5 73:20
80:6 101:6 102:21
**went** 17:11,23 20:25
22:7,20 23:2 24:7
25:19,23 26:2 29:9
32:21 35:15 49:16
55:25 61:9 86:5
105:8,8
**were** 11:19 12:7,24
14:7,9,19 15:21
16:11 17:7,9,17,20
18:20 19:25 21:8
23:15,17,25 24:3,6
26:4 27:6 28:10,13
29:19,24 34:2,3,12
34:25 36:3,7 37:4,9
37:10 42:16,19 43:2
43:6,7,15,18,21,24
44:11,13 45:4,14,22
46:3,5,15,21 48:3,5
48:6,7 50:13 51:13
51:13,16 54:12
55:18 56:7,10 58:6
62:3,22,25 63:4
64:22,22 65:15
70:21 71:6 73:2,13
74:12,20 76:18 77:6
78:21 80:22 81:14
82:24 85:3,8,11,18
86:9,11 95:13
100:15,19 101:5
102:19 103:6,23
105:3
**weren't** 106:11
**West** 22:16 39:15
88:17,23 98:6
**We'll** 6:25 39:25 41:5
46:13
**We're** 55:25 85:21
107:12
**we've** 37:15 55:23
56:2 80:7,12
**whatsoever** 83:12
**WHEREOF** 109:19
**whichever** 38:8
**while** 14:7 16:2
**whole** 48:24 105:4

**William** 24:24 74:22
102:21
**Willis** 2:14 3:15
**window** 80:11
**witness** 6:3,25 19:4
36:22 49:20 52:3
54:2 55:7 59:25
92:10 94:3,4 98:25
100:8,12 109:10,14
109:19 110:3 111:5
**witnessed** 59:24
**word** 56:19 66:2
93:11 97:17 106:4
**worded** 54:5
**words** 30:4,12 47:9,12
56:23 60:22 61:17
62:3 68:6,15 73:16
**work** 11:5 23:11
25:12,13,13 29:11
30:5 67:17 77:16
78:2,8,10,13 85:8
89:9,11 95:11 98:3
98:10
**worked** 11:11 14:13
14:18 25:15 27:12
27:21 37:17 38:20
39:16 40:21,23
53:12,16 75:6 77:23
78:17 88:18,20
91:20 98:2,14 99:7
101:16 103:12,18
103:19 104:25
**working** 13:2,18
15:18 22:14 27:18
38:13 63:2 64:4,6
74:20 76:11 77:3
78:21 101:18
**works** 97:21
**wouldn't** 13:9 52:21
**write** 82:11 93:8
94:20
**written** 66:25 67:11
68:4 69:10 81:19
**wrong** 92:21

_____

**X**

**X** 1:11 110:2

_____

**Y**

**year** 7:22 10:17 12:4
17:11 20:10,10 22:2
22:3 23:6,10,16
26:10 38:3,4 44:19
44:20,21,23,24,25
48:2,11 57:15 85:4
85:19,19,21 101:11
104:16
**years** 10:8,10,16,21
10:22,25 11:3,12
13:24 14:16 16:3,10

17:16 18:3 47:25
101:4,11 104:16
105:19 106:11,12
**yesterday** 55:25
**York** 1:3,17 2:15,16
3:16 4:8,8,16 6:13
46:8 49:7 82:5 91:4
109:3,8

_____

**$**

**$14,180,564** 68:8
**$16,500,000** 82:17
**$5,000** 82:19

_____

**0**

**0** 69:9
**02-CV0845** 1:7

_____

**1**

**1** 55:25 82:16 111:7
**1/11/98** 55:13 110:16
**10:00** 2:8
**100** 99:2 110:5
**10174** 4:8
**104** 110:4
**1098** 1:24
**11** 28:9,19 57:13,21
64:15 87:12
**11th** 57:12
**11501** 3:16
**11735** 6:13
**11743** 4:16
**12:10** 107:13
**125** 3:5
**13** 85:7 86:16
**135** 22:16 39:15 88:17
88:23 98:6,8
**1564** 56:12 66:17,19
**1565** 66:12,23
**1566** 68:5
**1567** 69:8
**1571** 56:12,14 60:7
61:2
**16** 89:16,22
**1654** 57:19 65:25
**18-years** 12:7
**190** 2:14 3:15
**1983** 7:24 11:17 13:18
77:21
**1988** 13:25 45:3
101:18
**1998** 18:4,14 21:24
45:4 57:16,17,21
62:23 64:15 100:25
103:6 106:11,17
**1999** 10:12 23:8,16
27:4,15 28:8,9,20
29:7 36:2 37:3 54:8
78:20,21 79:12 80:9
83:22 84:6 87:13

98:12

_____

**2**

**2** 4:15 82:18 111:7
**2/4/99** 79:6 110:18
**20** 10:22,25 14:16
**2000** 40:14 85:4 86:11
86:14 89:3,16,22
90:14 92:24
**2004** 1:18 2:7
**25** 1:18 2:7

_____

**3**

**3** 111:8
**3.1** 66:12 67:2 69:4
**3.2** 66:12 67:15,25
69:4
**3/25/04** 111:4
**38** 7:16

_____

**4**

**4** 68:5 79:12 80:9
**4.1** 68:9
**405** 4:7
**420** 84:5

_____

**5**

**5** 69:10
**5.6.1** 69:9
**5/16/00** 110:21
**55** 55:25 110:14,16
**56** 55:11,24,24 57:23
62:11 63:9,13 65:9
73:24 106:16
110:17
**57** 79:4,10 110:19
**58** 89:14,21 90:4

_____

**6**

**6** 110:4

_____

**7**

**79** 110:18

_____

**8**

**8** 6:12
**83** 11:22 14:19 16:15
38:23
**88** 14:19,22 16:10,15
101:25 105:18
**89** 101:25 110:21

_____

**9**

**90** 67:5
**91** 102:2
**93** 101:7
**95672** 3:6
**96** 101:8
**98** 16:11 40:14 85:18
89:3 106:20 107:3

| 99 23:7,10 26:10 27:13,16,16 28:6 37:7,8,14 53:22 80:21 88:5 | | | | |
|---|---|---|---|---|
| | | | | |