- 1 -

2

3      UNITED STATES DISTRICT COURT
       EASTERN DISTRICT
4      ------------------------------------------- X

5      PRESIDENT R.C.- ST. REGIS MANAGEMENT

6      COMPANY,

7

8                               Plaintiff,

9                          -against-

10

11     ST. REGIS MOHAWK TRIBE,

12                          Defendants.

13     ------------------------------------------- X

14                          EAB Building
                            Uniondale, New York
15

16                          April 10, 2002
                            1:50 p.m.
17

18           EXAMINATION BEFORE TRIAL of ROGER S. DILLER

19     a Non-Party Witness taken pursuant to Subpoena and held

20     at the above-mentioned time and place, before Judy Grob

21     a Notary Public of the State of New York.

22

23

24

25

*TRI-STAR REPORTING, INC., EAST * * * (631) 224-5054*

2

2     A P P E A R A N C E S:

3     MELTZER, LIPPE, GOLDSTEIN & SCHLISSEL, LLP
      Attorneys for Plaintiff
4           190 Willis Avenue
            Mineola, New York  11501
5     BY:  LORETTA GASTWIRTH, ESQ.

6

7

      BARR & ASSOCIATES, P.C.
8     Attorneys for Defendants
            125 Mountain Road
9           Stowe,, Vermont 05672
      BY:  DANIEL A. SEFF, ESQ.
10

11    MICHAEL M. PREMISLER, ESQ.
      Attorneys for Witness
12          One Old Country Road
            Carle Place, New York  11514
13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        Diller                    9
2           Q     You understand that there is a lawsuit
3    between a company President R.C. St. Regis
4    Management Company as the plaintiff that was brought
5    against my client which is the defendant St. Regis
6    Mohawk Tribe?
7           A     Yes.
8           Q     That is the proceeding.  You are here
9    as a third party witness and you are here as a non
10   party witness as it is called on Long Island.  You
11   understand?
12          A     Yes.
13          Q     Did you review any documents in
14   preparation for today's deposition?
15          A     No.
16          Q     Did you do anything else other than the
17   meetings as you described to prepare for the
18   deposition?
19          A     I just spoke with my boss and that was
20   it.
21          Q     And your boss is?
22          A     Gary Melius.
23          Q     When did you speak with Mr. Melius?
24                MR. PREMISLER:  Can I identify
25                what he spoke to him about?
```

```
1                          Diller                17

2        trying to understand the history.  Why don't we take

3        it back to December 1st 1998 when you closed up your

4        business and went to work for Mr. Melius.

5                        Who was your first employer?

6            A      Anderson Black construction.

7            Q      How long did you work for Anderson

8        Black?

9            A      Whenever the casino was finished.  I

10       think then Anderson Black was changed to Archon

11       Design.

12                        MR. PREMISLER:  You mean your

13                        employer changed?

14                        THE WITNESS:  Right.

15           Q      You worked for Anderson Black

16       Construction Corp. from approximately December 1st

17       1998 until the casino was completed?

18           A      Yes.

19           Q      If I understood your testimony

20       Mr. Diller you worked for Anderson Black

21       Construction Corp. from December 1, 1998 to when the

22       Akwesasne Casino in Hogansburg was completed, is

23       that correct?

24           A      Correct. I --

25                        MR. PREMISLER:  Yes or no.  Don't
```

```
 1                         Diller                    19

 2     employer changed from Anderson Black to Archon, if

 3     you know?

 4                    MR. PREMISLER:  Objection.

 5          A    I don't know.  It just changed.

 6          Q    It was a name change?

 7          A    Yes.

 8                    MR. PREMISLER:  You are putting

 9               words in his mouth.

10               Ask your questions.

11                    MR. SEFF:  Can you read back the

12               last question and answer, please?

13                    (The requested portion was read

14               back by the court reporter.)

15          Q    Who owns Anderson Black?

16                    MR. PREMISLER:  If you know.

17          A    I am assuming, so I don't know.

18                    MR. PREMISLER:  Don't guess.

19          A    I don't know, because I don't.

20          Q    Mr. Diller, do you recall speaking to

21     me on the phone on or about April 1st?

22          A    Yes.

23          Q    Do you recall telling me that Gary

24     Melius owned Anderson Black?

25          A    Again yes.
```

```
1                        Diller            25
2          Q     Mr. Diller, I thought you just said in
3     the last ten minutes that when you started working
4     in December 1st of 1998 you went to work for a
5     company called Anderson Black Construction; is that
6     right?
7          A     Yes.  I apologize.
8          Q     From December 1st 1998 until the point
9     you considered the casino completed you worked for
10    Anderson Black; is that correct?
11         A     Yes.
12         Q     At that point did you begin to work for
13    Archon?
14         A     It did not happen.  I stopped working
15    on the casino before it was open.
16                    MR. PREMISLER:  Just answer his
17                questions.
18         A     No.
19         Q     During the entire time that you worked
20    on the casino did you work for Anderson Black?
21         A     Yes.
22         Q     At some point after you stopped working
23    on the casino, did you go to work or Archon Design?
24         A     Yes.
25         Q     Did you work for Archon Design?
```

```
 1                        Diller                    26

 2              A     Yes.

 3              Q     Does your direct deposit slip say

 4     Archon?

 5              A     Yes.

 6              Q     To your knowledge does Anderson Black

 7     still exist?

