

# FAX TRANSMITTAL FORM

(FILE) *H. Regis*

**TO:** Gary Melius, President
Nassau County Native Americans, Inc.

**FROM:** Richard E. Starr, Senior Vice President
Economics Research Associates (ERA)

**DATE:** January 9, 1998

**FAX #:** (516) 741-8040   **PHONE #:** (516) 741-8141

**NO. PAGES:** __3__ *(including this page)*

**ERA CHARGES #:** 16050 (St. Regis Mohawk Indian Reservation - Update)

**COMMENTS:**

---

**HARD COPY TO FOLLOW:** ____ Yes ____ No

The information contained in this communication is confidential, may be client-privileged, may constitute inside information or work product intended only for the use of the addressee. If you, the reader of this message, are not the intended recipient, you are hereby notified that any dissemination, distribution, disclosure, or copying is strictly prohibited and may be unlawful. *If you have received this communication in error, please notify us immediately by telephone at the number listed below.*

Thank you.

**PLEASE CALL IF YOU DO NOT RECEIVE ALL THE PAGES:**
**(312) 427-3855**
**FAX: (312) 427-3660**

20 E. Jackson Boulevard, Suite 1200, Chicago, Illinois 60604•(312) 427-3855•Fax: (312) 427-3660•E-Mail: erachi@aol.com
Los Angeles •San Francisco •San Diego •Chicago •Washington, D.C. •London



PLAINTIFF'S EXHIBIT
7 - I.D.
3/24/04


**Economics Research Associates**
Affiliated with Drivers Jonas

# MEMORANDUM

**TO:**       Gary Melius, President
              Nassau County Native Americans, Inc.

**FROM:**     Richard E. Starr, Senior Vice President
              Economics Research Associates (ERA)

**DATE:**     January 9, 1998

**SUBJECT:**  St. Regis Mohawk Indian Reservation
              Gaming Assessment Update

---

This is to confirm our recent conversation regarding the subject project. As discussed, the current assignment would include:

1. **Update** - An overview of changes in the gaming and related market conditions since our previous report (June 1996).

2. **Video Slots** - An assessment of the implications of the addition of video slots to the gaming program.

3. **Bingo Alternatives** - An assessment of the gaming program with or without the bingo function.

In order to accomplish your stated near-term objectives, minimize project costs and provide an early response, ERA suggests the following approach:

A. **Part One** - We provide the above assessment in a free-standing memorandum designed to facilitate your own decision making.

B. **Part Two** - Depending upon your needs, we rewrite our original report primarily for your fund raising efforts.

In keeping with our current time constraints (yours and ERA's) we could complete Part One in 15 working days of your authorization and provision of our retainer. If this is acceptable,

I will provide you a formal project description via fax for your signature. Phase One would cost $5,000 for time and expenses. Phase Two, if necessary, could be completed in an additional 10 working days for $2,500. Obviously you could authorize both phases at once but we would need the 25 working days because of our current gaming workload.

I will be in Lake Charles, Louisiana on Monday and leave for Saudi Arabia on Wednesday; so call as soon as possible to discuss.

RES:dmj