

## Facsimile

**Date:** January 15, 1998

**To:** Mr. Gary Melius, President
Nassau County Native Americans, Inc.

**FAX:** (516) 741-8040

**From:** Zach Van Buren

*(FILE) St. Regis*

*75% to State*
*for State*

**Number of pages including cover sheet:** 1

### Message

Dear Mr. Melius,

In order to update the previous data and analyze the future market for your project, ERA would appreciate data on the following:
- St. Regis Mohawk Project concept, including;
- Size of facility and projected expansion?.
- Gaming-type distribution (numbers of positions);
- Estimated development costs;
- Any information on competition;
- Any recent media coverage or newsclippings.

Thank you for your time and assistance. If you have any questions, please telephone me at (312) 427-3855.

Sincerely,

*Thanks,*
*Zach*

Zach Van Buren, Associate

Please call if you do not receive all the pages:  (312) 427-3855
                                          FAX:  (312) 427-3660

20 E. Jackson Boulevard Suite 1200 Chicago, Illinois 60604
312.427.3855 FAX 312.427.3660 email: zvb@chi.econres.com

PLAINTIFF'S EXHIBIT
9 - I.D.
3/24/04