# FACSIMILE COVER SHEET

**B&L Financial, Inc.**
7525 Mitchell Road, Suite 219
Eden Prairie, Minnesota 55344
Phone: (612) 934-4645
Fax: (612) 934-4449

To:         Mr. Gary Melius
            President R.C. - St. Regis Management Company     Fax #:  (516) 741-8040

From:       David P. Larson

Date:       November 8, 1998

RE:         **AKWESASNE CASINO - FACILITY CONFIGURATION**

Pages:      _____ (including cover sheet)

---

Related to our conversation this morning, and provided approval is delayed for the installation of Class III Video Lottery Terminals, please indicate the anticipated configuration of the Akwesasne Casino at opening, by completing the following:

1) Number of Blackjack Tables:    _62_

2) Number of Poker Tables:         _10_

3) Number of Craps Tables:         _4_

4) Other Gaming Tables/Equipment (please describe):

   Type: _Big 6_          #: _3_

   Type: _Roulette_       #: _6_

   Type: _Mini Baccarat_  #: _2_

Please fax this information back to my office at **(612) 934-4449**, or contact me directly to discuss same.

Sincerely,

David Larson
(612) 934-4645

PLAINTIFF'S EXHIBIT
17 - I.A.
3/24/04

ARC 07986