

**Gary Melius**

One Old Country Road
Suite 420
Carle Place, New York 11514
516 741 8141  Fax 516 741 8040

October 21, 1998

Al Crary
HCR 3 Box 72
Tupper Lake, New York  12986

Dear Al:

I have been informed, by Massena Management that upon the opening of the St. Regis Casino, by either Ivan Kaufman or an affiliate of his, you will be hired as their Security Consultant at a salary of $50,000 per year.  Congratulations.

Best regards,

Gary Melius

GM/emo



PLAINTIFF'S EXHIBIT 14 - I.D. 3/24/04