President R.C. -- St. Regis Management Co.       One Old Country Road
                                                 Suite 420
                                                 Carle Place, New York 11514
                                                 516 741 8141   Fax 516 741 8040

February 4, 1999

Mr. John Ransom
J & J Insurance
P.O. Box 669
Hogansburg, New York  13655

Re:   Builder's Risk Policy
      No. CIM 0415993 00
      8/24/98 – 8/23/99

Dear Mr. Ransom:

As a follow up to our telephone conversation, please accept this correspondence as authorization for you to increase the limits on the above referenced policy as follows:

1. Increase Limits of Insurance to $16,500,000.

2. Increase the Deductible to $5,000.

In the event you have any questions or comments, please give me a call.

Sincerely,

*[signature]*

Richard Bellando
Assistant Project Manager


RB/emo

PLAINTIFF'S EXHIBIT
57- I.D.
3/25/04