*President R.C.-St. Regis Management Company*

333 Earle Ovington Boulevard
Suite 900
Uniondale, New York 11553

TO: Ivan Kaufman
John Ferrucci
Gary Melius
FROM: Walter Horn
DATE: March 15, 1999
SUBJECT: Meeting with State Liquor Authority (SLA) Re: License

- New York General Municipal Law, which applies to this casino, prohibits alcohol on the floor where gaming occurs. Based on this, we will never be in a position to offer liquor at the tables; beer and wine are permissible.

- We plan to have liquor at the bar and to have waitresses carry it across the floor to the cabaret. Because of the prohibition against liquor mentioned above, it will be necessary to separately license the cabaret area and to have a separate bar facility. The cabaret area needs to be walled off.

- The applications for the two "on premises" liquor licenses will be made by President R.C.-St. Regis Management Company.

- SLA indicated that Ivan Kaufman, John Ferrucci and I should submit individual background forms. The SLA will use the fingerprint results from the State Racing and Wagering Board investigation.

- I was told that if everything is in by the end of this week, we should have the licenses in time for the opening on April 10th.


PLAINTIFF'S EXHIBIT 22 - I.D. 9/24/04