

## FOR GARY EYES ONLY

3/23 up to reservation and to Casino site looking at security and murals - matter previously reported upon.

3/31 - went to Montreal with community members - all seems well on the community front - dissidents know that security is being closely monitored and that your friends are protecting your interests.
On the way back - alone and after dark - checked out security from a distance.  With all of the activity and people coming and going 24 hours a day I think you are out of the woods, so to speak, until after the opening.
While in Montreal contacted friends with RCMP and Surete and a friend at Casino Security.  Prognosis is for no problems of an organized fashion for the forseeable future but all three areas remind that there might be a loose canon or two so WATCH OUT - youre on the RES.

4/5 - Casino in AM - they seemed to know that I would be there and I didnt plan to be - they either read minds or are getting appropriately paranoid.  Possible reason might be that much of your equipment and tools have grown legs and walked away.  Anyway, all seems attended to except that the generatora, while having been moved, are still unprotected by any barriers and are in a POOR location (vis-a-vis) the woods.  Good luck with that.
Went to Cornwall and met with OPP friend - no particularly bad news from there but was told to keep in touchas there is a Traditional -vs- Canadian Govt problem that is arrising and might afffect US side.
At Casino met Ferrucci and Matteo and both were more cordial so I guess you must have said something.  Chief Thompson was there and I swallowed my pride and slightly praised John.  Met State Police Detail Lieut Bob lafountai who was once in my Zone.  Also rest of detail - all seems well there - If I could I would like to ingratiate the operation to them - Klus would too.
Klus and his wife will be on hand on the tenth and is scheduled to meet with gus.
Chesworth matter is in process - I have someone asking for me.
Max Hunt is not known to be aboard in the other place but is well enough connected with certain people that he could be considered - But Leigh Hunt no way.....

_when computer arrives it will have spell check + make things look neater._

_Watch out for New Article re: Ambulances — There is an old squabble + needs to be addressed — according_
—over→

*H. Roger*
*Al Crany*

Gary - Its Tuesday - We got home late yesterday after a deal of visiting on the Res. - Still got a lot of friends. Thats nice to see - However;

> After you sending me up a few times and me being around with the State Police Detail the young Lt. in charge with no real leaders to give him advice (only 12 years on the job and hes taking his cue from Matter) apparently figured I was working up there for someone so he told Albany - Cook figured I was working and being a real staunch kind of guy who could help out a brother Member, he blew me in to NIGC to confirm and then to Workers Comp and Social Security - So, I am damn glad I didnt go to work or accept anything for looking over the place as a favor to Donald Thompson and Bill T. & Norman. But, I probably hear from W/Comp & Soc. Sec. -

We stayed up in Massena Sat night and went back for the grand opening with Klusacek on Sunday - He headed for Alabny around 4 & we played cards and visited til 11 PM

I didnt find out that the pickets had showed up Sat evening until Sunday - I bet noone told you either. Jacobs presence was noted and because many in the community thouht that I was working for the Casino asked me why he wasnt thrown out. He doesnt have a lot of friends and I would advise you to disassociate. (at least in Public) Ferrucci
I tried to speak up for John as you asked but I dont find a very receptive audience - Rumor around he wont be around long. But, no rumors came to my ears about the other guy so thats still under wraps. Lots of talk about getting rid of E. King. Boy, that was a bad choice.

As of Sunday everyone was still walking thru the pits as there were no security ropes or chains. They also dont seem to have any emergency book with phone numbers etc.

You wont make a lot of money with a cap on your ATM machines of $200. Also. as of Sunday those canadians who wished to continey their play by trading in US for Can money left because you have no place to trade. These to things will cost you revenue. I spik to Terrance at the check cashing saying he's going to make sure he has enough Can on hand -

*St. Regis*
*Al Cavey*

Gary — Its Tuesday — We got home late yesterday after a deal of visiting on the Res. — Still got a lot of friends. Thats nice to see — However;

After you sending me up a few times and me being around with the State Police Detail the young Lt. in charge with no real leaders to give him advice (only 12 years on the job and hes taking his cue from Matter) apparently figured I was working up there for someone so he told Albany - Cook figured I was working and being a real staunch kind of guy who could help out a brother Member, he blew me in to NIGC to confirm and the to Workers Comp and Social Security — So, I am damn glad I didnt go to work or accept anything for looking over the place as a favor to Donald Thompson and Bill T. & Norman. But, I probably hear from W/Comp & Soc. Sec. —

We stayed up in Massena Sat night and went back for the grand opening with Klusacek on Sunday — He headed for Alabny around 4 & we played cards and visited til 11PM

I didnt find out that the pickets had showed up Sat evening until Sunday — I bet noone told you either. Jacobs presence was noted and because many in the community thouht that I was working for the Casi∅no asked me why he wasnt thrown out. He doesnt have a lot of friends and I would advise you to disassociate. (at Least in Public) Ferrucci
I tried to speak up for John as you asked but I dont find a very receptive audience — Rumor around he wont be around long. But, no rumors came to my ears about the other guy so thats still under wraps. Lots of talk about getting rid of E. King. Boy, that was a bad choice.

As of Sunday everyone was still walking thru the pits as there were no security ropes or chains. They also dont seem to have any emergency book with phone numbers etc.

You wont make a lot of money with a cap on your ATM machines of $200. Also. as of Sunday those canadians who wished to continue their play by trading in US for Can money left because you have no place to trade. These to things will cost you revenue. I spoke to Terrance at the check cashing they has going to make sure he has enough Can on hand —

To newspaper it was not —

I would like to be able to review all security instructions, orders, and training aids —

FILE) Mr. Ray
         al (rury)

Gary    News Article

This is for your eyes only - the only other one aware
of this is Klus - It was sent to me after a couple of calls
up North -
   First - The RCMP is made up of a lot of Rick Hamlins -
   they always oversee and overreact - However, the Indians
   north od the border are well armed and the Mohawks are
   thw strongest of the lot -
   Second - my informants tell me of no discernible pattern
   of action against the Casino BUT the reinforce my concerns
   that you do everything you can in a defensive mode.
   Three - They think someone was crazy to bring a certain
   gent aboard - He was a real apin to them in 1989 & 90.

   Klus & his wife has been invited to the BALL - Gus told
him that he wants to speak to him then.

   Please firm up our arrangements for your friend. He
your will be in good hands - where to pick him up - when - etc
you   and I want a secure room inside that has extremely limited
   access (IE I have a key) so that he might get away from the
   crowd from time to time - It would be better if no one
   knew of our arrangement until the last minute. In this matter
   I am not terribly concerned with safety but I would be concerned
   with embarrasment. Ellens basket idea and a greeting frm
   the ladies that befriended you would go a long way to his
   mental comfort.

   We go to Montreal on Wed & its a good time to set the
   basket thing in motion with May but we would not tell
   her much of anything until the tenth.

   ?? Why doesnt Rick return my phone calls - we looked for
   him on Tuesday & missed him - Tried three times to have
   him call me back = two weeks ago he tried to give me a cell
   phone for when I was up there but I declined - Now it would
   be advantageous to have one in Ellens hands and hes gone????

I can understand John being cold
   I.T why Rick?

So - Now we just has j. some place to
         look for closy dress
              OH BOY