...mercial Mortgage, LLC

333 Earle Ovington Boulevard
Uniondale, New York 11553

# Fax Cover

**To:** Gary Melius
William Helmreich

**Company:**

**Phone:** 516 741-8141 and 516 487-2500

**Fax:** 516 741-8040 and 516 487-4747

**From:** Walter K. Horn, Esq.

**Company:** Arbor National Commercial Mortgage, LLC

**Phone:** 516-832-7405

**Fax:** 516-832-8043

**Date:** May 3, 1999

**Pages including cover:** 6

## Comments:


PLAINTIFF'S EXHIBIT 25 - I.A. 3/24/04

 

# MEMORANDUM

To: John Ferrucci and Walter Horn
From: Rich Duda
Date: April 30, 1999

Subject: Marketing Activities Update

Now that we are open, I have scrapped the "What's Happening in Hogansburg" letterhead for these reports and will instead submit them on a memo format with attachments as appropriate. I think that this will help us better communicate with Walter the ongoing marketing activity and I think that within this format, individual programs will be less likely to get buried within a narrative.

The attachment marked Page One is a copy of a fax that will be sent to over 230 motorcoach and tour operators outlining the increased incentives we have put into our existing tour package. Please note that these operators all received our direct mailing earlier in the month. This is new and added information. We will call each of these operators first, confirm that they received our earlier direct mailing then tell them of this increased offer and fax this information to them. At this time we will be attempting to book an incoming trip from them.

The attachment marked Page Two is a copy of the fax that will go to over 300 local corporate and organizational groups from Massena, Cornwall, Malone, Ogdensburg, Potsdam and Canton. Again, most of these companies and organizations have already been contacted. This second approach is to make them aware of the May $10,000 Cash give-a-way promotion and the food coupon discount to make them more inclined to book a group visit. Each of these over 300 organizations or corporations will be individually contacted by a sales representative.

The attachment marked Page Three is the Canadian version of Page Two. It has the same information on it with one notable addition. Please note that at

the bottom we have added the information concerning dual currency gaming tables because this is the one that goes to Cornwall and vicinity companies and organizations.

We have met with a company by the name of Information USA. They have an information center in downtown Montreal and we will be signing a contract with them for a display and brochure distribution. They average between 300 and 500 visitors a day in their center depending upon the season. Additionally, there are opportunities to place our brochures at selected trade shows with them and opportunities for us to host events at their information center for tour operators and travel writers. We will be doing both of these additional activities.

We are sponsoring the Quebec Lottery Line. When customers call in to check their lottery numbers they will receive information on our casino and will have the opportunity to become directly connected to our operators simply by pressing a number.

We are also sponsoring a segment on the news in Ottawa on Thursday nights that features what there is to do in the area for weekend entertainment. Casino de Hull sponsored this segment for over a year and when they did not renew, we took it over. It is within our overall advertising budget and is an excellent advertising venue.

As I mentioned in my last report, many of these activities are part of our ongoing marketing effort. Enhancements were added to respond to the lack of volume in our first few weeks of operation. The attachments in particular are specifically aimed at trying to build a bus audience for table games.

If you have any questions or need additional information on any of the programs outlined in this report please do not hesitate to call me.

 

# SPECIAL INTRODUCTORY OFFER – MAY AND JUNE ONLY!!!

TO CELEBRATE OUR OPENING, THE AKWESASNE MOHAWK CASINO IS OFFERING SPECIAL INCENTIVES TO MOTORCOACH AND TOUR OPERATORS AND THEIR PASSENGERS.

YOUR PASSENGERS RECEIVE THE FOLLOWING FROM THE AKWESASNE MOHAWK CASINO

- $10.00 MATCH PLAY
- $ 2.00 PULL TAB
- COMPLIMENTARY FULL BUFFET MEAL IN OUR NATIVE HARVEST RESTAURANT
- FREE GIFT UPON ARRIVAL

YOU RECEIVE A SPECIAL INCENTIVE PAYMENT FOR EACH MOTORCOACH YOU BRING. THE INCENTIVE GROWS WITH THE NUMBER OF PASSENGERS ON EACH COACH

| NUMBER OF PASSENGERS | INCENTIVE PAYMENT |
|---|---|
| 35 | $150.00 |
| 40 | $200.00 |
| 45 | $250.00 |
| 50 OR MORE | $350.00 |

*Incentive payments of $100 are available to Operators bringing smaller coaches of 18-24 passengers.*

