# MEMO

TO: Gary Melius

FROM: Joan Cergol

RE: Marketing Support for Akwasasne Mohawk Casino

DATE: May 12, 1999

---

As you have asked me to provide support to the marketing effort for Awkasasne Mohawk Casino, it would be helpful to have a general understanding of the personnel involved as well as the promotional activities currently taking place and/or planned.

I have developed a list of questions to help me get started. Please encourage any person who might answer these questions to feel free to write, call, fax or email me if they have any additional comments.

Joan Cergol
17 Sea Ridge Court
Huntington, NY 11743
Tel: (516) 549-8250
Fax: (516) 549-1217
email address: jcergol@optonline.net

**QUESTIONS:**

1. General description of casino marketing program currently in place.

2. How is the surrounding region (within a 60-90 mile radius) generally made aware of the casino's presence?

3. Is there an outside company or person/s currently engaged in marketing the casino? Please include telephone number of this company or person.

4. Is there an in-house marketing professional on staff at the casino? If so, please provide name and telephone number and hours this person can be reached.


PLAINTIFF'S EXHIBIT 26 - I.D. 3/24/04

5. Does the St. Regis Mohawk Tribe engage in any promotional work to generate patronage of the casino? If so, what type of actvities?

6. What feedback has the casino received from players about its present facility and gaming activities?

7. Does the casino have a method by which feedback can be quickly and easily obtained? If so, please describe it.

8. Please provide a profile of the typical player that has so far been attracted to the casino. From which geographic regions is the casino drawing players?

9. What are the days and times of operation for the casino? Which days and times are busiest?

10. Has a press kit been developed for the casino? If so, please forward a sample to me at the address listed above.

11. Has there been significant press attention to the casino? Have the write-ups been favorable?

12. How long has the casino's web site been posted? Do you have the ability to track activity? If so, approximately how many hits does it receive per month? Do you think you may be drawing players from the web site?

13. From a marketing perspective, what are the obstacles yet to be overcome?

14. What is needed to overcome these obstacles?