

Box 670. Route 37, Hogansburg, NY 13655     (518) 358-2222 (518) 358-9722 fax

TO:         GARY MELIUS

FROM:       JOHN FERRUCCI

DATE:       MAY 18, 1999

RE:         D.O.T. – REQUEST FOR ROAD SIGNAGE

FAX#:       1-516-741-8040

# Pages:    2 INCLUDING COVER

Following is a copy of the memo Rich Duda sent to D.O.T requesting 8 signs on the reservation. Ray Powers is apparently the decision maker here. He told Rich that he would approve this request just so long as the locations were all on the reservation.

Also, the procedure in Massena regarding billboards is that we first have to identify a location or locations we like. The zoning board chairman told me he would then help us locate the legal property owner and put us together so we could make our best deal with them. Then, the property owner would make application for a sign building permit and go before the town planning commission for approval. That's how were planning to proceed with this. Rich is talking to people in Fort Covington and Malone to get their procedures today. Rick Hamelin will be able to make our deals for anything we want to put on the reservation if we decide to do that too.

Thanks.


PLAINTIFF'S EXHIBIT
28 - I.D.
3/24/04



May 18, 1999

Ms. Nancy Mullin
Senior ROW Agent
Dulles State Office Building
NYS Department of Transportation
317 Washington Street
Watertown, New York 13601

Dear Nancy,

Thank you for your assistance with our signage projects. Currently there seems to be a higher than normal level of confusion on the part of visitors to our region as to the exact location of the new Akwesasne Mohawk Casino. We find that many travelers are going in the wrong direction once they are on Route 37 and there seems to be an inordinate amount of stopping to seek directional assistance from businesses and individuals in the area. To rectify this situation, we would like to officially request locator signs with directional arrows as outlined below:

    EASTBOUND (facing west)
        Mile Marker 1001
        Mile Marker 1013
        Mile Marker 1022
        Mile Marker 1029

    WESTBOUND (facing east)
        Mile Marker 1076
        Mile Marker 1064
        Mile Marker 1054
        Mile Marker 1046

All locations are within the Akwesasne Mohawk Territory. Please forward this information to Mr. Ray Powers at your earliest convenience. Thanks again, we appreciate your assistance and support.

Best regards,

Richard F. Duda
Director of Marketing

cc:   John Ferrucci