**ARBOR**

333 Earle Ovington Boulevard
Uniondale, New York 11553

# Fax Cover

**To:** Gary Mellus
**Company:**
**Phone:** 741-8141
**Fax:** 741-8040
**From:** John Natalone
**Company:** Arbor National Commercial Mortgage, LLC
**Phone:** 516-832-7409
**Fax:** 516-832-8043 or 8045
**Date:** May 19, 1999
**Pages including cover:**

**Comments:**
Please see attached.





PLAINTIFF'S EXHIBIT
29 - I.A.
3/24/04

ARC 04460

Akwesane Casino

|  | Monthly B/E | Monthly B/E |
|---|---:|---:|
| Patrons / day | 3,267 | 2,667 |
| Win per person | $ 50 | $ 50 |
|  | $ 4,900,000 | $ 4,000,000 |

| | | |
|---|---:|---:|
| Payroll / G&A | $ 3,200,000 | |
| Regulatory Exp | $ 400,000 | |
| Other | $ 150,000 | |
| VLT Lease Exp | $ 250,000 | |
| | | $ 4,000,000 |
| Debt Service on $28.1 m | | $ 775,000 |
| Debt Service on $6 m | | $ 125,000 |
| | | $ 4,900,000 |

$6m @ 8% @ 5 yrs

ARC 04461

**Akwesasne Mohawk Casino**
**Statement of Operations**
**Forecast for the Period Ended April 30, 1999**

|  | Total | % | Acr |
|---|---:|---:|---:|
| Gross Revenue | 699,796 |  | 699,796 |
| Net Revenue | 622,766 | 100% | 622,766 |
| **CASINO** |  |  |  |
| Revenue | 546,843 | 100% | 546,843 |
| Payroll & Related Expenses | 998,215 | 183% | 998,215 |
| Win Contribution | 0 | 0% | 0 |
| Promotional Expense | 77,032 | 14% | 77,032 |
| Other Expenses | 25,095 | 5% | 25,095 |
| Total Profit (Loss) - Gaming | (554,499) | -101% | (554,499) |
| **FOOD & BEVERAGE** |  |  |  |
| Revenue | 128,373 | 100% | 128,373 |
| Cost of Sales | 57,768 | 45% | 57,768 |
| Payroll & Related Expenses | 186,355 | 145% | 186,355 |
| Other Expenses | 10,000 | 8% | 10,000 |
| Total Profit (Loss) | (125,750) | -98% | (125,750) |
| **GIFT SHOP** |  |  |  |
| Revenue | 24,582 | 100% | 24,582 |
| Cost of Sales | 8,604 | 35% | 8,604 |
| Payroll & Related Expenses | 8,552 | 35% | 8,552 |
| Other Expenses | 5,000 | 20% | 5,000 |
| Total Profit (Loss) | 2,426 | 10% | 2,426 |
| **OTHER INCOME** |  |  |  |
| Revenue | 5,822 | 100% | 5,822 |
| Expenses | 0 | 0% | 0 |
| Total Profit (Loss) | 5,822 | 100% | 5,822 |
| Total Profit (Loss) - Non Gaming | (117,502) | -74% | (117,502) |
| OPERATING PROFIT (LOSS) | (672,001) | -108% | (672,001) |
| **UNDISTRIBUTED EXPENSES** |  |  |  |
| General & Administrative | 397,429 | 64% | 397,429 |
| Finance | 30 | 0% | 30 |
| Facilities | 5,700 | 1% | 5,700 |
| Housekeeping | 0 | 0% | 0 |
| Marketing | 113,318 | 18% | 113,318 |
| Security | 366 | 0% | 366 |
| Valet | 0 | 0% | 0 |
| Leasing Costs | 0 | 0% | 0 |
| Regulatory | 336,796 | 54% | 336,796 |
| TOTAL UNDISTRIBUTED | 853,640 | 137% | 853,640 |
| EBITDA | $ (1,525,641) | -245% | (1,525,641) |
| Amortization, Other Assets | 0 | 0% | 0 |
| Depreciation | 83,561 | 13% | 83,561 |
| Loss on Disposal | 0 | 0% | 0 |
| Interest Expense, Net | 0 | 0% | 0 |
| NET INCOME (GAAP) | (1,609,202) | -258% | (1,609,202) |

Note: G&A expenses includes the payroll for the entire undistributed expense section.

Statement of Operations Summary

ARC 04462

## AKWESASNE MOHAWK CASINO
### Statement of Operations
### Revised Operating Budget April 10, 1999 Through June 30, 1999

|  | Total | % |
|---|---:|---:|
| Gross Revenue | 3,903,125 |  |
| Net Revenue | 3,592,021 | 100% |
| **CASINO** |  |  |
| Revenue | 3,234,783 | 100% |
| Payroll & Related Expenses | 3,076,273 | 95% |
| Win Contribution | 0 | 0% |
| Promotional Expense | 308,851 | 9% |
| Other Expenses | 390,736 | 12% |
| Total Profit(Loss) - Gaming | (541,076) | -17% |
| **FOOD & BEVERAGE** |  |  |
| Revenue | 522,043 | 100% |
| Cost of Sales | 234,919 | 45% |
| Payroll & Related Expenses | 602,959 | 115% |
| Other Expenses | 19,573 | 4% |
| Total Profit (Loss) | (335,408) | -64% |
| **GIFT SHOP** |  |  |
| Revenue | 92,860 | 100% |
| Cost of Sales | 43,789 | 47% |
| Payroll & Related Expenses | 28,200 | 30% |
| Other Expenses | 1,135 | 1% |
| Total Profit (Loss) | 19,736 | 21% |
| **OTHER INCOME** |  |  |
| Revenue | 53,439 | 100% |
| Expenses | 7,817 | 15% |
| Total Profit (Loss) | 45,623 | 85% |
| Total Profit (Loss) - Non Gaming | (270,049) | -40% |
| OPERATING PROFIT(LOSS) | (811,126) | -23% |
| **UNDISTRIBUTED EXPENSES** |  |  |
| General & Administrative | 889,017 | 25% |
| Finance | 248,569 | 7% |
| Facilities | 669,954 | 19% |
| Housekeeping | 78,167 | 2% |
| Marketing | 874,210 | 24% |
| Security | 324,771 | 9% |
| Valet | 63,969 |  |
| Leasing Costs | 0 | 0% |
| Regulatory | 1,123,847 | 31% |
| TOTAL UNDISTRIBUTED | 4,272,515 | 119% |
| EBITDA | (5,083,641) | -142% |
| Amortization, Other Assets | 0 | 0% |
| Depreciation | 250,683 | 7% |
| Loss on Disposal | 0 | 0% |
| Interest Expense, Net | 627,282 | 17% |
| NET INCOME (GAAP) | (5,961,606) | -166% |

Statement of Operations

ARC 04463