**ARBOR**
Arbor National Commercial Mortgage, LLC

*MEMORANDUM*

| TO: | File |
|---|---|
| CC: | Ivan Kaufman, Walter Horn, Gary Melius |
| FROM: | John Natalone |
| DATE: | June 7, 1999 |
| SUBJECT: | Meeting held on June 2, 1999 |

1. Deliver and install the 300 VLT's and work with the Tribe on the 1st year approval.
   - Need to evaluate other alternatives
   - Decision at end of June
   - 300 machines by end of June

2. State Police
   Racing & Wagering       } Breakout of money paid April-May
   Tribal Gaming Commission   14 inspectors

   Need to reduce number of inspectors and expense

3. Sewage issues
   Still trucking in water ($25,000/mo)

4. Security   12 fixed posts
              8 at Grave Yard     (Reduction)

5. Issue is Canadian head count – need to increase

6. Average comps are computer driven with exception of Director approval
   Takes 15% of theoretical Win to calculate comp – max @ $200.00

7. Video poker approval from State

8. Will add Keno and Lightening Bingo (P&L)

9. Work share w/ state (Department of Unemployment) – Tom Boshinski to follow up

10. | Goals | Buses | People |
    |---|---|---|
    | June | 2000/month | $1,750/day/week |
    | July | 9,000/month } | 2,000/day/week |
    | August | 11,000/month } | 3,000/day/weekend |

U:\Word\John\Memos\Casino Follow Up

PLAINTIFF'S EXHIBIT
32 - I.D.
3/24/04

ARC 04554

11. Evaluating the purchase of a Card Shuffler

12. Diversify to other machines
    Black jack
    Horseracing
    Poker

13. ATM Machines – P&L
    Tom Boshinski to prepare an Analysis – income to increase to $10,000/month

14. Re-forecast budget for 1999

15. Resolution from the Tribe on repayment of Working capital advance

16. Internal expense accruing on Development Expense

17. M&S payment due on June 20th.

ARC 04555