TO: GARY MELIUS


Arbor National Commercial Mortgage, LLC



333 Earle Ovington Boulevard
Uniondale, New York 11553

# Fax Cover

**To:** GARY MELIUS

**Company:**

**Phone:**

**Fax:**

**From:** WALTER K. HORN, ESQ.

**Company:** ARBOR NATIONAL COMMERCIAL MORTGAGE, LLC

**Phone:** 516-832-7405

**Fax:** 516-832-8045

**Date:** SEPTEMBER 8, 1999

**Pages including cover:** 4

### Comments:

Gary,
    What's the politics of this?


PLAINTIFF'S EXHIBIT 46

09/08/99 WED 14:07 FAX 5183589722            ☒001



Box 670, Route 37, Hogansburg, NY 13655   (518) 358-2222 (518) 358-9722 fax

TO: WALTER K. HORN

FROM: JOHN N. FERRUCCI

DATE: SEPTEMBER 8, 1999

RE: TRIBAL POLICE BUDGET

FAX: 1-516-832-8043

# PAGES including cover - 3

Walter,

I'm sure you remember that, some time back, the Tribal Police had requested a meeting with me to discuss whether or not Massena Management LLC would be interested in supplementing their operating budget to the tune of 2 additional officers.
Although this letter is dated August 20, it just arrived today.
Talk to you soon.





# SAINT REGIS MOHAWK TRIBAL POLICE DEPARTMENT

Wesley N. Benedict
Chief of Police

Route 37   Box 8A
Hogansburg, New York 13655
Telephone # 518-358-9200
Fax #       518-358-9334

TO:       John Ferruchi, General Manager, Mohawk Casino

FROM:     Wesley Benedict, Chief of Police

DATE:     August 20, 1999

SUBJECT:  Proposed Budget

In a Budget Proposal in 1995, the Chief of Police and the Board of Police Commissioners submitted a minimum operational budget to Tribal Council that was pending on Class III gaming. The budget included salary and related expenses for twenty additional police officers.

At this time, with Class III Gaming operational, the St. Regis Mohawk Tribal Police Department is understaffed. There are thirteen officers on alternating shifts working seven days a week, twenty-four hours a day.

Attached is a proposed budget for salary only for two additional officers. Any additional officers would be of great assistance at this time.

Any assistance you could provide in this matter would be appreciated. If you have any questions please call me.

Wesley Benedict, Chief of Police

Attachment-1

# St. Regis Mohawk Tribal Police Department

## Proposed Budget
∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧∧

2 Entry level police officers

### Wages

| | |
|---|---:|
| $11.41 hr x 800 hrs (academy) = | $ 9,128.00 |
| $11.99 hr x 1384 hrs (after academy) = | $ 16,594.16 |
| | $ 25,722.16 |
| x 2 officers = | $ 51,444.32 |
| Fringe benefits @ 36.77% | $ 18,916.08 |
| Indirect @ 39.14% | $ 20,135.31 |
| **TOTAL BUDGET** | $ 90,495.71 |