AGREEMENT

Agreement made this 5th day of June 1998 between GARY MELIUS residing at

One Country Road Carle Place, New York (Melius), and JOHN BORRELLO, residing at

Queens, New York (Borrello).

1.      The parties hereto have, from time to time, been associated in various businesses.  It has

come to Melius' attention that any such past business association, and if there would be any

present business association, or any possible future business association with Borrello, or with

any entity or party with whom Borrello was, is or may become associated directly or indirectly,

in any manner whatsoever, may prove to be a serious impediment to obtaining approval of a

license that will be required by Melius in order that he may become involved in any manner in

the operation or management of a gambling casino.  Accordingly, the parties hereto mutually

agree to terminate any and all business relationships and alleged business relationships and any

and all claims and alleged claims, relating to such business relationships or alleged business

relationships which may exist or existed between and among each of them and/or any entity with

which either party was associated directly or indirectly; and

        (a)  specifically including, but not exclusive of, any claim Borrello may have or alleges to

have against Gary Melius, Nassau County Native Americans, Inc., and/or Native American

Management Corp., involving any and all businesses or enterprises related directly or indirectly

to the parties or to any such entities; and

        (b)  specifically with respect to any claims or alleged claims Borrello may have related

directly or indirectly to the St. Regis Mohawk Tribe, The Shinecock Tribe, The Golden Hill

1


PLAINTIFF'S
EXHIBIT
55 - I.D.
3/24/04

Paugeesukq Tribe, The Seminole Tribe, and/or The Eastern Pequot Tribe; and

(c) Specifically with respect to any claims or alleged claims Borrello may have relating directly or indirectly to the operation or management of a gambling casino on the Reservation of the St. Regis Mohawk Tribe in Hogansburg, New York, and/or on the Reservation of any other Indian tribe, including, but not limited to those tribes listed in subdivision (b) of this paragraph "1", and including but not limited to any phase of the construction of a casino, the operation of a restaurant or other food concessions and any ancillary services or concessions relating to the management or operation of a gambling casino.

(d) generally with respect to any claims or alleged claims Borrello may have relating directly or indirectly to any of the Indian tribes heretofore named in this Agreement, or any other business arrangements with Melius and/or any entity with which Melius was and is associated directly or indirectly.

2.      Melius agrees (subject to the terms of this Agreement) to pay to Borrello the sum of Three Hundred Thousand ($300,000.00) Dollars as follows: commencing upon completion of construction of said gambling casino the sum of Fifty Thousand ($50,000) Dollars and thereafter the sum of Ten Thousand (($10,000) Dollars a month for twenty-five (25) consecutive months.

3.      If Borrello and/or any of Borrello's associates or entities with which Borrello and/or his associates is involved directly or indirectly communicates or attempts to communicate with Melius or any other persons or entities with which Melius is or may become associated or is or may be doing business (including any federal, state, county or city regulatory agencies), any such communication or attempted communication as aforesaid shall be deemed to be a material breach of this Agreement. Melius may commence an action or proceeding against Borrello, his

2

associates or entities as referenced in this paragraph and in this Agreement to recover from them and each of them the full amount of any monetary damages suffered by Melius as a result of the aforesaid acts of communication or attempted communication and/or the resultant loss of the license. Borrello's obligations under this Agreement, and this paragraph survive automatic termination of this Agreement, and the completion of payments by Melius to Borrello as required by the terms of this Agreement, if any.

4.      This Agreement is personal to each of the parties and assignment or any attempt by either to assign their respective rights and obligations hereunder, shall be of no force and effect.   In addition, if Borrello assigns or attempts to assign his rights and obligations hereunder, then and in that event this Agreement shall be automatically terminated, and any monies paid to Borrello hereunder prior to such termination will be returned to Melius by Borrello immediately after such termination and Melius will have no obligation to make further payments, if any, to Borrello as herein provided.

5.      Any termination of this Agreement as referenced in paragraphs "4" and "5" hereof, as well as the completion of payment by Melius to Borrello, if any, as herein provided, shall automatically result and be deemed a release by Borrello, and any entity controlled directly or indirectly by Borrello of Melius, releasing and discharging Melius his heirs, executors, administrators, successors an assigns from all actions and causes of action whatsoever which against Melius and/or any entities with which Melius is associated directly or indirectly, Borrello ever had, now has, or hereinafter may have by reason of any matter, cause or thing whatsoever

3

from the beginning of the world to the day of the date of the termination of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this agreement as of

the date first heretofore written.

_____
Gary Melius

_____
John Borrello

STATE OF NEW YORK )
                  )ss:
COUNTY OF NASSAU )

On the 5th day of June, 1998, before me personally came Gary Melius, to me known to be the individual described in and who executed the foregoing Agreement and acknowledged that he executed the same.

