United States District Court
For the Northern District of New York

UNITED STATES OF AMERICA,
ex rel. The Saint Regis Mohawk Tribe

     -VS-                              Case No.: 7:02-CV-0845 (DNH/DEP)

PRESIDENT R.C. - ST. REGIS
MANAGEMENT COMPANY, et al.

_____

ORDER TO SHOW CAUSE

This case is closed and being prepared for storage. It was filed, however, under seal or

contains documents which were sealed by order of the Court.

ORDERED that the parties show cause, within thirty (30) days of the date of this order,

why the case or documents cannot be unsealed. Failure to respond or show cause will result in

the case or documents being unsealed and scanned then uploaded to the District's Electronic

Filing System (CM/ECF) without further order.

Signed this 10th day of March, 2011,

David N. Hurd
District Judge