 8              A     I don't know.

 9              Q     I think you testified that you may have

10     received one or two pay checks from Castle Ventures;

11     is that correct?

12              A     Maybe it would be the first time I

13     started there.  I am not sure I could be wrong about

14     that.

15              Q     You never considered your employer

16     Castle Ventures?

17              A     Right.

18              Q     You considered it Anderson Black?

19              A     Yes.

20              Q     I believe you testified that you

21     believed, you had reason to believe that Gary Melius

22     owned Anderson Black?

23              A     Yes.

24              Q     Did he sign your pay checks?

25              A     I had direct pay checks.
```

```
 1                          Diller                    27

 2              Q      So you didn't get a signature?

 3              A      Yes.

 4              Q      What gives you the reason to believe

 5       that he had owned Anderson Black?

 6              A      He is the boss.

 7              Q      I believe you testified that you had

 8       reason to believe that he had owned Archon?

 9              A      Yes.

10              Q      Same reason he is the boss?

11              A      Yes.

12              Q      If you know what is the connection

13       between Castle Ventures, Anderson Black and Archon

14       Design, if any?

15              A      That I don't know.

16              Q      If you know if there is a connection

17       what is it between Castle Ventures and Archon?

18              A      That I don't know.

19              Q      You don't know if one owns the other?

20              A      Right.

21              Q      Who is if you know Warren Shiffman?

22              A      Yes.

23              Q      Who is Mr. Shiffman?

24              A      He is the architect that hired me.

25              Q      Did he hire you to replace himself?
```

```
 1                        Diller                    47
 2                 the transcript where the documents came
 3                 from.
 4        Q    Mr. Diller, what, if anything, did you
 5   do to ensure your that the certificate that you were
 6   signing on or about 9/1/00 was accurate, if you
 7   recall?
 8        A    I don't think I did much of anything to
 9   know if it was accurate.
10        Q    Can you help me understand, if
11   possible, if you know why it is that you signed
12   deposition exhibit 4 but apparently did not sign
13   either deposition exhibits 2 or 3?
14                 MR. PREMISLER:  Object to the
15                 form.
16                 Can you rephrase that?
17                 I don't know what you mean.  If I
18                 don't there is a danger that the
19                 witness doesn't.  It's important that
20                 we be clear.
21        Q    I am trying to understand did somebody
22   ask you to sign deposition exhibit 4?
23        A    Yes.
24        Q    Who was that?
25        A    Bill Thornton.
```

```
1                            Diller              48
2          Q    Do you recall when that was that
3     Mr. Thornton asked you to sign what is exhibit 4?
4          A    Going by the date --
5                    MR. PREMISLER:  Not going by the
6                    date.
7                    Do you have any recollection?
8          A    No.
9          Q    Do you recall signing it shortly or
10    immediately after being asked to sign it?
11         A    No, I don't remember the time frame.
12         Q    Did Mr. Thornton say anything to you at
13    the time that he asked you to sign it?
14         A    Just asked me to sign it.
15         Q    Did you say anything in response to Mr.
16    Thonrton?
17         A    I don't remember exactly what I said.
18         Q    Do you recall generally what you said?
19         A    It may have been what is this and he
20    explained it to me and that was it.
21         Q    Do you recall his explanation?
22         A    No, I can read what it is.
23         Q    What led up to your signature on
24    Exhibit 4 Mr. Thornton came up to you and asked you
25    to sign it?
```

```
1                          Diller                49

2            A    Yes.

3            Q    He asked you what it was?

4            A    Generally.

5            Q    He gave you an explanation that you

6      don't recall?

7            A    Yes.

8            Q    Did you immediately sign it at that

9      point?

10           A    I don't know how immediate but I signed

11     it.

12           Q    Was it within that day that you signed

13     it?

14           A    I don't know.

15                MR. SEFF:  Mark this number 5.

16                (Memo was marked as Defendant's

17                Exhibit 5 for identification, as of

18                this date.)

19           Q    Mr. Diller, I am going to show you a

20     one page document marked as Defendant's Exhibit

21     number 5, and it appears to be a May 16, 2000 letter

22     from Richard Bellando to whom it may concern

23     addressed to President R.C. St. Regis Management

24     Company. Take a moment and look at it and let me

25     know if you have seen that document?
```