## THESE SPECIAL OFFERS AND INCENTIVES ARE AVAILABLE TO YOU SIX DAYS A WEEK – SUNDAY THROUGH FRIDAY!!!

*ON EVERY MONDY THROUGH THURSDAY DURING THE MONTH OF MAY GUESTS CAN PARTICIPATE IN OUR $10,000 CASINO CASH GIVEAWAY. WE WILL BE DISTRIBUTING DRAWING TICKETS TO ALL OUR GUESTS EVERY MONDAY THROUGH THURSDAY FROM MAY 10 TO MAY 27. EACH NIGHT AT 9:00PM WE WILL DRAW FOR $500 CASH AND THEN ON MAY 27 AT 9:00PM WE WILL DRAW FOR THE GRAND PRIZE OF $10,000. EVERYONE WHO RECEIVES A TICKET WILL BE ELIGIBLE FOR BOTH THE CASH PRIZE IN THAT DAY'S DRAWING AND FOR THE GRAND PRIZE DRAWING. YOU MUST BE PRESENT AT THE TIME OF THE DRAWING TO WIN.*

THE AKWESASNE MOHAWK CASINO IS LOCATED IN HOGANSBURG NY, JUST MINUTES FROM MASSENA NY AND CORNWALL ONT.

THE CASINO FEATURES 90 TABLE GAMES, A 24 HOUR RESTAURANT, SNACK BAR, BEVERAGE BAR AND CABARET WITH LIVE ENTERTAINMENT SEVEN NIGHTS A WEEK.




# $10,000.00

## *CASINO CASH GIVE-A-WAY!*

THE AKWESASNE MOHAWK CASINO IS CELEBRATING ITS GRAND OPENING WITH A SPECTACULAR CASH GIVE-A-WAY DURING THE MONTH OF MAY AND YOUR GROUP CAN QUALIFY TO WIN!!

Each day Monday through Thursday from May 10 through May 27 we will distribute drawing tickets to guests in our casino. There are a variety of ways to receive a drawing ticket - from utilizing our free valet parking to dining in our restaurant to playing at any of our 90 table games. Each night at 9:00pm we will draw for a $500.00 cash prize and on May 27th at 9:00pm we will draw for the $10,000.00 Grand Prize. Everyone who receives a drawing ticket will be eligible for both the cash prize in that day's drawing and for the grand prize drawing. You must be present at the time of the drawing to win.

Imagine the excitement within your group if someone in your organization wins one of our cash prizes while visiting the casino on your scheduled group visit!

As a special added incentive, we will provide a $3.00 discount coupon to each member of your group. The discount coupon can be used in our Native Harvest Restaurant or our Snack Bar.

This promotion will run May 10 through 27 only, on Mondays through Thursdays. Book your group visit to the Akwesasne Mohawk Casino now and enjoy non-stop gaming excitement, a world class restaurant and the chance to win our $10,000.00 Casino Cash Give-a-way!




# $10,000.00

## CASINO CASH GIVE-A-WAY!

THE AKWESASNE MOHAWK CASINO IS CELEBRATING ITS GRAND OPENING WITH A SPECTACULAR CASH GIVE-A-WAY DURING THE MONTH OF MAY AND YOUR GROUP CAN QUALIFY TO WIN!!

Each day Monday through Thursday from May 10 through May 27 we will distribute drawing tickets to guests in our casino. There are a variety of ways to receive a drawing ticket - from utilizing our free valet parking to dining in our restaurant to playing at any of our 90 table games. Each night at 9:00pm we will draw for a $500.00 cash prize and on May 27th at 9:00pm we will draw for the $10,000.00 Grand Prize. Everyone who receives a drawing ticket will be eligible for both the cash prize in that day's drawing and for the grand prize drawing. You must be present at the time of the drawing to win.

Imagine the excitement within your group if someone in your organization wins one of our cash prizes while visiting the casino on your scheduled group visit!

This promotion will run May 10 through 27 only, on Mondays through Thursdays. Book your group visit to the Akwesasne Mohawk Casino now and enjoy non-stop gaming excitement, a world class restaurant and the chance to win our $10,000.00 Casino Cash Give-a-way!

*As a special added incentive, we will provide a $3.00 discount coupon to each member of your group. The discount coupon can be used in our Native Harvest Restaurant or our Snack Bar.*

---

We feature dual currency gaming tables. You can play Canadian $ and Win Canadian $ at the Akwesasne Mohawk Casino!