_____
Notary Public

RICHARD S. LANE
Notary Public, State of New York
No. 31-4941246
Qualified in New York County
Commission Expires Aug. 1, 19__


STATE OF NEW YORK )
                  )ss:
COUNTY OF Nassau )

On the 5th day of June, 1998, before me personally came John Borrello, to me known to be the individual described in and who executed the foregoing Agreement and acknowledged that he executed the same.

_____
Notary Public

RICHARD S. LANE
Notary Public, State of New York
No. 31-4941246
Qualified in New York County
Commission Expires Aug. 1, 19__

F:\WP\WMR\LEGAL\MELBOR.AGR\S\27/98-2

4

**John Borrello**

PO Box 1180 Cook Road
Hogansburg New York 13655

163 22 95th street
Howard Beach New York 11414

Phone **718-843-3601**

**February 09, 2000**

Mr Gary Melius
NCNA inc

Dear Gary, I recived a 1099, From your office.Please Have the correct address installed on
the form,it should read
Po Box  1180 cook rd Hogansburg N Y 13655. For feture refence, Thank you so much.
And per our agreement ,Can you have your office send my wife the balance of the checks
14 (18?) in all or if you like I'll Take one check for 100,000 and clear up our Business,Which
ever you like, I really hope everything is going good for you  with the casino,and with your
family Take care gary.

(FILE) *M. Right*
*Borrello*

as always with respect
John Borrello

*John Borrello*

```
************************
***   RX REPORT   ***
************************


RECEPTION OK

TX/RX NO              5839
CONNECTION TEL                 7188488686
SUBADDRESS
CONNECTION ID
ST. TIME              02/10 07:43
USAGE T               01'08
PGS.                      1
RESULT                OK
```

# NCNA
## Transaction Detail by Account
### January 1, 1999 through September 15, 2000

09/12/00

| Type | Date | Num | Name | Clr | Split | Amount |
|------|------|-----|------|-----|-------|--------|
| **NCNA** | | | | | | |
| Check | 4/15/99 | 10268 | John Borrello | X | PPO-Indian Exp | -25,000.00 |
| Check | 6/15/99 | 10269 | John Borrello | X | PPO-Indian Exp | -5,000.00 |
| Check | 7/15/99 | 10278 | John Borrello | X | PPO-Indian Exp | -10,000.00 |
| Check | 8/15/99 | 10279 | John Borrello | X | PPO-Indian Exp | -10,000.00 |
| Check | 9/15/99 | 10280 | John Borrello | X | PPO-Indian Exp | -10,000.00 |
| Check | 10/15/99 | 10281 | John Borrello | X | PPO-Indian Exp | -10,000.00 |
| Check | 11/15/99 | 10282 | John Borrello | X | PPO-Indian Exp | -10,000.00 |
| Check | 12/15/99 | 10283 | John Borrello | X | PPO-Indian Exp | -10,000.00 |
| Check | 1/15/00 | 10284 | John Borrello | X | Borello | -10,000.00 |
| Check | 2/15/00 | 10285 | John Borrello | X | Borello | -10,000.00 |
| Check | 3/13/00 | 10357 | John Borrello | X | Borello | -10,000.00 |
| Check | 4/18/00 | 10747 | John Borrello | X | Borello | -10,000.00 |
| Check | 5/16/00 | 10746 | John Borrello | X | Borello | -10,000.00 |
| Check | 6/22/00 | 10744 | John Borrello | X | Borello | -10,000.00 |
| Check | 7/27/00 | 10739 | John Borrello | X | Borello | -10,000.00 |
| **Total NCNA** | | | | | | -160,000.00 |
| **TOTAL** | | | | | | -160,000.00 |

*140*

Page 1

**NCNA**
**Find Report**
All Transactions

02/10/09

| Type | Date | Num | Name | Account | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|
| Check | 01/19/1994 | 1664 | John Borrello | NCNA | X | Borello | -75,000.00 |
| Check | 02/22/1994 | 1735 | John Borrello | NCNA | X | Borello | -75,000.00 |
| Check | 03/22/1994 | 1806 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 04/07/1994 | 1840 | John Borrello | NCNA | X | Borello | -50,000.00 |
| Check | 04/21/1994 | 1866 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 12/01/1995 | 2739 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 01/02/1996 | 2910 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 02/10/1996 | 2967 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Deposit | 02/15/1996 | 2967S | John Borrello | NCNA | X | Borello | 10,000.00 |
| Check | 02/15/1996 | 2992 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 03/14/1996 | 3022 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 04/15/1996 | 3080 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 05/04/1996 | 3115 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 05/12/1996 | 3116 | John Borrello | NCNA | X | Borello | -2,500.00 |
| Check | 05/31/1996 | 3146 | John Borrello | NCNA | X | Borello | -7,500.00 |
| Check | 06/15/1996 | 3148 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 07/01/1996 | 3174 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 07/15/1996 | 3175 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 08/10/1996 | 3196 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 08/15/1996 | 3198 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 08/26/1996 | 3211 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 09/15/1996 | 3220 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 09/15/1996 | 3221 | John Borrello | NCNA | X | Borello | -2,500.00 |
| Check | 10/01/1996 | 3233 | John Borrello | NCNA | X | Borello | -2,500.00 |
| Check | 10/07/1996 | 3235 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 10/15/1996 | 3234 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 11/15/1996 | 3258 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 12/15/1996 | 3268 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 01/14/1997 | 3290 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 01/22/1997 | 3291 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 02/06/1997 | 3303 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 02/11/1997 | 3305 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 03/15/1997 | 3313 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 03/25/1997 | 3314 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 04/15/1997 | 3330 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 04/15/1997 | 3331 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 05/15/1997 | 3507 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 05/25/1997 | 3508 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 06/15/1997 | 3518 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 06/26/1997 | 3916 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 07/28/1997 | 10002 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 07/30/1997 | 10004 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 08/18/1997 | 10026 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 08/19/1997 | 10026 | John Borrello | NCNA | X | Borello | 0.00 |
| Check | 08/30/1997 | 10022 | John Borrello | NCNA | X | Borello | 0.00 |
| Check | 08/30/1997 | 10027 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 09/15/1997 | 10033 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 09/30/1997 | 10034 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 10/01/1997 | 10040 | John Borrello | NCNA | X | Borello | 0.00 |
| Check | 10/15/1997 | 10043 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 10/25/1997 | 10044 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 11/15/1997 | 10054 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 11/30/1997 | 10055 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 12/15/1997 | 10068 | John Borrello | NCNA | X | Borello | 0.00 |
| Check | 12/15/1997 | 10073 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 12/30/1997 | 10070 | John Borrello | NCNA | X | Borello | 0.00 |
| Check | 12/30/1997 | 10072 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 04/15/1999 | 10268 | John Borrello | NCNA | X | Borello | -25,000.00 |
| Check | 06/15/1999 | 10269 | John Borrello | NCNA | X | Borello | -5,000.00 |
| Check | 07/15/1999 | 10278 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 08/15/1999 | 10279 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 09/15/1999 | 10280 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 10/15/1999 | 10281 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 11/15/1999 | 10282 | John Borrello | NCNA | X | Borello | -10,000.00 |
| Check | 12/15/1999 | 10283 | John Borrello | NCNA | X | Borello | -10,000.00 |

Page 1

**NCNA**
**Find Report**
All Transactions

02/10/00

| Type | Date | Num | Name | Account | Clr | Split | Amount |
|------|------|-----|------|---------|-----|-------|--------|
| Check | 01/15/2000 | 10284 | John Borrello | NCNA | X | Borello | -13,550.00 |
| Check | 02/15/2000 | 10285 | John Borrello | NCNA | | Borello | -10,000.00 |
| Total | | | | | | | -580,000.00 |

**NCNA**
**Find Report**
June 1, 1998 through May 1, 2000

02/10/00

| Type | Date | Num | Name | Memo | Account | Clr | Split | Amount |
|------|------|-----|------|------|---------|-----|-------|--------|
| Jun 1, '98 - May 1, '00 | | | | | | | | |
| Check | 04/15/1999 | 10263 | John Borrello | | NCNA | X | Borrello | -25,000.00 |
| Check | 06/15/1999 | 10269 | John Borrello | | NCNA | X | Borrello | -5,000.00 |
| Check | 07/15/1999 | 10278 | John Borrello | | NCNA | X | Borrello | -10,000.00 |
| Check | 08/15/1999 | 10279 | John Borrello | | NCNA | X | Borrello | -10,000.00 |
| Check | 09/15/1999 | 10280 | John Borrello | | NCNA | X | Borrello | -10,000.00 |
| Check | 10/15/1999 | 10281 | John Borrello | | NCNA | X | Borrello | -13,000.00 |
| Check | 11/15/1999 | 10282 | John Borrello | | NCNA | X | Borrello | -12,000.00 |
| Check | 12/15/1999 | 10283 | John Borrello | | NCNA | X | Borrello | -10,000.00 |
| Check | 01/15/2000 | 10284 | John Borrello | | NCNA | X | Borrello | -10,000.00 |
| Check | 02/15/2000 | 10285 | John Borrello | | NCNA | | Borrello | -10,000.00 |
| Jun 1, '98 - May 1, '00 | | | | | | | | -110,000.00 |